## STATEMENT OF SPECIAL DISTRICT JUDGE JARED SIGLER

1. I, Jared Sigler, am a Special Judge for Washington County, State of Oklahoma.

2. I preside over the Washington county costs docket. The purpose of the costs docket is to hold costs review hearings. Defendants who have agreed to make installment payments are ordered to appear for costs review hearings. *See* Court of Criminal Appeals Rule 8.3 regarding installment payment appearances. Defendants may avoid costs review hearings if they are making regular payments and if they call the court clerk's office prior to the hearing pursuant to the "Washington County District Court Procedure Re: Fines and Costs Review Hearings," which is attached to this Statement as Ex. D.

3. I also preside over the Washington County Rule 8 docket. The purpose of the Rule 8 docket is to provide defendants an opportunity to request changes to their installment plans, to request suspension of their payment obligations for a period of time, or to request permanent relief from their fines, fees, and costs obligation.

4. Some individuals appear at the costs docket in order to advise that they have made their payments. At that time, they are provided an "order-back slip" advising them of the date and time of their next costs review hearing. Some individuals appear at the costs docket to when they have not made a payment. When that occurs, I give them a new order-back date for a future costs review hearing. Some individuals request a change to their installment payment plan. In those cases, I either alter their payment plan by lowering the amount of their installment payments, suspend their payments for a period of time, permanently eliminate their payment obligation, or ask that they appear on the Rule 8 docket in order to provide any testimony or other evidence they may wish to present in support of their request. At the costs docket, I do not have a list of questions that I ask. I usually engage in a conversation with the individual to determine their circumstances and their requests, if any. If an individual requests a change to their payment obligation, I either grant the request or set a hearing for the matter to be heard at the Rule 8 docket. No request is denied without providing the individual an opportunity to be fully heard during the Rule 8 docket. This is done out of concerns about the length of the costs docket and the privacy of the defendants. The Rule 8 docket is much smaller than the costs docket. There is more time at the Rule 8 docket to discuss the details of an individual's situation. In addition, many Defendants are uncomfortable explaining their medical and/or financial hardships at in courtroom full of people. They often appear more comfortable discussing these matters during the much smaller Rule 8 docket.

5. During the Rule 8 docket, I ask each individual if they would like to have a court reporter or if they would like to waive their right to a court reporter. The hearing does not proceed unless a court reporter is present or unless the individual waives their right to a court reporter. During the Rule 8 docket, each individual is given an opportunity to discuss their current health and financial situation. I do not have a list of questions that I ask each individual. Rather, I engage in a conversation with each

EXHIBIT
45

individual to determine their financial and/or health status. Many times, I am already aware of the individual's circumstances because I have seen them in Bartlesville outside of court or because I have seen them previously at costs dockets or elsewhere. I do not deny requests for relief without inquiring into each individual's health and financial situation. I do not always ask detailed questions about every aspect of an individual's health or financial situation if it becomes clear to me that I am going to grant their request for relief. For example, if I have determined to grant their request based primarily on health difficulties, I have no need to ask detailed questions about every aspect of their financial situation. If I have determined to grant their request based primarily on their financial harships, I have no need to ask detailed questions about their medical and/or health circumstances. Nevertheless, each individual has a full opportunity to provide me with any information they wish to present. I consider all information provided to me in reaching a decision. Anyone appearing before me has a full and fair opportunity to present their case. Although I have not reviewed every record, I cannot recall declining fines, costs, and fees relief to any individual appearing at the Rule 8 docket who has requested such relief since January of 2019. Anyone who requests fines, fees, and costs relief from me now or in the future will receive a full and fair opportunity to present their evidence and receive a fair decision.

6. The forms listed below are now used by the Washington County District Court with respect to matters relating to or touching on fines, costs, and fees and are attached to this statement:

   (a) Plea of Guilty Summary of Facts (Ex. A);
   (b) Fines Assessed in Court ("Yellow Form") (Ex. B);
   (c) Rule 8 Notice to Defendant ("Green Form") (Ex. C);
   (d) Washington County District Court Procedure Re: Fines and Costs Review Hearings (Revised Feb. 2020) (Ex. D);
   (e) Notice of Date to Appear in Court ("Pink Form") (Ex. E);
   (f) Motion for Rule 8 Hearing on Inability to Pay Fines and/or Costs (form available to defendants from Judge or Court Clerk) (Ex. F);
   (g) Courtesy Letter (form sent by Court Clerk if defendant fails to appear for costs review hearing) (Ex. G);
   (h) Bench Warrant Failure to Appear (form may be used if no response to courtesy letter) (Ex. H);
   (i) Order Setting Bond for Failure to Appear (used in conjunction with bench warrant form above) (Ex. I).

7. As of this date, Sharonica Carter owes $5,216.06 in fines, fees and costs pursuant to her latests balance statement, attached hereto as Exhibit J.

8. Amanda Feenstra has been permanently relieved of her Washington County fines, fees, and costs pursuant to an Order signed by Judge Carl Gibson and filed on December 16, 2020. The Order is attached to this statement at Exhibit K. As Ms. Feenstra has been permanently relieved of her fines, fees, and costs, she has no

further obligation to appear before the Washington County District Court in relation to those fines, fees, or costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19⁵ day of February, 2021.

_____
Jared Sigler, Washington County Special Judge

**IN THE DISTRICT COURT OF WASHINGTON COUNTY**

**THE STATE OF OKLAHOMA**

| | | |
|---|---|---|
| **STATE OF OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.** _____ |
| **vs.** | ) | _____ |
| | ) | _____ |
| _____, | ) | |
| **Defendant.** | ) | |

Last four digits of SS# _____
Last four digits of DL# _____ State _____
Year of Birth _____ Place of Birth _____
Oklahoma DOC # _____
Home Address: _____
_____

# PLEA OF GUILTY
# SUMMARY OF FACTS

**PART A:   FINDINGS OF FACT, ACCEPTANCE OF PLEA**

CIRCLE

1.  Is the name just read to you your true name?                Yes   No
    If no, what is your correct name? _____
    I have also been known by the name(s): _____
    _____

2.  My lawyer's name is: _____

3.  (a) Do you wish to have a record made of these proceedings by a          Yes   No
       Court Reporter?
    (b) Do you wish to waive this right?                    Yes   No

4.  Age: _____        Grade completed in school: _____

5.  Can you read and understand this form?                 Yes   No
    (If the answer above is no, Addendum A is to be completed and attached.)

6.  Are you currently taking any medications or substances which affect your
    ability to understand  these proceedings?               Yes   No

7.  Have you been prescribed any medication that you should be taking,
    but you are NOT taking? If yes, what kind and for what purpose?      Yes   No
    _____
    _____

1



8. Have you ever been treated by a doctor or health professional for mental illness or confined in   a hospital for mental illness?　　Yes　No
   If yes, list the doctor or health professional, place, and when occurred:

   _____

   _____

9. Do you understand the nature and consequences of this proceeding?　　Yes　No
10. Have you received a copy of the Information and read its allegations?　　Yes　No
11. Does the State move to dismiss or amend any case(s) or count(s) in
    the Information or on page 2 of the Information?　　Yes　No
    If so, set forth the cases/counts dismissed or amended:

    _____

    _____

12. A. Do you understand you are charged with:

| Crime | Statutory Reference | | |
|---|---|---|---|
| (1) _____ | O.S. _____ | Yes | No |
| (2) _____ | O.S. _____ | Yes | No |
| (3) _____ | O.S. _____ | Yes | No |
| (4) _____ | O.S. _____ | Yes | No |

(For additional charges, complete Addendum B - PLEA OF GUILTY on page 14.)

B. Are you charged after former conviction of a felony?　　Yes　No
If yes, list the felony(ies) charged: _____

_____

_____

_____

_____

_____

13. Have you previously been convicted of a felony?　　Yes　No
    If so, when, where and for what felony/felonies? _____

    _____

    _____

    _____

    _____

    _____

2

14.  _____ (Check if applicable) Do you understand you are subject to the Delayed Sentencing Program for Young Adults and what that sentencing program involves?                                                                                        Yes   No

_____ (Check if applicable) Do you understand that upon a conviction on a plea of guilty to the offense(s) of _____ you will be required to serve a minimum sentence of:                                   Yes   No

_____ 85% of the sentence of imprisonment imposed before being eligible for parole consideration and are not eligible for earned or other type of credits which will have the effect of reducing the length of sentence to less than 85% of the sentence imposed?                                                       Yes   No

_____ % of the sentence of imprisonment imposed or received prior to becoming eligible for state correctional earned credits toward completion of your sentence or eligibility for parole?                                      Yes   No

_____ (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of _____ will subject you to mandatory compliance with the Oklahoma Sex Offender Registration Act?          Yes   No

_____ (Check if applicable) Do you understand that any person sentenced to imprisonment for two (2) years or more for the offense(s) of _____ _____ , involving sexual abuse, sexual exploitation, or illegal sexual conduct, shall be required to serve a term of post-imprisonment supervision for at least three (3) years under conditions determined by the Department of Corrections in addition to the actual term of imprisonment. There will be no post-imprisonment supervision for a sentence of life or life without the possibility of parole for offenses involving sexual abuse, sexual exploitation, or illegal sexual conduct.                                                                                      Yes   No

_____ (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of _____ will subject you to mandatory compliance with the Oklahoma Methamphetamine Offender Registry Act?          Yes   No

_____ (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of _____ will subject you to mandatory compliance with the Mary Rippy Violent Crime Offender Registration Act.                                                                                      Yes   No

_____ (Check if applicable) Do you understand that the Court is required to include in the sentence of any person convicted of a felony and sentenced to a term of

3

imprisonment after November 1, 2012, a term of post-imprisonment supervision. The post-imprisonment supervision shall be for a period of not less than nine (9) months nor more than one (1) year following confinement there will be no post-imprisonment supervision for a sentence of life without the possibility of parole.　　　　Yes　No

15. What is/are the charge(s) to which the defendant is/are entering a plea today?

_____

_____

_____

_____

16. Do you understand the range of punishment for the crime(s) is/are? (List in same order as in No. 15 above. (Continue on Addendum B- PLEA OF GUILTY, page 14, if needed)

(1) Minimum of _____ to a maximum of _____ and/or a fine of $_____ Yes   No

(2) Minimum of _____ to a maximum of _____ and/or a fine of $_____ Yes   No

(3) Minimum of _____ to a maximum of _____ and/or a fine of $_____ Yes   No

(4) Minimum of _____ to a maximum of _____ and/or a fine of $_____ Yes   No

17. **READ THE FOLLOWING STATEMENTS**: You have the right to a speedy trial before a jury for the determination of whether you are guilty or not guilty and if you request, to determine sentence. (If pleading to capital murder, advise of procedure in 21 O.S. §701.10(B)). At the trial:

(1)　　You have the right to have a lawyer represent you, either one you hire yourself or, if you are indigent, a court appointed attorney.

(2)　　You are presumed to be innocent of the charges.

(3)　　You may remain silent or, if you choose, you may testify on your own behalf.

(4)　　You have the right to see and hear all witnesses called to testify against you and the right to cross-examine them.

(5)　　You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.

(6)　　The state is required to prove your guilt beyond a reasonable doubt.

(7)　　The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if guilty, the appropriate punishment.

DO YOU UNDERSTAND EACH OF THESE RIGHTS?　　　　Yes　No

4

18. Do you understand by entering a plea of guilty you give up these rights?                          Yes   No

19. Do you understand that a conviction on a plea of guilty could increase
    punishment in any future case committed after this plea?                                          Yes   No

20. Have you talked over the charge(s) with your lawyer, advised him/her
    regarding any defense you may have to the charges and had his/her advice?                          Yes   No

21. Do you believe your lawyer has effectively assisted you in this case and
    are you satisfied with his/her advice?                                                            Yes   No

22. Do you wish to change your plea of not guilty to guilty and give up your
    right to a jury trial and all other previously explained constitutional rights?                   Yes   No

23. Is there a plea agreement?                                                                         Yes   No

    If yes, what is your understanding of the plea agreement?

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

24. Do you understand the Court is not bound by any agreement or recommendation
    and if the Court does not accept the plea agreement, you have the right to
    withdraw your plea of guilty?                                                                      Yes   No

25. Do you understand that if there is no plea agreement the Court can sentence
    you within the range of punishment stated in question 16?                                         Yes   No

26. Do you understand your plea of guilty to the charge(s) is/are after:                               Yes   No

    **CHECK ONE:**   ( ) no prior felony convictions

                     ( ) one (1) prior felony conviction

                     ( ) two (2) or more prior felony convictions

    List prior felony convictions to which pleading: _____

    _____

    _____

    _____

27. What (is) (are) your plea(s) to the charge(s) (and to each one of them)?

    _____

    _____

    _____

5

28. Did you commit the acts as charged in the Information? State the factual
   basis for your plea(s): (Continue on Addendum C, page 15, if needed)     Yes   No

   _____

   _____

   _____

   _____

   _____

   _____

29. Have you been forced, abused, mistreated, or promised anything by anyone to
   have you enter your plea(s)?                                            Yes   No

30. Do you plead guilty of your own free will and without any coercion or
   compulsion of any kind?                                                 Yes   No

31. If you are entering a plea to a felony offense, you have a right to a
   Pre-Sentence Investigation and Report which would contain the
   circumstances of the offense, any criminal record, social history and
   other background information about you. Do you want to have the Report? Yes   No

32. (a) Do you have any additional statements to make to the Court?         Yes   No
   (b) Is there any legal reason you should not be sentenced now?           Yes   No

**HAVING BEEN SWORN,** I, the Defendant whose signature appears below, make the following
statements under oath:

   (1) CHECK ONE:    _____ (a) I have read, understood and completed this form.
                     _____ (b) My attorney completed this form and we have gone over the form
                              and I understand its contents and agree with the answers.
                              See Addendum A.
                     _____ (c) The Court completed this form for me and inserted my answers to
                              the questions.
   (2) The answers are true and correct.
   (3) I understand that I may be prosecuted for perjury if I have made false statements to this Court.


                              _____
                              DEFENDANT

I acknowledge this _____ day of _____, 20_____.


                              _____
                              Notary Public/Deputy Court Clerk/Judge

6

33. I, _____, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose and consequence of this proceeding. The Defendant is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and the Defendant has been informed of all legal and constitutional rights.

_____
ATTORNEY FOR DEFENDANT

34. The sentence recommendation in question 23 is correctly stated. I believe the recommendation is fair to the State of Oklahoma.

35. Offer of Proof (Nolo contendere plea): _____

_____

36. On entering a plea to a felony offense, the State has a right to a pre-sentence investigation and report. The State waives the right to a pre-sentence investigation?                                                                 Yes   No

_____
DISTRICT ATTORNEY

**THE COURT FINDS AS FOLLOWS:**

37. A. The Defendant was sworn and responded to questions under oath.
    B. The Defendant understands the nature, purpose and consequences of this proceeding.
    C. The Defendant's plea(s) of _____ is/are knowingly and voluntarily entered and accepted by the Court.
    D. The Defendant is competent for the purpose of this hearing.
    E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
    F. The Defendant is guilty as charged: (check as appropriate)
        ( ) after no prior felony convictions.
        ( ) after one (1) prior felony conviction.
        ( ) after two (2) or more prior felony convictions.
    G. Sentencing or order deferring sentence shall be:
        ( ) imposed instanter , or
        ( ) continued until the _____ day of _____, 20____, at _____ ____.m.
        The Pre-Sentence Investigation and Report, if requested, it shall be provided to the Court by the _____ day of _____, 20_____.

7

H. Defendant is committed to:

_____ The RID Program

_____ The FORT Program

_____ The Delayed Sentencing Program for Young Adults

**DONE IN OPEN COURT this** _____ **day of** _____ **, 20**_____.

_____

**JUDGE OF THE DISTRICT COURT**

_____         _____

Court Reporter Present                                              Name of Judge (typed or printed)

_____

Deputy Court Clerk

8

**PART B: SENTENCE ON PLEA**

Case No. _____

State v. _____

Date: _____

## THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

### TIME TO SERVE

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows: (list in same order as in question No. 15 in Part A)

_____

_____

_____

_____

_____

_____

_____

_____

Upon release from such confinement, you shall serve a term of post-imprisonment supervision under conditions prescribed by the Department of Corrections for a period of: _____.

2. The sentence(s) to run: (check appropriate option)

_____ CONCURRENTLY

_____ CONSECUTIVELY

_____ NOT APPLICABLE

3. Defendant shall receive:

_____ Credit for time served

_____ No credit for time served

### DEFERRED SENTENCE

1. The sentencing date is deferred until the _____ day of _____, 20____ at _____ ____.m.

2. You _____ will _____ will not be supervised. The terms set forth in the Rules and Conditions of Probation found in Addendum D shall be the rules you must follow during the period of deferment.

9

## SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows:

_____

_____

_____

_____

_____

_____

_____

To be suspended as follows:

(a) ALL SUSPENDED    YES _____    NO _____

(b) Suspended **except** as to the first _____ months/years of the term(s) during which time you are to be held in the custody of the Department of Corrections, the remainder of the sentence(s) to be suspended under the terms set forth in the Rules and Conditions of Probation found in Addendum D.

_____ Said period of incarceration shall be in the custody of the Department of Corrections, to be served in the Washington County jail, in lieu of the Department of Corrections, pursuant to the Community Service Sentencing Program, 22 O.S. § 991a – 4.1.

_____ Defendant's term of incarceration shall be calculated as:

_____ Calendar days with credit for good behavior only (57 O.S § 65)

_____ As calculated by the Sheriff with all implemented and allowable credits allowed by law.

2. The sentence(s) to run: (check appropriate option)

_____ CONCURRENTLY

_____ CONSECUTIVELY

_____ NOT APPLICABLE

3. Defendant shall receive:

_____ Credit for time served

_____ No credit for time served

10

## FINES AND COSTS

You are to pay a fine(s), costs, fees and/or assessments to the Washington County District Court Clerk in accordance with an order to be subsequently entered which is incorporated herein and made a part of this Order as though fully set forth herein. All fines, costs and assessments are due and owing from the date of Sentencing, however, if you are unable to immediately pay in full, you may set up a payment plan. **YOU ARE, THEREFORE, ORDERED** to report to the Cost Administrator of the Washington County District Court, 420 S. Johnstone, Room 100, Bartlesville, Oklahoma: (check appropriate option)

_____ immediately (if the sentence does not include incarceration)

_____ within two business (2) of your release from the county jail

_____ on the 181st day (or first business day thereafter) after you are released from the Department of Corrections.

to set up a payment plan toward satisfaction of your fines, costs and assessments. Further, pursuant to the provisions of Section VIII of the Rules of the Court of Criminal Appeals, you are entitled to schedule a hearing to have a judge determine your ability to pay fines, fees, costs or assessments. If your sentence includes incarceration in the Department of Corrections, you are not required to pay any outstanding fines, fees, costs or assessments prior to the expiration of 180 days from the time of your release. However, you may make voluntary payments toward the satisfaction of your fines, costs and assessments any time prior to that.

## COURT CLERK'S DUTY

### [TRIAL JUDGE TO COMPLETE THIS SECTION]

IT IS FURTHER ORDERED that the Clerk of this Court shall register or report the following circumstances in accordance with the applicable statutory authority:

( ) As to Count(s) _____, the Defendant is ineligible to register to vote pursuant to Section 4-101 of Title 26.

( ) Pursuant to Section 985.1 of Title 22, the Court departed from the mandatory minimum sentence of imprisonment as to Count(s) _____.

( ) As to Count(s) _____, the Defendant is subject to the Methamphetamine Offender Registry requirements as set forth in Section 2-701 of Title 63.

( ) Defendant is a lawyer and certified copies of this document shall be transmitted to the Chief Justice of the Supreme Court and the General Counsel of the Bar Association within five (5) days as set forth in Rule 7.2 of the Oklahoma Rules of Professional Conduct, 5 O.S.Supp.2014, ch. 1, app. 1-A.

11

## NOTICE OF RIGHT TO APPEAL

Sentence to Incarceration, Suspended or Deferred:

**To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the District Court Clerk's Office a written Application to Withdraw your Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your Application within thirty (30) days from the date it is filed. If the trial court denies your Application, you have the right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days from the date of the denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation of record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.**

Do you understand each of these rights to appeal?                                             Yes   No

Do you want to remain in the county jail ten (10) days before being taken to the

place of confinement?                                                                                          Yes   No

Have you fully understood the questions that have been asked?                          Yes   No

Have your answers been freely and voluntarily given?                                       Yes   No

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.


_____
DEFENDANT

I, the undersigned attorney, have advised the Defendant of his appellate rights.


_____
ATTORNEY FOR DEFENDANT

**DONE IN OPEN COURT this** _____ **day of** _____, **20**_____.


_____
**JUDGE OF THE DISTRICT COURT**


_____          _____
Court Reporter Present                                      Name of Judge (typed or printed)


_____
Deputy Court Clerk

**Addendum A**

CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the Defendant, _____ , I certify that:

1. The Defendant has stated to me that he/she is _____ able _____ unable to read and understand the attached form, and I have: (check appropriate option)

        _____ Determined the Defendant is able to understand the English language.

        _____ Determined the Defendant is unable to understand the English language and obtained to interpret.

2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.

3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.

4. To the best of my knowledge and belief the statements and declaration made by the Defendant are accurate and true and have been freely and voluntarily made.

Dated this _____ day of _____ , 20_____ .

                                      _____

                                        ATTORNEY FOR DEFENDANT

13

**ADDENDUM B**

**PLEA OF GUILTY**

(Charges - continued from #15 on page 2)

|  | Crime | Statutory Reference | | |
|---|---|---|---|---|
| (5) | _____ | O.S. _____ | Yes | No |
| (6) | _____ | O.S. _____ | Yes | No |
| (7) | _____ | O.S. _____ | Yes | No |
| (8) | _____ | O.S. _____ | Yes | No |
| (9) | _____ | O.S. _____ | Yes | No |
| (10) | _____ | O.S. _____ | Yes | No |

(Punishments for Crimes - continued from #16 on page 4)

(5) Minimum of _____ to a maximum of _____ and/or a fine of $_____  Yes   No

(6) Minimum of _____ to a maximum of _____ and/or a fine of $_____  Yes   No

(7) Minimum of _____ to a maximum of _____ and/or a fine of $_____  Yes   No

(8) Minimum of _____ to a maximum of _____ and/or a fine of $_____  Yes   No

(9) Minimum of _____ to a maximum of _____ and/or a fine of $_____  Yes   No

(10) Minimum of _____ to a maximum of _____ and/or a fine of $_____  Yes   No

### DEFENDANT TO COMPLETE - if applicable

I understand that if I am not a United States citizen, my plea or conviction can result in me being subject to deportation, inadmissible to the United States, denied relief from deportation, ineligible for naturalization and could result in me being removed from the United States permanently.                                                                  Yes   No

If I am being sentenced to incarceration, I am a single custodial parent of a minor          Yes   No
child(ren)? The following arrangements have been made for the care and custody of the
child (ren) during the period of my incarceration? _____
_____.

I understand that if my plea or conviction involves a crime listed in 70 O.S. § 3-104.1
AND I am employed by a school district, the Clerk is directed to notify the State Board
of Education of these proceedings.                                                              Yes   No

_____
Defendant

14

**Addendum C**
FACTUAL BASIS

(Continued from # 28 on page 6)

**Addendum D**
RULES AND CONDITIONS OF PROBATION

As per DEFERRED SENTENCE page 9, #2, see attached Rules and Conditions of Probation setting forth the rules the Defendant must follow during the period of deferment.

## FINES ASSESSED IN COURT

DEFT_____   CASE NO_____

| | | | | | |
|---|---|---|---|---|---|
| CTI | FINE_____ | VCA_____ | OSBI_____ |
| CTII | FINE_____ | VCA_____ | OSBI_____ |
| CTIII | FINE_____ | VCA_____ | OSBI_____ |
| CTIV | FINE_____ | VCA_____ | OSBI_____ |
| CTV | FINE_____ | VCA_____ | OSBI_____ |

OIDS $_____   PSI FEE $_____   CONTEMPT FEE $_____

COURT REPORTER_____   JAIL TIME_____   COURT COSTS $_____

**DEFENDANT AGREES TO PAY $_____ PER MONTH; SO ORDERED**

Jared P. Sigler



## <u>RULE 8 NOTICE TO DEFENDANT</u>

**IF YOU ARE UNABLE TO PAY YOUR FINES AND COSTS AS ORDERED DUE TO DISABILITY OR POVERTY, EITHER TEMPORARILY OR PERMANENTLY, YOU ARE ENTITLED TO REQUEST A RULE 8 HEARING. IF REQUESTED, THE COURT WILL SET A DATE AND TIME TO CONDUCT THE RULE 8 HEARING AT WHICH YOU WILL HAVE AN OPPORTUNITY TO PRESENT EVIDENCE TO THE JUDGE OF THE REASONS WHY YOU SHOULD BE RELIEVED OF YOUR OBLIGATION TO PAY YOUR FINES AND/OR COSTS OR THAT YOUR OBLIGATION TO PAY SHOULD BE TEMPORARILY SUSPENDED FOR A PERIOD OF TIME.**



EXHIBIT
C

## WASHINGTON COUNTY DISTRICT COURT PROCEDURE
## RE: FINES AND COSTS REVIEW HEARINGS

You have been ordered to pay fines and costs in your Washington County District Court case. You have arranged to make payments pursuant to your agreement with the Court (your payment plan). In an effort to make this process as simple as possible for you, you may do following **IF, AND ONLY IF** you have made all payments as scheduled. If you are **CURRENT ON ALL PAYMENTS OR IF YOU ARE MAKING REGULAR MONTHLY PAYMENTS**:

1. **CALL** the Washington County Court Clerk's office (918-337-2870) on Monday, Tuesday, or before 4:00 p.m. on Wednesday of the week of you are scheduled to appear in court.
2. **ASK** to speak to Glenda Powell, Gina Swan, Halee Lawrence, or Jill Spitzer. You will receive a new court date.
3. **WRITE** down the new court date, or put in on your calendar so you do not forget it.
4. **REPEAT** the same process as long as you continue to remain current or making regular monthly payments as ordered.

### IMPORTANT!!!

➤ If you fail to call on Monday, Tuesday, or before 4:00 p.m. on Wednesday of the week you are scheduled to appear in court, you **MUST APPEAR** on your scheduled court date.
➤ If you call after 4:00 p.m. on Wednesday, or on Thursday or Friday, you **MUST APPEAR** on your scheduled court date.
➤ If you are not current or making regular monthly payments towards your fines and costs, you **MUST APPEAR** on your scheduled court date.
➤ If you call in but do not receive a new court date over the phone, you **MUST APPEAR** on your scheduled court date.
➤ If you do not have a working voice mail system or are unable to receive messages from the Court, you **MUST APPEAR** on your scheduled court date.
➤ If you miss a payment, you **MUST APPEAR** on your scheduled court date. <u>You will not go to jail for failure to pay, but you may go to jail for failure to appear.</u>

### NOTICE

It is not the responsibility of the Court or Court Clerk to make sure you get a new court date. That responsibility is yours, and yours alone. If you fail to follow the procedure as outlined above, the Court can revoke your "call in" privilege and you will be required to appear at all future court dates.

If you **fail to appear** as ordered for your fines and costs review date, a **BENCH WARRANT MAY BE ISSUED FOR YOUR ARREST**. If a warrant is issued for your arrest, DO NOT call the District Court or the Court Clerk's Office. You may, however, turn yourself in at the Washington County Jail (611 SW Adams Blvd., Bartlesville, OK) before 10:00 a.m. on any business day, and you will be seen by a judge at the daily arraignment docket at 1:15 p.m.

### KEEP OF COPY OF YOUR FINES AND COSTS PAYMENT PLAN!
### READ IT PERIODICALLY TO ENSURE THAT YOU ARE
### FAMILIAR WITH, AND IN COMPLIANCE WITH, ITS PROVISIONS.

**Revised February 2020**



EXHIBIT
D

## NOTICE OF DATE TO APPEAR IN COURT

YOU have been **ORDERED TO APPEAR** in the District Court of Washington County, Oklahoma on the following date(s):

_____, 20 20 at _____ A.M./P.M/ Case# _____ J d C _____, Floor 3rd

_____, 20____ at _____ A.M./P.M/ Case# _____, Floor_____

If you fail to appear as ordered by the Court, any bond posted for your reappearance will be subject to forfeiture and a **BENCH WARRANT** will be issued for your arrest.

_____
**Jared P. Sigler**
**JUDGE**

## FINES ASSESSED IN COURT

DEFT_____          CASE NO_____

| | | |
|---|---|---|
| CTI    FINE_____ | VCA_____ | OSBI_____ |
| CTII   FINE_____ | VCA_____ | OSBI_____ |
| CTIII  FINE_____ | VCA_____ | OSBI_____ |
| CTIV   FINE_____ | VCA_____ | OSBI_____ |
| CT V   FINE_____ | VCA_____ | OSBI_____ |

OIDS $_____          PSI FEE $_____          CONTEMPT FEE $_____

COURT REPORTER_____          JAIL TIME_____          COURT COSTS $_____

Defendant agrees to pay $ _____ per month; so ordered



EXHIBIT
E

IN THE DISTRICT COURT OF WASHINGTON COUNTY
OKLAHOMA

THE STATE OF OKLAHMA,     )
         Plaintiff,      )
vs.                 )    Case No. _____
                    )          _____
_____, )          _____
      Defendant.     )          _____
                    )          _____

<u>MOTION FOR RULE 8 HEARING ON</u>
<u>INABILITY TO PAY FINES AND/OR COSTS</u>

      Comes now the above-named Defendant and requests the Court to schedule a hearing where the Defendant can present evidence and documentation which establishes the Defendant's inability to pay fines and/or costs.

_____
Defendant

_____
Street Address

_____
City,        State   Zip code

_____
Telephone number

JILL L. SPITZER
WASHINGTON COUNTY COURT CLERK
420 S. JOHNSTONE, STE. 100
BARTLESVILLE, OK  74003
918-337-2870

February 19, 2021

CF-16-00539

Our records show you failed to appear for fines and costs on COURT DATE. Please call this office to get a new court date by RESPOND BY DATE. This will be your one-time courtesy letter. No other notification will be mailed to you, and a bench warrant will be issued for your arrest.

Thank you,

GLENDA POWELL
Cost Administrator
918-337-2870

**IN THE DISTRICT COURT OF WASHINGTON COUNTY, STATE OF OKLAHOMA**

| | | |
|---|---|---|
| State of Oklahoma | ) | |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| _____ | ) | Case No. _____ |
|    Defendant. | ) | _____ |
| SS# (last 4 digits only) _____ | ) | _____ |
| DOB: _____ | ) | _____ |

## BENCH WARRANT
### FAILURE  TO APPEAR

**THE STATE OF OKLAHOMA,**
To any Sheriff or Policeman in this State
**GREETINGS:**

The Defendant:

     **Name:** _____

     **Address:** _____

     **Phone No:** _____

     **DL# & State:** _____; STATE _____; **EXPIRATION DATE:** _____

     **Description: Employer:** _____; RACE: _____; SEX: _____

     **Vehicle: YEAR:** _____; **MAKE:** _____; **MODEL:** _____

        **TAG:** _____; **STATE:** _____

     **Physical Description/Employer:** _____

having been duly ordered to appear for fines and costs review in District Court of Washington County, the State of Oklahoma, and having failed to do so.

**YOU ARE THEREFORE COMMANDED FORTHWITH** to arrest the above named defendant and bring said defendant before said Court for Judgment; or, if the Court has adjourned, that you deliver said defendant into the custody of the Sheriff of Washington County, to be detained by said Sheriff until the further order of the Court; OR, UNTIL said defendant posts bail as authorized below;

**BOND SET AT $50.00 CASH ONLY** to apply toward the Defendant's fines and costs in the above referenced matter(s). If the Defendant does not post a cash bond, he/she shall receive credit toward fines and costs in the amount of $25.00 per day of incarceration on this warrant. Upon fulfillment of either payment of $50.00 cash bond or two (s) days incarceration, the Defendant's bond shall be satisfied and he/she shall be released.

**UPON RELEASE, THE DEFENDANT IS HEREBY ORDERED TO APPEAR IN COURT AT THE WASHINGTON COUNTY COURTHOUSE COURTROOM 2B AT 1:15 P.M. ON THE NEXT BUSINESS DAY IMMEDIATELY FOLLOWING RELEASE.**

GIVEN under my hand and seal of this Court, _____, 20____.

     **BY ORDER OF THE COURT:**      _____

                                          JUDGE OF THE DISTRICT COURT

**IN THE DISTRICT COURT IN AND FOR WASHINGTON COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| State of Oklahoma | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| _____ | ) | |
|       Defendant. | ) | |

<u>**ORDER SETTING BOND FOR FAILURE TO APPEAR**</u>

     **NOW** on this _____ day of _____, 20___, this matter comes before the Court with respect to a Failure to Appear warrant issued against the Defendant.

    ☐    The Defendant appears not.
    ☐    The Defendant appears on the daily arraignment docket;
          _____ appears for the state of Oklahoma.

     The Court, having reviewed the court dockets and records and being fully advised in the premises finds as follows:

1. The Defendant was ordered to appear on the Fines and Costs Docket on or about _____, 20___; the Defendant did not appear.
2. The Defendant was incarcerated pursuant to a Failure to Appear warrant issued for his/her arrest.
       ☐ Prior to the issuance of the warrant, the Defendant was mailed a one-time courtesy letter from the Washington County Court Clerk advising of the missed court appearance and given a second date to appear before the Court. The Defendant failed to appear on that date.
3. The Defendant's bond should be set at $50.00 (cash bond) to apply toward the Defendant's fines and costs in the above referenced matter(s).
4. If the Defendant does not post bond in the amount of $50.00, he/she should receive credit toward his/her fines and costs in the amount of $25.00 for each and every day he/she is incarcerated on said warrant in the Washington County jail (or other jail facility, if applicable).
5. Upon fulfillment of either payment of $50.00 cash bond or two (s) days incarceration, the Defendant's bond should be satisfied.
6. The Defendant should be ordered to appear in court (Washington County Courthouse Courtroom 2B) at 1:15 p.m. on the next business day immediately following his/her release to get a new date for a Fines and Costs Review Hearing.

**EXHIBIT**

**F**

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the Defendant's bond shall be, and hereby is, a $50.00 (cash bond) to apply toward the Defendant's fines and costs in the above referenced matter(s).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that if the Defendant does not post said bond, he/she shall receive credit toward his/her fines and costs in the amount of $25.00 for each and every day he/she has been incarcerated on said warrant in the Washington County jail (or other jail facility, if applicable).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that upon fulfillment of either payment of $50.00 cash bond or two (s) days incarceration, the Defendant's bond shall be satisfied.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the Defendant shall appear in court (Washington County Courthouse Courtroom 2B) at 1:15 p.m. on the next business day immediately following his/her release to get a new date for a Fines and Costs Review Hearing.

OR

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the Defendant shall appear in court (Washington County Courthouse Courtroom 2B) before the Honorable _____ on the _____ day of _____, 20____ at _____.m. in Courtroom _____ of the Washington County Courthouse, 420 S. Johnstone, Bartlesville, Oklahoma.

_____
JUDGE OF THE DISTRICT

**RULE 8 NOTICE TO DEFENDANT**: IF YOU ARE UNABLE TO PAY YOUR FINES AND COSTS AS ORDERED DUE TO DISABILITY OR POVERTY, EITHER TEMPORARILY OR PERMANENTLY, YOU ARE ENTITLED TO REQUEST A RULE 8 HEARING. IF REQUESTED, THE COURT WILL SET A DATE AND TIME TO CONDUCT THE RULE 8 HEARING AT WHICH YOU WILL HAVE AN OPPORTUNITY TO PRESENT EVIDENCE TO THE JUDGE OF THE REASONS WHY YOU SHOULD BE RELIEVED OF YOUR OBLIGATION TO PAY YOUR FINES AND/OR COSTS OR THAT YOUR OBLIGATION TO PAY SHOULD BE TEMPORARILY SUSPENDED FOR A PERIOD OF TIME.

SHARONICA RENEE CARTER

| TYPE | CASE | DUE | OFFENSE | PAYORD | O |
|------|------|-----|---------|--------|---|
| D | JDL-2011-00029 | 0.00 | DELINQUENT | | |
| D | YO-2011-00001 | 5216.00 | ATTEMPTED ROBBERY WITH A | 1 | X |

************

5216.00

19950612    434914963

EXHIBIT
G

Printed: 02/19/21                WASHINGTON COUNTY JDL - JUVENILE DELINQUENCY DOCKET                Page: 1
                                          JILL SPITZER, COURT CLERK

| Case No. | STYLE OF CASE | NATURE OF ACTION | ATTORNEYS |
|---|---|---|---|
| JDL-2011-00029 | STATE OF OKLAHOMA PLAINTIFF<br><br>SHARONICA RENEE CARTER DEFENDANT | DELINQUENT | AARON PEMBLETON<br>501 E FRANK PHILLIPS BLVD<br>BARTLESVILLE, OK 74003 |

DATES RECORDS

| DATE | TIME | DESC | COMPLETES |
|---|---|---|---|
| 04-28-2011 | 11:00AM | JUVENILE DOCKET | 04-28-2011   DONE: X |
| 01-05-2018 | 1:30PM | FINES AND COSTS REVIEW | 01-05 2018   DONE: X |

| Date | All Moneys Received | Receipt No. | Dollars | Code |
|---|---|---|---|---|
| 11-15-2017 | BY M.O. $75.00, CHECK# SM7021142467, SHARONICA RENEE CARTER | 453279 | $75.00 | |
| 12-18-2017 | BY M.O. $17.50, CHECK# SM7021482504, SHARONICA RENEE CARTER | 454784AA | $17.50 | |
| | | Total | $92.50 | |

| Date | Total Costs and Disburs. | Voucher | Dollars | Cat. |
|---|---|---|---|---|
| 11-16-2017 | | | $50.00 | CF |
| | | | $1.50 | RV |
| | | | $6.00 | LL |
| | | | $15.00 | DACJ |
| 12-19-2017 | | | $2.50 | SHF |
| | | | $17.50 | SHF |
| | | Total | $92.50 | |

Judge:   JARED P SIGLER            Case Information: FINES AND COSTS REVIEW
                                   Comments:

| Date | Entries | Book | Page | Fees | Cat. |
|---|---|---|---|---|---|
| 04-26-2011 | DOCKET | | | $50.00 | CF |
| | | | | $6.00 | LL |
| | DISTRICT ATTORNEY REVOLVING FUND | | | $15.00 | DACJ |
| | 10% OF DARF | | | $1.50 | RV |
| 04-26-2011 | ORDER TO LOCATE AND PLACE IN SECURE DETENTION ISSD | | | $20.00 | SHF |
| 04-26-2011 | APPLICATION FOR SECURE DETENTION WITH AFFIDAVIT IN | | | | |
| | SUPPORT OF APPLICATION FOR SECURE DETENTION ATTACHED | | | | |
| 04-28-2011 | ORDER TO LOCATE AND PLACE IN SECURE DETENTION RETD | | | | |
| | SERVED CRAIG CO JUV DET 4/28/11 | | | | |
| 10-17-2017 | ORDER TO PAY FINES AND COSTS. TO PAY $75.00 PER MONTH | | | | |
| | BEGINNING 11-17-17. (COPY/ORIG YO-11-1) (DF) | | | | |
| | | Total Fees | | $92.50 | |
| | | Total Unassigned | | | |

                                                    Amount Due:      $0.00



EXHIBIT

H

| Case No. | TITLE OF CAUSE | NATURE OF CHARGE | ATTORNEYS |
|---|---|---|---|
| YO-2011-00001 | STATE OF OKLAHOMA vs. SHARONICA RENEE CARTER | ATTEMPTED ROBBERY WITH A WEAPON | |

DATES RECORDS

| DATE | TIME | DESC | COMPLETES |
|---|---|---|---|
| 06-21-2011 | 8:30AM | JUVENILE DOCKET | 06-21-2011   DONE: X |
| 07-07-2011 | 8:30AM | JUVENILE DOCKET | 07-07-2011   DONE: X |
| 08-02-2011 | 3:00PM | JUVENILE DOCKET | 08-02-2011   DONE: X |
| 08-11-2011 | 10:00AM | JUVENILE DOCKET | 08-11-2011   DONE: X |
| 09-22-2011 | 10:30AM | JUVENILE DOCKET | 09-22-2011   DONE: X |
| 09-26-2011 | | JUDGMENT AND SENTENCE SUSPENDED | 09-26-2011   DONE: X |
| 01-19-2012 | 10:00AM | JUVENILE DOCKET | 01-19-2012   DONE: X |
| 02-02-2012 | 10:00AM | JUVENILE DOCKET | 02-02-2012   DONE: X |
| 04-19-2012 | 10:00AM | JUVENILE DOCKET | 04-19-2012   DONE: X |
| 07-26-2012 | 1:30PM | JUVENILE DOCKET | 05-31-2012   DONE: X |
| 08-02-2012 | 1:30PM | JUVENILE DOCKET | 08-02-2012   DONE: X |
| 01-10-2013 | 10:00AM | JUVENILE DOCKET | 01-10-2013   DONE: X |
| 02-07-2013 | 10:00AM | JUVENILE DOCKET | 02-07-2013   DONE: X |
| 05-30-2013 | 10:00AM | JUVENILE DOCKET | 05-30-2013   DONE: X |
| 10-31-2013 | 10:00AM | JUVENILE DOCKET | 10-31-2013   DONE: X |
| | | CST;BEGS | 06-01-2016   DONE: X |
| 01-09-2014 | 9:00AM | JUVENILE DOCKET | 01-09-2014   DONE: X |
| 02-06-2014 | 9:00AM | JUVENILE DOCKET | |
| 02-07-2014 | | BENCH WARRANT ISSUED FTA/FTP | 04-14-2016   DONE: X |
| 04-15-2014 | | WC - CASE SENT TO COLLECTIONS | |
| 06-10-2014 | | WARRANT, ISSUED | 04-14-2016   DONE: X |
| 08-18-2014 | | WC - CASE RE-SENT TO COLLECTIONS | |
| 11-19-2014 | | WC - CASE RE-SENT TO COLLECTIONS | |
| 03-20-2015 | | WC - CASE RE-SENT TO COLLECTIONS | |
| 09-25-2015 | | WC - CASE RE-SENT TO COLLECTIONS | |
| 11-17-2015 | | WC - CASE RE-SENT TO COLLECTIONS | |
| 02-03-2016 | | WC - CASE RE-SENT TO COLLECTIONS | |
| 04-19-2016 | 1:30PM | APPLICATION TO REVOKE | 04-19-2016   DONE: X |
| 05-10-2016 | 1:30PM | APPLICATION TO REVOKE | 05-10-2016   DONE: X |
| 06-01-2016 | 9:00AM | APPLICATION TO REVOKE | 06-01-2016   DONE: X |
| | | ST APPLICATION TO REVOKE | |
| | | SENTENCED ON APP TO REVOKE | 06-01-2016   DONE: X |
| | | CST;BEGS | 07-30-2017   DONE: X |
| 06-22-2016 | | JUDGMENT AND SENTENCE SUSPENDED | 06-22-2016   DONE: X |
| 06-23-2016 | | JUDGMENT AND SENTENCE AFTER REVOCATION | 06-23-2016   DONE: X |
| 10-17-2017 | | CST;BEGS | 09-26-2018   DONE: X |
| 01-05-2018 | 1:30PM | FINES AND COSTS REVIEW | 01-04-2018   DONE: X |
| 03-02-2018 | 1:30PM | FINES AND COSTS REVIEW | 03-02-2018   DONE: X |
| | | FAILED TO APPEAR | |
| 03-07-2018 | | CST;BENCH WARRANT, ISSUED | 03-19-2018   DONE: R |
| 06-08-2018 | 1:30PM | FINES AND COSTS REVIEW | 06-04-2018   DONE: X |
| 07-27-2018 | 1:30PM | FINES AND COSTS REVIEW | 07-27-2018   DONE: X |
| 09-28-2018 | 1:30PM | FINES AND COSTS REVIEW | |
| | | CST;BEGS | |
| 11-16-2018 | 1:30PM | FINES AND COSTS REVIEW | 11-14-2018   DONE: X |
| 02-08-2019 | 1:30PM | FINES AND COSTS REVIEW | 02-06-2019   DONE: X |
| 05-10-2019 | 1:30PM | FINES AND COSTS REVIEW | 05-10-2019   DONE: X |
| 06-21-2019 | 11:30AM | FINES AND COSTS REVIEW | 05-14-2019   DONE: X |
| 06-07-2019 | 11:30AM | FINES AND COSTS REVIEW | 06-07-2019   DONE: X |
| 06-21-2019 | 10:30AM | FINES AND COSTS REVIEW | 06-21-2019   DONE: X |
| 06-24-2019 | | WARRANT, ISSUED | 10-21-2019   DONE: R |
| 11-01-2019 | 11:00AM | FINES AND COSTS REVIEW | 11-01-2019   DONE: X |
| | | CST;BENCH WARRANT, ISSUED | |

| Date | All Moneys Received | | Receipt No. | Dollars | Code |
|---|---|---|---|---|---|

**EXHIBIT**

**I**

```
|-------------------------------------------------------------------------------|
|01-09-2014| BY CASH $150.00, SHARONICA RENEE CARTER            |390493 |  $150.00|
|10-31-2014| BY CHCK-O $0.72, CHECK# 013397198, STATE OF OKLAHOMA|402970QK|    $0.72|
|         | BY CHCK-O $0.72, CHECK# 013397198, STATE OF OKLAHOMA|402970QL|    $0.72|
|01-24-2015| BY CHCK-O $0.72, CHECK# 013407210, STATE OF OKLAHOMA|406478IG|    $0.72|
|         | BY CHCK-O $0.72, CHECK# 013407210, STATE OF OKLAHOMA|406478IP|    $0.72|
|         | BY CHCK-O $1.08, CHECK# 013407210, STATE OF OKLAHOMA|406478IW|    $1.08|
|05-27-2015| BY CHCK-O $1.08, CHECK# 013419599, STATE OF OKLAHOMA|412298LV|    $1.08|
|         | BY CHCK-O $1.08, CHECK# 013419599, STATE OF OKLAHOMA|412298MD|    $1.08|
|         | BY CHCK-O $1.08, CHECK# 013419599, STATE OF OKLAHOMA|412298ML|    $1.08|
|08-13-2015| BY CHCK-O $1.08, CHECK# 013431417, STATE OF OKLAHOMA|415927CV|    $1.08|
|         | BY CHCK-O $1.44, CHECK# 013431417, STATE OF OKLAHOMA|415927CZ|    $1.44|
|         | BY CHCK-O $1.44, CHECK# 013431417, STATE OF OKLAHOMA|415927DD|    $1.44|
|         | BY CHCK-O $1.44, CHECK# 013431417, STATE OF OKLAHOMA|415927DI|    $1.44|
|10-27-2015| BY CHCK-O $1.44, CHECK# 013440520, STATE OF OKLAHOMA|419130PG|    $1.44|
|         | BY CHCK-O $1.44, CHECK# 013440520, STATE OF OKLAHOMA|419130PP|    $1.44|
|02-03-2016| BY CHCK-O $1.44, CHECK# 103451193, STATE OF OKLAHOMA|423422NW|    $1.44|
|         | BY CHCK-O $1.44, CHECK# 103451193, STATE OF OKLAHOMA|423422OC|    $1.44|
|         | BY CHCK-O $1.44, CHECK# 103451193, STATE OF OKLAHOMA|423422OI|    $1.44|
|06-14-2016| BY CHCK-O $4.32, CHECK# 013465528, STATE OF OKLAHOMA|429650FU|    $4.32|
|02-11-2017| BY CHCK-O $1.44, CHECK# 013487383, STATE OF OKLAHOMA|440364KS|    $1.44|
|05-05-2017| BY CHCK-O $2.52, CHECK# 013496235, STATE OF OKLAHOMA|444433ER|    $2.52|
|08-16-2017| BY CHCK-O $4.68, CHECK# 013505448, STATE OF OKLAHOMA|449225ER|    $4.68|
|10-20-2017| BY CHCK-O $2.88, CHECK# 013511459, STATE OF OKLAHOMA|452155EJ|    $2.88|
|12-18-2017| BY M.O. $57.50, CHECK# SN7021482504, SHARONICA RENEE CARTER|454784AB|   $57.50|
|01-18-2018| BY M.O. $75.00, CHECK# SN7021431877, SHARONICA RENEE CARTER|456126 |   $75.00|
|02-16-2018| BY CASH $75.00, SHARONICA RENEE CARTER            |457574 |   $75.00|
|03-05-2018| BY M.O. $75.00, CHECK# SN7021556081, SHARONICA RENEE CARTER|458361 |   $75.00|
|03-19-2018| BY CASH $330.00, SHARONICA RENEE CARTER           |459068 |  $330.00|
|04-16-2018| BY M.O. $75.00, CHECK# 7021444873, SHARONICA RENEE CARTER|460267 |   $75.00|
|05-17-2018| BY M.O. $75.00, CHECK# 7022038232, SHARONICA RENEE CARTER|461694 |   $75.00|
|05-29-2018| BY VISA $75.00, CHECK# CARD: 3175-11388629, AKILLA CARTER|462224 |   $75.00|
|09-28-2018| BY CASH $50.00, SHARONICA RENEE CARTER            |467779 |   $50.00|
|11-02-2018| BY VISA $100.00, CHECK# CARD: 3930-11589456, JANET MCKINNEY|469266 |  $100.00|
|11-26-2018| BY VISA $50.00, CHECK# CARD: 1854-11617057, SHARONICA RENEE CARTER|470153 |   $50.00|
|12-28-2018| BY VISA $60.00, CHECK# CARD: 1854-11659049, SHARONICA RENEE CARTER|471506 |   $60.00|
|01-14-2019| BY VISA $80.00, CHECK# CARD: 1854-11679332, SHARONICA RENEE CARTER|472160 |   $80.00|
|10-21-2019| BY CASH $50.00, SHARONICA RENEE CARTER            |4837L2 |   $50.00|
|11-01-2019| BY VISA $50.00, CHECK# CARD: 9328-12091563, SHARONICA RENEE CARTER|484018 |   $50.00|
|                                                            -------- ---------- |
|                                                      | Total   | $1463.14|
|-------------------------------------------------------------------------------|
```

```
|-------------------------------------------------------------------------------|
|         |                                           |        |         |      |
| Date    | Total Costs and Disburs.                  | Voucher| Dollars |Cat.  |
|         |                                           |        |         |      |
|-------------------------------------------------------------------------------|
|01-10-2014|                                          |        |  $150.03|CF    |
|11-19-2014|                                          |        |    $0.34|WC30  |
|         |                                           |        |    $1.10|CF    |
|01-26-2015|                                          |        |    $0.59|WC30  |
|         |                                           |        |    $1.93|CF    |
|06-23-2015|                                          |        |    $0.75|WC30  |
|         |                                           |        |    $2.49|CF    |
|08-14-2015|                                          |        |    $0.25|WC30  |
|         |                                           |        |    $0.83|CF    |
|         |                                           |        |    $0.34|WC30  |
|         |                                           |        |    $1.10|CF    |
|         |                                           |        |    $0.34|WC30  |
|         |                                           |        |    $1.10|CF    |
|         |                                           |        |    $0.34|WC30  |
|10-28-2015|                                          |        |    $1.10|CF    |
|         |                                           |        |    $0.34|WC30  |
|         |                                           |        |    $1.10|CF    |
|         |                                           |        |    $0.34|WC30  |
|02-04-2016|                                          |        |    $1.10|CF    |
|         |                                           |        |    $0.34|WC30  |
|         |                                           |        |    $1.10|CF    |
|         |                                           |        |    $0.34|WC30  |
|         |                                           |        |    $1.10|CF    |
|         |                                           |        |    $0.34|WC30  |
|06-16-2016|                                          |        |    $1.10|CF    |
|         |                                           |        |    $1.00|WC30  |
|02-14-2017|                                          |        |    $3.32|CF    |
|         |                                           |        |   -$0.34|WC30  |
|08-16-2017|                                          |        |    $1.10|CF    |
|         |                                           |        |    $1.67|WC30  |
|10-23-2017|                                          |        |    $5.93|CF    |
|         |                                           |        |    $0.67|WC30  |
|12-19-2017|                                          |        |    $2.21|CF    |
|         |                                           |        |   $13.27|WC30  |
```

| Date | Amount | Code |
|---|---|---|
| 01-19-2018 | $44.23 | CF |
| | $17.31 | WC30 |
| 02-20-2018 | $57.69 | CF |
| | $17.31 | WC30 |
| 03-06-2018 | $57.69 | CF |
| | $17.31 | WC30 |
| 03-20-2018 | $57.69 | CF |
| | $76.16 | WC30 |
| 04-17-2018 | $253.84 | CF |
| | $17.31 | WC30 |
| 05-18-2018 | $57.69 | CF |
| | $17.31 | WC30 |
| 05-29-2018 | $57.69 | CF |
| 05-30-2018 | $1.45 | CCPF |
| | $17.31 | WC30 |
| 10-01-2018 | $56.24 | CF |
| | $11.54 | WC30 |
| 11-02-2018 | $38.46 | CF |
| 11-05-2018 | $1.92 | CCPF |
| | $23.08 | WC30 |
| 11-26-2018 | $75.00 | CF |
| 11-27-2018 | $0.96 | CCPF |
| | $11.54 | WC30 |
| | $37.50 | CF |
| 12-28-2018 | $1.15 | CCPF |
| 12-31-2018 | $13.85 | WC30 |
| | $45.00 | CF |

| Date | Total Costs and Disburs. | Voucher | Dollars | Cat. |
|------|--------------------------|---------|---------|------|
| 01-14-2019 | | | $1.54 | CCPF |
| 01-15-2019 | | | $18.47 | WC30 |
| | | | $59.99 | CF |
| 10-22-2019 | | | $11.54 | WC30 |
| | | | $38.46 | CF |
| 11-01-2019 | | | $0.96 | CCPF |
| 11-04-2019 | | | $11.54 | WC30 |
| | | | $37.50 | CF |
| | | Total | $1463.14 | |

| Judge: | LINDA S THOMAS | Case Information: FINES AND COSTS REVIEW |
|--------|----------------|-------------------------------------------|
| | | Comments: **SEE HIDDEN NOTE** ***DO NOT RECALL ANY MORE WARRANTS*** |

| Date | Entries | Book | Page | Fees | Cat. |
|------|---------|------|------|------|------|
| 04-28-2011 | FILE ENTER & RECORD INFORMATION | | | $103.00 | CF |
| | | | | $6.00 | LL |
| | | | | $5.00 | SHF |
| | CLEET | | | $9.00 | CLT9 |
| | AFIS | | | $5.00 | AFS5 |
| | FORENSIC | | | $5.00 | FORE |
| | 10% of CLEET, AFIS AND FORENSIC | | | $1.90 | RV |
| | MEDICAL EXPENSE LIABILITY FUND | | | $10.00 | MLRF |
| | 10% OF MLRF | | | $1.00 | RV |
| | DA REVOLVING FUND | | | $25.00 | DACF |
| | 10% OF DARF | | | $2.50 | RV |
| | Oklahoma Court Information System Assessment | | | $25.00 | OCIS |
| | Sheriff's Service Fee-Courthouse Security Sub Account | | | $10.00 | CHS |
| | 10% of Courthouse Security Fee | | | $1.00 | RV |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT | | | $3.00 | AG |
| | 10% OF AG VICTIM SERVICES FEE | | | $0.30 | RV |
| | CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | | | $3.00 | CAMA |
| | 10% OF CAMA FEE | | | $0.30 | RV |
| 04-28-2011 | NOTICE OF YOUTHFUL OFFENDER RIGHTS | | | | |
| 04-28-2011 | ORDER AUTHORIZING DETENTION ISSD | | | $20.00 | SHF |
| 04-28-2011 | CM: DELAPP-SIGLER-DEFENDANT AND ATTY K SANDERS. INITIAL APPEARANCE ON YOUTHFUL OFFENDER CASE. COURT SERVED JUV AND MOTHER W/INFOMATION AND YOUTHFUL OFFENDER RIGHTS. COURT ORDERS CERTIFICATION EVALUATIONS BY OJA AND DR FISHER. BOND SET AT $100,000. CAN MOVE JUV TO TULSA CO DETENTION-NO OBJECTION. ALSO PRESENT N JONES OJA; L CARTER/GMA; L CARTER/SISTER, SET FOR FURTHER HG 6/21/11 AT 8:30AM FOR PRELIMINARY HG WITH JUDGE GERKIN. | | | | |
| 04-28-2011 | CT MINUTE FILED | | | | |
| 05-02-2011 | ORDER APPOINTING COUNSEL FOR CRIMINAL DEFENDANT (KRISTI SANDERS-COPIES GIVEN TO ATTY) | | | | |
| 05-09-2011 | SUBPOENA, ISSUED (2 NAMES) TO SHF | | | $100.00 | SHF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 05-09-2011 | SUBPOENA, ISSUED (2 NAMES) TO SHF | | | $100.00 | SHF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 05-09-2011 | MOTION AND ORDER TO ENDORSE ADDITIONAL WITNESS(ES) | | | | |
| 05-10-2011 | SUBPOENA, ISSUED (1 NAME) TO SHF | | | $50.00 | SHF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 05-11-2011 | MOTION TO CERTIFY DEFENDANT FROM YOUTHFUL OFFENDER TO JUVENILE STATUS | | | | |
| 05-12-2011 | DISCOVERY REQUEST | | | | |
| 05-13-2011 | SUBP RET'D SERVED STEVE BIRMINGHAM BPD; CHRIS BULLEN BPD BY SERVING PAULA HOUSE 5/11/11 | | | | |
| 05-16-2011 | SUBP RET'D SERVED DEBORAH BAKER BY SERVING MARGIE ELDRIDGE 5/12/11 | | | | |
| 05-26-2011 | SUBP RET'D SERVED ASHLEY COOPER BY SERVING LEE COOPER 5/13/11; ALICIA DAWN MURRAY 5/24/11 | | | | |
| 06-13-2011 | OFFICE OF JUVENILE AFFAIRS CERTIFICATION STUDY | | | | |
| 06-23-2011 | ORDER AUTHORIZING DETENTION RET'D EXECUTED | | | | |
| 06-24-2011 | CM: PHONE MINUTE PER JUDGE GERKIN-SIGLER-PEMBLETON-ATTY K SANDERS. PRELIMINARY HEARING  CONTINUED TO 7-7-11 @ 8:30AM. (CSF) | | | | |
| 06-28-2011 | ORDER TO TRANSPORT ISSUED | | | $50.00 | SHF |
| | | | | $25.00 | OCIS |
| 06-28-2011 | AFFIDAVIT OF WITNESS FEES | | | $20.00 | DWF |
| 07-07-2011 | CM: GERKIN-SIGLER-DEFT W/ ATTY K SANDERS. MATTER PASSED TO 8-2-11 @ 3:00PM. | | | | |

[07-07-2011] COURT MINUTE FILED

| Judge: | LINDA S THOMAS | Case Information: FINES AND COSTS REVIEW |
| | | Comments: **SEE HIDDEN NOTE** ***DO NOT RECALL ANY MORE WARRANTS*** |

| Date | Entries | Book | Page | Fees | Cat. |
|------|---------|------|------|------|------|
| 07-12-2011 | SUBP OUT OF COUNTY ISS, (1 NAME) RET'D TO DA FOR SERVICE | | | | |
| 07-12-2011 | MOTION AND ORDER TO ENDORSE ADDITIONAL WITNESSES | | | | |
| 07-12-2011 | SUBPOENA, ISSUED (1 NAME TO SHF) | | | $50.00 | SHF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 07-12-2011 | MOTION AND ORDER TO ENDORSE ADDITIONAL WITNESSES | | | | |
| 07-13-2011 | SUBP RET'D SERVED BOB WILLIAMS 7/13/11 | | | | |
| 07-22-2011 | SUBP OUT OF COUNTY RET'D SERVED CURTIS GRUNDY 07-12-11 BY DA | | | | |
| 07-22-2011 | CERTIFICATE OF CERTIFIED MAIL RET'D SIGNED E GRUNDY FOR CURTIS BRUNDY 07-20-11 | | | | |
| 07-29-2011 | ORDER TO TRANSPORT | | | | |
| 08-02-2011 | CM: GERKIN-SIGLER-DEFT W/ ATTY K SANDERS-B WILLIAMS OF OJA-DR GRUNDY. MOTHER OF DEFT DOES NOT APPEAR. MS SANDERS WITHDRAWS MOTION TO CERTIFY AS JUVENILE AND REQUESTS COURT TO CERTIFY AS YOUTHFUL OFFENDER. DEFT STIPULATES TO DR GRUNDY'S REPORT. MS SANDERS ALSO REQUESTS DEFT BE PLACE W/ OJA FOR PLACEMENT. STATE HAS NO OBJECTIONS TO PLACEMENT. COURT TO CERTIFY DEFT AS YOUTHFUL OFFENDER AND WILL HAVE WRITTEN ORDER OF DETERMINATION BY NEXT COURT DATE. DEFT TO BE PLACE INTO CUSTODY OF OJA. DEFT ORDERED BACK 8-11-11 @ 10:00AM W/ JUDGE DELAPP. (CSF) | | | | |
| 08-03-2011 | ORDER TO TRANSPORT ISSUED | | | $50.00 | SHF |
| | | | | $25.00 | OCIS |
| 08-04-2011 | ORDER TO TRANSPORT RET'D EXECUTED 6/28/11 | | | | |
| 08-04-2011 | RECOMMENDATION | | | | |
| 08-04-2011 | ORDER TO TRANSPORT RET'D EXECUTED 7/29/11 | | | | |
| 08-09-2011 | AFFIDAVIT OF WITNESS FEES | | | $450.00 | DWF |
| 08-11-2011 | CM: DELAPP-HOYT PEMBLETON-BOB WILLIAMS/OJA-DEFT W/ATTY K SANDERS. MOTHER FAILS TO APPEAR. JUVENILE ADVISED OF RIGHTS. JUVENILE WAIVES RIGHTS TO JURY/NON-JURY TRIAL. DEFT PLED NO CONTEST AND WILL ENTER BLIND PLEA. DEFT TO CONTINUE IN DETENTION. IF TREATMENT BED COMES OPEN CAN BE MOVED THERE BEFORE SENTENCING. OJA TO DO A YOUTHFUL OFFENDER PRE-SENTENCE INVESTIGATION. ALL PARTIES ORDERED BACK FOR SENTENCING/PSI 09/22/11 @ 10:30 AM. (LAH) | | | | |
| 08-11-2011 | CT MINUTE FILED | | | | |
| 08-11-2011 | COURT REPORTER FEE - CRIMINAL | | | $20.00 | CF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 08-11-2011 | SUMMARY OF FACTS | | | | |
| 08-11-2011 | WAIVER OF JURY AND NON-JURY TRIAL | | | | |
| 08-15-2011 | ORDER TO CONDUCT YOUTHFUL OFFENDER PRESENTENCE INVESTIGATION | | | | |
| 08-15-2011 | ORDER TO TRANSPORT | | | $50.00 | SHF |
| | | | | $25.00 | OCIS |
| 08-31-2011 | ORDER TO RELEASE AND TRANSPORT; ISSUED | | | $50.00 | SHF |
| | | | | $25.00 | OCIS |
| 08-31-2011 | ORDER TO TRANSPORT RET'D EXECUTED; 8/11/11 | | | | |
| 08-31-2011 | ORDER TO TRANSPORT RET'D NOT EXECUTED PER BOB WILLIAMS; 8/31/11 | | | | |
| 09-12-2011 | PRE-SENTENCE INVESTIGATION | | | | |
| 09-22-2011 | COURT REPORT | | | | |
| 09-22-2011 | CM: DELAPP-HOYT-PEMBLETON-DEFT W/ ATTY K SANDERS-B WILLIAMS, OJA-P HANEY, COJC. MATTER COMES ON FOR SENTENCING. DEFT PREVIOUSLY ENTERED BLIND PLEA. THERE ARE NOT CORRECTIONS OR CONDITIONS TO REPORT. STATE | | | | |


EXHIBIT
J

| Judge: | LINDA S THOMAS | Case Information: FINES AND COSTS REVIEW |
| | | Comments: **SEE HIDDEN NOTE** ***DO NOT RECALL ANY MORE WARRANTS*** |

| Date | Entries | Book | Page | Fees | Cat. |
|---|---|---|---|---|---|
| | OBJECTS TO ANDY DEFERRED SENTENCE, COURT SENTENCES DEFT | | | | |
| | TO: 5 YEARS SUSPENDED, $1,000.00 FINE, $250.00 VCA, | | | | |
| | PROBATION TO BE WITH OJA, 100 HRS COMMUNITY SERVICE, | | | | |
| | WRITTEN TREATMENT PLAN THAT INCLUDES THE PARTICIPATION | | | | |
| | OF MOTHER DEMETRA JACKSON, PA & COURT COSTS. DEFT | | | | |
| | DEFT ORDERED BACK 1-19-12 @ 10:00AM FOR REVIEW. (CSF) | | | | |
| 09-22-2011 | COURT MINUTE FILED | | | | |
| 09-22-2011 | FINE | | | $1000.00 | CF |
| | VCA | | | $250.00 | VCAF |
| | 10% OF VCA | | | $25.00 | RV |
| 09-22-2011 | PLEA OF GUILTY SUMMARY OF FACTS | | | | |
| 09-22-2011 | ADDITIONAL FINDINGS AT TIME OF SENTENCING | | | | |
| 09-26-2011 | JUDGMENT AND SENTENCE, SUSPENDED | | | | |
| 12-01-2011 | JSU-5 SUPERVISED COMMUNITY PLACEMENT RULES | | | | |
| 12-05-2011 | ORDER TO RELEASE AND TRANSPORT RETD SERVED CRAIG CO DET | | | | |
| | 9/1/11 | | | | |
| 01-11-2012 | OJA REPORT TO THE COURT/CASE PLAN | | | | |
| 01-18-2012 | MOTION TO REVOKE SUSPENDED SENTENCE, BRIDGE YOUTHFUL | | | | |
| | OFFENDER CHARGE TO AN ADULT CONVICTION AND TRANSFER | | | | |
| | CUSTODY TO THE OKLAHOMA DEPARTMENT OF CORRECTIONS | | | | |
| 01-19-2012 | CM: DELAPP-PEMBLETON-ATTY K SANDERS-OJA BY R WILLIAMS, | | | | |
| | JUV CONTINUED IN CUSTODY OF OJA. CASE IS PASSED DUE TO | | | | |
| | ORDER OF COURT FOR RE-SCHEDULING PURPOSES. COURT IS IN | | | | |
| | JURY TRIAL IN NOWATA COUNTY. MAINTAIN STATUS QUO. ALL | | | | |
| | PARTIES ORDERED BACK TO NEXT HG 2/2/12 AT 10:00AM FOR | | | | |
| | REVIEW. | | | | |
| 01-19-2012 | CT MINUTE FILED | | | | |
| 02-02-2012 | COJC COURT REPORT | | | | |
| 02-02-2312 | CM: DELAPP-PEMBLETON-JUV AND ATTY K SANDERS-MOTHER-OJA | | | | |
| | BY R WILLIAMS OTHERS/A CARTER SISTER, S HENRY-SISTER. | | | | |
| | REPORTS REC'D FROM OJA AND COJC. NO OBJECTIONS OR | | | | |
| | CORRECTIONS TO REPORTS, JUV CONTINUED IN CUSTODY OF OJA | | | | |
| | AND CURRENTLY PLACED AT COJC. CT FOLLOWS OJA RECS IN | | | | |
| | ITS ENTIRETY. IA ON MOTION TO REVOKE SUSPENDED | | | | |
| | SENTENCE. WAIVES 20 DAYS-WANTS TO TRY TO GET BACK INTO | | | | |
| | COMPLIANCE. RESTITUTION OF $1277.11 UNDER ADVISEMENT. | | | | |
| | ALL PARTIES ORDERED BACK TO NEXT HG 4/19/12 AT 10:00AM | | | | |
| | FOR HG ON MOTION TO REVOKE. | | | | |
| 02-02-2012 | CT MINUTE FILED | | | | |
| 04-13-2012 | REPORT TO THE COURT/CASE PLAN OFFICE OF JUVENILE | | | | |
| | AFFAIRS (SB) | | | | |
| 04-19-2012 | COURT REPORT (SB) | | | | |
| 04-19-2012 | CM: DELAPP-PEMBLETON-JUV W/ ATTY K SANDERS-MOTHER-R | | | | |
| | WILLIAMS FOR OJA-OTHERS: J CARTER & A CARTER (BROTHER & | | | | |
| | SISTER). REPORTS FROM OJA AND COJC. JUV CONTINUED IN | | | | |
| | CUSTODY OF OJA. JUV CURRENTLY PLACED WITH COJC. COURT | | | | |
| | FOLLOWS OJA RECOMMENDATION IN ITS ENTIRETY. HAS | | | | |
| | CONFIRMED TO ACT OUT. CASE TO BE SET FOR HEARING ON | | | | |
| | MOTION. ALL PARTIES ORDERED BACK 7/26/12 @ 1:30PM FOR | | | | |
| | HEARING ON MOTION TO REVOKE. (MEL) | | | | |
| 04-19-2012 | COURT MINUTE FILED (MEL) | | | | |
| 04-24-2012 | NOTICE & ORDER OF ENDORSEMENT OF ADDITIONAL WITNESS(ES) | | | | |
| | (SB) | | | | |
| 04-24-2012 | SUBP OUT OF COUNTY ISSUED BY DA (SB) | | | | |
| 04-24-2012 | SUBP DUCES TECUM OUT OF COUNTY ISSUED BY DA (SB) | | | | |
| 04-25-2012 | CERTIFIED MAIL SENT TO PAULA HANEY BY DA (SB) | | | $10.00 | CF |
| 04-25-2012 | CERTIFIED MAIL SENT TO SHARON JENKINS BY DA (SB) | | | $10.00 | CF |
| 04-25-2012 | CERTIFIED MAIL SENT TO JERRY FRY BY DA (SB) | | | $10.00 | CF |

| | | | | | |
|---|---|---|---|---|---|
| Judge: | LINDA S THOMAS | Case Information: FINES AND COSTS REVIEW | | | |
| | | Comments: **SEE HIDDEN NOTE** ***DO NOT RECALL ANY MORE WARRANTS*** | | | |

| Date | Entries | Book | Page | Fees | Cat. |
|---|---|---|---|---|---|
| 05-02-2012 | SUBP DUCES TECUM OUT OF COUNTY RET'D SERVED COJC BY CERTIFIED MAIL 04-30-12 BY DA (MLJ) | | | | |
| 05-02-2012 | SUBP OUT OF COUNTY RET'D SERVED BY CERTIFIED MAIL PAULA HANEY, 04-27-12; SHARON JENKINS 04-30-12 (MLJ) | | | | |
| 05-31-2012 | REQUEST & ORDER RESETTING HEARING (AUGUST 2, 2012 @1:30 PM) | | | | |
| 06-04-2012 | ALIAS SUBPOENA OUT OF COUNTY ISSUED; BY DA (SB) | | | | |
| 06-08-2012 | ALIAS SUBP OUT OF COUNTY RET'D SERVED PAULA HANEY; SHARON JENKINS; 6/8/12 BY DA (SB) | | | | |
| 06-08-2012 | CERT OF CERTIFIED MAIL RET'D SIGNED CHRIS LAITHLEY FOR PAULA HANEY; 6/7/12 (SB) | | | | |
| 06-08-2012 | CERT OF CERTIFIED MAIL RET'D SIGNED SARAH DENT FOR SARON JENKINS; 6/6/12 (SB) | | | | |
| 06-19-2012 | CERT OF CERTIFIED MAIL RET'D SIGNED JEREMY WALKER FOR SHARON JENKINS; 4/26/12 (SB) | | | | |
| 06-19-2012 | CERT OF CERTIFIED MAIL RET'D SIGNED JEREMY WALKER FOR COJC; 4/26/12 (SB) | | | | |
| 06-19-2012 | CERT OF CERTIFIED MAIL RET'D SIGNED JEREMY WALKER FOR PAULA HANEY; 4/26/12 (SB) | | | | |
| 07-02-2012 | LETTER TO JUDGE DELAPP FROM DEFENDANT (SB) | | | | |
| 07-24-2012 | JSU REPORT TO THE COURT/CASE PLAN (JRH) | | | | |
| 08-01-2012 | OJA COURT REPORT (JRH) | | | | |
| 08-02-2012 | CM: DELAPP-L HOYT PEMBLETON-DEFT AND ATTY K SANDERS-MOTHER-OJA BY B WILLIAMS-COJC BY P HANEY. DEFT STIPULATES TO MOTION TO REVOKE, BRIDGE YO CHANRGE YO ADULT CONVICTION & TRANSFER CUSTODY TO DOC, WAIVES ANY FRAME RESTRICTIONS. COURT ACCEPTS STIPULATION HOLDS SENTENCING UNDER ADVISEMENT TO SEE IF CAN COMPLETE COJC. PARTIES ORDERED BACK FOR REVIEW 1/10/13 @ 10:00AM. (JRH) | | | | |
| 08-02-2012 | COURT MINUTE FILED (JRH) | | | | |
| 08-02-2012 | COURT REPORTER FEE - CRIMINAL | | | $20.00 | CF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 01-04-2013 | REPORT TO THE COURT/CASE PLAN OFFICE OF JUVENILE AFFAIRS (JRH) | | | | |
| 01-16-2013 | CM: PER JUDGE DELAPP. COURT IN JURY TRIAL ON 1-10-13. CASE RESCHEDULED 2-7-13 @ 10:00AM FOR REVIEW. TO CONTINUE TO COMPLETE COJC PROGRAM. (CSF) | | | | |
| 01-16-2013 | CRIMINAL COURT MINUTE FILED (CSF) | | | | |
| 02-01-2013 | REPORT TO THE COURT/CASE PLAN OFFICE OF JUVENILE AFFAIRS (JRH) | | | | |
| 02-07-2013 | CM: DELAPP-MATTER COMES ON FOR RESCHEDULING. WASHINGTON COUNTY DISTRICT COURT CLOSED FOR MEMORIAL SERVICE. COURT POSTS SIGNS TO NOTIFY PARTIES OF NEW DATE. CASE IS CONTINUED DUE TO RESCHEDULING BY THE COURT CLOSING THE WASHINGTON COUNTY DISTRICT COURT BECAUSE OF MEMORIAL SERVICE. OJA TO NOTIFY ALL PARTIES OF NEW DATE. ALL PARTIES ORDERED BACK TO NEXT HEARING FOR HEARING 2/21/13 @ 10:00AM. (JRH) | | | | |
| 02-07-2013 | COURT MINUTE FILED (JRH) | | | | |
| 02-21-2013 | COURT REPORT (JRH) | | | | |
| 02-21-2013 | CM: DELAPP-PEMBLETON-JUV AND ATTY K SANDERS-MOTHER BY PHONE-OHJ BY R WILLIAMS. REPORTS RECEIVED FROM OJA. NO OBJECTIONS OR CORRECTIONS TO THE REPORT. BENCH WARRANT UNDER ADVISEMENT FOR MOTHER. JUV CONTINUED IN THE CUSTODY CF OJA. PARTIES ORDERED BACK FOR REVIEW 5/30/13 @ 10:00AM. (JRH) | | | | |
| 02-21-2013 | COURT MINUTE FILED (JRH) | | | | |

| Judge: | LINDA S THOMAS | Case Information: FINES AND COSTS REVIEW |
| | | Comments: **SEE HIDDEN NOTE** ***DO NOT RECALL ANY MORE WARRANTS*** |

| Date | Entries | Book | Page | Fees | Cat. |
|---|---|---|---|---|---|
| 05-23-2013 | REPORT TO THE COURT (JRA) | | | | |
| 05-28-2013 | REPORT TO THE COURT (JRA) | | | | |
| 05-30-2013 | CM: DELAPP-PEMBLETON-JUVE W/ ATTY K SANDERS-MOTHER-OJA BY R WILLIAMS. MATTER COMES ON FOR REVIEW. REPORTS RECEIVED FROM OJA. NO OBJECTIONS OR CORRECTIONS TO REPORTS. JUVE CONTINUED IN CUSTODY OF OJA. JUVE CURRENTLY PLACED AT COJC. COURT FOLLOWS OJA RECOMMENDATIONS IN ITS ENTIRETY. CUSTODY EXTENDED TO 18.5.TO COMPLETE AS MUCH OF COJC AS CAN. OJA TO ADDRESS SAFETY ISSUES W/ COJC. ALL PARTIES ORDERED BACK 10-31-13 @ 10:00AM FOR REVIEW. (CSF) | | | | |
| 05-30-2013 | COURT MINUTE FILED (CSF) | | | | |
| 10-24-2013 | REPORT TO THE COURT/CASE PLAN OFFICE OF JUVENILE AFFAIRS (JRA) | | | | |
| 10-28-2013 | COURT REPORT (JRA) | | | | |
| 10-31-2013 | CM: DELAPP-PEMBLETON-JUVE W/ ATTY K SANDERS-MOTHER-OJA BY R WILLIAMS. MATTER COMES ON FOR REVIEW. REPORTS RECEIVED FROM OJA AND SOUTHERN PLAINS; NO OBJECTIONS OR CORRECTIONS TO REPORTS. COURT ORDERS YOUTH RELEASED. TO BE SUPERVISED BY DOC - PROBATION & PAROLE. CASE CLOSED TO OJA SUPERVISION. COURT COSTS ASSESSED TO JUVE. PAYMENT PLAN TO BE SET UP. ALL PARTIES ORDERED BACK 1-9-14 @ 9:00AM FOR FINES/COSTS REVIEW. (CSF) | | | | |
| 10-31-2013 | JOURNAL ENTRY MINUTE ORDER FILED (CSF) | | | | |
| 10-31-2013 | RULES AND CONDITIONS OF PROBATION - SUPERVISED BY DOC (CSF) | | | | |
| 10-31-2013 | ORDER TO RELEASE FROM PLACEMENT AND PUT ON DEPARTMENT OF CORRECTIONS SUPERVISION (JRA) | | | | |
| 11-20-2013 | ORDER TO PAY FINES AND COSTS, TO PAY $75.00 PER MONTH BEGINNING 11-29-13. (DF) | | | | |
| 01-09-2014 | CM: DELAPP-PEMBLETON DEFT APPEARS LATE. DEFT HAS NOT MADE ANY PAYMENTS SINCE PAYMENT PLAN. COURT REMANDS DEFT TO THE CUSTODY OF THE WASH CO SHERIFF $25.00 PER DAY OR UNTIL $150.00 IS PAID TO F&C. DEFT ORDERED BACK 2-6-14 @ 9:00AM FOR F&C REVIEW. (CSF) | | | | |
| 01-09-2014 | ORDER REMANDING DEFENDANT TO JAIL FOR FAILURE TO PAY FINES AND COSTS, ISSUED (CSF) | | | | |
| 02-06-2014 | CM: DELAPP-PEMBLETON-DEFT FAILS TO APPEAR FOR FINES & COSTS REVIEW. BENCH WARRANT AUTHORIZED. (CSF) | | | | |
| 02-06-2014 | JUVENILE COURT MINUTE FILED (CSF) | | | | |
| 02-07-2014 | BENCH WARRANT, ISSUED (CRIMINAL) | | | $50.00 | SHF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 02-07-2014 | ******** WARRANT/BENCH WARRANT, SCANNED (CSF) | | | | |
| 02-07-2014 | ORDER REMANDING DEFT TO JAIL FOR FAILURE TO PAY FINES & COSTS, RETD SENTENCED (CDR) | | | | |
| 04-15-2014 | WC COLLECTIONS FEE | | | $817.80 | WC30 |
| 04-15-2014 | REDUCTION IN BENCH WARRANT FEE | | | $-5.00 | SHF |
| 04-15-2014 | ADDITION FOR WARRANT COLLECTION | | | $5.00 | RV |
| 06-10-2014 | MOTION TO REVOKE SUSPENDED SENTENCE (SR) | | | | |
| 06-10-2014 | WARRANT, ISSUED | | | $50.00 | SHF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 06-10-2014 | WC COLLECTIONS FEE | | | $22.50 | WC30 |
| 06-10-2014 | ******** WARRANT/BENCH WARRANT, SCANNED | | | | |
| 07-02-2014 | LETTER FROM SHARONICA CARTER (PUT COPY IN DA'S BOX) (SB) | | | | |
| 04-15-2016 | WARRANT RET'D EXECUTED 4-14-16 (DF) | | | | |
| 04-15-2016 | WARRANT RET'D EXECUTED 4-14-16 (DF) | | | | |
| 04-15-2016 | CM:CERKIN-DRAKE DEFT WITHOUT ATTY. DEFT ADVISED OF | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Judge: | LINDA S THOMAS | Case Information: FINES AND COSTS REVIEW | | | |
| | | Comments: **SEE HIDDEN NOTE** ***DO NOT RECALL ANY MORE WARRANTS*** | | | |

| Date | Entries | Book | Page | Fees | Cat. |
|---|---|---|---|---|---|
| | RIGHTS AND CT APPT ATTY. COPY OF NAME AND INFO CORRECT ON APPLICATION TO REVOKE. BOND IS SET IN THE AMOUNT OF $100,000.00. DFFT IS ORDERED BACK FOR APPL TO REVOKE AND FINES AND COST REVIEW WITH JUDGE DELAPP 04/19/16 AT 1:30 PM. DEFT HAS AN ADDITIONAL BOND OF $2,551.00 CASH ONLY FOR FINES AND COSTS. | | | | |
| 04-15-2016 | CT MINUTE FILED (GS) | | | | |
| 04-19-2016 | APPLICATION FOR COURT APPOINTED ATTORNEY (SR) | | | $40.00 | RV |
| 04-19-2016 | WC COLLECTIONS FEE | | | $12.00 | WC30 |
| 04-19-2016 | CM: DELAPP-SIGLER DEFT W/OUT ATTY. DEFT APPEARS IN CUSTODY FOR APP TO REVOKE. DEFT HAS APPLIED FOR COURT APPT ATTY. COURT TO RE-APPT KRISTI SANDERS. DEFT WAIVES 20 DAYS AND IS ORDERED BACK 5-10-16 @ 1:30PM. (CSF) | | | | |
| 04-19-2016 | WAIVER OF TWENTY DAY REQUIREMENT (CSF) | | | | |
| 04-20-2016 | ORDER APPT ATTY FOR DEF (KRISTI SANDERS) (JAD) | | | | |
| 05-10-2016 | CM: DELAPP-SIGLER-DEFT IN CUSTODY W/ ATTY K SANDERS. DEFT ADVISED OF RIGHTS AND STIPULATES TO PROBATION VIOLATIONS. STATE RECOMMENDS TO REVOKE W/ CPTS. THIS IS AN 85% CRIME. COURT ACCEPTS STIPULATION AND PASSES SENTENCING. DEFT ORDERED BACK 6-1-16 @ 9:00AM FOR SENTENCING ON APP TO REVOKE. (CSF) | | | | |
| 05-10-2016 | COURT MINUTE FILED (CSF) | | | | |
| 05-10-2016 | COURT REPORTER FEE - CRIMINAL | | | $20.00 | CF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 05-10-2016 | WC COLLECTIONS FEE | | | $13.50 | WC30 |
| 06-01-2016 | CM: DELAPP-NARVAEZ-SIGLER-DEFT W/ ATTY K SANDERS. DEFT ADVISED OF RIGHTS AND STIPULATES TO PROBATION VIOLATIONS. DEFT IS INFORMED THIS IS AN 85% CRIME. COURT REVOKES DEFT TO: 5 YRS DOC TO RUN CONCURRENT W/ TULSA CO CF-14-2902 AND IS TO GET CREDIT FOR TIME SERVED FROM 7-2-14. COURT ALSO ASSESSES A $250.00 OIDS FEE. DEFT ADVISED OF APPEAL RIGHTS AND COURT APPT ATTY. DEFT WAIVES 10-DAY DELAY AND IS REMANDED TO THE CUSTODY OF THE WASH CO SHERIFF. DEFT ORDERED BACK WITHIN 48 HRS UPON RELEASE FROM DOC TO SET UP PAYMENT PLAN. ATTY ALLOWED TO WITHDRAW. (CSF) | | | | |
| 06-01-2016 | COURT MINUTE FILED (CSF) | | | | |
| 06-01-2016 | COURT REPORTER FEE - CRIMINAL | | | $20.00 | CF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 06-01-2016 | WC COLLECTIONS FEE | | | $13.50 | WC30 |
| 06-01-2016 | OIDS FEE | | | $250.00 | OID1 |
| | 10% OF OIDS | | | $25.00 | RV |
| 06-01-2016 | WC COLLECTIONS FEE | | | $82.50 | WC30 |
| 06-01-2016 | STIPULATION TO VIOLATION OF PROBATION (CSF) | | | | |
| 06-01-2016 | ORDER (CSF) | | | | |
| 06-01-2016 | NOTICE OF JUDGMENT AND SENTENCE (CSF) (COPY SENT TO SHERIFF) | | | | |
| 06-22-2016 | AMENDED JUDGMENT AND SENTENCE (CSF) | | | | |
| 06-23-2016 | JUDGMENT AND SENTENCE AFTER REVOCATION PROCEEDINGS, ISSU (CSF) | | | $50.00 | SHF |
| | OKLAHOMA COURT INFORMATION SYSTEM FEE | | | $25.00 | OCIS |
| 06-23-2016 | WC COLLECTIONS FEE | | | $22.50 | WC30 |
| 07-25-2016 | STATEMENT OF JAIL ON REVOCATION, ISSUED (SB) | | | | |
| 07-25-2016 | JUDGMENT AND SENTENCE AFTER REVOCATION PROCEEDINGS RET'D EXECUTED 7-15-16 (JAD) | | | | |
| 07-29-2016 | ATTACHMENT R AND ORDER (JAD) | | | | |
| | SHF INCARCERATION FEES (48 X $38.00) TOTAL=$1824.00 | | | | |
| | 90% OF FEES TO WASHINGTON COUNTY SHERIFF | | | $1641.60 | SIF |

```
| --------------------------------------------------------------------------------------------------------- |
| Judge:   LINDA S THOMAS          Case Information: FINES AND COSTS REVIEW                                  |
|                                  Comments: **SEE HIDDEN NOTE** ***DO NOT RECALL ANY MORE WARRANTS***       |
| --------------------------------------------------------------------------------------------------------- |
```

| Date | Entries | Book | Page | Fees | Cat. |
|------|---------|------|------|------|------|
| | 10% OF FEES TO COURT CLERK REVOLVING FUND | | | $182.40 | RV |
| | 10% OF FEES TO WASHINGTON COUNTY DISTRICT ATTORNEY | | | $182.40 | DA |
| 08-02-2016 | STATEMENT OF JAIL TIME, ISSUED | | | | |
| 08-10-2016 | STATEMENT OF JAIL TIME (JAD) | | | | |
| 10-17-2017 | ORDER TO PAY FINES AND COSTS. TO PAY $75.00 PER MONTH BEGINNING 11-17-17. (ORIG) (DF) | | | | |
| 10-25-2017 | NOTICE OF COURT HEARING FOR PAYMENT OF FINES AND COSTS (DF) | | | | |
| 01-03-2018 | CM: SIGLER-DEFENDANT CONTACTED THE COURT CLERK REGARDING FINES AND COSTS REVIEW SET FOR 1-5-18. DEFENDANT IS CURRENT ON HER FINES AND COSTS PER G. POWELL OF THE COURT CLERK'S OFFICE. DEFENDANT GIVEN NEW REVIEW DATE OF 3-2-18 AT 1:30 P.M. (GP) | | | | |
| 01-03-2018 | COURT MINUTE FILED (GP) | | | | |
| 03-02-2018 | CM:SIGLER-DEFT FAILED TO APPEAR FOR F&C REVIEW. BENCH WARRANT AUTHORIZED WITH BOND SET IN THE AMOUNT OF $250.00. (GS) | | | | |
| 03-07-2018 | CST: ISSUE BENCH WARRANT (GP) | | | $50.00 | SHF |
| | | | | $5.00 | RV |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 03-19-2018 | WARRANT RECALL ISSUED, COPY TO SHERIFF'S OFFICE | | | | |
| 03-21-2018 | WARRANT RET'D RECALLED WITH ORIG RECALL NOTICE; 3/21/18 (SB) | | | | |
| 04-06-2018 | CM:SIGLER DEFT CONTACTED THE COURT CLERK REGARDING BENCH WARRANT. BENCH WARRANT HAS BEEN ISSUED ON 3/7/18. DEFENDANT FAILED TO APPEAR ON HER COURT DATE OF 3/2/18. DEFENDANT GIVEN NEW DATE OF 6/8/18 AT 1:30PM. BENCH WARRANT IS RECALLED THIS DATE. DEFENDANT MUST BE IN COURT ON NEW DATE. (JS) | | | | |
| 04-06-2018 | COURT MINUTE FILED | | | | |
| 05-29-2018 | ADJUSTING ENTRY MADE IN CCA-18-00005 - CARD ALLOCATION | | | | WC30 |
| 05-30-2018 | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | | | $-1.45 | CF |
| | AJE: COST DUE TO CARD ALLOCATION FEE | | | $1.45 | CCPF |
| 06-04-2018 | CM:SIGLER-DEFENDANT CONTACTED THE COURT CLERK REGARDING FINES AND COSTS REVIEW SET FOR 6/8/18. DEFENDANT IS CURRENT ON HER FINES AND COSTS PER H LAWRENCE OF THE COURT CLERK'S OFFICE. DEFENDANT GIVEN NEW REVIEW DATE OF 7/27/18 AT 1:30PM. | | | | |
| 06-04-2018 | COURT MINUTE FILED | | | | |
| 07-27-2018 | CM:SIGLER-DEFT APPEARS FOR F&C REVIEW AND IS ORDERED BACK 9-28-18 AT 1:30 P.M. (GP) | | | | |
| 09-28-2018 | CM:SIGLER-DEFT APPEARS FOR F&C REVIEW AND IS ADVISED SHE WILL NEED TO MAKE A $50.00 PAYMENT BY 3:30 TODAY. DEFT APPEARS WITH PAYMENT AS ORDERED. DEFT IS ORDERED BACK 11-16-18 AT 1:30 P.M. DEFT ORDERED TO SET UP NEW PAYMENT PLAN (GP) | | | | |
| 09-28-2018 | ORDER TO PAY FINES AND COSTS. TO PAY $75.00 PER MONTH BEGINNING 10-29-18 (GP) | | | | |
| 11-02-2018 | ADJUSTING ENTRY MADE IN CCA-18-00011 - CARD ALLOCATION | | | | WC30 |
| 11-05-2018 | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | | | $-1.92 | CF |
| | AJE: COST DUE TO CARD ALLOCATION FEE | | | $1.92 | CCPF |
| 11-14-2018 | CM:SIGLER-DEFENDANT CONTACTED THE COURT CLERK REGARDING FINES AND COSTS REVIEW SET FOR 11/16/18. DEFENDANT IS CURRENT ON FINES AND COSTS PER H LAWRENCE OF THE COURT CLERK'S OFFICE. DEFENDANT GIVEN NEW REVIEW DATE OF 2/8/19 @ 1:30PM. (HDL) | | | | |
| 11-14-2018 | COURT MINUTE FILED (GP) | | | | |
| 11-26-2018 | ADJUSTING ENTRY MADE IN CCA-18-00011 - CARD ALLOCATION | | | | WC30 |

```
--------------------------------------------------------------------------------
| Judge:   LINDA S THOMAS           Case Information: FINES AND COSTS REVIEW      |
|                                   Comments: **SEE HIDDEN NOTE** ***DO NOT RECALL ANY MORE WARRANTS*** |
--------------------------------------------------------------------------------
```

| Date | Entries | Book | Page | Fees | Cat. |
|------|---------|------|------|------|------|
| 11-27-2018 | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | | | $-0.96 | CF |
| | AJE: COST DUE TO CARD ALLOCATION FEE | | | $0.96 | CCPF |
| 12-28-2018 | ADJUSTING ENTRY MADE IN CCA-18-00012 - CARD ALLOCATION | | | | WC30 |
| 12-31-2018 | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | | | $-1.15 | CF |
| | AJE: COST DUE TO CARD ALLOCATION FEE | | | $1.15 | CCPF |
| 01-14-2019 | ADJUSTING ENTRY MADE IN CCA-19-00001 - CARD ALLOCATION | | | | WC30 |
| 01-15-2019 | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | | | $-1.54 | CF |
| | AJE: COST DUE TO CARD ALLOCATION FEE | | | $1.54 | CCPF |
| 02-06-2019 | CM:SIGLER-DEFENDANT CONTACTED THE COURT CLERK REGARDING | | | | |
| | FINES AND COSTS REVIEW SET FOR 2/08/19. DEFENDANT IS | | | | |
| | CURRENT ON FINES AND COSTS PER G. POWELL OF THE COURT | | | | |
| | CLERK'S OFFICE. DEFENDANT GIVEN NEW REVIEW DATE OF | | | | |
| | 5-10-19 @ 1:30 P.M. (GP) | | | | |
| 02-06-2019 | COURT MINUTE FILED (GP) | | | | |
| 05-09-2019 | ORDER OF ASSIGNEMENT (JUDGE THOMAS) (SB) | | | | |
| 05-14-2019 | CM:THOMAS. DEFT FAILED TO APPEAR FOR FINES & COSTS | | | | |
| | REVIEW AND IS NOT CURRENT ON PAYMENTS. CRT REQUESTS A | | | | |
| | ONE-TIME LETTER BE SENT TO DEFT REGARDING MISSED COURT | | | | |
| | DATE. IF NO RESPONSE IN 10 DAYS A BENCH WARRANT WILL BE | | | | |
| | ISSUED WITH BOND SET IN THE AMOUNT OF $50.00. (HDL) | | | | |
| 05-14-2019 | FINES AND COSTS LETTER MAILED TO DEFT THIS DATE | | | | |
| | (W/ATTACHMENTS) (GP) | | | | |
| 05-20-2019 | ORDER OF ASSIGNMENT WITH PINK SLIP FOR NEW COURT DATE | | | | |
| | RETD VACANT/UNABLE TO FORWARD (GP) | | | | |
| 05-20-2019 | FINES AND COSTS LETTER W ATTACHMENTS RETD VACANT/UNABLE | | | | |
| | TO FOWARD (GP) | | | | |
| 06-07-2019 | CM:THOMAS-DEFT APPEARS NOT FOR FINES AND COSTS REVIEW. | | | | |
| | CRT FINDS A FINES AND COSTS LETTER WAS MAILED TO DEFT | | | | |
| | ON 5/14/19 BUT WAS RETURNED UNABLE TO FORWARD. CRT | | | | |
| | FINDS DEFT IS TO KEEP COST ADMINISTRATOR APPRISED OF | | | | |
| | ADDRESS CHANGES. CLERK TO ATTEMPT TO CONTACT DEFT BY | | | | |
| | PHONE. CRT TAKES BENCH WARRANT UNDER ADVISEMENT UNTIL | | | | |
| | 6/21/19 @ 10:30AM. (HDL) | | | | |
| 06-21-2019 | CM:THOMAS-DEFT FAILS TO APPEAR FOR FINES AND COSTS | | | | |
| | REVIEW. CLERK ATTEMPTED TO CONTACT DEFT BY PHONE AND | | | | |
| | LEFT A VOICEMAIL. NO RETURN CALL. BENCH WARRANT | | | | |
| | AUTHORIZED IN THE AMOUNT OF $50.00 CASH. (HDL) | | | | |
| 06-24-2019 | WARRANT, ISSUED | | | $50.00 | SHF |
| | Oklahoma Court Information System Fee | | | $25.00 | OCIS |
| 06-24-2019 | WC COLLECTIONS FEE | | | $22.50 | WC30 |
| 10-21-2019 | CM:THOMAS-DEFT IN OFFICE, PAID BOND ON WARRANT AND IS | | | | |
| | ORDERED BACK FOR FINES AND COST REVIEW WITH JUDGE | | | | |
| | THOMAS 11/01/19 AT 9:00 AM. WARRANT RECALLED. (GS) | | | | |
| 10-21-2019 | WARRANT RECALL ISSUED, COPY TO SHERIFF'S OFFICE (GS) | | | | |
| 10-24-2019 | WARRANT RET'D RECALLED WITH ORIG RECALL NOTICE; | | | | |
| 11-01-2019 | ADJUSTING ENTRY MADE IN CCA-19-00011 - CARD ALLOCATION | | | | WC30 |
| 11-01-2019 | CM:THOMAS-DEFT FAILS TO APPEAR FOR FINES AND COSTS | | | | |
| | REVIEW. CRT FINDS DEFT'S PAYMENT PLAN BEGAN ON 11/17/17 | | | | |
| | FOR $75/MONTH. SINCE THAT TIME DEFT HAS FAILE TO APPEAR | | | | |
| | NO LESS THAN 5 TIMES. DEFT CAME IN ON 10/21/19, PAID | | | | |
| | $50.00 AND WARRANT WAS RECALLED. DEFT WAS INSTRUCTED TO | | | | |
| | APPEAR ON 11/1/19 @ 11:00AM. DEFT CONTACTED THE COURT | | | | |
| | CLERK'S OFFICE THIS MORNING AND ADVISED THAT SHE WOULD | | | | |
| | NOT BE AT COURT TODAY. BENCH WARRANT AUTHORIZED IN THE | | | | |
| | AMOUNT OF $50.00. DO NOT RECALL ANY MORE WARRANTS. | | | | |
| | (HDL) | | | | |
| 11-04-2019 | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | | | $-0.96 | CF |
| | AJE: COST DUE TO CARD ALLOCATION FEE | | | $0.96 | CCPF |

| | Judge: | LINDA S THOMAS | Case Information: FINES AND COSTS REVIEW |
| | | | Comments: **SEE HIDDEN NOTE** ***DO NOT RECALL ANY MORE WARRANTS*** |

| Date | Entries | Book | Page | Fees | Cat. |
|------|---------|------|------|------|------|
| 11-05-2019 | CST: ISSUE BENCH WARRANT (HDL) | | | $50.00 | SHF |
| | Oklahoma Court Information System Fee | | | $5.00 | RV |
| | | | | $25.00 | OCIS |
| 08-27-2020 | NOTICE OF FILING (JS) | | | | |
| 08-27-2020 | TRANSCRIPT OF PROCEEDINGS HELD ON AUGUST 11, 2011 | | | | |
| | BEFORE THE HONORABLE CURTIS L DELAPP, DISTRICT JUDGE (1 | | | | |
| | ORIG AND 2 COPIES) | | | | |
| 08-27-2020 | TRANSCRIPT OF PROCEEDINGS HELD ON SEPTEMBER 22, 2011 | | | | |
| | BEFORE THE HONORABLE CURTIS L DELAPP, DISTRICT JUDGE (1 | | | | |
| | ORIG AND 2 COPIES) | | | | |
| 08-27-2020 | TRANSCRIPT OF PROCEEDINGS HELD ON AUGUST 2, 2012 | | | | |
| | BEFORE THE HONORABLE CURTIS L DELAPP, DISTRICT JUDGE (1 | | | | |
| | ORIG AND 2 COPIES) | | | | |
| | | Total Fees | | $6679.20 | |
| | | Total Unassigned | | | |

Amount Due:   $5216.06

IN THE DISTRICT COURT FOR WASHINGTON COUNTY
STATE OF OKLAHOMA

DISTRICT COURT WASHINGTON CO. OK
JILL L. SPITZER, COURT CLERK

F
I
L   DEC 1 6 2020
E
D

BY_____DEPUTY

State Of Oklahoma,                          )
                    Plaintiffs,             )
vs.                                         )       Case No. CF-14-465
                                            )                 CF-14-528
Amanda Ackerson, AKA Amanda Feenstra,       )
                    Defendant.              )

## <u>ORDER PURSUANT TO TITLE 22 O.S. § 983(a)</u>

Now on this 15th day of December, 2020, this matter comes before the undersigned

Judge of the District Court for review. The Court having reviewed the record and the

Defendant's payment schedule as shown by the Washington County Court Clerk, and being

fully advised in the premises finds as follows:

1. On or about April 29, 2015, the Defendant entered a plea of guilty to the crimes as

charged, was convicted and sentenced to serve a term of imprisonment in the Oklahoma

Department of Corrections, and was assessed fines, fees, and costs associated therewith.

2. The Defendant was released from the Oklahoma Department of Corrections after

having fulfilled her sentence, and thereafter began making payments towards her fines, fees, and

costs.

3. Thereafter, the Defendant appeared before Judge Jared Sigler for fines and costs

review hearings; for the most part, she remained compliant with her payment plan and orders of

the court regarding payment of fines, fees and court costs.

4. On or about January 20, 2020, the Defendant appeared in person before Washington

County District Judge Linda S. Thomas[1] for a fines and costs review hearing, at which time the

---

[1] The cases were ultimately assigned to Judge Thomas subsequent to the filing of Washington County District Court
Case No. CV-19-12.


EXHIBIT
K

Defendant presented evidence to the Court showing she was entitled to $25 as credit for time previously served in the Washington County jail and that she had overpaid her monthly assessment by $25. The Defendant was granted the relief requested and was given credit toward her fines, fees and costs in the amount of $50.

5. The Defendant again appeared before Judge Thomas on May 22, 2020 for a fines and costs review hearing, at which the Defendant requested a suspension of her monthly payments, pursuant to Rule 8.5 of the Oklahoma Court of Criminal Appeals, due to her inability to work pending a scheduled surgery. The Defendant was granted the relief requested, and the matter was set for a six-month review.

6. The Defendant appeared with counsel, Steven Terrill, before Judge Thomas on December 11, 2020 for a Rule 8.5 status review at which time the case was assigned to the undersigned Judge Carl Gibson (see written order filed December 14, 2020).

7. Since her release from the Oklahoma Department of Corrections, the Defendant has fully complied with her rules and conditions of probation and/or supervision.

8. As of the date of this order, the Defendant has made installment payments towards her outstanding fines, court costs, and fees as ordered by the Court on a timely basis for an equivalent of at least twenty-four (24) months following her release from custody.

9. Pursuant to 22 O.S. 983(a), the Court has the authority to waive the rest and remainder of any outstanding fines, court costs, and fees in the above captioned cases.

10. The Defendant herein is entitled to the relief requested.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court all rest and remaining unpaid fines, fees, and court costs associated with Washington County District Court Case numbers CF-14-465 and CF-14-528, shall be, and hereby are, waived, provided

however this order shall not apply to amounts owed by the Defendant for restitution to a victim pursuant to a court order, if any, or to a child support obligation, if any.

CARL GIBSON
DISTRICT JUDGE OF THE COURT

Certificate of Delivery

I hereby certify that on the 16 day of December, 2020, I mailed a true and correct copy of the above and foregoing instrument, via U.S. Mail with proper postage thereon, to:

Steven Terrill
3015 E. Skelly Drive
Suite 400
Tulsa, OK 74105