# EXHIBIT 3

1           IN THE UNITED STATES DISTRICT COURT FOR THE

2               NORTHERN DISTRICT OF OKLAHOMA

3

4

        AMANDA FEENSTRA, et al.,
5
              Plaintiff,
6
        vs.                    Case No. 19-cv-234-JFH-FHM
7

8       JARED SIGLER, et al.,

9              Defendants.

10

11

12

               DEPOSITION OF SHARONICA CARTER
13             TAKEN ON BEHALF OF THE DEFENDANTS
         ON NOVEMBER 2, 2020, BEGINNING AT 10:44 A.M.
14                      (via Zoom)

15

16

17                      APPEARANCES

18      On behalf of the PLAINTIFFS:

19      Michael Lacovara
        Alysha Naik
20      LATHAM WATKINS
        885 Third Avenue
21      New York, New York  10022
        212.906.1605
22      michael.lacovara@lw.com
        alysha.naik@lw.com
23      lilia.vazova@lw.com

24

25      REPORTED BY:  Karen Dauphin Albert, CSR, RPR



```
 1    APPEARANCES (continued)

 2
      On behalf of the OIDS DEFENDANTS:
 3
        Jon M. Williford
 4      OKLAHOMA ATTORNEY GENERAL
        313 NE 21st Street
 5      Oklahoma City, OK  73105
        405.522.2944
 6      jon.williford@oag.ok.gov

 7
      On behalf of the DEFENDANT STATE JUDGES:
 8
        Devan A. Pederson
 9      OKLAHOMA ATTORNEY GENERAL
        313 NE 21st Street
10      Oklahoma City, OK  73105
        405.522.2931
11      devan.pederson@oag.ok.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2

INDEX

3

Page

4

Direct Examination by Mr. Pederson       5

5

Cross Examination by Mr. Williford      130

6

7

8

EXHIBITS

9

10

Exhibit                                Page

11

12    1    Plea agreeement                     105

13    2    Transcript of hearing               105

14    3    Order                               109

15

16

17

18

19

20

21

22

23

24

25

1

2                          STIPULATIONS

3            It is stipulated that the deposition

4    of SHARONICA CARTER may be taken by notice,

5    pursuant to the Federal Rules of Civil

6    Procedure, on November 2, 2020, before Karen

7    Dauphin Albert, Certified Shorthand Reporter.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    SHARONICA CARTER,
 2   having been first duly sworn, deposes and says in
 3   reply to the questions propounded as follows:
 4                    DIRECT EXAMINATION
 5   BY MR. PEDERSON:
 6       Q   Ms. Carter, my name is Devan Peterson.
 7   I'm the one wearing the mask here.  I'm wearing
 8   this mask because I'm in the office with other
 9   people, and they don't want to get what, if
10   anything, I might have.  So I hope you'll excuse
11   that.
12       A   Yes, sir.
13       Q   I represent Judges Thomas, Vaclaw, and
14   Sigler in the lawsuit that you have filed.
15           Do you understand that?
16       A   Yes, sir.
17       Q   I'm going to be asking you some
18   questions today about that lawsuit.
19           You've had a chance to talk to your
20   attorneys, and you know what we're doing here
21   today?
22       A   Yes, sir.
23       Q   Have you ever given a deposition before,
24   like what we're doing today?
25       A   No, sir.
```

```
 1        Q    Have you ever given testimony under oath

 2   to a court reporter outside of a courtroom?

 3        A    No, sir.

 4        Q    Have you ever been involved in any other

 5   lawsuits other than this one?

 6        A    No, sir.

 7        Q    Since you haven't done a deposition, let

 8   me just tell you.  If you don't hear me or --

 9             Are you able to hear me right now?

10        A    Yes, sir.

11        Q    If you have trouble hearing me or you

12   don't understand what I'm asking you, please

13   feel free to just ask me to restate my question

14   or speak up or whatever you need to do.

15        A    Yes, sir.

16        Q    if you need to take a break, just say

17   so, and we can take a break.

18        A    Okay.

19        Q    Let me just start by getting a little

20   bit about of your background.

21             Where were born?

22        A    Vicksburg, Mississippi.

23        Q    How long did you live there?

24        A    I've never lived there.  I lived in

25   Tallulah, Louisiana.  It's just the hospital
```


Professional Reporters
800.376.1006
www.proreporters.com

```
 1    that -- it's a small town.  So it's the hospital

 2    that everybody goes to.

 3        Q    Okay.  I understand.

 4             Where did you live in your young

 5    childhood?

 6        A    I lived in Tallulah, Louisiana, and

 7    Tulsa, Oklahoma.

 8        Q    When did you first move to Tulsa?

 9        A    I think 2006, after Katrina.

10        Q    When you first moved to Tulsa, how old

11    were you?

12        A    Eleven and a half.

13        Q    Who did you live with when you first

14    moved to Tulsa at that time?

15        A    My mother.

16        Q    What's her name?

17        A    Demetra Carter.

18        Q    Did you live with anyone else?

19        A    My aunt, Shannon Carter.

20        Q    What was her first name?

21        A    Shannon, S-h-a-n-n-o-n.

22        Q    And she lived there with you and your

23    mom?

24        A    Yes, sir.

25        Q    Do you remember the address, your first
```



```
 1   address in Tulsa?

 2        A    No, sir.

 3        Q    Do you remember about where you lived in

 4   Tulsa at that time?

 5        A    I'm sorry.  Can you repeat that?

 6        Q    Do you remember about where you lived in

 7   Tulsa, what part of town or anything?

 8        A    When I first -- when we first moved down

 9   there, we was on the side by Hamilton Middle

10   School and Bryant Elementary.  So I'm guessing

11   the east side of Tulsa.

12        Q    Where did you live after that?

13        A    Comanche Park Apartments.

14        Q    Is that also in Tulsa?

15        A    Yes, sir.

16        Q    Who did you live there with?

17        A    My mother.

18        Q    Anyone else?

19        A    My siblings, and that was it.

20        Q    Who were those siblings that you lived

21   with at that time?

22        A    Akilia Cater, Lakendra Carter,

23   Kamareanna Carter, Drizze Jackson, Deandrea

24   Carter, and Nehemiah Jackson.

25        Q    All right.  Anyone else?
```

```
 1       A   No, sir.
 2           THE REPORTER:  Can I just get all of
 3  those spellings after the depo --
 4           MR. PEDERSON:  Yes, ma'am.
 5           THE WITNESS:  Yes, ma'am.
 6           THE REPORTER:  -- or on a break?
 7           Thanks.  I won't interrupt.
 8           THE WITNESS:  Yes, ma'am.
 9           MS. NAIK:  And, Sharonica, that's just a
10  good reminder to just speak slowly so the
11  reporter can take everything down.
12           THE WITNESS:  Okay.
13           THE REPORTER:  It's mainly all of the
14  spellings that I need to get too.
15           MS. NAIK:  Okay.  Great.
16           THE REPORTER:  Thanks.
17           THE WITNESS:  Okay.
18       Q   (By Mr. Pederson) Approximately what
19  were the dates you lived at Comanche Park
20  Apartments?
21       A   You say what, sir?
22       Q   What dates, approximately, did you live
23  at Comanche Park Apartments?
24       A   I don't remember.  I know it's like a
25  year or two.
```

**Professional Reporters**
800.376.1006
www.proreporters.com

1      Q    Do you remember what grade you were in?

2      A    Sixth.

3      Q    Where did you live after that?

4      A    Was it Seminole?  Seminole Apartments.

5      Q    Okay.

6      A    In Tulsa, Oklahoma.

7      Q    How long did you live there?

8      A    Until about -- yeah.  A couple of years.

9      Q    Okay.

10          THE REPORTER:  I'm not able to get the

11    person that's talking with her.  I can't hear

12    her.

13          Do I need to try to write down what the

14    person is saying in the room?

15      Q    (By Mr. Pederson) It might be better,

16    Sharonica, if you just tried to answer based on

17    your knowledge.  I know your mom is probably

18    there helping you remember all these things, but

19    that's okay.

20      A    Okay.

21      Q    If you can't remember, you can just say,

22    "I don't remember."

23      A    Okay.  It was a couple of years.

24      Q    How about after that, if you recall?

25      A    After then, I was the penitentiary.

1    Q    Okay.  And how about school?  Did you go

2    to school -- what's the last grade you

3    completed?

4    A    Tenth.

5    Q    Tenth.  Okay.

6    A    And I completed career tech.  I

7    graduated from career tech, technology school.

8    Q    Let's see.  What high school did you go

9    to when you were in tenth grade?

10    A    I did that through jail.

11    Q    Was that when you were in OJA or a

12    different place?

13    A    When I was in OJA, I couldn't pass the

14    GED test.  So they just told me to take the

15    career -- take the technology part, take the

16    technology and see if I could pass that, and I

17    graduated out of technology school.  So I was on

18    Mabel Bassett yard.

19    Q    What's the last high school you have

20    attended?  Did you go to a high school in ninth

21    grade?

22    A    I don't think I made it to ninth grade.

23    I think they had like -- okay.  When I was in

24    eighth grade, they said all the kids that are a

25    little bit older, we're going to take you out to



```
 1    8.5, meaning, like, you're in the eighth grade,
 2    but you're taking ninth grade classes, and they
 3    switched us from Gilcrease Middle School to
 4    McLain High School.
 5         Q    McLain High School in Tulsa?
 6         A    Yes, sir.
 7         Q    Let me ask a little bit about your -- so
 8    you had career tech.  Any other training or
 9    education other than career tech and other than
10    what you've already told me about that you can
11    recall?
12         A    No, sir.
13         Q    Career tech, what kind of things did you
14    learn in that program?
15         A    Forklifting, warehouse manufacturing,
16    building, like wood shop, things like that.
17         Q    How long of a program was that?
18         A    It was a year program.
19         Q    And you had tests and things that you
20    needed to pass?
21         A    Yes, sir.  And I passed.  I graduated.
22         Q    As a result of that, did you receive any
23    licenses or permits or anything?
24         A    Yes.  I have my forklift certification
25    and -- oh, it's something else.  I don't
```



 1  remember what it is.  But I have certificates

 2  for those.

 3      Q   The forklift certification, is that

 4  something you need to renew, or is that

 5  something that once you have it, you have it?

 6      A   He didn't tell me I have to renew it.

 7  So I'm under the impression that it's okay.

 8      Q   Operating a forklift, I mean, that's a

 9  job skill.  Any other job skills in particular

10  you can recall gaining as part of that program?

11      A   No, sir.

12      Q   You said something about wood shop?

13      A   Yes.

14      Q   What kind of training did they provide

15  you with regard to wood shop?

16      A   Like measurements, a little OSHA

17  training.  I think there was something else.  A

18  material sheet, like, they taught me how to read

19  those and things like that.

20      Q   Oh, a material safety sheet?

21      A   It's like a graph sheet where you learn

22  measurements and take measurements on wood and

23  things like that.  Just like if it's

24  contaminated and all that, like, I have to go in

25  and be able to spot that and write it down and



1  things like that.

2     Q    I understand.

3          Did you say something about warehouse

4  management or something like that?

5     A    Yeah.  Warehouse manufacturing is like

6  -- okay.  They prepped me to, like, run machines

7  -- to run machines, to, like, learn how to,

8  like, box things up the proper way, things like

9  that.  That's with the warehousing and

10 manufacturing part.  That's what they showed me

11 on that part.

12    Q    You already mentioned forklift.  Any

13 other type of machines?

14    A    No, sir.

15    Q    Before the time that you went into OJA

16 custody, did you have any other jobs or do any

17 work or have any employment prior to that time?

18    A    No, sir.  I was playing basketball.

19    Q    When you were in OJA, what facility were

20 you at, or was it different ones?

21    A    COJC.

22    Q    COJC.  Okay.

23          When you were in COJC, describe COJC for

24 me.  What is that like?  Like what did you do on

25 a day-to-day basis?



1        A    You go to school.  If you're a youthful

2    offender, you go to YO group.

3             THE REPORTER:  What group?  I'm sorry.

4             THE WITNESS:  If you're a youthful

5    offender, they call it YO group, youthful

6    offender group.  So you have to go, and you've

7    got to talk to the counselor and things like

8    that.

9             School, YO groups, we exercised, things

10   like that.

11       Q    (By Mr. Pederson) Did you stay there?

12   Did you sleep there and --

13       A    Yes.

14       Q    Okay.

15       A    Yes, sir.

16       Q    Were you free to come and go to that, or

17   was that kind of --

18       A    No, sir.  It's a --

19       Q    Is that a --

20       A    A juvenile is a prisoner.

21       Q    Okay.  So it's like juvenile

22   incarceration?

23       A    Yes, sir.

24       Q    When you went to school in the OJA

25   program at COJC, that's when you did this



```
 1    training you talked about.  Did you study --
 2        A    No.  I did career tech in Mabel Bassett.
 3    That's another yard.
 4        Q    Oh, I'm sorry.  I'm sorry.
 5        A    Yeah.  That's an adult yard.  COJC is a
 6    juvenile yard, and Mabel Bassett is an adult.
 7        Q    What grade did they put you in at COJC,
 8    if they categorized it like that?
 9        A    I was finishing the ninth.
10        Q    And did you finish ninth?
11        A    I didn't finish -- oh, well, yeah, I did
12    finish it there because I went to the tenth.
13             Yeah.  I finished ninth grade there,
14    but --
15        Q    What kind of courses did you take in
16    ninth and tenth grade at COJC?
17        A    I mean, they give us all, like, the same
18    courses: science, history, social studies, math,
19    things like that.  The basics.
20        Q    Did you have any vocational classes at
21    COJC?
22        A    No, sir.
23        Q    Nothing like teaching you how to do a
24    job or anything at COJC?
25        A    No, sir.
```



```
 1        Q    When you were in OJA custody -- I'm

 2   sorry.  You might have already said this -- you

 3   weren't anywhere else other than COJC.

 4             Is that your understanding?

 5        A    I was at COJC until they moved us from

 6   COJC to Mabel.  Because it's coed, they moved

 7   all the girls from COJC to Southern Plains, I

 8   think, in Norman, Oklahoma, and I left and went

 9   home from there.

10        Q    About how long were you at Southern

11   Plains?  Do you recall?

12        A    About six months at the most.

13        Q    Was that the same kind of institution as

14   COJC?

15        A    No.  No.  Southern Plains is like for

16   suicidal people, people -- that's what that is.

17             So, no, that's not the same at all.

18        Q    Did you get moved there -- what's your

19   understanding of why you were moved there, if

20   you know?

21        A    From my understanding, they moved all of

22   the girls off the COJC yard because it was coed.

23   The boys kept trying to get to the girls and

24   things like that.  The girls kept trying to kill

25   theirself (sic) or whatever, just so they could
```



1    go to the hole and see the boys and all of that.

2    So they moved all of us.

3        Q    So they moved all of the girls?

4        A    Yes.  They moved all of the girls.

5        Q    Okay.  And then you were released from

6    Southern Plains.  What did you do after that?

7        A    Oh, went back to court, signed my

8    papers, went home.

9        Q    Okay.  And when you went home, did

10   you --

11        MS. NAIK:  Devan, I have a quick

12   question.  Would it be possible to get on the

13   record Sharonica's age when she's at all of

14   these various places?

15        It's just been a little confusing.

16        MR. PEDERSON:  Yeah.  Sure.  That's a

17   good point.

18        Q    (By Mr. Pederson) What age were you when

19   you first went to COJC?

20        A    16.

21        Q    And then --

22        A    I was 15 when the case happened, but I

23   was 16 when they shipped me from Craig County

24   Detention Center to COJC.

25        Q    And Craig County Detention Center, what



1   kind of facility was that?

2       A   Like a holding facility.

3       Q   How long were you there?

4       A   From April until September.

5       Q   Okay.  So --

6       A   No.  No.  No.  From April to August.

7       Q   Okay.

8       A   From April to August.

9       Q   And then you went straight from there to

10  COJC when you were 16; is that right?

11      A   Yes, sir.  I had a birthday while I was

12  staying in Craig County.

13      Q   And then you stayed at COJC until you

14  were how old?

15      A   18.5.

16      Q   And then you went to Southern Plains

17  when you were how old?

18      A   That was still in the same -- okay.  So

19  I was at COJC, and then I got shipped.  We got

20  shipped to Southern Plains around the end of my

21  sentence.  So I was -- yeah.  I was -- I had

22  already turned 18 at COJC.  So I was 18 at

23  Southern Plains as well.

24      Q   And then when you got out of Southern

25  Plains, you went home.  And home would have been



```
 1   where at that time?

 2       A    Tulsa, Oklahoma.

 3       Q    Do you remember the address?

 4       A    No.

 5       Q    Do you remember the -- was it an

 6   apartment?

 7       A    Yeah.

 8       Q    Do you remember the name of the

 9   apartment?

10       A    Mohawk.  Mohawk Manor Apartments.

11       Q    Who lived there with you?

12       A    My mom and my siblings.

13       Q    How long did you stay at Mohawk Manor?

14       A    Until I got locked up again, I was still

15   staying out there.

16       Q    What is your recollection of how long

17   that would have been?

18            You get out of Southern Plains, and

19   you're in Mohawk Manor for about how many months

20   did you say or years?

21       A    Probably about, like, six months, seven

22   months at the most.

23       Q    Okay.  And then you said you got locked

24   up.  What happened?

25       A    I got another case in Tulsa.
```

```
 1      Q    Did they take you to the Tulsa County
 2   Jail?
 3      A    Yes, sir.
 4      Q    About how long were you there?
 5      A    From, I think, either May -- yeah.  From
 6   May until about -- from May to August.
 7      Q    In that time between going to Tulsa
 8   County and the time you left Southern Plains,
 9   what were you doing from day-to-day?  Did you
10   have a job?
11      A    No, sir.  I was trying to find a job,
12   but I couldn't find a job because of my
13   background history.  I always had warrants or
14   things like that, even still to this day.
15      Q    You said you were looking for a job.
16   Where all did you look, if you recall?
17      A    Everywhere.  I started out with food
18   places because I didn't have no experience in --
19      Q    I'm sorry.  Where?
20      A    Food places.
21      Q    Oh.  Food places.  Okay.
22      A    Yes, sir.
23      Q    Do you remember any that you applied
24   for?
25      A    No, sir.
```

```
 1       Q    Do you remember any other particular
 2  employers that you sought employment with during
 3  the time you lived at Mohawk Manor?
 4       A    No, sir.
 5       Q    How many places do you think you applied
 6  to while you were at Mohawk Manor?
 7       A    Over a dozen.
 8       Q    Did you get any offers at all?
 9       A    No, sir.  They all told me that I was
10  too young, and my background history wasn't up
11  to par, and sometimes they even said I had
12  warrants, but -- and that's all that I would get
13  or was getting at the time.
14       Q    Did they specify anything else about
15  your background?  Too young and anything else
16  you can remember?
17       A    No, sir.  That's always what it was.  I
18  was too young or my background or I had
19  warrants.
20       Q    What was it about your background, if
21  you know?
22       A    The Washington County situation.
23       Q    The youthful offender case?
24       A    Yes, sir.
25       Q    Do you remember who might have told you
```

1    something about you having warrants that stood

2    in the way of your employment at that time?

3        A    The hiring manager.  I just went through

4    this down here.

5        Q    The hiring manager where?

6        A    I don't remember.  Like, I don't

7    remember all of where I put in applications at,

8    but every time I got a call back, that's what it

9    was.

10       Q    Did you look into those warrants, or

11   what did you do to fix that, if you recall?

12       A    Tried to get a job.  I just kept trying

13   to get a job.  I paid when I could.  If I had a

14   little, I still paid.  I was trying to get a

15   job.

16       Q    After you left the Tulsa County jail,

17   where did you go?

18       A    Mabel Bassett Correctional Center.

19       Q    How old were you at Mabel Bassett?

20       A    Whew.  From the age of -- up until 2017.

21   So from 2014 to 2017.

22       Q    You've already told us about the work

23   program that you graduated from at Mabel

24   Bassett.

25            Did they have any other kind of training



1    or education for you while you were at Mabel

2    Bassett?

3        A    Yeah.  They've got college courses, but

4    I ain't got a GED.

5        Q    So you didn't take any college courses?

6        A    No, sir.

7        Q    After you got out of Mabel Bassett,

8    where did you go?

9        A    Home.

10       Q    Back to Tulsa?

11       A    Well, I got out of Mabel Bassett twice.

12       Q    Oh, okay.

13       A    The first time, I never hit the streets.

14   I got detained, and when I got detained, I had

15   to go back in as a new person.

16       Q    So, then, did you just stay at Mabel

17   Bassett?

18       A    Yeah.

19       Q    Okay.

20       A    I discharged it, and Washington County

21   came and walked me right back through the gate.

22       Q    When you ultimately got out of Mabel

23   Bassett in 2017, where did you go?

24       A    Oklahoma City.

25       Q    Who did you live with in Oklahoma City?



```
 1      A    Knikko Dennis.

 2      Q    Who is that?

 3      A    A friend of mine.

 4      Q    Do you know how to spell that first

 5  name?

 6      A    Yes.  K-n-i-k-k-o.

 7      Q    Were you able to find any employment

 8  when you lived in Oklahoma City?

 9      A    Yes, sir.  I started working for UPS.

10      Q    Was that in 2017?

11      A    Yes, sir.

12      Q    Do you remember what month you got hired

13  by UPS?

14      A    I think it was November, because I had

15  just got out October 13th, and I started the

16  beginning of November.  It was somewhere around

17  there.

18      Q    What did you do for UPS?

19      A    Package handling.

20      Q    About how many hours did you work a

21  week?

22      A    At least about 30, 35.

23      Q    Did they provide you with any health

24  insurance?

25      A    They was offering it, but I wasn't
```

1   there, you know.

2        Q    Oh, okay.  How long did you work for

3   UPS?

4        A    From, I think, November to the middle of

5   January, something like that.  Seasonal.

6        Q    Okay.  So the reason you left was what?

7        A    It was a seasonal job.

8        Q    When you took that job in November, did

9   you understand that it would only go until just

10   after Christmas, I guess?

11       A    Yeah.  Yes, sir.

12       Q    Do you recall how much you were making

13   at UPS?

14       A    I think it was like $11 an hour.

15       Q    Did you have any other jobs during the

16   time you worked for UPS?

17       A    No, sir.

18       Q    After UPS, where did you work?

19       A    I couldn't find another job in the City

20   because they started bringing up my warrants and

21   stuff.  So I just moved back to Tulsa.

22       Q    Who brought up the warrants?

23       A    I was trying to get hired by Family

24   Dollar, and they do a background check, and they

25   told me I had an outstanding warrant for a



1  $100,000 fine in Washington County.  And when I

2  called, they said I had to come up there.  So I

3  had to leave Oklahoma City.

4        Q    So it was somebody at Family Dollar who

5  said that you had an outstanding warrant?

6        A    Yes, sir.  The hiring manager.

7        Q    Do you remember that person's name by

8  any chance?

9        A    No, sir.

10       Q    Did you look for any other employment in

11 Oklahoma City?

12       A    No, sir.  I didn't have the time to.

13 I had to move back to Tulsa.

14       Q    You applied to Family Dollar, and that's

15 in Oklahoma City?

16       A    Yes.  It's on -- after Family Dollar

17 told me I had the warrant, I called Washington

18 County, and they said that I had a 300-and-some-

19 dollar warrant and that I had to come and turn

20 myself in.

21            So I had to find a ride from OKC to

22 Tulsa -- I mean, to Bartlesville, and back to

23 OKC where I could get my clothes.

24       Q    Do you remember who you talked to in

25 Washington County?



```
 1       A    Dana.  I don't remember her last name,

 2    but she do the fines and court costs.

 3       Q    So you called based on being told you

 4    had a warrant by the Family Dollar manager; is

 5    that right?

 6       A    Yes, sir.

 7       Q    And then you called, and you talked to

 8    Dana, and she said what, exactly, to the best

 9    you can remember?

10       A    Yes, sir.  She told me I had a warrant

11    and that I needed to come turn myself in.

12            I said, "Well, I can come pay you guys

13    when I get a ride."

14            Because it was the weekend.  So I had to

15    wait until that Monday to go down there and pay,

16    to get them to take care of the warrant.

17       Q    Do you remember what month that was?

18       A    Not right off bat.

19       Q    Sometime in early 2018, maybe, or do you

20    not remember?

21       A    I'm trying to -- hold on.  I can't

22    remember at this moment.

23       Q    At that time when you called Washington

24    County, had you ever made any payments?

25       A    Yes, sir.  I was making them.  I was
```



1    making payments all the time.  And I kept my

2    receipts.  I had -- well, at that time, I was

3    keeping money order receipts.  But I was paying

4    them and Tulsa County.  So I was sending out

5    $100 every month.

6        Q   Was that $50 to Tulsa and $50 to

7    Washington County?

8        A   No, sir.  $75 to Washington County and

9    $25 to Tulsa County.

10       Q   You got a ride.  Who did you get a ride

11   with to go back to Bartlesville?

12       A   From Madison Gilridge, the DOC nurse.

13       Q   How did you know Ms. Gilridge?

14       A   She worked on Mabel Bassett yard, and

15   she took me in after I -- because I had moved

16   out with Knikko Dennis.

17       Q   Because what?

18       A   I moved out.  I had moved out.  Like, I

19   was with Knikko probably, like, a month and a

20   half -- well, almost one or two months, and then

21   I moved out with her because the DOC nurse had

22   told me I could come live with her.

23       Q   How long did you live with Ms. Gilridge?

24       A   Until about April or May.  May.

25       Q   Of 2018?



```
 1        A    Yes, sir.

 2        Q    Did you ever talk to Ms. Gilridge about

 3   your warrants other than when you asked for the

 4   ride to go to Bartlesville?

 5        A    Yes, sir.  She made sure I sent out all

 6   my money and everything.  She made sure.  She

 7   was on it.

 8        Q    Where were you getting that money that

 9   you were paying them, to Tulsa and --

10        A    I still had money saved up from UPS.  We

11   got paid every week, every Friday.  So the money

12   that -- I paid Bartlesville their $75, and I

13   paid Tulsa their $25, and I would just do that

14   every month.  Sometimes I even paid more to

15   Washington County because of the warrants.

16             Where the warrants come from, I don't

17   know if I'm paying.  So I don't know.

18        Q    When you called the court clerk, did

19   they explain why you had the warrant?

20        A    No.  She just told me that I needed to

21   come in to see the judge.  And when I got down

22   there to see the judge, she was like, "No.  You

23   don't have to see the judge.  No one told you

24   that."

25             I'm like, "That's what they told me; I
```



```
 1    had to come down here to see the judge in order

 2    to get my warrant lifted."

 3           "No.  We just need you to pay your

 4    money."

 5           So I paid the 300-and-some dollars, and

 6    I asked her was I current on my fines.

 7           And she said, "No."

 8           I said, "How am I not current on my

 9    fines when I've been sending you all money every

10    month, every month, on time?"

11      Q    And what did she say?

12      A    She said, "We can go all day about

13    this."

14           And that's when their sheriff, Sheriff

15    Fuller, he looked at me, and he said, "You still

16    dealing with this same case since you was a kid.

17    Just walk out of the courtroom because they're

18    going to try to hold you in contempt," and I

19    left.

20      Q    Were you talking to a judge?  Did you

21    talk to a judge or talk to the court clerk, or

22    do you remember?

23      A    I was talking to the people that process

24    the payment plans.  I was talking to them, and

25    she started -- like, when you first walk in to
```



 1    Washington County, you go through the metal

 2    detector, and then it's a glass -- the glass

 3    thing right there.

 4          Q    Right.

 5          A    Yeah.  So I had to go up there and pay

 6    my money.

 7               And we was talking right there, but the

 8    sheriff was sitting off to the side, by the

 9    metal detecter.

10               I said, "You all told me I had to come

11    down here to see the judge to get my warrants

12    cleared up.  Now you all are telling me

13    something else."

14               He's like, "Just pay your money and get

15    up out of here because they're going to hold you

16    in contempt."

17               So I had to leave.

18          Q    Okay.  So you weren't in a courtroom

19    like where the judge is?  You were at that front

20    glass there?

21          A    Yes, sir.

22          Q    Okay.  And so you paid.  Do you remember

23    how much?

24          A    I think it was like $330.

25          Q    Do you know if they recalled that



1    warrant at that point?

2        A    Yeah, they recalled it.

3        Q    You've never actually had to -- they've

4    never actually arrested you on one of those

5    Washington County warrants, have they, for fines

6    and costs?

7        A    Yes, sir.  I was told to come down one

8    day by DeLapp, Judge DeLapp.  He was going to

9    wait for me until 5:00.  I think that's when the

10   ice storm was happening.  But he was going to

11   wait on me until 5:00.

12            And when I made it up there, someone

13   else was -- it was me and two other people --

14   well, it was me and another person.  They was

15   speaking to him, and he asked her, "Why didn't

16   you pay your fines and all this?"

17            She said, "I have no money."

18            He just said, "All right.  We'll set up

19   you a payment plan."

20            Well, when I stood up, it was,

21   "Ms. Carter, do you have your money?"

22            I said, "No, sir."

23            "Bailiff, take her."  And I went to

24   jail.

25        Q    Do you know when that was with Judge



1    DeLapp?

2        A    I think it was either February or

3    January.

4        Q    Of what year?

5        A    I don't remember what year.

6        Q    How long were you in jail after that?

7        A    I would probably say almost 30 minutes

8    to an hour.

9        Q    Why did they let you out after 30

10   minutes to an hour?

11       A    Because my mom had to scrape up some

12   money to come pay.

13       Q    Do you know how much your mom paid?

14       A    I think it was like $150, almost $200.

15       Q    Did they walk you back to the jail and

16   book you in?  Did they handcuff you?

17       A    Yes, sir.  I went in the police car and

18   everything.

19       Q    Okay.

20       A    I was stripped out, take my shoe

21   strings, all that.

22       Q    So, then, in 30 minutes or an hour, you

23   were out.  Did they give you a time to come

24   back?

25       A    Not that I recall.  No.  Not that I can



 1    recall.

 2        Q    Is it possible that they gave you a time

 3    to come back?  You don't remember, or you're

 4    pretty sure they did not?

 5        A    No, sir.  Because I left from the

 6    county, from Washington County, and I went home.

 7    I didn't go back to the courthouse or anything.

 8        Q    But I mean did they give you a future

 9    date when you were supposed to come back to

10    court?

11        A    I didn't get anything.  I was in -- as

12    soon as I walked in the courtroom, he finished

13    with her, got to me, asked me did I have the

14    money.

15             I said, "No."

16             He said, "Bailiff take her."

17             I didn't get no papers.  I didn't get

18    nothing.

19        Q    Did Judge DeLapp say anything else to

20    you?  Did he ask you why you hadn't paid or why

21    you hadn't appeared or any questions like that?

22        A    I told him I couldn't find no job.

23             And he said, "Well that's tough."

24             Like, he was always short with me,

25    "That's tough," or "Good luck," or things like



1    that.

2         I never really got the chance to speak

3    to him.  It was always through my attorney, and

4    he was talking back to her, and every time I

5    tried to say something to add, I couldn't say

6    anything.

7         **Q    Did you have an attorney, Kristi --**

8         A    Yes, sir.  Kristi Sanders.

9         **Q    -- Kristi Sanders?**

10        **Was she there when you saw Judge DeLapp**

11   **and you had to go to jail for 30 minutes to an**

12   **hour?**

13        A    No.  It was just me, him, my mother, and

14   the bailiff.  That was it.

15        **Q    Is that the only time you have been**

16   **arrested on a fines and costs warrant, to your**

17   **knowledge?**

18        A    No, sir.  I was fixing to get arrested,

19   I think it was, almost two years ago when

20   Stigler (sic) -- I don't know his name.  He told

21   me to come and have $50 by 3:00, and I already

22   knew what that meant.

23        **Q    Okay.**

24        A    And I had just told him I couldn't pay.

25        **Q    So what did you do?**



1    A   My auntie paid.  My auntie and my

2   grandmother paid.  I didn't have no money.

3    **Q   What month and year do you think that**

4   **was?**

5    A   I know it was -- I think 2018, end of

6   2019, something like that.  Something like that,

7   2018, 2019.  But I think that it had to be the

8   end of the -- yeah.  Close to the end of 2018.

9    **Q   Why were you in court that day?**

10    A   I was in court that day because I think

11   I had a warrant for my arrest again.

12    **Q   How did you find that out?**

13    A   I called to see if I was current on my

14   fines, and they told me that I had a warrant and

15   that I needed to come in.

16         I said, "All right.  I'll be up."

17    **Q   So you came in, and just step me through**

18   **it with as much detail as you can.**

19    A   Okay.  When I came in, I went upstairs.

20   I forgot what floor I went to.  It was either

21   the second or third floor.  I went upstairs.

22   There was a lot of people in the courtroom.  So

23   I had to sit and wait on them to call my name.

24         When they called my name, I went up

25   there, and they said -- he asked me -- he said,



1   "Do you have your fine money?"

2          And I said, "No, sir."

3          He said, "Well, you need to have it by

4   3:00," and he went to the next person, and that

5   was it.

6      Q   **They didn't put the handcuffs on you or**

7   **anything like that, did they?**

8      A   No, sir, not that time.  He just told me

9   to go -- I've got until 3:00 to come up with

10  $50.

11     Q   **Did someone pay that $50 by 3:00?**

12     A   Yeah.  My grandma.

13     Q   **So you didn't go to jail that day?**

14     A   No, sir.

15     Q   **Is it fair to say you were not arrested**

16  **at that time?**

17     A   No, sir.

18     Q   **Is that right?**

19     A   On the verge, yes, but no.  Did it

20  actually take place?  No.

21     Q   **Any other times did you get arrested on**

22  **a fines and costs warrant that you know of?**

23     A   Well, Tulsa County, they pulled me over

24  probably like five or six times and told me that

25  I had a $100,000 warrant.



```
 1              And I'm like, "I just got out of the
 2      penitentiary for that.  It should still be up
 3      there.
 4              And they would call Washington County,
 5      and Washington County would say -- no -- yeah.
 6      They'd call Washington County, and they would
 7      say, "Just let it go.  She have to come to court
 8      and pay."
 9              That was it.  It was always money.
10      Q    Okay.  So you weren't arrested that
11  time?
12      A    No.  I was detained.
13      Q    What law enforcement agency stopped you?
14      A    Tulsa.
15      Q    Tulsa?
16      A    Tulsa police.
17      Q    Tulsa Police Department.
18           Do you know why you were stopped?
19      A    No.  That was just -- they just said
20      that they was looking for guns and stuff like
21      that.
22           I didn't have nothing.
23      Q    Were you driving?
24      A    No, sir.  I was a back passenger.
25      Q    So they pulled the car over that you
```



```
 1   were in?  They pulled the car over?

 2      A   Yes, sir.

 3      Q   And they said they were looking for guns

 4   or something like that?

 5      A   Yeah.  They weren't looking for anything

 6   else except for guns, and then they asked us all

 7   our name, and they asked me for my ID.  I gave

 8   him my ID.

 9          He came back to the car and said, "Put

10   your hands behind your back.  You've got a

11   $100,000 warrant.  I don't know if it's a

12   mix-up.  I don't know if it's messed up, but

13   we're going to call" --

14          He told my sister and them -- he said,

15   "Just don't pull off yet," he said, "Because we

16   need to get this cleared because I keep seeing

17   this."

18          So he called, and they called and told

19   him to let me go and that it was a mistake.

20      Q   How long were you detained back then?

21      A   30 minutes.  I was sitting in the car

22   for about 30 minutes.

23      Q   Was anybody else in the car arrested?

24      A   No, sir.

25      Q   They let you all go after that?
```



```
 1        A    Yes, sir.

 2        Q    Any other times you were arrested based

 3   on a fines and costs warrant from Washington

 4   County that you know of?

 5        A    No, sir.

 6             MS. NAIK:  Devan, would it be okay if we

 7   took a few minutes?  We've been going for about

 8   an hour.

 9             MR. PEDERSON:  You bet.  Yeah.  Let's

10   take a break.

11             How long do you want to take?

12             MS. NAIK:  Sharonica, what will work for

13   you?  Five minutes?

14             THE WITNESS:  It don't matter.

15   Whichever is clever.  I'm here.

16             MS. NAIK:  Okay.  Sounds good.

17             Can we take five minutes?

18             MR. PEDERSON:  Yeah.  You bet.

19             MS. NAIK:  Okay.

20             (Break from 11:08 a.m. 11:26 a.m.)

21             MR. PEDERSON:  Back on the record.

22        Q    (By Mr. Pederson) Remind me.  Where did

23   you meet Ms. Gilridge?

24        A    Mabel Bassett.  She was a nurse on the

25   yard.  She was a DOC nurse at Mabel Bassett.
```



```
 1       Q    After you left Mabel Bassett, how did

 2   you get in contact with Ms. Gilridge?

 3       A    Ms. Gilridge, her boyfriend at the time,

 4   Derrick Smith, and Steven Koonce, they all was

 5   -- well, Steven Koonce and Derrick Smith, they

 6   was the DOC guards, the COs, and Gilridge was

 7   Derrick's girlfriend.  So that's how I met them.

 8   That's how I met her.

 9       Q    After you left the facility, though,

10   when is the first time you talked with any of

11   the DOC employees or Ms. Gilridge?

12       A    Frequently.  Okay.  It was frequent

13   because I was trying to -- like, trying to find

14   me an attorney for my case and things like that.

15   So I talked to them a lot.

16       Q    You had their phone numbers and all

17   that?

18       A    I can get them.

19       Q    Well, I mean, I'm just wondering.  You

20   had them at the time; right?

21       A    Yes, sir.  I had them at the time.  Yes,

22   sir.

23       Q    Were you friends with them while you

24   were in Mabel Bassett?

25       A    No, sir.
```



```
 1        Q    Only afterwards?

 2        A    Yes, sir.

 3        Q    Did they initiate contact with you

 4   once you were out of Mabel Bassett, or did you

 5   initiate contact with them, or how did that

 6   work?

 7        A    No.  They called me and asked me how I

 8   was doing.

 9        Q    Which one called you?

10        A    All of them.  Steven Koonce, Madison

11   Gilridge, and Derrick Smith.  All three called

12   me.

13        Q    Do you know why they called you, or do

14   you know what the reason was?

15        A    Okay.  Before I got released, Steven

16   Koonce -- he asked me why was I still in Mabel

17   Bassett, and I said, "I don't know.  I'm just

18   waiting to go home."

19             So he looked at my case and said, "You

20   are not supposed to be here at all."

21             And that's how they came in with that.

22        Q    Was Mr. Koonce a correctional officer or

23   a --

24        A    He's a correctional officer, military,

25   and -- well, now he do law enforcement for OKC.
```



1    Q    Is he with the Oklahoma City Police

2    Department?

3    A    Yes.  He's in the academy right now.

4    Q    So while you were in Mabel Bassett,

5    Mr. Koonce checked on your file and said,

6    "You're not supposed to be in here"?

7    A    Yes, sir.

8    Q    And then how long after that did you get

9    released?

10    A    I went through the parole process.  The

11    probation and parole lady -- she told me --

12    well, she actually closed the door and said, "If

13    I was you, I wouldn't sign."  She was like,

14    "Just stay here and finish the rest of your time

15    because you're not supposed to be in here."

16        When Washington County brought me back

17    from Washington County, they brought me in

18    intake.  They told me -- well, they pulled me to

19    the side and said I was going to go home because

20    I wasn't supposed to be here.  Then they said --

21    they was trying to figure out if I had 90 days

22    left or things like that.

23        Then they said just -- just -- "We're

24    going to intake you on the yard and put you in

25    as a new person because we don't know why you're

1    here."

2         I think they was trying to contact

3    Washington County until about 6:00 that night to

4    see why was I back on the yard and had just

5    discharged, and it just went from there.

6       **Q   Did they ever tell you how that turned**

7    **out or what they heard?**

8       A   No.  They just -- they just -- every

9    time they seen me, like, "You know you're not

10   supposed to be here, man.  Stay out the way."

11      **Q   Do you think there was -- what's your**

12   **understanding of what the basis of their**

13   **thinking you weren't supposed to be there was?**

14      A   Yes, sir.  Because I had already -- what

15   I signed for was 18 months nonviolent, and I did

16   flat time.  I wasn't in any trouble.

17        I mean, I got into a -- I wasn't perfect

18   on the yard.  I would say I probably had, like,

19   two write-ups, but other than that, I didn't get

20   in no trouble.  I stayed on my level, Level 4,

21   all of that.

22        My write-ups on the yard was for smoking

23   cigarettes, and that was it.  Nothing major.

24      **Q   Okay.  So you get out of Mabel Bassett,**

25   **and Mr. Koonce calls you?**



```
 1      A   Yeah.  All of them did.

 2      Q   All of them did.  And they just said

 3  they were just checking on you?

 4      A   Yes, sir.

 5      Q   Did that seem unusual to you, or did

 6  that strike you as awkward?

 7      A   No.  It wasn't unusual to me because,

 8  like -- okay.  I didn't get visitors or anything

 9  like that, you know.  Not that I couldn't get

10  them.  I just didn't want them, you know, as far

11  as -- my family moved to Louisiana.  You know

12  what I'm saying?  So I was eight hours, almost

13  nine, 10 hours apart.

14          So they was just, you know, like,

15  "You're the only person that don't have

16  visitors.  Are you all right?"

17          "Yes, sir.  I'm okay."

18          "Are you fine?"

19          "Yes, sir."

20          You know, that's all it was.

21      Q   Okay.  And so --

22      A   I moved in with Gilridge after the UPS

23  job was done because I couldn't find another

24  job.  So she just told me to come stay with her.

25  She helped me look for a job.
```



1      Q    She gave you a ride to Bartlesville.

2    You've told us about that.

3      A    Yes, sir.

4      Q    And then after that, where did you --

5    where did you live after that time when you went

6    to court when Ms. Gilridge gave you a ride?

7      A    I went back with her, like -- but I had

8    to just, like, go back and get my clothes and

9    things.

10           She didn't boot me out or anything.  I

11   just -- I can't keep -- I couldn't keep finding

12   rides from OKC to Bartlesville.  So I just moved

13   back to Tulsa with my sister.

14     Q    Okay.  So you moved back to Tulsa.

15   What's your recollection about when that was?

16     A    I think like -- well, no.  I know, like,

17   the end of May.

18     Q    And what sister was that?

19     A    Akilia.

20     Q    How long did you live with Akilia?

21     A    I lived with Akilia from the end of

22   May to about October. And then my sister,

23   Kamareanna, had got an apartment.  So I stayed

24   with her from October until -- from October

25   until, say, around about February -- no.  From,



```
 1    like -- okay.  From, like, May -- no.  From,

 2    like, October -- so from October until I would

 3    say around March, and then I moved back with

 4    Akilia.

 5         Q    Okay.  And then after you moved back

 6    with Akilia, how long did you stay there?

 7         A    Until about November of 2019.

 8         Q    So from the time you moved back to Tulsa

 9    to November 2019, did you find a job anywhere?

10         A    Yes, sir.  I was working for AZZ Steel

11    Galvanizing.  I worked with Janet's Meats and

12    Entrees.  I worked for AAON Heat and Air

13    Company.  I worked for Taco Bell, Parker

14    Plastics.  Most of them was temp jobs, though,

15    except for AAON and AZZ Steel Galvanizing.

16         Q    Okay.  I'm sorry.  Could you tell me

17    that first one again?  Let me try to -- I

18    couldn't write that fast.

19         A    The steel galvanizing?

20         Q    Yes.

21         A    AZZ.

22         Q    AZZ Steel Galvanizing?

23         A    Yes, sir.

24         Q    Let me ask you about that.  What did you

25    do for them?
```



 1       A    I was, like, twisting the wires.  So,

 2    like, the highway -- like the big poles and

 3    things on the highway, we had to strip them, dip

 4    them in acid and things like that.  So I was,

 5    like, hanging them up on the wires and where

 6    they go and get dipped.

 7       Q    How long did you work with AZZ?

 8       A    For about two and a half months.

 9       Q    Do you remember your boss' name?

10       A    No, sir.

11       Q    Do you remember how much you were making

12    there?

13       A    Like $9 or $10.  $9 or $10.

14       Q    Did you have any kind of training for

15    that job?  Did they give you any kind of

16    training or anything like that?

17       A    No, sir.  They gave you an example of

18    how to hang it up and figure it out.

19       Q    When you took that job, was it your

20    understanding that it was just a temporary

21    thing?

22       A    No.  That was a job job.

23       Q    How many hours would you work a week on

24    average there?

25       A    Ooh.  I was working 12-hour shifts.


Professional Reporters
800.376.1006
www.proreporters.com

1    Yeah.

2         Q    Okay.

3         A    Yeah.  I was working 12-hour shifts.

4         Q    **So it was, like, 40 hours a week or more**

5    **than that?**

6         A    No.  I don't think I was getting that

7    many hours.

8         Q    Okay.

9         A    And, like, on some days, like, when the

10   temperature was, like, in the hundreds, like we

11   couldn't work.  So it was too hot, and we're

12   already out there with steel and acid.  So they

13   would just tell us, like -- so most of the time,

14   we would work, like, three days out of a week.

15        Q    **Okay.  Three days a week on, like,**

16   **12-hour shifts?**

17        A    Yes, sir.

18        Q    **You said twisting wires.  And where did**

19   **these wires go to?**

20        A    It was loose wires.  You had to twist

21   them, like -- say, for instance, like, the end

22   of a pole, before they put the screws in, the

23   big screws, like a light pole.  I would have to

24   put wires through that loop with a -- I would

25   have to put wires where the screws go and hang



1  them up and lock them in.  So once they pulled

2  it over -- the crane would go up in the air.  It

3  tightens up, and they go and dip them in the

4  acid and things like that.

5      Q    Okay.

6      A    So I was twisting the wire, pretty much

7  crimping.

8      Q    Okay.  I gotcha.

9           Why did you leave that job?

10     A    It got too hot.  I almost had a

11 heatstroke.

12     Q    Did you have to go to the hospital or

13 anything like that?

14     A    No.  I didn't go to the hospital because

15 I didn't have insurance, so...

16          They told me I was having a mild

17 heatstroke, though.  Just to go home.

18     Q    Okay.  And then you said, "That's enough

19 for me.  I'm not doing that job anymore"?

20     A    No.  They just, like, asked me, like, if

21 I was fine and everything.

22          I'm, like, "It's just -- it's hot."

23          Well, "We could get you another

24 position."

25          And I tried -- I did that for -- they



```
1    just had, like -- it was more like man work.  I

2    was a female.  So that's all it was.

3        Q   What was the other position they were

4    going to try to get you in?

5        A   To where I'm inside with AC, like --

6    like in -- I forget what it's called.  An

7    assistant or something, like, to do the desk

8    work.

9        Q   Did you try that at all?

10       A   Yeah.  But they said they didn't have

11   another opening for me.

12           And I'm like, "I can't keep getting

13   switched around on all your training."

14           So I just -- I went to AZZ -- I mean, I

15   went to AAON.

16       Q   How many days did you do the desk work

17   at AZZ?

18       A   One day.

19       Q   Oh, one day?

20       A   Yes, sir.

21       Q   Okay.  And then they wanted you to do

22   something different?

23       A   Yeah.  They pretty much wanted me to go

24   back in the heat.

25       Q   Oh, okay.  So you left that job on your
```



Professional Reporters
800.376.1006
www.proreporters.com

1   own.  They didn't ask you to leave or anything?

2   They were trying to keep you?

3       A   Yeah, they was trying to keep me.

4       Q   Okay.  And then the next job you went to

5   was what?

6       A   My -- my -- I left because it was hot,

7   and my checks wasn't right.  Like, some of the

8   hours and stuff would be missing on there.  So

9   that's why I left AZZ.

10      Q   Did you bring that up with them?

11      A   Yes.  They said they would fix it, and

12  they never did, so...

13          When they put me up there for the desk

14  work and all that and tried to put me back

15  outside, I just said, "You all can have it."

16      Q   Do you remember the names of the folks

17  that you worked with at AZZ?

18      A   Sedrick Campbell or Tommy Reece and a

19  few Mexicans.  I don't remember their names.  I

20  remember one of their names was Juan.

21      Q   Were they doing the same kind of work

22  you were doing?

23      A   Yes.  Except one was on a forklift,

24  lifting up the poles and stuff so that I could

25  hang them on the wire.



1    Q   Did you tell me already your boss' name,

2  or you can't remember?

3    A   I don't remember all of them.  I know

4  Juan.  One of the Mexican bosses, I know his

5  name was Juan.

6    Q   Okay.  And then the next job you went to

7  would have been who?

8    A   AAON Heat and Air.

9    Q   How do you spell that?

10   A   A-A-O-N.

11   Q   What did you do for AAON?

12   A   Wires.  Build fans, wire motors to the

13  fans.  Like the big AC units that go into gyms

14  or go inside to buildings, I wired those and put

15  them together.

16   Q   How long did you work for AAON?

17   A   It was like a temp job.  It was a real

18  job, but it was, like, more like seasonal.

19   Q   How many months did you work there?

20   A   Probably a month and a half.

21   Q   Do you remember how much you were

22  getting paid?

23   A   I think it was $10 or $11.  I'm not

24  quite sure.

25   Q   About how many hours a week were you



 1  working?

 2      A   12-hour shifts.

 3      Q   How many days a week would that be?

 4      A   Four, five, sometimes six.

 5      Q   Do you recall your boss' name there?

 6      A   It's like a tribal name, Indian name.  I

 7  don't remember right off bat.

 8      Q   Why did you leave that job?

 9      A   It was seasonal.

10      Q   Where did you go to after them?

11      A   Janet's Meats and Entrees.

12      Q   Are all these places you've talked about

13  recently in Tulsa?

14      A   Uh-huh.

15      Q   What did you do for -- did you say

16  Janet's Meats and Entrees?

17      A   Yes, sir.  I was assistant butcher, ran

18  the deli, things like that.

19      Q   How long did you work there?

20      A   I was working there before her business

21  opened and after.  So, like, October to

22  February.

23      Q   October to February of?

24      A   '18.

25      Q   How much did you make there?

```
 1      A   Oh, that's a long story.  She don't want
 2   to pay me like that because I was -- I knew her
 3   daughter.  So I got one paycheck from there.
 4   Yeah.  I got one paycheck, and she got closed
 5   down.  So I really don't know.
 6      Q   Why did it close down?  Do you know?
 7      A   She wasn't like -- I don't know.  Like,
 8   I don't know.  I guess she wasn't doing
 9   everything she was supposed to do.
10      Q   Do you remember how much that paycheck
11   was, approximately?
12      A   Well, she had wrote me a check for,
13   like, $300, and I asked her, "Where is the rest
14   of my money?"
15      Q   How much time did you -- you said
16   October to February.  Okay.  Sorry about that.
17      A   It was October '18 to February '19.
18      Q   Okay.  Okay.  That makes sense.
19          And then where did you go after that?
20      A   Taco Bell.
21      Q   How long did you work at Taco Bell?
22      A   From, like, June to -- I don't know.
23   June until October 2019.
24      Q   So June 2019 to October.  Okay.
25      A   Yes, sir.  To October 2019.
```



1       Q    All right.  Do you remember how much you

2    made there?

3       A    $7.25.

4       Q    How many hours a week did you work on

5    average?

6       A    About 25.  I was part-time.

7       Q    Did you have any other jobs during that

8    time that you worked at Taco Bell?

9       A    I had went and did a temp job.  I was

10   there for, like, weeks through Parker Plastic.

11      Q    What were you doing for Parker Plastic?

12      A    Labeling the bottles -- labeling the

13   bottles, putting them in the machine, putting

14   the handles on the bottles, things like that,

15   like, before they go out to, like, the big --

16   like the Ozark Water companies and all of that.

17   We had to fill, like, up the big gallons.  So I

18   was making those gallons.  I was making the

19   bottles and labeling them.

20      Q    How much were you making there?

21      A    I was making $10.  Yeah, it was $10.

22      Q    How long did that job last?

23      A    It was only, like, two weeks.

24      Q    What did you do after them?

25      A    After them I stayed -- well, I was just

```
 1    -- like I said, I worked -- I worked for them a
 2    little bit for, like, two weeks while I was
 3    working at Taco Bell.  So Taco Bell was my last
 4    job in Oklahoma, in Tulsa.
 5        Q    When the Taco Bell job ended in October
 6    2019, did you look for other jobs after that?
 7        A    Yes, sir.
 8        Q    What kind of places did you look for
 9    jobs at after you worked for Taco Bell?
10        A    After I worked at Taco Bell, I tried to
11    get a job at Pepsi, but I couldn't.
12             I couldn't get no more jobs in Oklahoma,
13    but I tried.  I tried to get a job at Pepsi.  I
14    tried to get a job at the hospital, mopping,
15    doing janitorial services.  And there was one
16    more.  But I never got the jobs.
17        Q    Did any of your employers you applied to
18    tell you why you weren't selected?
19        A    Yeah.  When I went through Express to
20    try to get on, to try to get the job for Pepsi
21    and all that, they told me I had a warrant.
22        Q    Do you know what warrant that was?
23        A    For the Washington County for the fines.
24        Q    How about the hospital?  Did they tell
25    you anything about why you weren't selected?
```



```
 1        A    Warrants.

 2        Q    Do you remember if you had any warrants

 3   when you worked for Taco Bell?

 4        A    I think I did, but the hiring manager

 5   was my friend's sister.  So she just gave me the

 6   job.  She said she was going to give me a

 7   chance, "Everybody deserves a second chance."

 8   So she employed me.

 9        Q    Do you remember the person at Pepsi who

10   you applied with and told you that you had

11   warrants?

12        A    No.  It was Express.  I guess they sent

13   my application over there to them, and they did

14   a background check, and they said, "We can't

15   take her because she has warrants, open

16   warrants."

17        Q    Was that through Express Personnel?

18        A    Yes, sir.

19        Q    Did you look for employment anyplace

20   else?

21        A    Yeah, but I couldn't find none after

22   that.  After all that -- well, after the man at

23   Express told me about my warrants and all of

24   that, then Washington County called me again --

25   well, I had court.  I had court, and I didn't
```



1   have no warrant or nothing then, but right after

2   court, I had a warrant for Washington County for

3   my fines and I think failure to appear.

4        Like, they never called me and told me I

5   had a court date.  They never told, like -- she

6   said she called a different number, but she

7   never called me.

8        And I've given them up-to-date numbers.

9   I had to give them up-to-date numbers because

10  I had just got released from prison.  So

11  everything has to be up to date.

12  **Q   Now, what phone number did you have when**

13  **you got released out of prison?**

14       A  I had -- oh,  I think it was,

15  (405) 550-30-something-78.  I don't remember

16  it right off bat.  But the number that I have

17  now is (918) 703-9684.  And I did gave it to

18  Tulsa County -- I mean, not to Tulsa County.  To

19  Washington County.

20       So I don't know why they still have my

21  old number from 2011.  This phone is no longer

22  in service.

23  **Q   Have you had any other phone numbers**

24  **other than those two since you were released**

25  **from Mabel Bassett?**



```
 1      A    No, sir.

 2      Q    And that number that you have now, when

 3  did you get that?

 4      A    Two years ago.

 5      Q    When did you give that number to

 6  Washington County?

 7      A    I gave them that number when I went up

 8  to go pay my -- when I went to go pay my fines,

 9  until Maddie come down there, and I think it was

10  around November 2019.

11      Q    So in November 2019, you went to

12  Washington County, and you paid your fines?

13      A    Yes, sir.

14      Q    Okay.

15      A    Because I had a warrant.

16      Q    Did they recall the warrant at that

17  time?

18      A    Yeah.  That's when he told me I had to

19  pay $50 by 3:00.

20      Q    Have you had any jobs since working for

21  Taco Bell?

22      A    Yes, sir.

23      Q    And what was that?

24      A    McDonald's.

25      Q    Is that the next job you had after Taco
```



 1   Bell?

 2        A    I've been working for McDonald's since

 3   January of 2020.

 4        Q    When you started there, how much were

 5   you making?

 6        A    $7.25.

 7        Q    Which McDonald's location was that?

 8        A    Tallulah, Louisiana.

 9        Q    When did you move away from Tulsa?

10        A    The last time I got pulled over.  So I

11   got pulled over November 18th.  I left the 19th,

12   in fear of my life.

13        Q    Okay.  So you got pulled over in

14   November.  Are you saying November 18th or --

15        A    Yes, sir.  We had the court hearing in,

16   I think it was, like, October.  There was the

17   court hearing for this, the first court hearing.

18             We had that.  I didn't have no warrants

19   or nothing then, but then after that, I had

20   warrants, and I got pulled over November 18th,

21   and I left November 19th.

22        Q    Okay.  So November 19, 2019?

23        A    Yes, sir.

24        Q    Bear with me one second here.

25             Ms. Carter, I show that on October 21,



1    2019, you came into the courthouse and paid the

2    bond on your warrant, and then you were ordered

3    back for a fines and costs review with Judge

4    Thomas.

5         A    Yes, sir.

6         Q    He ordered you back on November 1, 2019.

7              Does that sound right to you?

8         A    No, sir.  That's what I'm saying.  I

9    never got another court date.  I didn't know I

10   had a warrant out for my arrest and that I had

11   to go to court until after we met in federal

12   court.  I didn't know anything.

13        Q    When you went to court to pay on October

14   21st, did you talk to -- who did you talk to, if

15   you remember?

16        A    They told me I had to come and talk to

17   the judge, but I never made it past them.  I

18   made it past the metal detector and to the glass

19   window.  That was it.

20             And I said, "You all told me I had to

21   come see the judge."

22             "No.  I don't know who possibly could

23   have told you that.  You do not have to see the

24   judge.  All you have to do is pay the money to

25   get your warrant -- to get your warrant cleared



```
 1    up."

 2           I'm like, "But you all -- when I just

 3    called you all to try to pay over the phone, you

 4    all wouldn't allow me, but now that I'm here,

 5    you all -- over the phone, you all told me I had

 6    to see the judge; I had to come in and see the

 7    judge before I left.  But now that I'm here, you

 8    all are just telling me that I just need my

 9    money and go."

10       Q   At that time did you pay $50?

11       A   No.  I think that was the time when my

12    auntie -- my auntie and them had paid for the --

13    I think -- no.  Yeah.  I paid -- I paid -- I

14    paid -- yeah.  I think I paid $50 that time.

15           It was $50 or $75, and then my auntie

16    and them had to turn around and pay another $50.

17       Q   When you went there in October of 2019

18    and paid that $50, did they give you paperwork?

19       A   They just gave me a receipt.  That's

20    when I asked about my other fines, and they was

21    like, "You ain't current."

22           I'm like, "That is crazy.  How am I not

23    current?"

24           Yeah.  They gave me -- that's all they

25    gave me was the receipt.
```



```
 1      Q    Is it possible that they handed you, at
 2   that time, the notice of a new court date?
 3      A    No, sir.  I got -- the only paper I had
 4   was a receipt paper.
 5      Q    And then it looks like on November 1,
 6   2019 --
 7           MS. NAIK:  Kevin, is there a court
 8   document that you're reading from that you can
 9   show her?
10           MR. PEDERSON:  Yeah.  Let me just ask
11   her.  I'll show her the documents in one second.
12   I just want to see if she recalls this.  She
13   said she didn't get a notice.
14      Q    (By Mr. Pederson) It looks like
15   11/1/2019 there is a court minute, and it says,
16   "Defendant fails to appear for fine and costs
17   review."
18           Did you know anything about that?
19      A    No, sir.
20      Q    And then you said you got pulled over on
21   November 19, 2019?  Who pulled you over --
22      A    18th.
23      Q    Oh, the 18th?
24      A    18th.  And I left Oklahoma on November
25   19th.
```



```
1      Q    Who pulled you over on November 18th?

2      A    Tulsa Police Department.

3      Q    Why did you get pulled over?

4      A    I don't know.

5      Q    Were you driving?

6      A    No, sir.

7      Q    Tell me what happened.  Who were you

8   with?

9      A    I was with my girlfriend at the moment,

10  Jeree Gill.

11     Q    How do you spell that?

12     A    J-e-r-e-e Gill, G-i-l-l.

13     Q    Okay.  And Jeree was driving?

14     A    Yes, sir.

15     Q    And where were you all going?

16     A    To get something to eat.

17     Q    And what happened when you got -- just

18  take me through the --

19     A    Well, they pulled us over, and when he

20  got out of the car, he laughed and said, "Yeah.

21  We're just looking for guns."

22          He said, "Every time I see you" -- no.

23  He -- yeah.  He said, "We're just looking for

24  guns."

25          And then he said, pretty much, like,
```

1    every time he's on duty, they always pulled me

2    over.  He always seen me, somebody pulling me

3    over.

4         Q    Was this the same police officer --

5         A    Yes, sir.

6         Q    -- who pulled you over frequently?

7         A    Yeah.  He pulled -- he pulled me -- I

8    know he pulled me over -- since this has been

9    going on, he pulled me over, like, twice.

10            And then he said every time he seen me

11   that they pulling me -- like, somebody -- every

12   time he's on patrol, somebody got me pulled

13   over, like my name popped across their screen

14   and stuff.

15        Q    Okay.  So at this November 18, 2019,

16   traffic stop, Jeree gets pulled over, and the

17   officer comes to the car and says what?

18        A    "We're just looking for guns."

19            And then he saw me and said, "Oh, Ms.

20   Carter, you again."

21            And I said, "Yeah."

22            So I left the very next day in fear of

23   my life.

24        Q    And did he arrest you or --

25        A    No.  He just pulled me over.  Like, he



1  just knew it was me.  Offered small talk.  I

2  don't know.

3      Q    Do you know whether he knew you were in

4  the vehicle before he made the traffic stop?

5      A    I honestly felt I was getting followed

6  down there.

7      Q    So he said, "Ms. Carter, you again."

8  And then what happened?

9      A    He laughed and said, "I'm just looking

10  for guns.  You guys ain't got no guns?"

11         He said, "Do you mind if we search the

12  car?"

13         "No."

14         "They ain't find no guns.  You're free

15  to go."

16      Q    How long was that stop?

17      A    I would say probably 15 minutes at the

18  most.  It wasn't even a long stop, how it

19  usually be.

20      Q    Did he say anything about the warrant on

21  that November 18th traffic stop?

22      A    No, sir.

23      Q    Why did that make you fearful, that

24  traffic stop?

25      A    Because I kept constantly -- I



```
1   constantly -- in Tulsa, ever since, like, the --
2   it was ever since this case has been on, you
3   know, the Google and news and all of that, I
4   have been getting pulled over.
5       Q   How many times have you been pulled over
6   in Tulsa since you moved back this most recent
7   time?
8       A   From the time we had the first
9   appearance in federal court until -- that was in
10  October -- until November, I got pulled over at
11  least five times.
12      Q   Was it always the Tulsa Police
13  Department?
14      A   One time it was the Tulsa sheriff's, but
15  other than that, it's always been the Tulsa
16  police.
17      Q   Did any of those law enforcement
18  officers who pulled you over say anything about
19  this case or about Washington County or anything
20  like that?
21      A   They would just say, like, "You know,
22  you need to walk on thin ice," or "Tread
23  lightly, kid," or --
24      Q   Who said that?
25      A   The Tulsa Police Department.
```



```
1      Q    What was the context of that comment?
2   What were you guys talking about when they said,
3   "You need to tread on thin ice"?
4      A    I had told them, like, "Man, you all
5   just pulled me over.  Why you all keep pulling
6   me over, man?  I ain't got no warrants, no none
7   of that.  So why you all keep pulling me over?"
8      Q    In those times you got pulled over,
9   whose vehicle were you in?
10     A    Other people's vehicles, but I never was
11  the driver.  I was the passenger or the back
12  passenger.
13     Q    Do you have any reason to think that the
14  people who pulled you over for any of those five
15  times knew that you were in that vehicle before
16  they made the traffic stop?
17     A    Yes, sir.  I stayed where the police
18  stayed on 61st and --
19     Q    I'm sorry?
20     A    I stayed where the police were always
21  at, on 61st and Peoria.  That's the "bad side"
22  of Tulsa, I guess.
23          But even with that, like, you have
24  police that come and do drive-throughs through
25  apartment complexes and all that.
```



Professional Reporters
800.376.1006
www.proreporters.com

```
 1      Q    Do you have any --

 2      A    Every time I got pulled over, it was

 3  always the warrant or a laugh or "tread

 4  lightly."

 5      Q    Do you believe that that has anything to

 6  do with the Washington County lawsuit?

 7      A    Yes, sir.

 8      Q    What do you base that on?

 9      A    I ain't never got pulled over this many

10  times before.  And not only that, they pretty

11  much telling me -- you know what I'm saying? --

12  like, "We watching you.  Tread lightly."

13      Q    But none of them had said anything about

14  Washington County or --

15      A    Yes, sir.

16      Q    Well, what did they say about Washington

17  County?

18      A    "We can Google your name."

19          And that's how I found my name.  When

20  you type in my name on Google, it brings up

21  everything that's going on.

22      Q    Okay.  So we can Google your name.

23          Anything else you base that on as a

24  reason that you think that you're being pulled

25  over based on this lawsuit?
```



1     A    Besides what he told me, "Tread

2   lightly," or things like that?

3          Like I say, I've never got pulled over

4   -- and I wasn't in any trouble.  I haven't been

5   in any trouble in three years.  Since released

6   from prison, I haven't been in no trouble, no

7   county, no none of that.

8          It's always pulled over, detained for

9   Washington County, $100,000 bond.  And I

10  remember that $100,000 bond, because that's what

11  I had when I was 15.  That was the bond then.

12  So it ain't no $100,000 warrant.

13         So every time I got pulled over, it was

14  pretty much I got detained for Washington County

15  for either warrants or failure to pay fines,

16  because it was also extradite, extradite,

17  whatever.

18    **Q    None of these times you got pulled over**

19  **did they arrest you or take you to Washington**

20  **County and do anything like that, did they?**

21         **They would always let you go, wouldn't**

22  **they?**

23    A    Yeah.  They --

24         MR. LACOVARA:  Objection.

25         Devan, don't try to spar with her.



1    We've been very patient.  You don't need to

2    argue.  Her testimony is her testimony.  If you

3    have a question...

4         I don't think you should argue with her

5    the way you just did.

6         MR. PEDERSON:  Well, she just said

7    something that contradicted what I thought I

8    heard her describe.

9         I thought I heard her say when she was

10   pulled over in the car previously, they always

11   let her go, things that have something to do

12   with this case, but --

13        THE WITNESS:  Well, after I got found,

14   well, it was --

15   **Q    (By Mr. Pederson) Let me ask you.  Let**

16   **me try to ask a simple question, and maybe we**

17   **can clear it up.**

18        **In those five times since you moved back**

19   **to Tulsa when you got pulled over, you've never**

20   **been arrested and taken to jail any of those**

21   **times; is that correct?**

22   A   No, sir.  Always pulled over, held to

23   the side so they can call.

24        And I think they called Tulsa County one

25   time, and Tulsa told them, "No.  That is



```
1    absolutely false.  She has no warrants, no

2    nothing.  Let her go."

3        Q    So the question I asked is you've never

4    been arrested and taken to jail any of those

5    five times that you were pulled over since you

6    most recently moved back to Tulsa.  Is that

7    right?

8        A    Yes, sir.

9        Q    Okay.  Thank you.

10            Since January of 2020, have you

11   continuously worked at McDonald's?

12       A    Yes, sir.

13       Q    How much are you making now at

14   McDonald's?

15       A    $7.25.

16       Q    How many hours a week do you work there

17   on average?

18       A    What?  $25.  $25 to $30 at the most.

19       Q    Are you looking to change your

20   employment or looking for any other job?

21       A    I tried to get two recent jobs, one at

22   Arby's and one at a casino, and she told me I

23   had a warrant.  So they just told me I had a

24   warrant from Washington County.  I've got a

25   warrant as of right now at Washington County.
```



1    Q   All right.  And that's what the casino

2  told you?

3    A   The casino and Arby's, recently, like

4  within this past month.

5        So, yes, I have a warrant out for my

6  arrest for Washington County.  Why, I don't

7  know.  They've never tried to contact me or

8  anything.

9        MR. PEDERSON:  If we can, can we take

10  about a -- do you want to do 30 minutes, or do

11  you want to do longer than that?  And then we'll

12  try and wrap it up.

13        MS. NAIK:  Sharonica, what works for

14  you?

15        THE WITNESS:  I'm fine with either one.

16        MS. NAIK:  Okay. 30 minutes, that works

17  for me.

18        Is that good with you all?

19        THE WITNESS:  Yeah.  Yeah.  That's good.

20        (Break from 12:18 p.m. to 1:10 p.m.)

21    Q   (By Mr. Pederson)  Ms. Carter, I just

22  want to ask you about the names of some folks

23  who are listed as possible witnesses in this

24  case.

25        I've got Demetra Carter.  That's your

1    mother?

2        A    That's my mother.

3        Q    Lakendra Carter, that's your sister?

4        A    Yes, sir.

5        Q    It says that they will be able to

6    testify about matters relating to ability to

7    pay, determinations at sentencing and at the

8    cost docket in Washington County District Court.

9            Let me ask you.  Who was with you at the

10   time of your sentencing, if you remember?

11           MS. NAIK:  Devan, when you say "it

12   says," are you referring to a particular

13   document that you're reading from?

14           MR. PEDERSON:  Yes.  It's Plaintiff's

15   Initial Disclosures.

16           MS. NAIK:  Okay.  Thanks.

17           MR. PEDERSON:  Yeah.

18       Q    (By Mr. Pederson) Let me ask you,

19   Ms. Carter.  Was your mom present at sentencing,

20   if you recall, on your YO case in Washington

21   County?

22       A    Yes, sir.

23       Q    Was Lakendra Carter there?

24       A    Yes, sir.

25       Q    Was LeiLani Coble there?

```
 1    A    Who?

 2    Q    Do you know anyone named LeiLani Coble?

 3    A    No, sir.

 4    Q    Last name is C-o-b-l-e.

 5    A    No, sir.  I don't know who that is.

 6    Q    Do you know a Lessie Carter?

 7    A    Yes.  That's my grandmother.

 8    Q    Okay.  Was she present at the time of

 9  your sentencing in the YO --

10    A    Yes, sir.

11    Q    Did she ever come with you to court

12  after your sentencing for any reason?

13    A    Yes, sir.  She helped pay the $50 the

14  last go-round, her and my aunt, Margo Carter.

15    Q    Is that the time when Judge Sigler had

16  told you you needed to pay $50 before a certain

17  time in the afternoon?

18    A    By 3:00, yes, sir,

19    Q    Was Lessie Carter or Margo Carter

20  present when he told you that?

21    A    Yes, sir.

22    Q    Have you talked to them about that

23  event?

24    A    I mean, I did.  I did for about a month

25  or two after it happened.
```



1    Q   Did you ask Lessie Carter what she

2  recalled about that event?

3    A   Yes, sir.  She just said that she --

4  they -- what did they want me to do?  Go commit

5  a crime or something to get the $50 by 3:00?

6    Q   Get the $50 by 3:00.  You're just

7  kidding about committing the crime; right?

8    A   No.  She was asking a serious question,

9  "Do they want you to go out and commit a crime

10  to have the money by 3:00?"

11       And I said --

12    Q   Okay.  So that's what she said?

13    A   Huh?

14       MS. NAIK:  Devan, let Sharonica finish

15  the answer.

16    Q   (By Mr. Pederson) And about Margo, was

17  she also there when Judge Sigler asked you to

18  pay the $50?

19    A   Yes, sir.

20    Q   Have you talked to her about her

21  recollection of that event?

22    A   Yes, sir.

23    Q   What did she tell you about it, what she

24  remembers about that?

25    A   How was I going to get the money if I

1    just told them I just -- if I just told them I

2    didn't have the money, I didn't have $50, how

3    did they want me to go get it by 3:00?  I don't

4    even live down here in Bartlesville.

5         Q    I'm trying to show you a few documents

6    here, and we'll see how this works.

7         A    Okay.

8              MS. NAIK:  Devan, one question before we

9    dive into the docs.

10             Is the universe of documents that you're

11   going to use today the same that you sent us by

12   email a few minutes before the deposition?

13             MR. PEDERSON:  Yes.

14             MS. NAIK:  Okay.  And I noticed that

15   some of those don't have Bates numbers.  Have

16   other copies of those been produced, or are you

17   using documents that just haven't been produced

18   yet?

19             MR. PEDERSON:  No.  I thought they had

20   Bates numbers, but let me look.

21             The only ones I think that don't have

22   Bates numbers may be the ones that came in from

23   third-party subpoenas from the Plaintiff that

24   the Plaintiff has produced from Washington

25   County.



1          MS. NAIK:  Okay.  And you could just

2    represent that those are complete documents?

3          MR. PEDERSON:  Yeah.  We can do that as

4    we go here.

5      Q   (By Mr. Pederson) Let's see.  Okay.

6    Hopefully, you're seeing a document.

7      A   I can see it.

8      Q   Okay.  Let me see if I can make it a

9    little --

10         Can you still see it?

11     A   Yes, sir.

12     Q   I'll scroll through here a little bit.

13   This is a Plea of Guilty Summary of Facts in

14   your Y011/1 case.  It's got a file stamp of

15   August 11, 2011, and September 22, 2011.

16         Do you see that?

17     A   Yes, sir.

18     Q   Do you remember if you've seen this

19   document before?

20     A   Yes, sir.

21     Q   It says your lawyer's name is Kristi

22   Sanders.

23         Was that your lawyer at the time of your

24   sentencing?

25     A   Yes, sir.

```
 1      Q    On 23 it says, "Is there a plea

 2   bargain?"

 3           Do you see that?

 4      A    Yes, sir.

 5      Q    And it's circled, "Yes."

 6           Do you recall going over this document

 7   with Ms. Sanders?

 8      A    No, sir.  I mean, what I was -- what I

 9   recall was me -- was her saying, like, "This is

10   the best deal we've got.  Take the deal, or

11   you're going to spend a long time in the

12   penitentiary."

13           Even on some of those answers, I was

14   saying, "No," and it's marked out and put "Yes."

15           MR. LACOVARA:  Devan, just to interrupt.

16           MR. PEDERSON:  Go ahead.

17           MR. LACOVARA:  I just want to put on the

18   record what we said in email which is that Ms.

19   Carter has agreed to waive the attorney-client

20   privilege as to her discussions with her OIDS-

21   supported lawyer back in 2011 and thereafter.

22           We don't necessarily concede the

23   relevance to any testimony, but we're not going

24   to assert Ms. Carter's privilege for the

25   questions you're asking now.
```

```
 1            I just wanted that clearly on the
 2     record.
 3            MR. PEDERSON:  Okay.  Thank you.
 4       Q   (By Mr. Pederson) So did you say that
 5     some of the things were circled one answer and
 6     it was different than what you wanted to answer?
 7            Don't let me put words in your mouth.
 8       A   Yes, sir.
 9       Q   That's what you said.  Okay.
10            Let go through this, then.  Number 1,
11     "Is the name just read to you your true name?"
12            You said, "Yes."  It's got "Sharonica
13     Carter."
14            That one is correct.  We marked, "Yes."
15     Is that right?
16       A   Uh-huh.  Yes.
17       Q   Okay.  And then, "My lawyer's name is
18     Kristi Sanders."
19            That's correct?
20       A   Yes, sir.
21       Q   Number 3, "Do you wish to have a record
22     made by court reporter?"
23            That's "Yes."
24            Is that correct?
25       A   Yes, sir.
```

1    Q    You don't want to waive the court

2    reporter; is that right?

3    A    Yes, sir.

4    Q    You age is 16 and the grade completed in

5    school is ninth; is that correct?

6    A    Yes, sir.

7    Q    Number 5, "Can you read and understand

8    this form?"

9        It's circled with --

10   A    Yes, sir, I can read it, but I told her

11   multiple times I didn't understand.

12       And she said, "Let me put it to you this

13   way."  And then still I don't understand.

14   Q    Did she try to help you understand what

15   was going on with this document?

16   A    No, sir.  She pretty much -- you know

17   what I'm saying -- okay.  Like when the document

18   came up and I started answering questions, I

19   wasn't circling any of it.  She was circling,

20   you know, the "Yes," "No," "True," or "False."

21   She was just reading it off to me, and, like,

22   when she got to the question do I feel that she

23   worked on my behalf, I said "no."

24       Them things like that, I was saying

25   "no," and I don't know how -- yeah.  I don't

1    know how some of those -- how my answers

2    switched from what I said or anything.  I didn't

3    do any of that.

4            Did I understand?  No.  When she

5    explained it to me again, I told her, "I still

6    don't understand."

7            And she just said, "Pretty much this is

8    the best deal we got.  Take the deal, or you're

9    going to spend a long time in the penitentiary.

10   You're going to grow up in the penitentiary."

11       Q    Okay.  We'll be focusing more on some of

12   the specifics of that as we go through the form.

13           So on Number 5 there, "Can you read and

14   understand this form," did you tell her to mark

15   "No"?

16       A    Yeah.  I said, "I can read it, but I

17   don't understand it.  The terms, the words, I

18   don't understand any of it."

19       Q    Number 6 says, "Are you currently taking

20   any medications or substances which affect your

21   ability to understand these proceedings?"

22           And it's marked, "No."

23       A    No.

24       Q    Is that a correct answer?

25       A    Yes.



1       Q    Number 7, "Have you been prescribed any

2   medication you should be taking but aren't?"

3            That's marked "No."

4            Is that a correct answer?

5       A    Yes.

6       Q    Number 8, "Have you been treated by a

7   doctor or health professional for mental illness

8   or confined in a hospital for mental illness?"

9            That's marked "No."

10            Is that a correct answer?

11       A    Do that pertain to the evaluations that

12   I went under?

13       Q    I think it's talking more about

14   treatment rather than evaluation.

15       A    No.

16       Q    Okay.  So Number 8 is marked correctly?

17       A    Yes.

18       Q    Number 9, it says, "Do you understand

19   the nature and consequences of these

20   proceedings?"

21            And you --

22       A    And I told her "no."

23       Q    You told her "no"?

24       A    I told her "no."  I didn't understand

25   any of it.

1       Q    Number 10, "Have you received a copy of

2    the Information and read its allegations?"

3            It's circled "Yes."

4            Is that a correct response?

5       A    Yes.  She gave me my copy right after

6    this, right after we filled out the paperwork.

7       Q    Okay.  Number 11, that's not related to

8    you, but it says, "The State does not move to

9    dismiss any claims."

10           Is that correct, to the best you recall?

11      A    I don't recall that one.

12      Q    Okay.  Number 12, "Do you understand you

13   are charged with attempted robbery with a

14   weapon?"

15           It says, "Yes."

16      A    No.

17      Q    So you told her to mark "No" on that

18   one?

19      A    Yeah.  because they, at first, was

20   saying it wasn't -- I think it was what?  Just

21   what?  Attempted robbery.

22           There wasn't no weapon at first until

23   they -- until it was in court, and they got a

24   gun.

25      Q    Did you understand at the time that you

1  went over this document that you were charged

2  with attempted robbery with a weapon?

3      A    No.  I was under the impression I was

4  charged with attempted robbery.

5      Q    Number 13, "Have you previously been

6  convicted of a felony?"

7          And it says, "Yes.  Juvenile possession

8  of firearm on school property, Tulsa County."

9          Is that correct?

10     A    No.  I was never convicted of any of

11  that.

12     Q    Okay.

13     A    I ain't never been convicted of that.

14     Q    What was that?

15     A    I said, "No.  I never got convicted of

16  that."

17     Q    14, "Do you understand you are subject

18  to the Delayed Sentencing Program for Young

19  Adults and what that sentencing program

20  involves?"

21     A    They didn't offer that to me.

22     Q    "Do you understand that upon conviction

23  on a plea of guilty to the offense of attempted

24  robbery with a dangerous you will be required to

25  serve a minimum sentence of," and then it talks



1    about 85 percent of --

2         A   And I said "no," because they told me it

3    was 33 percent.  It wasn't 85.

4             MS. NAIK:  Devan, when you're going

5    through these and what the document says, can

6    you note for the record that the document, you

7    know, shows that it was circled "No," and then

8    it was crossed out, and then "Yes" was circled,

9    just so it's clear what the document actually

10   says?

11            MR. PEDERSON:  Okay.  Yes.

12        Q   (By Mr. Pederson) On 14, there's five

13   choices.  The first one on 14 is circled "No."

14   On the next one, it's circled "Yes" with "No"

15   marked out, and then "Yes" with "No" marked out

16   again, and then "Yes" with "No" marked out

17   again, and then, finally, "No" is circled on the

18   last one.

19            Is that correct, Ms. Carter?

20        A   Yes, sir.

21        Q   And you said it was your attorney who

22   filled out this form?

23        A   Yes, sir.

24        Q   When it's circled "No", like on the

25   second one for Number 14, it's circled "No" at



1    first and then marked out, possibly?  Does that

2    look correct?

3        A    Yes, sir.  I know -- yes.  Yes.  Yes.

4        Q    Do you know how that came to be like

5    that or why it was --

6        A    No, sir.  No, sir.

7        Q    You didn't make any of these markings on

8    this document; is that right?

9        A    No, sir.  I only signed my name.

10       Q    So it's correct you didn't mark on it?

11   You just signed your name, and that's all --

12       A    Yes, sir.

13       Q    Number 16 says, "Do you understand the

14   range of punishment for the crimes is five years

15   to life and/or a fine of zero to $10,000?"

16            It's circled "Yes."

17       A    Yes, sir.  But I didn't know that they

18   was going to -- that that was my fines and fees.

19   I didn't understand that.

20            I understood the five years, but I

21   didn't understand that the fines can be anywhere

22   from zero to $10,000.  I didn't understand it.

23       Q    Did you tell Ms. Sanders that you didn't

24   understand that?

25       A    Yes, sir.



1     Q    What did she say about Number 16, if you

2   recall?

3     A    They told me I was going to do 18

4   months.  She told me.  My crime was at 33

5   percent.  It wasn't 85.  I was going to do 18

6   months, and I was going to get out.

7     Q    Number 17, could you read through that

8   one on your own?  You don't need to read it out

9   loud, and then tell me whether that was answered

10  correctly or not.

11          Let me get it back up here for you.

12    A    Okay.  Okay.  I read it.

13    Q    The question at the end of that one is,

14  "Do you understand each of these rights?"

15          And "Yes" is circled.

16          Is that correctly answered?

17    A    I didn't understand about the blind plea

18  or any of that.  When I asked, "What does this

19  mean?  I don't understand," she just gave me

20  pretty much the same little summary.

21          "This is the best deal we got.  Are you

22  going to take it, or you'll spend most of your

23  years growing up in the penitentiary."

24          I didn't know what no blind plea was, no

25  none of that.  When she said no contest, she



1    said I wasn't guilty.  That's what she told me.

2         She said, "If you let me do this and I

3    will plead no contest on your behalf, it's

4    saying -- it's pretty much -- I'm pretty much

5    saying that you're not guilty."  That's what she

6    told me.

7    **Q    Did she tell you that on the day you**

8    **were going over this form or at some earlier**

9    **time?**

10    A    Like we would meet up for, like, a split

11    second, and she would have to go into court with

12    somebody else, go into court with somebody else.

13         So it was just a brief moment, "Come

14    here.  Let's go over this real quick.  Look at

15    the documents.  Okay.  We'll call you here in a

16    little bit, and we'll go to court." And I would

17    just have to sit back out in the shackles.

18         And then one lady came to the hallway

19    and said that she was my attorney and all that,

20    but my attorney wasn't there.

21    **Q    Was that on the day of this plea form**

22    **that we're looking at right now?**

23    A    Honestly, I don't remember which day it

24    was, but I know that she came in and stated that

25    she was my attorney, and I started talking to



1    her.

2            And then that's when Kristi came in and

3    was like, "Hi, I'm your attorney."

4            And I'm like, "Then, who is this?"

5        Q   Did you ever find out who that person

6    was?

7        A   She was working with the DA.  I don't

8    remember her name.  I remember her by face.

9        Q   What did she look like?

10       A   Caucasian.  I think her hair was like a

11   reddish brown, a little bit heavy weight, but

12   not too big.

13       Q   About how old would you say?

14       A   At least mid-thirties.

15       Q   And she came and told you that she was

16   your attorney?

17       A   Yes, sir.  She presented herself as my

18   attorney and said someone was -- I forgot who

19   she said.  The reporter or someone was going to

20   be in court.  So she had to come and take down

21   my statement.

22            And then, like, literally, right after

23   she stood up, Kristi Sanders walked in and

24   introduced me as she was my attorney.

25       Q   Did you tell that to Ms. Sanders that



1    this lady told you she was your attorney?

2       A    Yes, sir, I told Ms. Sanders that.  She

3    said she had to see what she can do.

4         I told Ms. Sanders to fingerprint the

5    gun.  She said they wasn't allowing it because

6    of my age, and they was just trying to hurry up

7    to get through with the trial because DeLapp was

8    on -- he had -- I think he had murder cases

9    going on in different counties.

10        So pretty much she was telling me, like,

11   they're trying to hurry up with me to get me out

12   of the way.  He's got bigger cases.  My case was

13   not that bold enough or not that big to have

14   evidence fingerprinted and things like that.

15      Q    Did Ms. Sanders ever tell you anything

16   about what she found out about the lady who said

17   she was your attorney who wasn't?

18      A    No, sir.  She never got back to me on

19   that.  And I just started seeing the lady appear

20   against me.  I forget how you say it.  She was

21   the plaintiff or defendant, I guess.  I don't

22   know.

23      Q    This event with this lady who said she

24   was your attorney, did that happen before or

25   after your sentencing in the YO case?



```
 1      A    It happened before.
 2      Q    Did she take a statement from you, the
 3  person who said she was your attorney but you --
 4      A    Yes, sir.
 5      Q    What did she ask you about?
 6      A    Asking me about what happened, the
 7  crime.
 8      Q    And did you tell her?
 9      A    And I told her the same thing.
10  "Fingerprint the gun.  I am innocent."
11      Q    Why do you think she worked with the
12  district attorney's office?
13      A    Because that's who she was appearing in
14  court with.
15      Q    When did you see her appear in court
16  with the district attorney?
17      A    Every other time after that.  Every time
18  I went back to court, she was with the DA, the
19  district attorney.  I think it was -- which at
20  the time was Kevin Buchanan.  She was with him
21  every time, bringing him paperwork, sitting on
22  his side, telling him -- like, it was me, my
23  attorney, and then my caseworker.
24          She was (descriptive sound) doing that,
25  you know, saying, "Give them the paperwork," you
```



1    know, "Ask this, ask that."

2         Q    And then back to the document, the plea

3    document.  Number 18 says, "Do you understand by

4    entering a plea of guilty or no contest, you're

5    giving up these rights?"

6         A    No.  I didn't understand her.  Like I

7    say, when she told me she was going to put in a

8    plea of no contest, she said that I wasn't

9    guilty.  "That means you're not guilty."  That's

10   what I was under the impression.

11        Q    You were under the impression that by

12   pleading no contest, you were telling the court

13   you were not guilty?

14        A    Yes.  That's what she kept telling me.

15   That's what Kristi Sanders kept telling me.

16        Q    All right.  But you understood that you

17   were going to be sentenced based on the plea of

18   no contest?

19        A    No, sir.  I didn't know -- I didn't know

20   what was going on until what they had signed --

21   gave me a paper and said that I was going to

22   going into OJA custody and was going to be

23   transferred to COJC.

24        Q    If you could, look at Number 19, and

25   read that to yourself, and tell me if that one



 1   is correctly answered or not.

 2        A   It was -- apparently, it was -- it's

 3   circled "Yes," but if I didn't understand, how

 4   can I -- like I say, I never circled any of

 5   these.  My attorney was circling them.  She

 6   would try to read it to me in small words

 7   because my brain wasn't big enough.  So she

 8   would put it to me in small words.

 9             And I'm like, "No."

10             "Well, Ms. Carter, we have to do

11   something."

12             "Take it to trial."  I begged her to

13   take it to trial.

14             She came with this.  "This is the best

15   deal you got, or you're going to spend the rest

16   of your life -- 15 years of your life in the

17   penitentiary."

18             I was only 15, 16 at the time, and I

19   would still be locked up for it right now.

20        Q   Take a look at Paragraph 23.  Do you

21   remember reading over that before?

22        A   Reading over --

23        Q   Reading over 23, the question and the

24   answers that are written in there?

25        A   Yeah, I remember that.



1    Q   It says, "What's your understanding" --

2    it says, "There is a plea bargain," and it's

3    circled "Yes."

4         Is that correct?  Did you understand

5    there was a plea bargain at that time?

6    A   No.  I thought I was pleading no

7    contest.  I didn't know.

8    Q   Then it says, "What is your

9    understanding of the plea bargain?"

10        Then it says, "Juvenile will be

11   processed through the juvenile delinquent system

12   as a youthful offender with periodic reviews.

13   State is requesting a 10-year sentence, and

14   juvenile is requesting a five-year sentence."

15        Do you recall anything about --

16   A   No, sir.  I thought I was going to be

17   locked up for 18 months; not five years; not 10

18   years; not none of that.

19        That's what was drilled in my head.

20   "You're only going to do 18 months, kid."

21   Q   Who told you that?

22        MS. NAIK:  Devan, are you going to

23   read the other -- just the other handwriting on

24   there, in addition to what you read just, for

25   completeness?

```
 1            MR. PEDERSON:  Yes.

 2      Q    (By Mr. Pederson) Also written in below

 3  that, on Number 23, it says, "Blind plea on

 4  length."

 5            Do you see that?

 6      A    Yes.

 7      Q    Do you remember talking about that with

 8  Ms. Sanders at all?

 9      A    No, sir.  That's not even her signature.

10  I don't know whose signature that is.

11      Q    Do you know if that was on there when

12  you saw this form?

13      A    No, sir, it wasn't.

14      Q    And the other writing underneath that,

15  over to the right, "Five-year/1,000/250 VCA

16  costs," do you see that?

17      A    Yes, sir.

18      Q    Was that on there when you saw the

19  document?

20      A    No.

21      Q    Did you talk to Ms. Sanders about that?

22      A    You say what, sir?

23      Q    Did you talk to Ms. Sanders about the

24  last thing we just read?

25      A    Not on the -- I remember, like, when I
```



1   got all the way out of the juvenile system --

2   well, not all the way out of the juvenile system

3   -- out of the penitentiary, when I went back to

4   court, I think it was on October 31, 2013, or

5   2014, one of them, but it wasn't -- my fines was

6   what?  In all, it was like -- I think, like,

7   $1,300, $1,300.  But I didn't know about my

8   fines or anything until after I got out of the

9   -- after I completed my juvenile sentence.

10      **Q   No one attempted to collect those fines**

11  **and fees and costs from you while you were in**

12  **the juvenile system, did they?**

13      A   No, sir.  They just stacked up, and they

14  was even taking their percentage out of my --

15  they call it gains pay for the juveniles.  They

16  give you money, and they take a percentage out

17  for your fines in court, your fines and fees.

18          So I've been paying while in the

19  juvenile yard and in Mabel Bassett.  They was

20  taking percentages out.  Every time I would get

21  money to put on my court standing payment, I was

22  taking some out and sending it to them.  So it

23  shouldn't have been still even that.

24      **Q   Okay.**

25      A   30, I told her "no."  29 I told her



 1   "no."

 2       Q   Okay.  That's on the plea document we're

 3   looking at?

 4       A   Yes, sir.

 5           32, I told her I wanted to make a

 6   statement --

 7           MS. NAIK:  Sharonica, just -- you can

 8   answer his questions.  That's kind of how this

 9   goes.  He asks questions, and you answer.  But I

10   appreciate that you're being forthcoming about

11   what's on the document.

12           THE WITNESS:  Okay.  Sorry.

13       Q   (By Mr. Pederson) Number 30, it says,

14   "Do you plead guilty or no contest of your own

15   free will and without any coercion or compulsion

16   of any kind?

17           And it says, "Yes."

18       A   And I told her "no."

19       Q   You told her "no," and --

20       A   Yes, sir.

21       Q   And then did she say the same thing she

22   had been telling you before, or did she say

23   anything else?

24       A   She said, "This is the best thing we

25   have."

Professional Reporters
800.376.1006
www.proreporters.com

```
 1       Q    And then on 31 and 32, there are "Nos"

 2    marked out and "Yeses" circled.

 3            Do you know why the "Nos" are marked out

 4    and the "Yeses" are circled?

 5       A    I had told her, like, when she asked did

 6    I feel that she did everything and worked on my

 7    behalf, I told her "no."  So I don't know where

 8    the "Yes" could come from.

 9            Like I said, I never once filled this

10    form out.  The only thing I did was sign my

11    name.

12       Q    Yeah.  I think that's a different

13    question.  But on, like, 31 and 32, you don't

14    have any recollection of why the "No" is marked

15    out and the "Yes" is circled?

16       A    No, sir.

17       Q    And then do you see here on 1(B) that

18    we're looking at now on Page 6, "My attorney

19    completed this form and we have gone over the

20    form, and I understand its contents and agree

21    with the answers.  See Addendum A."

22            Did you go over that one with

23    Ms. Sanders?

24       A    Not that I recall.

25       Q    It says on 2, "The answers are true and
```



 1    correct."

 2          And then on 3 it says, "I understand

 3    that I may be prosecuted for perjury if I have

 4    made false statements to this Court."

 5          Is that your signature just above

 6    "Defendant"?

 7    A    Yes, sir.  That's the only thing that I

 8    marked on with a pen.  All the other stuff, I

 9    did not have no authority over the paper.  It

10    was just reading the questions off to me and

11    answering them.  That's all it was.

12    Q    So what you wanted to do was to go to

13    trial on this case?

14    A    Yes, sir.  I wanted to go to trial and

15    have the gun fingerprinted.

16    Q    At the time you were sentenced, you were

17    in OJA custody; is that right?

18    A    Yes, sir.

19    Q    And you were at COJC at that time?

20    A    Yes, sir --  no.  I was at Craig County

21    Detention Center.

22    Q    Okay.  That's right.

23    A    I didn't go to COJC until after

24    sentencing was done.

25    Q    Okay.  That's right.  That's right.



 1          So you were sentenced in this case,

 2   based on this document we've just seen.  And

 3   then how long after that did you go to COJC?

 4       A   Oh, I think I went to COJC like -- I

 5   would say, like, two -- two or three weeks

 6   later.

 7       Q   And you weren't released prior to that?

 8       A   No, sir.

 9       Q   You had remained in custody from the

10   time you were sentenced through the time you

11   went to COJC?

12       A   I was in custody from the night it

13   happened up until 2013, October, when I got out.

14   I never hit the streets again.

15       Q   Do you see Attachment A to the plea

16   form?

17       A   Yes, sir.

18       Q   It talks about court costs $922, fines

19   $1,000, VCA $250, et cetera, and then it goes on

20   to spell out additional fees.

21          Did you talk about fines and fees with

22   Ms. Sanders?

23       A   One time she told me I was going to have

24   to pay $1,000 plus the victims compensation.

25   She said altogether it would be like $1,300, and



```
 1    that was it.
 2         Q    Okay.  Let me show you another document
 3    here.
 4         A    Uh-huh.
 5              MR. LACOVARA:  Devan, are you going to
 6    ask her whether those numbers were filled in at
 7    the time she made the plea or not?
 8              I saw you looking at the page, and then
 9    you went right past it.
10              THE WITNESS:  Uh-huh.
11              MR. LACOVARA:  It's your record.  You
12    certainly don't have to, but it was a sort of
13    odd omission as I watched you go through it.
14         Q    (By Mr. Pederson) Let me ask you,
15    Ms. Carter.  Let me go ahead and pull that back
16    up.
17              Did you see this Attachment A at the
18    time of your sentencing?
19         A    No, sir.  No, sir.  She just told me my
20    fines was going to be -- I had $1,000 in fines
21    to pay, and then I had $250 for the victims
22    compensation, which will round up and be about
23    $1,300 altogether.  That's what I was told.
24    That was it.
25              I ain't never seen none of this.  No
```



```
 1    Tulsa County Sheriff -- I mean, no county

 2    sheriffs on none of that.

 3           Forensics fee, what was the forensics

 4    coming in?  When I asked to fingerprint the gun,

 5    nobody did that.  So I'm not understanding any

 6    of that.

 7    Q    This Attachment A, have you seen this

 8    document before today?

 9    A    No, I have not.

10    Q    Okay.  Let's see here.  I'll be right

11    with you.  Hang on.

12    A    Uh-huh.

13    Q    Okay.  Do you see anything on this

14    screen?

15    A    Yes.

16    Q    It looks like this is a Transcript of

17    Proceedings held on September 22, 2011, before

18    Judge DeLapp.

19           Does that seem to correspond with the

20    date of your sentencing and plea?

21    A    I thought I was already at COJC.

22    Q    Okay.  I'm sorry.  If we could mark that

23    original plea agreement we were looking at

24    earlier as Exhibit 1, and we'll mark this

25    transcript as Exhibit 2.
```



```
 1            Let me just page through this, and you

 2   read that to yourself, if you would, and then at

 3   the end, I'm going to ask you if that looks like

 4   a correct transcription of what occurred.

 5            Let me make this smaller here.

 6            Can you still see it?

 7      A    Yes.

 8      Q    And just let me know when you're ready

 9   to move.

10      A    You can move.

11            Okay.  Okay.  Okay.  Okay.  Okay.  Okay.

12   Okay.  Okay.  Okay.

13      Q    The transcript that you just read that

14   we marked as Exhibit 2, did that correspond with

15   your recollection of what happened at that

16   proceeding?

17      A    No.  I think that's got something to do

18   with the appeal.

19      Q    With the what?

20      A    With the appeal.

21      Q    If I told you that this is a transcript

22   of the proceedings from your sentencing in that

23   YO case, is that possible that that's what this

24   could be?

25      A    I mean, you have it right there, I'm
```



```
 1   guessing.

 2       Q    Do you remember any of that?

 3       A    No.  Not right off bat, sir.

 4       Q    When you were reading there, it sounds

 5   like they were discussing five years versus 10

 6   years and talking about a $1,000 fine, $250 VCA.

 7            Do you remember any of that?

 8       A    Well, not in the courtroom.  We was in

 9   -- it was me and Kristi in that room, and that's

10   when she said, "Kid, your fines are only going

11   to be $1,000, and you have to pay the victims

12   $250.  So it will round up to about $1,300."

13   That was it.

14       Q    That's what she told you before the --

15       A    Yes.  She said --

16            Huh?

17       Q    That's what she told you before the plea

18   deal?

19       A    Yes, sir.  So that would have been what

20   we talked about the last time.

21       Q    Okay.  And then do you remember going to

22   court and the Court saying things like you just

23   read in Exhibit 2, asking questions and talking

24   about the difference between a 10-year sentence

25   and a five-year sentence and fines and things?
```



1          Do you recall reading that just how?

2      A    Yes, sir.  But it wasn't no 10 years

3   suspended.  It was 15 years incarcerated.  It

4   wasn't no suspended sentence.

5      Q    Are you saying that this transcript is

6   wrong, or are you saying that the 15-year

7   sentence was -- are you talking about something

8   different?

9      A    The 15-year sentence is what my attorney

10  kept saying to me.  I didn't know anything about

11  no 10-year suspended sentence or anything.

12          She kept telling me that I was going to

13  prison and pretty much I was going to spend my

14  childhood in prison that I already didn't have

15  now.  I did, but they took it.  I had a good

16  life at home, all that.

17     Q    I think we're on the same page here.  Do

18  you see on Page 2?

19     A    Yes, sir.

20     Q    The Courts says, "Ms. Carter, your

21  mother may be on the way here?

22          "I don't know."

23          "Have you talked to her?"

24          It next says, "SHARONICA CARTER:  Yeah.

25  Yes, sir.  I just talked to her."



1          The Court says, "Where was she at?"

2          And Sharonica Carter says, "She said,

3    like, coming down the street.  She was looking

4    for parking."

5          Does any of that ring a bell, the

6    conversation that you had with the Court?

7      A   They asked my mom, oh, because she had

8    to be at every court date.  So I don't know

9    which date this is pertaining to.

10         MR. LACOVARA:  Kevin, if it's helpful,

11   we're prepared to stipulate that this is an

12   accurate rendition of the on-the-record portion

13   of the allocution.  That's fine.

14         MR. PEDERSON:  Okay, Counsel.  We'll

15   stipulate to that.

16     Q   (By Mr. Pederson) What I'm showing you

17   now we will mark as Exhibit 3.  It's an Order

18   Granting Time to Pay Fines and Costs and

19   Requiring Appearance for Non Payment.  It's file

20   stamped October 17, 2017.

21         Do you see that?

22     A   Yes, sir.

23     Q   If you would just take a moment to look

24   at that first paragraph there.

25     A   Okay.

```
 1      Q    It looks like it's setting your payments
 2   at $75 per month on or before 11/17/2017 and $75
 3   on or before the 17th of each month.
 4           Do you recall this Order being entered
 5   or anything about this particular Order?
 6      A    Yes.  This was after I got out of
 7   prison.  When I told them I couldn't pay $75 a
 8   month, to work with me, "I'm just getting out.
 9   I ain't got no job.  I can pay $25."
10           She said, "No.  You've got to pay $75.
11      Q    Who said that?
12      A    Dina, Dana, the fines and court costs
13   lady.  Dana something, Forbes or -- I don't
14   exactly remember or recall, but I know it's
15   Dana.
16      Q    So you were going to see Dana about
17   setting up this payment plan for your fines and
18   costs, and you told her you could pay $25?
19      A    Yes, sir.
20      Q    And she said --
21      A    No, sir.  "You have to pay $75."
22           I said, "I don't have a job.  I'm just
23   getting out."
24           "You still have to pay $75."
25      Q    Is there any other conversation at that
```



 1   time with the fines and costs person?

 2   A    No.  She said, "You've got to pay $75."

 3        Well, when he told me to have my money

 4   by 3:00, he told me to go -- to have $50 by

 5   3:00.  I did that, and she said she couldn't

 6   change my payment plan.  Even though I told her

 7   I can't afford $75 a month, she said he didn't

 8   tell her to change it.  Until she get further

 9   notice, then she was not going to change

10   anything.  So I had to start back at $75.

11   Q    What did you say when she told you that?

12   A    I said, "I don't have a job."

13        She said, "Tough."

14        And I said, "Okay.  Yeah.  Let me just

15   go on and sign this paper and get up out of

16   here."

17   Q    Do you remember what that lady looked

18   like?

19   A    Yeah.  Caucasian.  Dana.  Short hair.

20   She wear glasses if I'm not mistaken.

21   Q    Do you know about how old she would be?

22   A    No, sir.

23   Q    What color of hair?

24   A    I'm sorry.  Will you repeat that?

25   Q    What color of hair?



```
 1      A    Red or brown.

 2      Q    Do you see the second paragraph there?
    It says, "You are ordered to appear for hearing
 3
    on fines and costs on the 5 day of January 2018,
 4
    at 1:30 p.m."
 5
              Were you aware that the order required
 6
    you to appear for a hearing on fines and costs
 7
    on January 5th?
 8
 9      A    If my fines wasn't paid, yes, I had to
    appear.
10
11      Q    It says, "You do not need to appear."
    The third paragraph, "If all your fines and
12
    costs are paid in full before the hearing date,
13
    you must contact the cost administrator for a
14
    new court date.  Otherwise, you must appear."
15
    And it looks like you initialed there.
16
              Is that your initial?
17
18      A    Yes, sir.  Yes.
19      Q    Okay.  It has your address.  Whose
    address is that?
20
21      A    That's Knikko Dennis' address.  When I
    got out of the pen, that's where I went, that
22
    address right there, in Oklahoma City.  That was
23
    my cell phone number as well.
24
              But you can see, it has "Employer Name."
25
```



```
1    It says "Unemployed."

2           I had no money.  I had no way to pay it.

3    Q    Okay.  I'll show you another document

4    here.  Hang on with me.

5           MR. LACOVARA:  We've been going about

6    another hour.  Ms. Carter, it looks like, might

7    be getting a little tired.

8           If you don't have much more, we'll keep

9    going.  Otherwise, we might want to take a short

10   break and stretch our legs.

11          MR. PEDERSON:  Okay.  Let's --

12          MR. LACOVARA:  I feel like you might be

13   getting close to the end, but obviously, it's

14   your nickel, as they say.

15          MR. PEDERSON:  If we could take five

16   minutes, that would be good.

17          MR. LACOVARA:  Okay.

18          (Break from 2:18 p.m. to 2:32 p.m.)

19   Q    (By Mr. Pederson) Let me hand you what

20   I've got pulled up here, Plaintiff Sharonica

21   Carter's Responses and Objections to Defendant

22   Linda Thomas' First Set of Discovery.

23          Do you see that?

24   A    Yes.

25   Q    Down on Page 12, Response to
```

1    Interrogatory 8, let me try to get to that.  If

2    you could, read where it starts "Interrogatory

3    Number 8," which is going to be a question, and

4    then "Response to Interrogatory Number 8," and

5    then let me know when you're ready to scroll.

6        A    Okay.  Okay.  I'm done reading Number 8.

7    Okay.  Okay.

8        Q    Do you see where it says, "On September

9    28, 2018, Judge Sigler again signed an Order

10   setting Plaintiff's monthly installment at $75.

11   At this court date, Plaintiff told Judge Sigler

12   she was unable to pay $75 a month due to her

13   indigence.  In response, Judge Sigler told

14   Plaintiff that unless she paid $50 before 3:00

15   that day, she would be incarcerated and

16   instructed Plaintiff to set up a new payment

17   plan with the court clerk."

18            Did you see where I was reading?

19       A    Yes, sir.

20       Q    You previously told us about the time

21   Judge Sigler said you needed to pay $50 before

22   3:00 p.m.?

23       A    Yes, sir.

24       Q    What's written here, this is what you

25   were talking about earlier when you told us



1    about that?

2       A    Yes, sir.

3       Q    And so the date of that would have been

4    September 28, 2018, that that occurred?

5       A    Yes, sir.

6       Q    Okay.  And that, when he told you to pay

7    $50 before 3:00 p.m., that only happened one

8    time, didn't it?

9       A    Yes, with him.

10      Q    Okay.  With Judge Sigler, that only

11   happened one time.  But did it happen with Judge

12   DeLapp?

13      A    No, sir.  When I -- every time me and

14   DeLapp came face-to-face, it was either, "Do you

15   have the money?  If not, you're going to jail.

16   Pack your toothbrush.  Good luck," things like

17   that.

18      Q    All right.  Bear with me a minute.  I've

19   got another document for you.  I'm almost there.

20           Are you able to see what's on the screen

21   now, which is what we looked at before, the

22   Order Granting Time to Pay Fines and Costs?

23      A    Yes, sir.

24      Q    Do you see where it says, on the third

25   paragraph, "You don't need to appear if all of



1    your fines and costs are paid in full.  Before

2    the hearing date, you must contact the cost

3    administrator for a new court date.  Otherwise,

4    you must appear."

5         Do you understand that if you were

6    unable to pay, you had to appear in court?

7    A    Yes, sir.

8    Q    Okay.  You're saying that that was a

9    recurring thing?  You had to appear in court if

10   you weren't paid up, and if you were paid up,

11   you could call in and avoid court.

12        Do you understand that that's how the

13   system worked?

14   A    Yes, sir.  But that's not what took

15   place.  Even when I was paying my fines, I still

16   had to come in.

17   Q    When you were paying your fines, did you

18   call the court clerk before your court date and

19   ask for a new court date?

20   A    Yes.  And sometimes she would say that I

21   wasn't current even though I was paying my

22   fines, and so pretty much I have to come in.

23        Then when I come in, I never had to see

24   the judge; that they don't know who told me

25   that.  All I had to do was pay.  I could pay on



1    the phone.  Like it was always the runaround.

2         Q    Did you understand that if you didn't

3    appear and you didn't call and you didn't pay

4    that they could issue a warrant for you?

5              Did you understand that?

6         A    Yes, sir.  I just answered that.

7         Q    All right.  Do you see the document

8    titled "Order Granting Time to Pay Fines and

9    Costs" which is file stamped on September 28,

10   2018?

11        A    Okay.

12        Q    You have on there your employer name

13   Bama.  What employer was that?

14        A    Bama Pie.  They was going to employ me,

15   but the warrant popped up.  So they told me to

16   take care of the warrant and I can get employed,

17   but when that warrant got dropped, another one

18   popped up.  So I was in orientation with Bama

19   Pie when I had to leave there and go to court.

20        Q    You were in orientation with Bama.  Did

21   you get paid for that?

22        A    No, sir.  I didn't complete the whole

23   orientation.  I had to leave and go to court

24   because of the warrant.

25        Q    Is it Bama that alerted you to the



```
 1    warrant?

 2        A    Yes, sir.  They do a full background

 3    check.

 4        Q    Did you know about the warrant before

 5    Bama brought it to your attention?

 6        A    No, sir.

 7        Q    What did you do to take care of that

 8    warrant after Bama told you about it?

 9        A    I had to go pay.

10        Q    Do you remember how much you paid?

11        A    To have my warrants, for all of my

12    warrants to be lifted, it was always like $300.

13        Q    Did they recall the warrant after that?

14        A    I don't recall.

15        Q    You're living in Louisiana now?

16        A    Yes, sir.  Tallulah, Louisiana.

17        Q    And you live with your mom?

18        A    Yes, sir.

19        Q    And anybody else?

20        A    Nehemiah Jackson, Drizze Jackson, and

21    Deandrea Carter.

22        Q    Okay.  Those are your siblings?

23        A    Yes.

24        Q    Do you contribute to the rent or make

25    any payments for the housing you're receiving
```

```
 1   there?
 2        A    Yes.  Like after I get my hygienes and
 3   bare necessities, whatever money I have left, I
 4   spend on food and, like, housing and stuff and
 5   try to get a ride back and forth to work.
 6        Q    Is where you're living now an apartment
 7   or a home?
 8        A    A house.
 9        Q    It's a house?
10        A    Yes.
11        Q    Does your mom rent it or own it?
12        A    My mom is renting it.
13        Q    Do you help your mom pay for the rent?
14        A    You say what?
15        Q    Do you help your mom pay the rent?
16        A    No -- I mean, I don't know -- like,
17   whatever money I have left, I give it to her,
18   and she buys food and things like that.  So I
19   don't know if she's putting what I put, what I
20   put down, for rent or if she's just buying food
21   and, like, cleaning stuff.
22        Q    What's your mom's source of income?
23        A    She works at Burger King.
24        Q    Are your siblings who live there
25   working?
```



```
 1        A    One is in school -- two is in school.
 2   Two is in college and one -- yeah.  One, he
 3   works at Arby's.  The other two are in school.
 4        Q    Do you know how much the rent is that
 5   your mom is paying?
 6        A    No, sir.
 7        Q    You have a phone; right?
 8        A    Yes, sir.
 9        Q    What kind of phone do you have?
10        A    I have a Samsung A10 -- A10e.
11        Q    How much do you pay a month for your
12   phone?
13        A    $65.
14        Q    Is that in your own name, or is it under
15   somebody else's plan?
16        A    No, sir.  It's in my own name.
17        Q    How much would you say you pay for food
18   each month?
19        A    Like, a little under $150.  I only make,
20   like, $230 every check.  So I pay my phone bill,
21   $60, $65.  I get my necessities, whether it's
22   toothpaste, pads, tampons, whatever, and I give
23   my mom the rest.
24        Q    Do you get a check each week?
25        A    No, sir.
```



```
 1      Q    How often do you get paid?

 2      A    Biweekly.

 3      Q    Have you made any payments on your

 4  Washington County court costs and fees in the

 5  last three months?

 6      A    When I tried, they said that the court

 7  system was closed due to COVID-19, and they

 8  would give me a call back when it opened.  That

 9  was it.  I tried three times.

10      Q    Do you pay court fines, costs, and fees

11  to any other county court?

12      A    Tulsa County, I was paying them $25, but

13  no, nobody else.

14      Q    Are you still paying Tulsa County $25?

15      A    No, sir.

16      Q    Do you still owe anything on your Tulsa

17  County court fees and costs?

18      A    No, sir.  Not that I can recall.

19      Q    How long have you been done with the

20  Tulsa County fines and costs, to the best of

21  your recollection?

22      A    I would say I think I owed them like

23  $900 and something, and I got it down to almost

24  like -- almost $100, $200.  There's not much

25  left on it.
```



Shaconica Carter                                        123

 1     Q    Okay.  Is there anything left?

 2     A    I honestly don't know.

 3     Q    When is the last time you've made a

 4  payment to Tulsa?

 5     A    I can't recall.

 6     Q    Do you think it has been more than six

 7  months or --

 8     A    I don't know.  I can't recall, honestly.

 9     Q    Do you owe court costs, fines and fees

10  to any other county other than possibly Tulsa

11  and Washington County?

12     A    No, sir.

13     Q    What other expenses do you have on a

14  monthly basis that are recurring?

15     A    Hygienes, phone bill, food, gas to work,

16  and that's it.

17     Q    How far is the McDonald's from where

18  you're living?

19     A    A mile.

20     Q    Oh.  A mile?  Okay.

21          How much could you afford to pay on your

22  court fines, costs, and fees per month?

23     A    As of right now?

24     Q    Yes.

25     A    How my check is going, I can start off

1   at $25.  I'm barely making $300 every two weeks.

2       Q   If your court debt, fines, costs, and

3   fees, was limited to monthly payments of $25,

4   would that help you out?

5       A   It depends if there's -- are they going

6   to keep messing with me?

7       Q   Let's say they lower it to $25 and you

8   make the $25 payments and you call every month

9   and get a new court date and it all flows along

10  smoothly.

11          If the amount was $25, do you think you

12  would be able to do that?

13      A   I can pay $25 --

14          MR. LACOVARA:  Hold on.  Excuse me,

15  Sharonica.  Just a second.

16          Devan, against what balance?

17          First of all, this is asking her to

18  speculate on a set of facts you haven't defined.

19          MR. PEDERSON:  No.  No.  No.  No.  I'm

20  just asking --

21          MR. LACOVARA:  And secondly, I'm not

22  sure it's proper.

23          MR. PEDERSON:  She said she could pay --

24  I think she said she could pay -- I asked her

25  how much she could afford to pay with all of



```
 1   her --
 2           MR. LACOVARA:  In perpetuity?
 3           MR. PEDERSON:  I'm asking today what
 4   she --
 5           MR. LACOVARA:  In perpetuity?  What
 6   balance is she paying against?
 7           THE REPORTER:  I can't get the record if
 8   you guys are talking at the same time.
 9           I couldn't hear what you were saying,
10   Devan.
11           MR. LACOVARA:  Are you asking her what
12   she's prepared --
13           MR. PEDERSON:  No.  No.  I'm not asking
14   her to -- I was just asking her what she could
15   afford.
16           I think she said $25 a month for -- let
17   me make sure.  I think she did say for all of
18   her court debt.
19       Q   (By Mr. Pederson) Sharonica, let me just
20   try and make it clear.
21           You may owe Tulsa, and you may owe
22   Washington County.  Is that right?
23       A   Say what?
24       Q   For court funds, fees, and costs, you
25   might owe money to Tulsa County; right?
```

```
 1     A    Yes.

 2     Q    And you don't know exactly what is left?

 3     A    I don't know exactly.

 4     Q    You also owe fines, fees, and costs in

 5   Washington County; right?

 6     A    Yes.

 7     Q    With your total court debt, including

 8   Tulsa and Washington County, how much could you

 9   afford to pay each month and still be able to

10   live a normal life?

11          MR. LACOVARA:  Hold on.  I'm going to

12   object to the form of that question, and to say

13   obviously, you're asking her, to some extent,

14   about an ultimate issue, but it's fair.

15          With the objection, Sharonica, please go

16   ahead and answer.

17          THE WITNESS:  Okay.

18     Q    (By Mr. Pederson) And, Sharonica, let me

19   -- he's objected to the form of my question.  So

20   let me try to ask a better question.  Let me ask

21   you a better question.

22          Including the fines, fees, and costs

23   with Tulsa County and Washington County, if you

24   could just make one payment for all those fees

25   and costs, how much could you afford to make for
```



1   all your fines, fees, and costs per month as you

2   sit here today?

3          MR. LACOVARA:  Same objection.

4          But you can answer.  Sharonica, you

5   answer his question.

6          THE WITNESS:  $25.

7   Q    (By Mr. Pederson) Do you have any of

8   your old receipts for payments you have made in

9   the past?

10   A    No, sir.  It was all money orders.  So I

11   just had the bottom half and the receipts to the

12   money order, and I used to write the amount that

13   I sent to them.

14   Q    Do you still have a ledger or anything

15   like that that you keep those recorded on?

16   A    Not that I can recall.  I know, like I

17   said, the money order receipts were in OKC.  I

18   don't know if they're still there in the safe.

19   I don't know.

20   Q    How about any receipts that the court

21   might have given you?  Would you have anything

22   like that?

23   A    Yes, but not on me right now.

24   Q    Do you have those in Louisiana there?

25   A    Yes.



```
 1              MR. PEDERSON:  All right.  Let me just
 2      take, like, two minutes, and I'll be right back,
 3      if that's all right.
 4              MR. LACOVARA:  Yeah.
 5              Sharonica, just stay on the line.  Don't
 6      hang up, because I think we're getting pretty
 7      close to the end.
 8              THE WITNESS:  Okay.
 9              (Break from 3:00 p.m. to 3:05 p.m.)
10               MR. LACOVARA:  Sharonica, you said you
11      just thought of something.  Is it a correction
12      or something you need to make to a question that
13      was asked before?
14              THE WITNESS:  Yes, sir.  Yes, sir.
15              Okay.  When he asked what can I pay, if
16      I'm barely making $300 or anything, I can't pay
17      anything, because I don't have anything left
18      over after my food, after my bare necessities
19      and things.
20              MR. LACOVARA:  Okay.  That's on the
21      record.
22              Go ahead.
23      Q    (By Mr. Pederson) Ms. Carter, we're back
24      from our break.
25              During our break, did you have an
```

```
1   opportunity to talk to your lawyer?

2       A    No, sir.

3       Q    In this federal case that we're here on

4   today, you understand that you're the Plaintiff

5   in this federal case against the three judges,

6   Judge Thomas, Sigler, and Vaclaw.

7            Is that right?

8       A    Yes, sir.

9       Q    What are you wanting to get out of this

10  federal lawsuit that we're here on today?

11      A    For one, Bartlesville to leave me alone

12  and this case go away, and pain and suffering.

13      Q    You changed your answer from $25 a month

14  that you could afford to $0 a month.

15      A    Yes, sir.  Due to the fact that I'm

16  barely making -- okay.  $65 for my phone bill,

17  then my bare necessities, all that.  Then my

18  mom, I have to give her, you know what I'm

19  saying, some money for food.  So until I get a

20  job or anything, I can't -- I can't even pay

21  that.

22      Q    Well, you are working now, though;

23  right?

24      A    Yes, sir.

25      Q    Would you be able to pay $5 a month?
```



1        A    No, sir.  I mean, unless I can get a

2    better job, I can't even pay that.  Like I said

3    I'm barely making, what, $300.  I'm barely

4    making that.

5             I can barely pay for my phone bill.  My

6    brother had to pay my phone bill this time.  I

7    have documentation of that as well.

8             Now, I have been flat broke.  So to your

9    answer, no, sir, I will not be able to pay.

10       **Q    Since you can't pay at this time,**

11   **would it help you to be able to suspend your**

12   **requirement to pay fines and costs in Washington**

13   **County for --**

14       A    I don't understand.  I don't understand

15   that question.

16       **Q    Would it help you out to get rid of your**

17   **requirement to pay fines and costs each month**

18   **for a period of six months until you're able to**

19   **get a better job or --**

20       A    No, sir.  Because who's to say it won't

21   be stacked on and doubled up like it did when I

22   was in the penitentiary.  It went from $1,000 to

23   almost $8,000.

24       **Q    Okay.  So you're not interested in doing**

25   **that either?**



```
 1       A    No, sir.

 2            MR. PEDERSON:  All right.  That's all

 3   the questions I have.  Thank you very much.

 4            THE WITNESS:  You're welcome.  Thank you

 5   too.

 6            MR. LACOVARA:  Devan, I just want to

 7   make a quick representation on the record.  I

 8   know Jon might have some questions.

 9            Just so it's clear, Ms. Carter did

10   amend an answer, but while we were on break, no

11   one, none of her counsel, spoke to her or

12   communicated with her in any way.

13            THE WITNESS:  Yeah.  I didn't speak to

14   anybody about it.

15            MR. LACOVARA:  I just want that to be

16   clear on the record from counsel.

17            MR. PEDERSON:  Thank you.

18            MR. LACOVARA:  Sorry, Jon.

19            (Discussion held off the record)

20             CROSS  EXAMINATION

21   BY MR. WILLIFORD:

22       Q    Ms. Carter, can you hear me.

23       A    Yes, sir.

24       Q    Okay.  Thank you.  Sorry about that.

25            I appreciate you taking the time to meet
```



Professional Reporters
800.376.1006
www.proreporters.com

1   with us and answer some questions for us today.

2       A   Yes, sir.

3       Q   I'll be pretty brief.  I don't have

4   nearly as much ground.  Devan covered a lot of

5   it.

6           I represent a gentleman named Craig

7   Sutter and the Oklahoma Indigent Defense System.

8   Okay?

9       A   Okay.

10      Q   Just to start off with, because of all

11  the ground that Devan already covered, I may

12  jump around a little bit.

13      A   Yes, sir.

14      Q   So if my question -- if you don't

15  understand it and it doesn't make sense for any

16  reason, just let me know, and I'll do my best to

17  try to rephrase it or, you know, let you know

18  where it comes from.  Okay?

19      A   Yes, sir.

20      Q   Ms. Carter, just so I know and I'm

21  clear, have you ever met Craig Sutter?

22      A   Not that I can recall.

23      Q   Okay.  And just kind of to help me sort

24  of understand the timeline of events that led to

25  the Washington County case and to Ms. Sanders



1  being appointed for you, when you first met with

2  Ms. Sanders, where were you physically?

3      A    In the courtroom.  In the hallway in the

4  courtroom.

5      Q    Is this in Washington County?

6      A    Yes, sir.

7      Q    Now, were you being held in detention

8  somewhere, or were you --

9      A    Yes, sir.  I was being held.

10      Q    Where were you being held?

11      A    Craig County Detention Center in Vinita.

12      Q    And if I go over anything that Devan

13  already went through, forgive me.  I'm going to

14  do that as little as possible because I know how

15  long you've been here today.

16          What was the reason you were being held

17  in Craig County?

18      A    I guess to await my case and see what

19  happened.

20      Q    What was the case in Craig County?

21      A    There wasn't any case in Craig County.

22  I just got shipped to Craig County.

23      Q    Okay.  So you weren't being held on

24  another charge?  It was just this same youthful

25  offender one that we've been talking about a lot



```
 1    today?

 2        A    Yes.

 3        Q    Okay.  No.  I'm just trying to

 4    understand.

 5             So they just held you at Craig County

 6    for your Washington County case?

 7        A    Yes, sir.

 8        Q    Okay.  Okay.  No.  That's helpful.

 9    Thank you.

10             How long were you being held before you

11    had an attorney appointed to represent you?  Do

12    you know?

13        A    From the day I got detained and

14    arrested, I've been in Craig County.  I was at

15    Craig County.

16        Q    Okay.  But do you remember how long it

17    was until -- when you were first arrested until

18    you had a court-appointed attorney?

19        A    From April until they sent me to COJC.

20        Q    All right.  Over the entire course of

21    your case, the Washington County case that we're

22    talking about, over the entire course of that,

23    about how many times did you meet with

24    Ms. Sanders?

25        A    She never came to see me at the Craig
```



1    County Detention Center.  So I only met with her

2    at court, and that was, like, a brief five

3    minutes before we go in and the judge started

4    talking.

5          So it was only always a brief five

6    minutes.  It was never longer than that for me

7    to understand, to get the knowledge that -- you

8    know, I didn't understand anything at that time,

9    so...

10   **Q    Okay.  But about how many times did you**

11   **meet with her over the entire course of your**

12   **case?**

13   A    All I know is every time I went or every

14   time I appeared for court, we met, and that was

15   it.

16   **Q    Okay.  So we could just look back at,**

17   **like, the court records and see and count them**

18   **up from then?**

19   A    Yes, sir.

20   **Q    But you don't have an independent memory**

21   **of that?**

22   A    No, sir.

23   **Q    Is that right?**

24   A    Yes, sir.

25   **Q    Now, when she would go to court with**



 1    you, did she appear to be prepared for court,

 2    for your case specifically?

 3        A    No.  Because she would just come out of

 4    the courtroom with somebody else, then she would

 5    talk to me, and then she would go right, like,

 6    literally, bend down talk to somebody else.  So

 7    I don't feel that she was, no, sir.

 8        Q    When she was discussing your case with

 9    either the prosecutor or the judge on your case,

10    did she seem to be prepared and knowledgeable

11    about your case during those conversations?

12        A    Yeah.  Yes.  Only what he would allow

13    her to.

14        Q    "He" being the judge?

15        A    Yes, sir.  DeLapp.

16        Q    Okay.  Explain what you mean by that,

17    "only what he would allow her to."

18        A    Like when I -- before it even got to the

19    no contest or anything like that, I told her --

20    I'm like, "Can you guys" -- she said something

21    about evidence, and they had my shoes and stuff.

22    I said, "Well, can you guys fingerprint the gun?

23    Because if you fingerprint the gun, I'm

24    innocent."

25             "No.  He's very busy, and they're not



```
 1   going to want to do that," and that's what I was
 2   told.
 3          And I'm like, "But a guy using my other
 4   clothes and stuff is evidence.  Why can't you
 5   all fingerprint the gun?"
 6      Q   Okay.  And that was a discussion you had
 7   with Attorney Sanders?
 8      A   Yes, sir.  Yes, sir.
 9      Q   And did you ever --
10      A   And then she said that he --
11          MS. NAIK:  Sharonica, if you could, just
12   let him finish the question before you answer.
13          THE WITNESS:  Okay.
14      Q   (By Mr. Williford) It's hard over this
15   digital.  So, you know, I'm trying to bear with
16   you.
17          Did you ever hear Attorney Sanders have
18   that discussion with either Judge DeLapp or the
19   prosecuting attorney?
20      A   No, sir.  She never brought it up.
21      Q   Okay.  At least not in front of you?
22      A   She never brought it up.
23      Q   Did she ever meet with Judge DeLapp or
24   the prosecutor outside of your presence?  Do you
25   know?
```



1      A    When they went to the judge chambers.

2      Q    Okay.  She did sometimes meet with them

3  outside of your presence --

4      A    Yes, sir.

5      Q    -- and have discussions that you

6  couldn't hear?  Right?

7      A    Yes, sir.

8      Q    Okay.  This youthful offender case in

9  Washington County, was that the first time you

10  had ever been arrested and had a case, a formal

11  court case, brought against you?

12     A    Can you repeat that?

13     Q    Yeah.  I'll try.

14          This case that we're talking about, this

15  youthful offender case in Washington County --

16     A    Yes, sir.

17     Q    -- is this the first criminal charge

18  that you know of that has ever been filed

19  against you?

20     A    Yes.  I guess, to my understanding.  I

21  don't know.

22     Q    Okay.  You just don't know?

23     A    No.

24     Q    That's fair.

25          On the plea form that we looked at, it

1  mentioned a prior felony conviction?

2      A    Uh-huh.

3      Q    I think you told us earlier that that

4  was not true.

5          Do you remember that testimony?

6      A    Yes.

7      Q    Just so I'm clear and we're not

8  confusing terminology or the terms of something,

9  had you maybe entered a plea of guilty or no

10 contest to another charge before this Washington

11 County case?

12     A    Not that I can recall.

13     Q    Any of the discussion that we looked at

14 on that transcript about any prior cases, does

15 that ring any bell or refresh your memory about

16 any prior cases?

17     A    Not that I can recall.  I mean, I don't

18 know what you really mean.

19     Q    Okay.  I'm just trying to get a sense

20 of, you know, the other cases that you may have

21 had already before you that maybe went into

22 some of the discussions and the advice or

23 recommendations that you got from this

24 Washington County case.

25     A    The -- what did it say?  When I was in



```
 1   school?
 2        Q   Or at any time before this Washington
 3   County case.
 4        A   Not that I can recall.  I mean, if -- if
 5   -- convicted, no, I ain't.
 6        Q   Okay.
 7        A   This is my first conviction.
 8        Q   All right.  No.  That's what I wanted to
 9   know.
10        A   Okay.
11        Q   I'm not trying to trick you or anything.
12   So if you don't know, just tell me you don't
13   know.
14        A   Okay.
15        Q   All right.  So in any of the discussions
16   that you had with Ms. Sanders, did she outline
17   or did she describe the potential punishment
18   that you were facing for this charge?
19        A   Yes, sir.  It always went like --
20        Q   And what did she tell you?
21        A   It always went like, "Kid, this is the
22   best deal we got."  We was even in the hallway
23   one time.  "This is the best deal we got.  Take
24   it, or they're going to send you to the
25   penitentiary for 15 years."
```



Professional Reporters
800.376.1006
www.ProReporters.com

1    Q   All right.  And I'm going to assume --

2  tell me if this is wrong -- that you didn't want

3  to go to prison for 15 years?

4    A   I told her to take it to trial and --

5    Q   Right.  I understand that you've told us

6  that, and I do.  I'm not talking about that.

7  I'm just asking.

8        You didn't want to go to jail for 15

9  years; right?

10   A   I wasn't guilty of -- no.  No.

11       MR. LACOVARA:  I don't know if this

12  would be helpful to you, but we're prepared to

13  stipulate that Ms. Carter is not challenging the

14  incarceration or the plea agreement insofar as

15  it relates to the fine of $1,000 or the sentence

16  as it was carried out.

17       We've never had a claim on that.

18       MR. WILLIFORD:  I'm not saying --

19       MR. LACOVARA:  So I'm not sure where

20  these questions are going in terms of any issue

21  that's in dispute.

22       MR. WILLIFORD:  I know.  I know and

23  understand.  We talked about this before.  I

24  think it all kind of plays into each other, so

25  -- but I understand that that's your position.



```
 1            MR. LACOVARA:  Right.  And just so you

 2    know, obviously we're talking about events nine

 3    years ago with a tired witness.  So we are where

 4    we are.

 5            MR. WILLIFORD:  I understand that too.

 6    I understand too.  I mean, my memory from last

 7    week is -- I mean, especially this year.  So I

 8    understand.

 9       Q    (By Mr. Williford) Ms. Carter, if you

10    don't remember something, please just tell me

11    you don't remember, and I completely understand.

12    I'm just going to be as fair with you as I can,

13    and if I'm not being fair, let me know, and I'll

14    try to be --

15       A    Okay.

16       Q    At any time during any of your

17    discussions with Ms. Sanders, did she ever

18    mention how she was being paid?

19       A    She just -- she always told me that she

20    wasn't getting paid.

21       Q    Okay.

22       A    She was just a public defender.  So I

23    don't know.

24       Q    Do you remember ever asking her about

25    how she was going to be paid?
```



```
 1        A    No, sir.  I never did.

 2        Q    Did Ms. Sanders ever tell you anything

 3    that you believed to be some sort -- that she

 4    was somehow rushing your case just to get done

 5    with it?

 6        A    Yes, sir.  When I asked her to

 7    fingerprint the gun, she said, "Your case is not

 8    a big case like that.  He has murder trials that

 9    he -- he has murder trials going on.  So we're

10    trying to go ahead and get through yours."

11             That's what I was told.

12        Q    When you say "he," you mean Judge

13    DeLapp?

14        A    DeLapp.  Judge DeLapp.

15        Q    Jude DeLapp.  Okay.

16        A    That he was very busy; that my case

17    wasn't like the murder cases.  So they was

18    trying to hurry up and get me out of the way.

19        Q    Okay.

20        A    That's what she told me out of her own

21    mouth, Kristi Sanders.

22        Q    Okay.  Now, did you take that to mean

23    that Ms. Sanders was rushing your case or Judge

24    DeLapp was rushing your case?

25        A    Both.  Because the things that I asked
```



```
 1   her to inquire about never once was brought up,
 2   not even in front of me.
 3          Like when I asked her to do something,
 4   it was like, "Okay.  If he allows me to."
 5          That's what it was always was, "If he
 6   allows me to."
 7      Q    Okay.  And again, "he" is Judge DeLapp?
 8      A    "He" was Judge DeLapp, yes.
 9      Q    So she was trying -- "she" being
10   Attorney Sanders was -- it sounds like she felt
11   like she was a little bit kind of hamstrung and
12   a little bit tied by what Judge DeLapp was going
13   to do.
14          Is that fair?
15          MR. LACOVARA:  I object to the form.
16          MS. NAIK:  Objection.  Form.
17          THE WITNESS:  I was going to say I
18   didn't understand that anyway.
19      Q    (By Mr. Williford) I apologize.  I
20   apologize.  I'll try to reask it.  It was
21   clearly a bad question.
22          Did it sound to you like Attorney
23   Sanders felt like she kind of had her hands tied
24   by what Judge DeLapp was going to do?
25      A    I don't know, honestly.
```



1    Q    Okay.  Now, on this case, this youthful

2  offender case, you entered what they call a

3  blind plea; is that right?

4    A    She entered.  Kristi Sanders entered a

5  blind plea.  I wanted to go to trial.

6    Q    No.  I understand that.  I understand

7  that's what you've told us.

8    A    But it was entered on my behalf?

9    Q    It was what they call a blind plea.

10        Do you know what that means?

11   A    No.  At the time, I didn't understand

12  anything what was going on except, "You're 15.

13  You're going to spend 15 years, or you take the

14  deal."

15        That's the only thing I understood.  I

16  didn't understand the terms, what was going on,

17  the sentencing, the fines, none of that.  I

18  didn't understand none of it.

19   Q    All right.  Ms. Carter, do you know if

20  your mother -- did she ever meet with Attorney

21  Sanders?

22   A    With me in the hallway, and that's when

23  she told me, "That's the best deal" -- my mom

24  even heard that too.  "That's the best deal we

25  got, kid.  Take the deal."



1    Q    Anytime other than that that your mom

2    met with Attorney Sanders that you know of?

3    A    No.

4    Q    Now, we looked at the plea agreement and

5    Mr. Pederson pointed it out -- this was Exhibit

6    1 -- that there were two dates on it, August 11,

7    2011, and September 22, 2011.

8         Do you remember looking at those two

9    dates with him?

10    A    Yes, sir.

11    Q    Do you remember if, on the August 11th

12    hearing -- did you go before Judge DeLapp on

13    August 11th?

14    A    I can't recall, honestly.

15    Q    Sure.  No.  I understand.

16         Do you remember going in front of him

17    twice to enter your plea?

18    A    I can't recall.

19    Q    Do you recall how many times you went in

20    front of Judge DeLapp on this particular -- on

21    the criminal charges?

22    A    So many, I can't recall.

23    Q    At any time do you remember Judge DeLapp

24    going through the plea discussion and the plea

25    paperwork with you and asking you questions



1    about what you had filled out?

2        A   No.  It was -- I was never asked

3    questions.  It was just, "Do you understand?"

4        Q   Did Judge DeLapp ask you if you

5    understood the paperwork?

6        A   Yes.

7        Q   And what did you tell him?

8        A   My attorney said to say "yes."

9        Q   And again, I know this was a long time

10   ago, so I understand that, you know.

11       Did you tell Judge DeLapp that your

12   attorney told you to say "yes," or did you just

13   say "yes"?

14        A   She said, "Remember everything that we

15   talked about last time?  Just do as I told you

16   to do when we met."  That was it.

17        Q   So Judge DeLapp did ask you if you went

18   through the paperwork with your lawyer?

19        A   Yes.

20        Q   And you told him "yes"?

21        A   Well, he asked her, "Did you go over the

22   paperwork with your" -- I guess it's called --

23   whatever it's called.

24       And she said, "Yes, sir, we did."

25       And she turned to me, and she said, "Do

1   you remember the last time?"

2          And I said, "Yeah."

3   Q    Is that all you said at this hearing?

4   A    That's the only thing I was saying,

5   yeah.

6   Q    Did Judge DeLapp ever ask you to

7   describe why it was or describe the crime that

8   you were charged with?

9   A    No, sir.

10   Q    Like the facts of the crime, how it

11   occurred, who was involved, did you ever have

12   that discussion in the courtroom with him at

13   all?

14   A    No, sir.  I don't even think they put me

15   on the stand.

16   Q    Did you tell Judge DeLapp or express

17   to him, you know, your concerns about this

18   fingerprinting issue or the fact that you didn't

19   actually understand anything on the --

20   A    No, sir.  He never really gave me the

21   chance to talk.  It was always, "Good luck.

22   Pack your toothbrush," things like that.

23          He was always short and, like, snappy

24   with me, and he just --

25          MR. LACOVARA:  I'm sorry.  If this is

```
 1    incorrect, Jon, let me know.

 2          Sharonica, I think he was asking you

 3    about before you made the plea; not when you

 4    went back for fees and costs.

 5          MR. WILLIFORD:  Correct.  Yes.

 6          MR. LACOVARA:  I know it's late in the

 7    day.

 8          THE WITNESS:  No.  Even then, Judge

 9    DeLapp has never approached me with any ounce of

10    respect, ever.  Before and after, never.

11    Q    (By Mr. Williford) Before you entered

12    the plea, did he ever ask you, "Okay.

13    Ms. Carter, I want you to tell me about this

14    crime that you've been charged with and tell me,

15    you know, the facts of it, why you are entering

16    this plea of no contest"?

17          Did he ever do that?

18    A    Not that I can remember.  I never had a

19    chance to speak.

20    Q    Okay.  That's all I want to know.

21          Again, this is before you got the fines

22    and costs and that sort of stuff?

23    A    Yes, sir.

24    Q    Do you remember what he actually

25    sentenced you to, Judge DeLapp sentenced you to,
```



```
 1    in this youthful offender case?

 2        A    Five -- five -- no.  18 months.

 3        Q    18 months to do?

 4        A    Yeah.  Upon -- upon completion -- I

 5    could be let out early if I take all my classes

 6    and all that.  And I was in classes and all of

 7    that, and I still didn't get out early.

 8        Q    We've seen some paperwork.  I think we

 9    looked at it in the plea agreement, in Exhibit

10    1, about a five-year suspended.

11             Do you remember that?

12        A    Yeah.  I remember seeing it.

13        Q    Is that your understanding of what you

14    were asking Judge DeLapp to do at that point was

15    a five-year suspended sentence?

16        A    I had no understanding.  I wanted to go

17    to trial.

18        Q    Did you understand that if you went to

19    trial, you could face potentially life in

20    prison?

21        A    Yes, sir.  I understood that completely.

22        Q    Okay.  And you were okay taking that

23    risk?

24        A    Yes, sir.

25        Q    Do you believe that there is -- this is
```



Shaconica Carter                                          150

1    kind of a strange question, so forgive me.

2         Do you believe that there's some sort of

3    information that if Ms. Sanders had told you or

4    had offered to you that would have changed your

5    mind about what you did in this youthful

6    offender case?

7    A    Absolutely.

8    Q    What's that?

9    A    If she would have told me like, "They're

10   considering this as 85 percent.  Your fine is

11   not -- it's going to be this much," all that, I

12   would have went a different route.

13   Q    Okay.  But you --

14   A    But I had no choice.

15   Q    Did you ever ask either your attorney,

16   Sanders, or your mom or anybody else, maybe

17   somebody in jail, anybody else, about the

18   possibility of revoking the plea or appealing it

19   or anything like that?

20   A    I asked Kristi, "Can I have" -- about

21   the appeals thingy, because I didn't understand

22   that either until she was like --

23        She had said, "Well, an appeal is after

24   the conviction.  You fight for your appeal, and

25   if they say, 'Yeah,' then, you know, you get to



```
 1   come back in court, and we do it all over

 2   again."

 3       Q   Okay.  I'm going to jump here just a

 4   bit.  So bear with me.

 5           You told us this a few times, and I

 6   don't remember the answer, so forgive me.  This

 7   was a 33 percent crime is what you thought you

 8   were being charged with.

 9           Who told you that it was a 33 percent

10   crime?

11       A   Kristi Sanders.

12       Q   Kristi Sanders told you that this --

13       A   Kristi Sanders.

14       Q   And what did you understand that to

15   mean?

16       A   Meaning, like, I would have to do 18

17   months.

18       Q   Where is the 18 months coming from?

19   What is that based off of?  Do you know?

20       A   She added it up, 33, I guess, of five is

21   18 months.  Like, I don't know.  That's what she

22   kept saying.

23       Q   But Kristi Sanders told you that?

24       A   Yes.

25       Q   How much time did you serve for this
```



```
 1   Washington County case, this youthful offender

 2   case?

 3       A    Whew.  I just got out in 2017.

 4       Q    Now, also right around this same time,

 5   you picked up another charge out of Tulsa

 6   County --

 7       A    Yes.  For my fines.  Yes, sir.

 8       Q    And that resulted in the Washington

 9   County suspended sentence being revoked; right?

10       A    Yeah.  I guess, yeah.

11       Q    Okay.  So the other crime in --

12            MR. LACOVARA:  I sorry, Jon.  I'm not

13   sure -- just looking at Sharonica, her face --

14            MR. WILLIFORD:  Okay.

15            MR. LACOVARA:  Did you understand what

16   he just asked?

17            Could you just ask it again, Jon, more

18   slowly?  Because I just saw some hesitation.  I

19   wasn't sure that she understood the question.

20       Q    (By Mr. Williford) Sharonica, did you

21   understand my question?

22       A    Can you repeat it for me?

23       Q    I'll try.  I'll try.  I'll try to think

24   back to which question it was.

25            The suspended sentence in Washington
```



1    County that you got, that was revoked because of

2    the Tulsa County charges.

3           Do you understand that?

4      A    I thought it was revoked because I had

5    -- I didn't understand that -- I didn't

6    understand that it was being revoked.  I just

7    thought -- I don't know.  I didn't understand

8    it.

9      Q    Okay.

10     A    And I ain't going to sit here and lie

11   and try to make it like I did.

12          No, I did not.

13     Q    No.  That's fine.  No.  I appreciate

14   that.  And I may have misheard you, so...

15          Did you say the Tulsa charge for

16   counterfeiting, was that done to help pay your

17   Washington County fees and costs?  Did I

18   understand that right or just --

19     A    Yeah.

20     Q    No.  That's fair.  I'm just trying to

21   clarify here.  I appreciate that.

22          All right.  I want to jump ahead, and

23   then I'll be about done.  I promise.

24          The hearings that you went to in

25   Washington County, the ones you did go to for



```
 1    the fines, fees, and costs docket, I want to

 2    focus on those for a second.  Okay?

 3         At any of those hearings was there,

 4    like, a prosecutor or a DA, district attorney?

 5    Were they there, or was it just the judge and,

 6    like, a bailiff?

 7    A    Okay.  At the time that my mom had to

 8    pay, it was just DeLapp, the bailiff, me, and my

 9    mom.  That was it.  It wasn't no court reporter,

10    no none of that up in there.

11    Q    Okay.  So there was nobody there

12    that was actually, like, say, representing the

13    State --

14    A    No, sir.  No, sir,

15    Q    Let me finish my question.  Let me

16    finish first, and then you can tell me "no."

17    Okay?

18    A    Okay.

19    Q    There was nobody there that was

20    representing the State of Oklahoma like there

21    was when you were pleading in the criminal

22    charges.  Is that correct?

23    A    When I went --

24         MR. LACOVARA:  Objection to the form of

25    the question.
```



```
 1            THE WITNESS:  Huh?
 2            MR. LACOVARA:  I said "object to the
 3     form," but go ahead and answer.
 4            Thanks, Sharonica.  Just doing the
 5     lawyer thing for a moment there.
 6            THE WITNESS:  When I went in that time,
 7     see, I didn't have no attorney with me.  He
 8     didn't have no -- it was just him, the bailiff,
 9     me, and my mom.
10       Q   (By Mr. Williford) Okay.
11       A   And that counterfeit for Tulsa, I was
12     put in a bad spot then.  I take responsibility
13     on my part, but I didn't know that the money was
14     fake.  I was just, "Somebody gave me some money
15     right here."
16       Q   Let me go back to this, because I got
17     sidetracked in my own brain, and I apologize.
18            The blind plea.
19       A   Uh-huh.
20       Q   Now, I know you've told me that Sanders
21     entered that on your behalf.
22            Do you understand that that means that
23     there's not an agreement between you and the
24     State as to what sentence they're going to
25     recommend to the judge?
```



1      A    You said that it wasn't?  Can you repeat
2   that?
3      Q    Sure.  A blind plea is when you go
4   before the judge and you don't have an agreement
5   with the State or the prosecuting attorney on a
6   sentence to recommend.
7      A    Yes.
8      Q    All right.  And you understand today, as
9   we sit here today, that that's what a blind plea
10  is?
11     A    Yes.  I understand today what a blind
12  plea is, yes.
13     Q    And you told us you didn't understand it
14  back in 2011?
15     A    No, sir.  She -- no, sir.  No, sir.
16          MR. WILLIFORD:  I think that's about all
17  the questions I've got.
18          I don't know if you guys have any more
19  or if Devan has any more or whatever, so...
20          I appreciate your time, Ms. Carter.
21  Thank you so much.
22          THE WITNESS:  Yes, sir.  Thank you too.
23          MS. NAIK:  Michael, should we just take
24  a couple of minutes before we go off the record?
25          MR. LACOVARA:  I'm just looking at


Professional Reporters
800.376.1006
www.proreporters.com

1    Sharonica, who looks so tired.  I don't think

2    there's --

3            And I'll tell you, Sharonica, I have

4    testified in my life a few times.  It's the

5    worst.  Being a witness is tough.

6            THE WITNESS:  It is.

7            MR. LACOVARA:  I don't think the

8    Plaintiff has any questions.

9            I would like to thank the court reporter

10   for her patience, and if you have any other

11   spellings before we --

12           I think, Devan, if you and Jon are okay,

13   we can go off the record, and then if there are

14   other spellings, we can just do those off the

15   record.

16           MR. PEDERSON:  Yeah.  We can close it.

17           MR. LACOVARA:  Okay.  Thanks, everybody.

18           (Deposition adjourned at 3:41 p.m.)

19

20

21

22

23

24

25

```
 1                          JURAT
 2

 3    STATE OF OKLAHOMA )
                        )SS:
 4    COUNTY OF _____ )

 5

 6          I, SHARONICA CARTER, do hereby state

 7    under oath that I have read the above and

 8    foregoing deposition in its entirety, and that

 9    the same is a full, true, and correct

10    transcription of my testimony so given at said

11    time and place, except for the corrections

12    noted.

13                    _____
                      SHARONICA CARTER
14

15          Subscribed and sworn to before me, the

16    undersigned Notary Public in and for the State

17    of Oklahoma, by said witness, on this, the _____

18    day of _____ 2020.

19

20                    _____
                      NOTARY PUBLIC
21
      My Commission Expires:  _____
22

23

24

25
```

1                        ERRATA SHEET

2

   DEPOSITION OF SHARONICA CARTER
3

   REPORTED BY:  Karen Dauphin Albert, CSR, RPR
4

   DATE OF DEPOSITION TAKEN:  November 2, 2020
5

6    PAGE    LINE IS                      SHOULD BE

7    _____  _____  _____

8    _____  _____  _____

9    _____  _____  _____

10   _____  _____  _____

11   _____  _____  _____

12   _____  _____  _____

13   _____  _____  _____

14   _____  _____  _____

15   _____  _____  _____

16   _____  _____  _____

17   _____  _____  _____

18   _____  _____  _____

19   _____  _____  _____

20   _____  _____  _____

21   _____  _____  _____

22   _____  _____  _____

23   _____  _____  _____

24   _____  _____  _____

25   _____  _____  _____

```
 1                        CERTIFICATE

 2

     STATE OF OKLAHOMA    )
 3                        )SS:
     COUNTY OF OKLAHOMA   )
 4

 5          I, Karen Dauphin Albert, Certified

 6   Shorthand Reporter within and for the State of

 7   Oklahoma, do hereby certify that the witness was
     by
 8
     me first duly sworn to testify the truth, the
 9
     whole truth, and nothing but the truth, in the
10
     case aforesaid, taken in shorthand and
11
     thereafter transcribed; that the same was taken
12
     pursuant to stipulations hereinbefore set out;
13
     and that I am not an attorney for nor relative
14
     of any of said parties or otherwise interested
15
     in the event of said action.
16
            IN WITNESS WHEREOF, I have hereunto set
17
     my hand and seal this 9th day of November, 2020.
18

19

20          _____
            Karen Dauphin Albert, CSR, RPR
21          CSR No. 0153

22

23

24

25
```

## WORD INDEX

**< $ >**
**$0** 128:*14*
**$1,000** 103:*19, 24*
104:*20* 107:6, *11*
129:22 140:*15*
**$1,300** 99:*7*
103:*25* 104:*23*
107:*12*
**$10** 49:*13* 54:*23*
57:*21*
**$10,000** 89:*15, 22*
**$100** 29:*5* 121:*24*
**$100,000** 27:*1*
38:*25* 40:*11* 72:*9,
10, 12*
**$11** 26:*14* 54:*23*
**$150** 34:*14*
120:*19*
**$200** 34:*14*
121:*24*
**$230** 120:*20*
**$25** 29:*9* 30:*13*
74:*18* 110:9, *18*
121:*12, 14* 123:*1,
3, 7, 8, 11, 13*
124:*16* 126:*6*
128:*13*
**$250** 103:*19*
104:*21* 107:6, *12*
**$30** 74:*18*
**$300** 56:*13*
118:*12* 123:*1*
127:*16* 129:*3*
**$330** 32:*24*
**$5** 128:*25*
**$50** 29:*6* 36:*21*
38:*10, 11* 61:*19*
64:*10, 14, 15, 16,
18* 77:*13, 16* 78:*5,
6, 18* 79:*2* 111:*4*
114:*14, 21* 115:*7*
**$60** 120:*21*
**$65** 120:*13, 21*
128:*16*
**$7.25** 57:*3* 62:*6*
74:*15*

**$75** 29:*8* 30:*12*
64:*15* 110:*2, 7, 10,
21, 24* 111:*2, 7, 10*
114:*10, 12*
**$8,000** 129:*23*
**$9** 49:*13*
**$900** 121:*23*
**$922** 103:*18*

**< 0 >**
**0153** 160:*20*

**< 1 >**
**1** 3:*12* 63:*6* 65:*5*
82:*10* 105:*24*
145:*6* 149:*10*
**1(B** 101:*17*
**1:10** 75:*20*
**1:30** 112:*5*
**10** 46:*13* 86:*1*
97:*17* 107:*5*
108:*2*
**10:44** 1:*13*
**10022** 1:*21*
**105** 3:*12, 13*
**109** 3:*14*
**10-year** 97:*13*
107:*24* 108:*11*
**11** 80:*15* 86:*7*
145:*6*
**11/1/2019** 65:*15*
**11/17/2017** 110:*2*
**11:08** 41:*20*
**11:26** 41:*20*
**11th** 145:*11, 13*
**12** 86:*12* 113:*25*
**12:18** 75:*20*
**12-hour** 49:*25*
50:*3, 16* 55:*2*
**13** 87:*5*
**130** 3:*1*
**13th** 25:*15*
**14** 87:*17* 88:*12,
13, 25*
**15** 18:22 68:*17*
72:*11* 96:*16, 18*
108:*3* 139:*25*
140:*3, 8* 144:*12,*

*13*
**15-year** 108:*6, 9*
**16** 18:2*0, 23*
19:*10* 83:*4* 89:*13*
90:*1* 96:*18*
**17** 90:*7* 109:*20*
**17th** 110:*3*
**18** 19:22 45:*15*
55:*24* 56:*17*
67:*15* 90:*3, 5*
95:*3* 97:*17, 20*
149:*2, 3* 151:*16,
18, 21*
**18.5** 19:*15*
**18th** 62:*11, 14, 20*
65:22, *23, 24* 66:*1*
68:*21*
**19** 56:*17* 62:22
65:*21* 95:*24*
**19-cv-234-JFH-
FHM** 1:*2*
**19th** 62:*11, 21*
65:*25*

**< 2 >**
**2** 1:*13* 3:*13* 4:*6*
101:*25* 105:*25*
106:*14* 107:*23*
108:*18* 159:*1*
**2:18** 113:*18*
**2:32** 113:*18*
**2006** 7:*9*
**2011** 60:2*1* 80:*15*
81:2*1* 105:*17*
145:*7* 156:*14*
**2013** 99:*4* 103:*13*
**2014** 23:2*1* 99:*5*
**2017** 23:2*0, 21*
24:23 25:*10*
109:*20* 152:*3*
**2018** 28:*19* 29:25
37:*5, 7, 8* 112:*4*
114:*9* 115:*4*
117:*10*
**2019** 37:*6, 7* 48:*7,
9* 56:*23, 24, 25*
58:*6* 61:*10, 11*
62:22 63:*1, 6*

64:*17* 65:6, *21*
67:*15*
**2020** 1:*13* 4:*6*
62:*3* 74:*10*
158:*18* 159:*1*
160:*7*
**21** 62:*25*
**212.906.1605** 1:2*1*
**21st** 2:*4, 9* 63:*14*
**22** 80:*15* 105:*17*
145:*7*
**23** 81:*1* 96:2*0, 23*
98:*3*
**25** 57:*6*
**28** 114:*9* 115:*4*
117:*9*
**29** 99:*25*

**< 3 >**
**3** 3:*14* 82:2*1*
102:2 109:*17*
**3:00** 36:2*1* 38:*4,
9, 11* 61:*19* 77:*18*
78:*5, 6, 10* 79:*3*
111:*4, 5* 114:*14,
22* 115:*7* 127:*9*
**3:05** 127:*9*
**3:41** 157:*18*
**30** 25:22 34:*7, 9,
22* 36:*11* 40:2*1,
22* 75:*10, 16*
99:25 100:*13*
**300-and-some**
27:*18* 31:*5*
**31** 99:*4* 101:*1, 13*
**313** 2:*4, 9*
**32** 100:*5* 101:*1,
13*
**33** 88:*3* 90:*4*
151:*7, 9, 20*
**35** 25:22

**< 4 >**
**4** 45:2*0*
**40** 50:*4*
**405** 60:*15*
**405.522.2931** 2:*10*
**405.522.2944** 2:*5*

**< 5 >**
**5** 3:*1* 83:7 84:*13*
 112:*4*
**5:00** 33:9, *11*
**550-30-something-**
**78** 60:*15*
**5th** 112:8

**< 6 >**
**6** 84:*19* 101:*18*
**6:00** 45:*3*
**61st** 70:*18*, 21

**< 7 >**
**7** 85:*1*
**703-9684** 60:*17*
**73105** 2:*5*, *10*

**< 8 >**
**8** 85:6, *16* 114:*1*,
 *3*, *4*, *6*
**8.5** 12:*1*
**85** 88:*1*, *3* 90:5
 150:*10*
**885** 1:*20*

**< 9 >**
**9** 85:*18*
**90** 44:*21*
**918** 60:*17*
**9th** 160:7

**< A >**
**A.M** 1:*13* 41:*20*
**A10** 120:*10*
**A10e** 120:*10*
**AAON** 48:*12*, *15*
 52:*15* 54:8, *11*, *16*
**A-A-O-N** 54:*10*
**ability** 76:6 84:*21*
**able** 6:9 10:*10*
 13:*25* 25:7 76:5
 115:*20* 123:*12*
 125:9 128:*25*
 129:9, *11*, *18*
**absolutely** 74:*1*
 150:7

**AC** 52:5 54:*13*
**academy** 44:*3*
**accurate** 109:*12*
**acid** 49:4 50:*12*
 51:*4*
**action** 160:7
**add** 36:5
**added** 151:20
**Addendum** 101:*21*
**addition** 97:*24*
**additional** 103:*20*
**address** 7:25 8:*1*
 20:*3* 112:*19*, *20*,
 *21*, *23*
**adjourned** 157:*18*
**administrator**
 112:*14* 116:*3*
**adult** 16:5, *6*
**Adults** 87:*19*
**advice** 138:22
**affect** 84:*20*
**afford** 111:7
 122:*21* 123:*25*
 124:*15* 125:9, *25*
 128:*14*
**aforesaid** 160:7
**afternoon** 77:*17*
**age** 18:*13*, *18*
 23:20 83:*4* 93:6
**agency** 39:*13*
**ago** 36:*19* 61:*4*
 141:*3* 146:*10*
**agree** 101:*20*
**agreed** 81:*19*
**agreeement** 3:*12*
**agreement** 105:*23*
 140:*14* 145:*4*
 149:9 155:*23*
 156:*4*
**ahead** 81:*16*
 104:*15* 125:*16*
 127:*22* 142:*10*
 153:22 155:*3*
**ain't** 24:*4* 64:*21*
 68:*10*, *14* 70:6
 71:9 72:*12* 87:*13*
 104:*25* 110:9
 139:5 153:*10*

**Air** 48:*12* 51:*2*
 54:*8*
**Akilia** 8:22
 47:*19*, *20*, *21* 48:*4*,
 *6*
**al** 1:*2*, *8*
**Albert** 1:*25* 4:7
 159:*1* 160:5, *20*
**alerted** 117:*25*
**allegations** 86:*2*
**allocution** 109:*13*
**allow** 64:*4*
 135:*12*, *17*
**allowing** 93:5
**allows** 143:*4*, *6*
**altogether** 103:*25*
 104:*23*
**Alysha** 1:*19*
**alysha.naik@lw.co**
**m** 1:22
**AMANDA** 1:*2*
**amend** 130:*10*
**amount** 123:*11*
 126:*12*
**and/or** 89:*15*
**answer** 10:*16*
 78:*15* 82:5, *6*
 84:*24* 85:*4*, *10*
 100:8, *9* 125:*16*
 126:*4*, *5* 128:*13*
 129:9 130:*10*
 131:*1* 136:*12*
 151:6 155:*3*
**answered** 90:9, *16*
 96:*1* 117:6
**answering** 83:*18*
 102:*11*
**answers** 81:*13*
 84:*1* 96:*24*
 101:*21*, *25*
**anybody** 40:*23*
 118:*19* 130:*14*
 150:*16*, *17*
**anymore** 51:*19*
**anyplace** 59:*19*
**Anytime** 145:*1*
**anyway** 143:*18*
**apart** 46:*13*

**apartment** 20:6, *9*
 47:*23* 70:*25*
 119:*6*
**Apartments** 8:*13*
 9:*20*, *23* 10:*4*
 20:*10*
**apologize** 143:*19*,
 *20* 155:*17*
**apparently** 96:*2*
**appeal** 106:*18*, *20*
 150:*23*, *24*
**appealing** 150:*18*
**appeals** 150:*21*
**appear** 60:*3*
 65:*16* 93:*19*
 94:*15* 112:*3*, *7*, *10*,
 *11*, *15* 115:*25*
 116:*4*, *6*, *9* 117:*3*
 135:*1*
**appearance** 69:*9*
 109:*19*
**APPEARANCES**
 1:*17* 2:*1*
**appeared** 35:*21*
 134:*14*
**appearing** 94:*13*
**application** 59:*13*
**applications** 23:7
**applied** 21:*23*
 22:5 27:*14* 58:*17*
 59:*10*
**appointed** 132:*1*
 133:*11*
**appreciate** 100:*10*
 130:*25* 153:*13*, *21*
 156:*20*
**approached** 148:9
**Approximately**
 9:*18*, 22 56:*11*
**April** 19:*4*, 6, 8
 29:24 133:*19*
**Arby's** 74:22
 75:*3* 120:*3*
**argue** 73:*2*, *4*
**arrest** 37:*11*
 63:*10* 67:*24*
 72:*19* 75:6
**arrested** 33:*4*
 36:*16*, *18* 38:*15*,

21 39:10 40:23
41:2 73:20 74:4
133:14, 17 137:10
**asked** 30:3 31:6
33:15 35:13
37:25 40:6, 7
43:7, 16 51:20
56:13 64:20 74:3
78:17 90:18
101:5 105:4
109:7 123:24
127:13, 15 142:6,
25 143:3 146:2,
21 150:20 152:16
**asking** 5:17 6:12
78:8 81:25 94:6
107:23 123:17, 20
124:3, 11, 13, 14
125:13 140:7
141:24 145:25
148:2 149:14
**asks** 100:9
**assert** 81:24
**assistant** 52:7
55:17
**assume** 140:1
**Attachment**
103:15 104:17
105:7
**attempted** 86:13,
21 87:2, 4, 23
99:10
**attended** 11:20
**attention** 118:5
**ATTORNEY** 2:4,
9 36:3, 7 42:14
88:21 91:19, 20,
25 92:3, 16, 18, 24
93:1, 17, 24 94:3,
16, 19, 23 96:5
101:18 108:9
133:11, 18 136:7,
17, 19 143:10, 22
144:20 145:2
146:8, 12 150:15
154:4 155:7
156:5 160:7
**attorney-client**

81:19
**attorneys** 5:20
**attorney's** 94:12
**August** 19:6, 8
21:6 80:15 145:6,
11, 13
**aunt** 7:19 77:14
**auntie** 37:1
64:12, 15
**authority** 102:9
**Avenue** 1:20
**average** 49:24
57:5 74:17
**avoid** 116:11
**await** 132:18
**aware** 112:6
**awkward** 46:6
**AZZ** 48:10, 15, 21,
22 49:7 52:14, 17
53:9, 17

< B >

**back** 18:7 23:8
24:10, 15, 21
26:21 27:13, 22
29:11 34:15, 24
35:3, 7, 9 36:4
39:24 40:9, 10, 20
41:21 44:16 45:4
47:7, 8, 13, 14
48:3, 5, 8 52:24
53:14 63:3, 6
69:6 70:11 73:18
74:6 81:21 90:11
91:17 93:18
94:18 95:2 99:3
104:15 111:10
119:5 121:8
127:2, 23 134:16
148:4 151:1
152:24 155:16
156:14
**background** 6:20
21:13 22:10, 15,
18, 20 26:24
59:14 118:2
**bad** 70:21
143:21 155:12

**Bailiff** 33:23
35:16 36:14
154:6, 8 155:8
**balance** 123:16
124:6
**Bama** 117:13, 14,
18, 20, 25 118:5, 8
**bare** 119:3
127:18 128:17
**barely** 123:1
127:16 128:16
129:3, 5
**bargain** 81:2
97:2, 5, 9
**Bartlesville** 27:22
29:11 30:4, 12
47:1, 12 79:4
128:11
**base** 71:8, 23
**based** 10:16 28:3
41:2 71:25 95:17
103:2 151:19
**basics** 16:19
**basis** 14:25
45:12 122:14
**basketball** 14:18
**Bassett** 11:18
16:2, 6 23:18, 19,
24 24:2, 7, 11, 17,
23 29:14 41:24,
25 42:1, 24 43:4,
17 44:4 45:24
60:25 99:19
**bat** 28:18 55:7
60:16 107:3
**Bates** 79:15, 20, 22
**Bear** 62:24
115:18 136:15
151:4
**begged** 96:12
**BEGINNING**
1:13 25:16
**BEHALF** 1:13, 18
2:1, 6 83:23 91:3
101:7 144:8
155:21
**believe** 71:5
149:25 150:2
**believed** 142:3

**Bell** 48:13 56:20,
21 57:8 58:3, 5, 9,
10 59:3 61:21
62:1 109:5
138:15
**bend** 135:6
**best** 28:8 81:10
84:8 86:10 90:21
96:14 100:24
121:20 131:16
139:22, 23 144:23,
24
**bet** 41:9, 18
**better** 10:15
125:20, 21 129:2,
19
**big** 49:2 50:23
54:13 57:15, 17
92:12 93:13 96:7
142:8
**bigger** 93:12
**bill** 120:20
122:15 128:16
129:5, 6
**birthday** 19:11
**bit** 6:20 11:25
12:7 58:2 80:12
91:16 92:11
131:12 143:11, 12
151:4
**Biweekly** 121:2
**blind** 90:17, 24
98:3 144:3, 5, 9
155:18 156:3, 9,
11
**bold** 93:13
**bond** 63:2 72:9,
10, 11
**book** 34:16
**boot** 47:10
**born** 6:21
**boss** 49:9 54:1
55:5
**bosses** 54:4
**bottles** 57:12, 13,
14, 19
**bottom** 126:11
**box** 14:8

**boyfriend** 42:*3*
**boys** 17:*23* 18:*1*
**brain** 96:*7* 155:*17*
**break** 6:*16, 17*
9:*6* 41:*10, 20*
75:*20* 113:*10, 18*
127:*9, 24, 25*
130:*10*
**brief** 91:*13* 131:*3*
134:*2, 5*
**bring** 53:*10*
**bringing** 26:*20*
94:*21*
**brings** 71:*20*
**broke** 129:*8*
**brother** 129:*6*
**brought** 26:*22*
44:*16, 17* 118:*5*
136:*20, 22* 137:*11*
143:*1*
**brown** 92:*11*
112:*1*
**Bryant** 8:*10*
**Buchanan** 94:*20*
**Build** 54:*12*
**building** 12:*16*
**buildings** 54:*14*
**Burger** 119:*23*
**business** 55:*20*
**busy** 135:*25*
142:*16*
**butcher** 55:*17*
**buying** 119:*20*
**buys** 119:*18*

< C >
**call** 15:*5* 23:*8*
37:*23* 39:*4, 6*
40:*13* 73:*23*
91:*15* 99:*15*
116:*11, 18* 117:*3*
121:*8* 123:*8*
144:*2, 9*
**called** 27:*2, 17*
28:*3, 7, 23* 30:*18*
37:*13, 24* 40:*18*
43:*7, 9, 11, 13*
52:*6* 59:*24* 60:*4,*

*6, 7* 64:*3* 73:*24*
146:*22, 23*
**calls** 45:*25*
**Campbell** 53:*18*
**car** 34:*17* 39:*25*
40:*1, 9, 21, 23*
66:*20* 67:*17*
68:*12* 73:*10*
**care** 28:*16*
117:*16* 118:*7*
**career** 11:*6, 7, 15*
12:*8, 9, 13* 16:*2*
**carried** 140:*16*
**CARTER** 1:*9*
4:*4* 5:*1, 6* 7:*17,*
*19* 8:*22, 23, 24*
33:*21* 62:*25*
67:*20* 68:*7* 75:*21,*
*25* 76:*3, 19, 23*
77:*6, 14, 19* 78:*1*
81:*19* 82:*13*
88:*19* 96:*10*
104:*15* 108:*20, 24*
109:*2* 113:*6*
118:*21* 127:*23*
130:*9, 22* 131:*20*
140:*13* 141:*9*
144:*19* 148:*13*
156:*20* 158:*6, 13*
159:*1*
**Carter's** 81:*24*
113:*21*
**Case** 1:*2* 18:*22*
20:*25* 22:*23*
31:*16* 42:*14*
43:*19* 69:*2, 19*
73:*12* 75:*24*
76:*20* 80:*14*
93:*12, 25* 102:*13*
103:*1* 106:*23*
128:*3, 5, 12*
131:*25* 132:*18, 20,*
*21* 133:*6, 21*
134:*12* 135:*2, 8, 9,*
*11* 137:*8, 10, 11,*
*14, 15* 138:*11, 24*
139:*3* 142:*4, 7, 8,*
*16, 23, 24* 144:*1, 2*

149:*1* 150:*6*
152:*1, 2* 160:*7*
**cases** 93:*8, 12*
138:*14, 16, 20*
142:*17*
**caseworker** 94:*23*
**casino** 74:*22*
75:*1, 3*
**categorized** 16:*8*
**Cater** 8:*22*
**Caucasian** 92:*10*
111:*19*
**cell** 112:*24*
**Center** 18:*24, 25*
23:*18* 102:*21*
132:*11* 134:*1*
**certain** 77:*16*
**certainly** 104:*12*
**CERTIFICATE**
160:*1*
**certificates** 13:*1*
**certification**
12:*24* 13:*3*
**Certified** 4:*7*
160:*5*
**certify** 160:*7*
**cetera** 103:*19*
**challenging**
140:*13*
**chambers** 137:*1*
**chance** 5:*19* 27:*8*
36:*2* 59:*7* 147:*21*
148:*19*
**change** 74:*19*
111:*6, 8, 9*
**changed** 128:*13*
150:*4*
**charge** 132:*24*
137:*17* 138:*10*
139:*18* 152:*5*
153:*15*
**charged** 86:*13*
87:*1, 4* 147:*8*
148:*14* 151:*8*
**charges** 145:*21*
153:*2* 154:*22*
**check** 26:*24*
56:*12* 59:*14*

118:*3* 120:*20, 24*
122:*25*
**checked** 44:*5*
**checking** 46:*3*
**checks** 53:*7*
**childhood** 7:*5*
108:*14*
**choice** 150:*14*
**choices** 88:*13*
**Christmas** 26:*10*
**cigarettes** 45:*23*
**circled** 81:*5* 82:*5*
83:*9* 86:*3* 88:*7, 8,*
*13, 14, 17, 24, 25*
89:*16* 90:*15* 96:*3,*
*4* 97:*3* 101:*2, 4,*
*15*
**circling** 83:*19*
96:*5*
**City** 2:*5, 10*
24:*24, 25* 25:*8*
26:*19* 27:*3, 11, 15*
44:*1* 112:*23*
**Civil** 4:*5*
**claim** 140:*17*
**claims** 86:*9*
**clarify** 153:*21*
**classes** 12:*2*
16:*20* 149:*5, 6*
**cleaning** 119:*21*
**clear** 73:*17* 88:*9*
124:*20* 130:*9, 16*
131:*21* 138:*7*
**cleared** 32:*12*
40:*16* 63:*25*
**clearly** 82:*1*
143:*21*
**clerk** 30:*18*
31:*21* 114:*17*
116:*18*
**clever** 41:*15*
**Close** 37:*8* 56:*6*
113:*13* 127:*7*
157:*16*
**closed** 44:*12*
56:*4* 121:*7*
**clothes** 27:*23*
47:*8* 136:*4*

Coble 76:25 77:2
C-o-b-l-e 77:4
coed 17:6, 22
coercion 100:15
COJC 14:21, 22, 23 15:25 16:5, 7, 16, 21, 24 17:3, 5, 6, 7, 14, 22 18:19, 24 19:10, 13, 19, 22 95:23 102:19, 23 103:3, 4, 11 105:21 133:19
collect 99:10
college 24:3, 5 120:2
color 111:23, 25
Comanche 8:13 9:19, 23
come 15:16 27:2, 19 28:11, 12 29:22 30:16, 21 31:1 32:10 33:7 34:12, 23 35:3, 9 36:21 37:15 38:9 39:7 46:24 61:9 63:16, 21 64:6 70:24 77:11 91:13 92:20 101:8 116:16, 22, 23 135:3 151:1
comes 67:17 131:18
coming 105:4 109:3 151:18
comment 70:1
Commission 158:20
commit 78:4, 9
committing 78:7
communicated 130:12
companies 57:16
Company 48:13
compensation 103:24 104:22
complete 80:2 117:22
completed 11:3, 6 83:4 99:9 101:19

completely 141:11 149:21
completeness 97:25
completion 149:4
complexes 70:25
compulsion 100:15
concede 81:22
concerns 147:17
confined 85:8
confusing 18:15 138:8
consequences 85:19
considering 150:10
constantly 68:25 69:1
contact 42:2 43:3, 5 45:2 75:7 112:14 116:2
contaminated 13:24
contempt 31:18 32:16
contents 101:20
contest 90:25 91:3 95:4, 8, 12, 18 97:5 100:14 135:19 138:10 148:16
context 70:1
continued 2:1
continuously 74:11
contradicted 73:7
contribute 118:24
conversation 109:6 110:25
conversations 135:11
convicted 87:6, 10, 13, 15 139:5
conviction 87:22 138:1 139:7 150:24
copies 79:16
copy 86:1, 5

correct 73:21 82:14, 19, 24 83:5 84:24 85:4, 10 86:4, 10 87:9 88:19 89:2, 10 97:4 102:1 106:4 148:5 154:22 158:9
correction 127:11
Correctional 23:18 43:22, 24
corrections 158:11
correctly 85:16 90:10, 16 96:1
correspond 105:19 106:14
COs 42:6
cost 76:8 112:14 116:2
costs 28:2 33:6 36:16 38:22 41:3 63:3 65:16 98:16 99:11 103:18 109:18 110:12, 18 111:1 112:4, 7, 13 115:22 116:1 117:9 121:4, 10, 17, 20 122:9, 22 123:2 124:24 125:4, 22, 25 126:1 129:12, 17 148:4, 22 153:17 154:1
Counsel 109:14 130:11, 16
counselor 15:7
count 134:17
counterfeit 155:11
counterfeiting 153:16
counties 93:9
County 18:23, 25 19:12 21:1, 8 22:22 23:16 24:20 27:1, 18, 25 28:24 29:4, 7, 8, 9 30:15 32:1 33:5 35:6 38:23 39:4, 5, 6 41:4 44:16,

17 45:3 58:23 59:24 60:2, 18, 19 61:6, 12 69:19 71:6, 14, 17 72:7, 9, 14, 20 73:24 74:24, 25 75:6 76:8, 21 79:25 87:8 102:20 105:1 121:4, 11, 12, 14, 17, 20 122:10, 11 124:22, 25 125:5, 8, 23 129:13 131:25 132:5, 11, 17, 20, 21, 22 133:5, 6, 14, 15, 21 134:1 137:9, 15 138:11, 24 139:3 152:1, 6, 9 153:1, 2, 17, 25 158:4 160:3
couple 10:8, 23 156:24
course 133:20, 22 134:11
courses 16:15, 18 24:3, 5
COURT 1:1 6:2 18:7 28:2 30:18 31:21 35:10 37:9, 10 39:7 47:6 59:25 60:2, 5 62:15, 17 63:9, 11, 12, 13 65:2, 7, 15 69:9 76:8 77:11 82:22 83:1 86:23 91:11, 12, 16 92:20 94:14, 15, 18 95:12 99:4, 17, 21 102:4 103:18 107:22 109:1, 6, 8 110:12 112:15 114:11, 17 116:3, 6, 9, 11, 18, 19 117:19, 23 121:4, 6, 10, 11, 17 122:9, 22 123:2, 9 124:18, 24 125:7 126:20 134:2, 14, 17, 25 135:1

137:*11*  151:*1*
154:*9*  157:*9*
**court-appointed**
133:*18*
**courthouse**  35:*7*
63:*1*
**courtroom**  6:*2*
31:*17*  32:*18*
35:*12*  37:*22*
107:*8*  132:*3, 4*
135:*4*  147:*12*
**Courts**  108:*20*
**covered**  131:*4, 11*
**COVID-19**  121:*7*
**Craig**  18:*23, 25*
19:*12*  102:*20*
131:*6, 21*  132:*11,*
*17, 20, 21, 22*
133:*5, 14, 15, 25*
**crane**  51:*2*
**crazy**  64:*22*
**crime**  78:*5, 7, 9*
90:*4*  94:*7*  147:*7,*
*10*  148:*14*  151:*7,*
*10*  152:*11*
**crimes**  89:*14*
**criminal**  137:*17*
145:*21*  154:*21*
**crimping**  51:*7*
**Cross**  3:*1*  130:*20*
**crossed**  88:*8*
**CSR**  1:*25*  159:*1*
160:*20*
**current**  31:*6, 8*
37:*13*  64:*21, 23*
116:*21*
**currently**  84:*19*
**custody**  14:*16*
17:*1*  95:*22*
102:*17*  103:*9, 12*

**< D >**
**DA**  92:*7*  94:*18*
154:*4*
**Dana**  28:*1, 8*
110:*12, 13, 15, 16*
111:*19*
**dangerous**  87:*24*

**date**  35:*9*  60:*5,*
*11*  63:*9*  65:*2*
105:*20*  109:*8, 9*
112:*13, 15*  114:*11*
115:*3*  116:*2, 3, 18,*
*19*  123:*9*  159:*1*
**dates**  9:*19, 22*
145:*6, 9*
**daughter**  56:*3*
**Dauphin**  1:*25*
4:*7*  159:*1*  160:*5,*
*20*
**day**  21:*14*  31:*12*
33:*8*  37:*9, 10*
38:*13*  52:*18, 19*
67:*22*  91:*7, 21, 23*
112:*4*  114:*15*
133:*13*  148:*7*
158:*18*  160:*7*
**days**  44:*21*  50:*9,*
*14, 15*  52:*16*  55:*3*
**day-to-day**  14:*25*
21:*9*
**deal**  81:*10*  84:*8*
90:*21*  96:*15*
107:*18*  139:*22, 23*
144:*14, 23, 24, 25*
**dealing**  31:*16*
**Deandrea**  8:*23*
118:*21*
**debt**  123:*2*
124:*18*  125:*7*
**DEFENDANT**
2:*6*  65:*16*  93:*21*
102:*6*  113:*21*
**Defendants**  1:*9,*
*13*  2:*1*
**defender**  141:*22*
**Defense**  131:*7*
**defined**  123:*18*
**DeLapp**  33:*8*
34:*1*  35:*19*  36:*10*
93:*7*  105:*18*
115:*12, 14*  135:*15*
136:*18, 23*  142:*13,*
*14, 15, 24*  143:*7, 8,*
*12, 24*  145:*12, 20,*
*23*  146:*4, 11, 17*

147:*6, 16*  148:*9,*
*25*  149:*14*  154:*8*
**Delayed**  87:*18*
**deli**  55:*18*
**delinquent**  97:*11*
**Demetra**  7:*17*
75:*25*
**Dennis**  25:*1*
29:*16*  112:*21*
**Department**
39:*17*  44:*2*  66:*2*
69:*13, 25*
**depends**  123:*5*
**depo**  9:*3*
**deposes**  5:*2*
**DEPOSITION**
1:*9*  4:*3*  5:*23*  6:*7*
79:*12*  157:*18*
158:*8*  159:*1*
**Derrick**  42:*4, 5*
43:*11*
**Derrick's**  42:*7*
**describe**  14:*23*
73:*8*  139:*17*
147:*7*
**descriptive**  94:*24*
**deserves**  59:*7*
**desk**  52:*7, 16*
53:*13*
**detail**  37:*18*
**detained**  24:*14*
39:*12*  40:*20*  72:*8,*
*14*  133:*13*
**detecter**  32:*9*
**detector**  32:*2*
63:*18*
**Detention**  18:*24,*
*25*  102:*21*  132:*7,*
*11*  134:*1*
**determinations**
76:*7*
**Devan**  2:*6*  5:*6*
18:*11*  41:*6*  72:*25*
76:*11*  78:*14*  79:*8*
81:*15*  88:*4*  97:*22*
104:*5*  123:*16*
124:*10*  130:*6*
131:*4, 11*  132:*12*
156:*19*  157:*12*

**devan.pederson@o**
**ag.ok.gov**  2:*11*
**difference**  107:*24*
**different**  11:*12*
14:*20*  52:*22*  60:*6*
82:*6*  93:*9*  101:*12*
108:*8*  150:*12*
**digital**  136:*15*
**Dina**  110:*12*
**dip**  49:*3*  51:*3*
**dipped**  49:*6*
**Direct**  3:*1*  5:*4*
**discharged**  24:*20*
45:*5*
**Disclosures**  76:*15*
**Discovery**  113:*22*
**discussing**  107:*5*
135:*8*
**Discussion**  130:*19*
136:*6, 18*  138:*13*
145:*24*  147:*12*
**discussions**  81:*20*
137:*5*  138:*22*
139:*15*  141:*17*
**dismiss**  86:*9*
**dispute**  140:*21*
**DISTRICT**  1:*1, 2*
76:*8*  94:*12, 16, 19*
154:*4*
**dive**  79:*9*
**DOC**  29:*12, 21*
41:*25*  42:*6, 11*
**docket**  76:*8*  154:*1*
**docs**  79:*9*
**doctor**  85:*7*
**document**  65:*8*
76:*13*  80:*6, 19*
81:*6*  83:*15, 17*
87:*1*  88:*5, 6, 9*
89:*8*  95:*2, 3*
98:*19*  100:*2, 11*
103:*2*  104:*2*
105:*8*  113:*3*
115:*19*  117:*7*
**documentation**
129:*7*
**documents**  65:*11*
79:*5, 10, 17*  80:*2*
91:*15*

**doing** 5:*20*, *24*
 21:*9* 43:*8* 51:*19*
 53:*21*, *22* 56:*8*
 57:*11* 58:*15*
 94:*24* 129:*24*
 155:*4*
**Dollar** 26:*24*
 27:*4*, *14*, *16*, *19*
 28:*4*
**dollars** 31:*5*
**door** 44:*12*
**doubled** 129:*21*
**dozen** 22:*7*
**drilled** 97:*19*
**driver** 70:*11*
**drive-throughs**
 70:*24*
**driving** 39:*23*
 66:*5*, *13*
**Drizze** 8:*23*
 118:*20*
**dropped** 117:*17*
**due** 114:*12* 121:*7*
 128:*15*
**duly** 5:*2* 160:*7*
**duty** 67:*1*

**< E >**
**earlier** 91:*8*
 105:*24* 114:*25*
 138:*3*
**early** 28:*19*
 149:*5*, *7*
**east** 8:*11*
**eat** 66:*16*
**education** 12:*9*
 24:*1*
**eight** 46:*12*
**eighth** 11:*24* 12:*1*
**either** 21:*5* 34:*2*
 37:*20* 72:*15*
 75:*15* 115:*14*
 129:*25* 135:*9*
 136:*18* 150:*15*, *22*
**Elementary** 8:*10*
**Eleven** 7:*12*
**else's** 120:*15*
**email** 79:*12* 81:*18*
**employ** 117:*14*

**employed** 59:*8*
 117:*16*
**employees** 42:*11*
**Employer** 112:*25*
 117:*12*, *13*
**employers** 22:*2*
 58:*17*
**employment**
 14:*17* 22:*2* 23:*2*
 25:*7* 27:*10* 59:*19*
 74:*20*
**ended** 58:*5*
**enforcement**
 39:*13* 43:*25*
 69:*17*
**enter** 145:*17*
**entered** 110:*4*
 138:*9* 144:*2*, *4*, *8*
 148:*11* 155:*21*
**entering** 95:*4*
 148:*15*
**entire** 133:*20*, *22*
 134:*11*
**entirety** 158:*8*
**Entrees** 48:*12*
 55:*11*, *16*
**ERRATA** 159:*1*
**especially** 141:*7*
**et** 1:*2*, *8* 103:*19*
**evaluation** 85:*14*
**evaluations** 85:*11*
**event** 77:*23* 78:*2*,
 *21* 93:*23* 160:*7*
**events** 131:*24*
 141:*2*
**everybody** 7:*2*
 59:*7* 157:*17*
**evidence** 93:*14*
 135:*21* 136:*4*
**exactly** 28:*8*
 110:*14* 125:*2*, *3*
**Examination** 3:*1*
 5:*4* 130:*20*
**example** 49:*17*
**excuse** 5:*10*
 123:*14*
**exercised** 15:*9*
**Exhibit** 3:*1*
 105:*24*, *25* 106:*14*

 107:*23* 109:*17*
 145:*5* 149:*9*
**EXHIBITS** 3:*1*
**expenses** 122:*13*
**experience** 21:*18*
**Expires** 158:*20*
**explain** 30:*19*
 135:*16*
**explained** 84:*5*
**Express** 58:*19*
 59:*12*, *17*, *23*
 147:*16*
**extent** 125:*13*
**extradite** 72:*16*

**< F >**
**face** 92:*8* 149:*19*
 152:*13*
**face-to-face**
 115:*14*
**facility** 14:*19*
 19:*1*, *2* 42:*9*
**facing** 139:*18*
**fact** 128:*15*
 147:*18*
**Facts** 80:*13*
 123:*18* 147:*10*
 148:*15*
**fails** 65:*16*
**failure** 60:*3* 72:*15*
**fair** 38:*15* 125:*14*
 137:*24* 141:*12*, *13*
 143:*14* 153:*20*
**fake** 155:*14*
**false** 74:*1* 83:*20*
 102:*4*
**Family** 26:*23*
 27:*4*, *14*, *16* 28:*4*
 46:*11*
**fans** 54:*12*, *13*
**far** 46:*10* 122:*17*
**fast** 48:*18*
**fear** 62:*12* 67:*22*
**fearful** 68:*23*
**February** 34:*2*
 47:*25* 55:*22*, *23*
 56:*16*, *17*

**Federal** 4:*5*
 63:*11* 69:*9* 128:*3*,
 *5*, *10*
**fee** 105:*3*
**feel** 6:*13* 83:*22*
 101:*6* 113:*12*
 135:*7*
**FEENSTRA** 1:*2*
**fees** 89:*18* 99:*11*,
 *17* 103:*20*, *21*
 121:*4*, *10*, *17*
 122:*9*, *22* 123:*3*
 124:*24* 125:*4*, *22*,
 *24* 126:*1* 148:*4*
 153:*17* 154:*1*
**felony** 87:*6* 138:*1*
**felt** 68:*5* 143:*10*,
 *23*
**female** 52:*2*
**fight** 150:*24*
**figure** 44:*21*
 49:*18*
**file** 44:*5* 80:*14*
 109:*19* 117:*9*
**filed** 5:*14* 137:*18*
**fill** 57:*17*
**filled** 86:*6* 88:*22*
 101:*9* 104:*6*
 146:*1*
**finally** 88:*17*
**find** 21:*11*, *12*
 25:*7* 26:*19* 27:*21*
 35:*22* 37:*12*
 42:*13* 46:*23* 48:*9*
 59:*21* 68:*14* 92:*5*
**finding** 47:*11*
**fine** 27:*1* 38:*1*
 46:*18* 51:*21*
 65:*16* 75:*15*
 89:*15* 107:*6*
 109:*13* 140:*15*
 150:*10* 153:*13*
**fines** 28:*2* 31:*6*, *9*
 33:*5*, *16* 36:*16*
 37:*14* 38:*22* 41:*3*
 58:*23* 60:*3* 61:*8*,
 *12* 63:*3* 64:*20*
 72:*15* 89:*18*, *21*
 99:*5*, *8*, *10*, *17*

103:*18*, *21*  104:*20*
107:*10*, *25*  109:*18*
110:*12*, *17*  111:*1*
112:*4*, *7*, *9*, *12*
115:*22*  116:*1*, *15*,
*17*, *22*  117:*8*
121:*10*, *20*  122:*9*,
*22*  123:*2*  125:*4*,
*22*  126:*1*  129:*12*,
*17*  144:*17*  148:*21*
152:*7*  154:*1*
**fingerprint** 93:*4*
94:*10*  105:*4*
135:*22*, *23*  136:*5*
142:*7*
**fingerprinted**
93:*14*  102:*15*
**fingerprinting**
147:*18*
**finish** 16:*10*, *11*,
*12*  44:*14*  78:*14*
136:*12*  154:*15*, *16*
**finished** 16:*13*
35:*12*
**finishing** 16:*9*
**firearm** 87:*8*
**first** 5:*2*  7:*8*, *10*,
*13*, *20*, *25*  8:*8*
18:*19*  24:*13*  25:*4*
31:*25*  42:*10*
48:*17*  62:*17*  69:*8*
86:*19*, *22*  88:*13*
89:*1*  109:*24*
113:*22*  123:*17*
132:*1*  133:*17*
137:*9*, *17*  139:*7*
154:*16*  160:*7*
**five** 38:*24*  41:*13*,
*17*  55:*4*  69:*11*
70:*14*  73:*18*  74:*5*
88:*12*  89:*14*, *20*
97:*17*  107:*5*
113:*15*  134:*2*, *5*
149:*2*  151:*20*
**five-year** 97:*14*
107:*25*  149:*10*, *15*
**Five-
year/1,000/250**

98:*15*
**fix** 23:*11*  53:*11*
**fixing** 36:*18*
**flat** 45:*16*  129:*8*
**floor** 37:*20*, *21*
**flows** 123:*9*
**focus** 154:*2*
**focusing** 84:*11*
**folks** 53:*16*  75:*22*
**followed** 68:*5*
**follows** 5:*3*
**food** 21:*17*, *20*, *21*
119:*4*, *18*, *20*
120:*17*  122:*15*
127:*18*  128:*19*
**Forbes** 110:*13*
**foregoing** 158:*8*
**Forensics** 105:*3*
**forget** 52:*6*  93:*20*
**forgive** 132:*13*
150:*1*  151:*6*
**forgot** 37:*20*
92:*18*
**forklift** 12:*24*
13:*3*, *8*  14:*12*
53:*23*
**Forklifting** 12:*15*
**form** 83:*8*  84:*12*,
*14*  88:*22*  91:*8*, *21*
98:*12*  101:*10*, *19*,
*20*  103:*16*  125:*12*,
*19*  137:*25*  143:*15*,
*16*  154:*24*  155:*3*
**formal** 137:*10*
**forth** 119:*5*
**forthcoming**
100:*10*
**found** 71:*19*
73:*13*  93:*16*
**Four** 55:*4*
**free** 6:*13*  15:*16*
68:*14*  100:*15*
**frequent** 42:*12*
**Frequently** 42:*12*
67:*6*
**Friday** 30:*11*
**friend** 25:*3*
**friends** 42:*23*
**friend's** 59:*5*

**front** 32:*19*
136:*21*  143:*2*
145:*16*, *20*
**full** 112:*13*  116:*1*
118:*2*  158:*9*
**Fuller** 31:*15*
**funds** 124:*24*
**further** 111:*8*
**future** 35:*8*

< G >
**gaining** 13:*10*
**gains** 99:*15*
**gallons** 57:*17*, *18*
**Galvanizing**
48:*11*, *15*, *19*, *22*
**gas** 122:*15*
**gate** 24:*21*
**GED** 11:*14*  24:*4*
**GENERAL** 2:*4*, *9*
**gentleman** 131:*6*
**getting** 6:*19*
22:*13*  30:*8*  50:*6*
52:*12*  54:*22*  68:*5*
69:*4*  110:*8*, *23*
113:*7*, *13*  127:*6*
141:*20*
**Gilcrease** 12:*3*
**Gill** 66:*10*, *12*
**G-i-l-l** 66:*12*
**Gilridge** 29:*12*, *13*,
*23*  30:*2*  41:*23*
42:*2*, *3*, *6*, *11*
43:*11*  46:*22*  47:*6*
**girlfriend** 42:*7*
66:*9*
**girls** 17:*7*, *22*, *23*,
*24*  18:*3*, *4*
**give** 16:*17*  34:*23*
35:*8*  49:*15*  59:*6*
60:*9*  61:*5*  64:*18*
94:*25*  99:*16*
119:*17*  120:*22*
121:*8*  128:*18*
**given** 5:*23*  6:*1*
60:*8*  126:*21*
158:*10*
**giving** 95:*5*

**glass** 32:*2*, *20*
63:*18*
**glasses** 111:*20*
**go** 11:*1*, *8*, *20*
13:*24*  15:*1*, *2*, *6*,
*16*  18:*1*  23:*17*
24:*8*, *15*, *23*  26:*9*
28:*15*  29:*11*  30:*4*
31:*12*  32:*1*, *5*
35:*7*  36:*11*  38:*9*,
*13*  39:*7*  40:*19*, *25*
43:*18*  44:*19*  47:*8*
49:*6*  50:*19*, *25*
51:*2*, *3*, *12*, *14*, *17*
52:*23*  54:*13*, *14*
55:*10*  56:*19*
57:*15*  61:*8*  63:*11*
64:*9*  68:*15*  72:*21*
73:*11*  74:*2*  78:*4*,
*9*  79:*3*  80:*4*
81:*16*  82:*10*
84:*12*  91:*11*, *12*,
*14*, *16*  101:*22*
102:*12*, *14*, *23*
103:*3*  104:*13*, *15*
111:*4*, *15*  117:*19*,
*23*  118:*9*  125:*15*
127:*22*  128:*12*
132:*12*  134:*3*, *25*
135:*5*  140:*3*, *8*
142:*10*  144:*5*
145:*12*  146:*21*
149:*16*  153:*25*
155:*3*, *16*  156:*3*,
*24*  157:*13*
**goes** 7:*2*  100:*9*
103:*19*
**going** 5:*17*  11:*25*
21:*7*  31:*18*  32:*15*
33:*8*, *10*  40:*13*
41:*7*  44:*19*, *24*
52:*4*  59:*6*  66:*15*
67:*9*  71:*21*  78:*25*
79:*11*  81:*6*, *11*, *23*
83:*15*  84:*9*, *10*
88:*4*  89:*18*  90:*3*,
*5*, *6*, *22*  91:*8*
92:*19*  93:*9*  95:*7*,
*17*, *20*, *21*, *22*

96:*15*  97:*16, 20,*
*22*  103:*23*  104:*5,*
*20*  106:*3*  107:*10,*
*21*  108:*12, 13*
110:*16*  111:*9*
113:*5, 9*  114:*3*
115:*15*  117:*14*
122:*25*  123:*5*
125:*11*  132:*13*
136:*1*  139:*24*
140:*1, 20*  141:*12,*
*25*  142:*9*  143:*12,*
*17, 24*  144:*12, 13,*
*16*  145:*16, 24*
150:*11*  151:*3*
153:*10*  155:*24*
**good**  9:*10*  18:*17*
35:*25*  41:*16*
75:*18, 19*  108:*15*
113:*16*  115:*16*
147:*21*
**Google**  69:*3*
71:*18, 20, 22*
**go-round**  77:*14*
**gotcha**  51:*8*
**grade**  10:*1*  11:*2,*
*9, 21, 22, 24*  12:*1,*
*2*  16:*7, 13, 16*
83:*4*
**graduated**  11:*7,*
*17*  12:*21*  23:*23*
**grandma**  38:*12*
**grandmother**
37:*2*  77:*7*
**Granting**  109:*18*
115:*22*  117:*8*
**graph**  13:*21*
**Great**  9:*15*
**ground**  131:*4, 11*
**group**  15:*2, 3, 5, 6*
**groups**  15:*9*
**grow**  84:*10*
**growing**  90:*23*
**guards**  42:*6*
**guess**  26:*10*  56:*8*
59:*12*  70:*22*
93:*21*  132:*18*
137:*20*  146:*22*
151:*20*  152:*10*

**guessing**  8:*10*
107:*1*
**Guilty**  80:*13*
87:*23*  91:*1, 5*
95:*4, 9, 13*  100:*14*
138:*9*  140:*10*
**gun**  86:*24*  93:*5*
94:*10*  102:*15*
105:*4*  135:*22, 23*
136:*5*  142:*7*
**guns**  39:*20*  40:*3,*
*6*  66:*21, 24*  67:*18*
68:*10, 14*
**guy**  136:*3*
**guys**  28:*12*  68:*10*
70:*2*  124:*8*
135:*20, 22*  156:*18*
**gyms**  54:*13*

**< H >**
**hair**  92:*10*
111:*19, 23, 25*
**half**  7:*12*  29:*20*
49:*8*  54:*20*
126:*11*
**hallway**  91:*18*
132:*3*  139:*22*
144:*22*
**Hamilton**  8:*9*
**hamstrung**  143:*11*
**hand**  113:*19*
160:*7*
**handcuff**  34:*16*
**handcuffs**  38:*6*
**handed**  65:*1*
**handles**  57:*14*
**handling**  25:*19*
**hands**  40:*10*
143:*23*
**handwriting**  97:*23*
**hang**  49:*18*
50:*25*  53:*25*
105:*11*  113:*4*
127:*6*
**hanging**  49:*5*
**happen**  93:*24*
115:*11*
**happened**  18:*22*
20:*24*  66:*7, 17*

68:*8*  77:*25*  94:*1,*
*6*  103:*13*  106:*15*
115:*7, 11*  132:*19*
**happening**  33:*10*
**hard**  136:*14*
**head**  97:*19*
**health**  25:*23*  85:*7*
**hear**  6:*8, 9*  10:*11*
124:*9*  130:*22*
136:*17*  137:*6*
**heard**  45:*7*  73:*8,*
*9*  144:*24*
**hearing**  3:*13*
6:*11*  62:*15, 17*
112:*3, 7, 13*  116:*2*
145:*12*  147:*3*
**hearings**  153:*24*
154:*3*
**Heat**  48:*12*  52:*24*
54:*8*
**heatstroke**  51:*11,*
*17*
**heavy**  92:*11*
**held**  73:*22*
105:*17*  130:*19*
132:*7, 9, 10, 16, 23*
133:*5, 10*
**help**  83:*14*
119:*13, 15*  123:*4*
129:*11, 16*  131:*23*
153:*16*
**helped**  46:*25*
77:*13*
**helpful**  109:*10*
133:*8*  140:*12*
**helping**  10:*18*
**hereinbefore**
160:*7*
**hereunto**  160:*7*
**hesitation**  152:*18*
**Hi**  92:*3*
**high**  11:*8, 19, 20*
12:*4, 5*
**highway**  49:*2, 3*
**hired**  25:*12*  26:*23*
**hiring**  23:*3, 5*
27:*6*  59:*4*
**history**  16:*18*

21:*13*  22:*10*
**hit**  24:*13*  103:*14*
**hold**  28:*21*  31:*18*
32:*15*  123:*14*
125:*11*
**holding**  19:*2*
**hole**  18:*1*
**home**  17:*9*  18:*8,*
*9*  19:*25*  24:*9*
35:*6*  43:*18*  44:*19*
51:*17*  108:*16*
119:*7*
**honestly**  68:*5*
91:*23*  122:*2, 8*
143:*25*  145:*14*
**hope**  5:*10*
**Hopefully**  80:*6*
**hospital**  6:*25*  7:*1*
51:*12, 14*  58:*14,*
*24*  85:*8*
**hot**  50:*11*  51:*10,*
*22*  53:*6*
**hour**  26:*14*  34:*8,*
*10, 22*  36:*12*  41:*8*
113:*6*
**hours**  25:*20*
46:*12, 13*  49:*23*
50:*4, 7*  53:*8*
54:*25*  57:*4*  74:*16*
**house**  119:*8, 9*
**housing**  118:*25*
119:*4*
**Huh**  78:*13*
107:*16*  155:*1*
**hundreds**  50:*10*
**hurry**  93:*6, 11*
142:*18*
**hygienes**  119:*2*
122:*15*

**< I >**
**ice**  33:*10*  69:*22*
70:*3*
**ID**  40:*7, 8*
**illness**  85:*7, 8*
**impression**  13:*7*
87:*3*  95:*10, 11*
**incarcerated**
108:*3*  114:*15*

**incarceration**
 15:*22*  140:*14*
**including**  125:*7,*
*22*
**income**  119:*22*
**incorrect**  148:*1*
**independent**
 134:*20*
**INDEX**  3:*1*
**Indian**  55:*6*
**indigence**  114:*13*
**Indigent**  131:*7*
**Information**  86:*2*
 150:*3*
**Initial**  76:*15*
 112:*17*
**initialed**  112:*16*
**initiate**  43:*3, 5*
**innocent**  94:*10*
 135:*24*
**inquire**  143:*1*
**inside**  52:*5*  54:*14*
**insofar**  140:*14*
**installment**  114:*10*
**instance**  50:*21*
**institution**  17:*13*
**instructed**  114:*16*
**insurance**  25:*24*
 51:*15*
**intake**  44:*18, 24*
**interested**  129:*24*
 160:*7*
**Interrogatory**
 114:*1, 2, 4*
**interrupt**  9:*7*
 81:*15*
**introduced**  92:*24*
**involved**  6:*4*
 147:*11*
**involves**  87:*20*
**issue**  117:*4*
 125:*14*  140:*20*
 147:*18*
**its**  86:*2*  101:*20*
 158:*8*

**< J >**
**Jackson**  8:*23, 24*
 118:*20*

**jail**  11:*10*  21:*2*
 23:*16*  33:*24*  34:*6,*
*15*  36:*11*  38:*13*
 73:*20*  74:*4*
 115:*15*  140:*8*
 150:*17*
**Janet's**  48:*11*
 55:*11, 16*
**janitorial**  58:*15*
**January**  26:*5*
 34:*3*  62:*3*  74:*10*
 112:*4, 8*
**JARED**  1:*8*
**Jeree**  66:*10, 13*
 67:*16*
**J-e-r-e-e**  66:*12*
**job**  13:*9*  16:*24*
 21:*10, 11, 12, 15*
 23:*12, 13, 15*  26:*7,*
*8, 19*  35:*22*  46:*23,*
*24, 25*  48:*9*  49:*15,*
*19, 22*  51:*9, 19*
 52:*25*  53:*4*  54:*6,*
*17, 18*  55:*8*  57:*9,*
*22*  58:*4, 5, 11, 13,*
*14, 20*  59:*6*  61:*25*
 74:*20*  110:*9, 22*
 111:*12*  128:*20*
 129:*2, 19*
**jobs**  14:*16*  26:*15*
 48:*14*  57:*7*  58:*6,*
*9, 12, 16*  61:*20*
 74:*21*
**Jon**  2:*1*  130:*8, 18*
 148:*1*  152:*12, 17*
 157:*12*
**jon.williford@oag.**
**ok.gov**  2:*6*
**Juan**  53:*20*  54:*4,*
*5*
**Jude**  142:*15*
**judge**  30:*21, 22,*
*23*  31:*1, 20, 21*
 32:*11, 19*  33:*8, 25*
 35:*19*  36:*10*  63:*3,*
*17, 21, 24*  64:*6, 7*
 77:*15*  78:*17*
 105:*18*  114:*9, 11,*
*13, 21*  115:*10, 11*

 116:*24*  128:*6*
 134:*3*  135:*9, 14*
 136:*18, 23*  137:*1*
 142:*12, 14, 23*
 143:*7, 8, 12, 24*
 145:*12, 20, 23*
 146:*4, 11, 17*
 147:*6, 16*  148:*8,*
*25*  149:*14*  154:*5*
 155:*25*  156:*4*
**JUDGES**  2:*6*
 5:*13*  128:*5*
**jump**  131:*12*
 151:*3*  153:*22*
**June**  56:*22, 23, 24*
**JURAT**  158:*1*
**juvenile**  15:*20, 21*
 16:*6*  87:*7*  97:*10,*
*11, 14*  99:*1, 2, 9,*
*12, 19*
**juveniles**  99:*15*

**< K >**
**Kamareanna**  8:*23*
 47:*23*
**Karen**  1:*25*  4:*6*
 159:*1*  160:*5, 20*
**Katrina**  7:*9*
**keep**  40:*16*  47:*11*
 52:*12*  53:*2, 3*
 70:*5, 7*  113:*8*
 123:*6*  126:*15*
**keeping**  29:*3*
**kept**  17:*23, 24*
 23:*12*  29:*1*  68:*25*
 95:*14, 15*  108:*10,*
*12*  151:*22*
**Kevin**  65:*7*  94:*20*
 109:*10*
**kid**  31:*16*  69:*23*
 97:*20*  107:*10*
 139:*21*  144:*25*
**kidding**  78:*7*
**kids**  11:*24*
**kill**  17:*24*
**kind**  12:*13*  13:*14*
 15:*17*  16:*15*
 17:*13*  19:*1*  23:*25*
 49:*14, 15*  53:*21*

 58:*8*  100:*8, 16*
 120:*9*  131:*23*
 140:*24*  143:*11, 23*
 150:*1*
**King**  119:*23*
**knew**  36:*22*  56:*2*
 68:*1, 3*  70:*15*
**Knikko**  25:*1*
 29:*16, 19*  112:*21*
**K-n-i-k-k-o**  25:*6*
**know**  5:*20*  9:*24*
 10:*17*  17:*20*
 22:*21*  25:*4*  26:*1*
 29:*13*  30:*17*
 32:*25*  33:*25*
 34:*13*  36:*20*  37:*5*
 38:*22*  39:*18*
 40:*11, 12*  41:*4*
 43:*13, 14, 17*
 44:*25*  45:*9*  46:*9,*
*10, 11, 14, 20*
 47:*16*  54:*3, 4*
 56:*5, 6, 7, 8, 22*
 58:*22*  60:*20*  63:*9,*
*12, 22*  65:*18*  66:*4*
 67:*8*  68:*2, 3*  69:*3,*
*21*  71:*11*  75:*7*
 77:*2, 5, 6*  83:*16,*
*20, 25*  84:*1*  88:*7*
 89:*3, 4, 17*  90:*24*
 91:*24*  93:*22*
 94:*25*  95:*1, 19*
 97:*7*  98:*10, 11*
 99:*7*  101:*3, 7*
 106:*8*  108:*10, 22*
 109:*8*  110:*14*
 111:*21*  114:*5*
 116:*24*  118:*4*
 119:*16, 19*  120:*4*
 122:*2, 8*  125:*2, 3*
 126:*16, 18, 19*
 128:*18*  130:*8*
 131:*16, 17, 20*
 132:*14*  133:*12*
 134:*8, 13*  136:*15,*
*25*  137:*18, 21, 22*
 138:*18, 20*  139:*9,*
*12, 13*  140:*11, 22*
 141:*2, 13, 23*

143:25  144:10, 19
145:2  146:9, 10
147:17  148:1, 6,
15, 20  150:25
151:19, 21  153:7
155:13, 20  156:18
**knowledge**  10:17
36:17  134:7
**knowledgeable**
135:10
**Koonce**  42:4, 5
43:10, 16, 22  44:5
45:25
**Kristi**  36:7, 8, 9
80:21  82:18  92:2,
23  95:15  107:9
142:21  144:4
150:20  151:11, 12,
13, 23

< L >
**Labeling**  57:12, 19
**Lacovara**  1:19
72:24  81:15, 17
104:5, 11  109:10
113:5, 12, 17
123:14, 21  124:2,
5, 11  125:11
126:3  127:4, 10,
20  130:6, 15, 18
140:11, 19  141:1
143:15  147:25
148:6  152:12, 15
154:24  155:2
156:25  157:7, 17
**lady**  44:11  91:18
93:1, 16, 19, 23
110:13  111:17
**Lakendra**  8:22
76:3, 23
**late**  148:6
**LATHAM**  1:20
**laugh**  71:3
**laughed**  66:20
68:9
**law**  39:13  43:25
69:17
**lawsuit**  5:14, 18

71:6, 25  128:10
**lawsuits**  6:5
**lawyer**  80:23
81:21  128:1
146:18  155:5
**lawyer's**  80:21
82:17
**learn**  12:14
13:21  14:7
**leave**  27:3  32:17
51:9  53:1  55:8
117:19, 23  128:11
**led**  131:24
**ledger**  126:14
**left**  17:8  21:8
23:16  26:6  31:19
35:5  42:1, 9
44:22  52:25  53:6,
9  62:11, 21  64:7
65:24  67:22
119:3, 17  121:25
122:1  125:2
127:17
**legs**  113:10
**LeiLani**  76:25
77:2
**length**  98:4
**Lessie**  77:6, 19
78:1
**level**  45:20
**licenses**  12:23
**lie**  153:10
**life**  62:12  67:23
89:15  96:16
108:16  125:10
149:19  157:4
**lifted**  31:2  118:12
**lifting**  53:24
**light**  50:23
**lightly**  69:23
71:4, 12  72:2
**lilia.vazova@lw.co
m**  1:23
**limited**  123:3
**Linda**  113:22
**line**  127:5  159:6
**listed**  75:23
**literally**  92:22
135:6

**little**  6:19  11:25
12:7  13:16  18:15
23:14  58:2  80:9,
12  90:20  91:16
92:11  113:7
120:19  131:12
132:14  143:11, 12
**live**  6:23  7:4, 13,
18  8:12, 16  9:22
10:3, 7  24:25
29:22, 23  47:5, 20
79:4  118:17
119:24  125:10
**lived**  6:24  7:6, 22
8:3, 6, 20  9:19
20:11  22:3  25:8
47:21
**living**  118:15
119:6  122:18
**location**  62:7
**lock**  51:1
**locked**  20:14, 23
96:19  97:17
**long**  6:23  10:7
12:17  17:10  19:3
20:13, 16  21:4
26:2  29:23  34:6
40:20  41:11  44:8
47:20  48:6  49:7
54:16  55:19  56:1,
21  57:22  68:16,
18  81:17  84:9
103:3  121:19
132:15  133:10, 16
146:9
**longer**  60:21
75:11  134:6
**look**  21:16  23:10
27:10  46:25  58:6,
8  59:19  79:20
89:2  91:14  92:9
95:24  96:20
109:23  134:16
**looked**  31:15
43:19  111:17
115:21  137:25
138:13  145:4
149:9

**looking**  21:15
39:20  40:3, 5
66:21, 23  67:18
68:9  74:19, 20
91:22  100:3
101:18  104:8
105:23  109:3
145:8  152:13
156:25
**looks**  65:5, 14
105:16  106:3
110:1  112:16
113:6  157:1
**loop**  50:24
**loose**  50:20
**lot**  37:22  42:15
131:4  132:25
**loud**  90:9
**Louisiana**  6:25
7:6  46:11  62:8
118:15, 16  126:24
**lower**  123:7
**luck**  35:25
115:16  147:21

< M >
**ma'am**  9:4, 5, 8
**Mabel**  11:18
16:2, 6  17:6
23:18, 19, 23  24:1,
7, 11, 16, 22  29:14
41:24, 25  42:1, 24
43:4, 16  44:4
45:24  60:25
99:19
**machine**  57:13
**machines**  14:6, 7,
13
**Maddie**  61:9
**Madison**  29:12
43:10
**major**  45:23
**making**  26:12
28:25  29:1  49:11
57:18, 20, 21  62:5
74:13  123:1
127:16  128:16
129:3, 4

**man**  45:*10*  52:*1*
  59:*22*  70:*4*, *6*
**management**  14:*4*
**manager**  23:*3*, *5*
  27:6  28:*4*  59:*4*
**Manor**  20:*10*, *13*,
  *19*  22:*3*, 6
**manufacturing**
  12:*15*  14:*5*, *10*
**March**  48:*3*
**Margo**  77:*14*, *19*
  78:*16*
**mark**  84:*14*
  86:*17*  89:*10*
  105:*22*, *24*  109:*17*
**marked**  81:*14*
  82:*14*  84:22  85:*3*,
  *9*, *16*  88:*15*, *16*
  89:*1*  101:*2*, *3*, *14*
  102:*8*  106:*14*
**markings**  89:7
**mask**  5:7, *8*
**material**  13:*18*, *20*
**math**  16:*18*
**matter**  41:*14*
**matters**  76:6
**McDonald's**
  61:*24*  62:*2*, 7
  74:*11*, *14*  122:*17*
**McLain**  12:*4*, *5*
**mean**  13:*8*  16:*17*
  27:22  35:*8*  42:*19*
  45:*17*  52:*14*
  60:*18*  77:*24*  81:*8*
  90:*19*  105:*1*
  106:*25*  119:*16*
  129:*1*  135:*16*
  138:*17*, *18*  139:*4*
  141:6, 7  142:*12*,
  *22*  151:*15*
**meaning**  12:*1*
  151:*16*
**means**  95:*9*
  144:*10*  155:22
**meant**  36:22
**measurements**
  13:*16*, 22
**Meats**  48:*11*

**55**:*11*, 16
**medication**  85:2
**medications**  84:*20*
**meet**  41:*23*  91:*10*
  130:25  133:*23*
  134:*11*  136:*23*
  137:2  144:*20*
**memory**  134:*20*
  138:*15*  141:6
**mental**  85:7, *8*
**mention**  141:*18*
**mentioned**  14:*12*
  138:*1*
**messed**  40:*12*
**messing**  123:6
**met**  42:7, *8*  63:*11*
  131:*21*  132:*1*
  134:*1*, *14*  145:2
  146:*16*
**metal**  32:*1*, *9*
  63:*18*
**Mexican**  54:*4*
**Mexicans**  53:*19*
**Michael**  1:*19*
  156:*23*
**michael.lacovara@
lw.com**  1:*22*
**Middle**  8:9  12:*3*
  26:*4*
**mid-thirties**  92:*14*
**mild**  51:*16*
**mile**  122:*19*, *20*
**military**  43:*24*
**mind**  68:*11*  150:5
**mine**  25:*3*
**minimum**  87:*25*
**minute**  65:*15*
  115:*18*
**minutes**  34:7, *10*,
  *22*  36:*11*  40:*21*,
  *22*  41:7, *13*, *17*
  68:*17*  75:*10*, *16*
  79:*12*  113:*16*
  127:2  134:*3*, 6
  156:*24*
**misheard**  153:*14*
**missing**  53:*8*
**Mississippi**  6:22

**mistake**  40:*19*
**mistaken**  111:*20*
**mix-up**  40:*12*
**Mohawk**  20:*10*,
  *13*, *19*  22:*3*, 6
**mom**  7:*23*  10:*17*
  20:*12*  34:*11*, *13*
  76:*19*  109:7
  118:*17*  119:*11*, *12*,
  *13*, *15*  120:5, *23*
  128:*18*  144:*23*
  145:*1*  150:*16*
  154:7, *9*  155:*9*
**moment**  28:22
  66:*9*  91:*13*
  109:*23*  155:5
**mom's**  119:22
**Monday**  28:*15*
**money**  29:*3*  30:*6*,
  *8*, *10*, *11*  31:*4*, *9*
  32:6, *14*  33:*17*, *21*
  34:*12*  35:*14*  37:2
  38:*1*  39:*9*  56:*14*
  63:*24*  64:*9*  78:*10*,
  *25*  79:2  99:*16*, *21*
  111:*3*  113:2
  115:*15*  119:*3*, *17*
  124:25  126:*10*, *12*,
  *17*  128:*19*  155:*13*,
  *14*
**month**  25:*12*
  28:*17*  29:5, *19*
  30:*14*  31:*10*  37:3
  54:*20*  75:*4*  77:*24*
  110:2, *3*, *8*  111:7
  114:*12*  120:*11*, *18*
  122:22  123:*8*
  124:*16*  125:*9*
  126:*1*  128:*13*, *14*,
  *25*  129:*17*
**monthly**  114:*10*
  122:*14*  123:*3*
**months**  17:*12*
  20:*19*, *21*, 22
  29:*20*  45:*15*  49:*8*
  54:*19*  90:*4*, 6
  97:*17*, *20*  121:5
  122:7  129:*18*

**149**:2, *3*  151:*17*,
  *18*, *21*
**mopping**  58:*14*
**mother**  7:*15*  8:*17*
  36:*13*  76:*1*, 2
  108:*21*  144:*20*
**motors**  54:*12*
**mouth**  82:7
  142:*21*
**move**  7:*8*  27:*13*
  62:*9*  86:*8*  106:*9*,
  *10*
**moved**  7:*10*, *14*
  8:*8*  17:*5*, *6*, *18*, *19*,
  *21*  18:2, *3*, *4*
  26:*21*  29:*15*, *18*,
  *21*  46:*11*, 22
  47:*12*, *14*  48:*3*, *5*,
  *8*  69:6  73:*18*
  74:6
**multiple**  83:*11*
**murder**  93:*8*
  142:*8*, *9*, *17*

**< N >**
**Naik**  1:*19*  9:*9*, *15*
  18:*11*  41:6, *12*, *16*,
  *19*  65:7  75:*13*, *16*
  76:*11*, *16*  78:*14*
  79:*8*, *14*  80:*1*
  88:*4*  97:22  100:7
  136:*11*  143:*16*
  156:*23*
**name**  5:6  7:*16*,
  *20*  20:*8*  25:5
  27:7  28:*1*  36:*20*
  37:*23*, *24*  40:7
  49:*9*  54:*1*, 5  55:5,
  6  67:*13*  71:*18*, *19*,
  *20*, 22  77:*4*  80:*21*
  82:*11*, *17*  89:*9*, *11*
  92:*8*  101:*11*
  112:25  117:*12*
  120:*14*, *16*
**named**  77:2
  131:6
**names**  53:*16*, *19*,
  *20*  75:22

**nature** 85:*19*
**NE** 2:*4, 9*
**nearly** 131:*4*
**necessarily** 81:*22*
**necessities** 119:*3*
120:*21* 127:*18*
128:*17*
**need** 6:*14, 16*
9:*14* 10:*13* 13:*4*
31:*3* 38:*3* 40:*16*
64:*8* 69:*22* 70:*3*
73:*1* 90:*8* 112:*11*
115:*25* 127:*12*
**needed** 12:*20*
28:*11* 30:*20*
37:*15* 77:*16*
114:*21*
**Nehemiah** 8:*24*
118:*20*
**never** 6:*24* 24:*13*
33:*3, 4* 36:*2*
53:*12* 58:*16* 60:*4,*
*5, 7* 63:*9, 17*
70:*10* 71:*9* 72:*3*
73:*19* 74:*3* 75:*7*
87:*10, 13, 15*
93:*18* 96:*4* 101:*9*
103:*14* 104:*25*
116:*23* 133:*25*
134:*6* 136:*20, 22*
140:*17* 142:*1*
143:*1* 146:*2*
147:*20* 148:*9, 10,*
*18*
**New** 1:*21* 24:*15*
44:*25* 65:*2*
112:*15* 114:*16*
116:*3, 19* 123:*9*
**news** 69:*3*
**nickel** 113:*14*
**night** 45:*3* 103:*12*
**nine** 46:*13* 141:*2*
**ninth** 11:*20, 22*
12:*2* 16:*9, 10, 13,*
*16* 83:*5*
**Non** 109:*19*
**nonviolent** 45:*15*
**normal** 125:*10*

**Norman** 17:*8*
**NORTHERN** 1:*2*
**Nos** 101:*1, 3*
**Notary** 158:*16, 20*
**note** 88:*6*
**noted** 158:*12*
**notice** 4:*4* 65:*2,*
*13* 111:*9*
**noticed** 79:*14*
**NOVEMBER**
1:*13* 4:*6* 25:*14,*
*16* 26:*4, 8* 48:*7, 9*
61:*10, 11* 62:*11,*
*14, 20, 21, 22* 63:*6*
65:*5, 21, 24* 66:*1*
67:*15* 68:*21*
69:*10* 159:*1*
160:*7*
**number** 60:*6, 12,*
*16, 21* 61:*2, 5, 7*
82:*10, 21* 83:*7*
84:*13, 19* 85:*1, 6,*
*16, 18* 86:*1, 7, 12*
87:*5* 88:*25* 89:*13*
90:*1, 7* 95:*3, 24*
98:*3* 100:*13*
112:*24* 114:*3, 4, 6*
**numbers** 42:*16*
60:*8, 9, 23* 79:*15,*
*20, 22* 104:*6*
**nurse** 29:*12, 21*
41:*24, 25*

**< O >**
**oath** 6:*1* 158:*7*
**object** 125:*12*
143:*15* 155:*2*
**objected** 125:*19*
**Objection** 72:*24*
125:*15* 126:*3*
143:*16* 154:*24*
**Objections** 113:*21*
**obviously** 113:*13*
125:*13* 141:*2*
**occurred** 106:*4*
115:*4* 147:*11*
**October** 25:*15*
47:*22, 24* 48:*2*
55:*21, 23* 56:*16,*

*17, 23, 24, 25* 58:*5*
62:*16, 25* 63:*13*
64:*17* 69:*10* 99:*4*
103:*13* 109:*20*
**odd** 104:*13*
**offender** 15:*2, 5, 6*
22:*23* 97:*12*
132:*25* 137:*8, 15*
144:*2* 149:*1*
150:*6* 152:*1*
**offense** 87:*23*
**offer** 87:*21*
**Offered** 68:*1*
150:*4*
**offering** 25:*25*
**offers** 22:*8*
**office** 5:*8* 94:*12*
**officer** 43:*22, 24*
67:*4, 17*
**officers** 69:*18*
**oh** 12:*25* 13:*20*
16:*4, 11* 18:*7*
21:*21* 24:*12* 26:*2*
52:*19, 25* 56:*1*
60:*14* 65:*23*
67:*19* 103:*4*
109:*7* 122:*20*
**OIDS** 2:*1* 81:*20*
**OJA** 11:*11, 13*
14:*15, 19* 15:*24*
17:*1* 95:*22*
102:*17*
**OK** 2:*5, 10*
**Okay** 6:*18* 7:*3*
9:*12, 15, 17* 10:*5,*
*9, 19, 20, 23* 11:*1,*
*5, 23* 13:*7* 14:*6,*
*22* 15:*14, 21* 18:*5,*
*9* 19:*5, 7, 18*
20:*23* 21:*21*
24:*12, 19* 26:*2, 6*
32:*18, 22* 34:*19*
36:*23* 37:*19*
39:*10* 41:*6, 16, 19*
42:*12* 43:*15*
45:*24* 46:*8, 17, 21*
47:*14* 48:*1, 5, 16*
50:*2, 8, 15* 51:*5, 8,*
*18* 52:*21, 25* 53:*4*

54:*6* 56:*16, 18, 24*
61:*14* 62:*13, 22*
66:*13* 67:*15*
71:*22* 74:*9* 75:*16*
76:*16* 77:*8* 78:*12*
79:*7, 14* 80:*1, 5, 8*
82:*3, 9, 17* 83:*17*
84:*11* 85:*16* 86:*7,*
*12* 87:*12* 88:*11*
90:*12* 91:*15*
99:*24* 100:*2, 12*
102:*22, 25* 104:*2*
105:*10, 13, 22*
106:*11, 12* 107:*21*
109:*14, 25* 111:*14*
112:*19* 113:*3, 11,*
*17* 114:*6, 7* 115:*6,*
*10* 116:*8* 117:*11*
118:*22* 122:*1, 20*
125:*17* 127:*8, 15,*
*20* 128:*16* 129:*24*
130:*24* 131:*8, 9,*
*18, 23* 132:*23*
133:*3, 8, 16*
134:*10, 16* 135:*16*
136:*6, 13, 21*
137:*2, 8, 22*
138:*19* 139:*6, 10,*
*14* 141:*15, 21*
142:*15, 19, 22*
143:*4, 7* 144:*1*
148:*12, 20* 149:*22*
150:*13* 151:*3*
152:*11, 14* 153:*9*
154:*2, 7, 11, 17, 18*
155:*10* 157:*12, 17*
**OKC** 27:*21, 23*
43:*25* 47:*12*
126:*17*
**OKLAHOMA**
1:*2* 2:*4, 5, 9, 10*
7:*7* 10:*6* 17:*8*
20:*2* 24:*24, 25*
25:*8* 27:*3, 11, 15*
44:*1* 58:*4, 12*
65:*24* 112:*23*
131:*7* 154:*20*
158:*3, 17* 160:*1, 3,*
*7*

**old** 7:*10* 19:*14,
*17* 23:*19* 60:*21*
92:*13* 111:*21*
126:8
**older** 11:*25*
**omission** 104:*13*
**once** 13:*5* 43:*4*
51:*1* 101:*9* 143:*1*
**ones** 14:*20* 79:*21,
22* 153:*25*
**on-the-record**
109:*12*
**Ooh** 49:*25*
**open** 59:*15*
**opened** 55:*21*
121:8
**opening** 52:*11*
**Operating** 13:8
**opportunity** 128:*1*
**Order** 3:*14* 29:*3*
31:*1* 109:*17*
110:4, 5* 112:6
114:9 115:22
117:8 126:*12, 17*
**ordered** 63:2, *6*
112:3
**orders** 126:*10*
**orientation**
117:*18, 20, 23*
**original** 105:*23*
**OSHA** 13:*16*
**ounce** 148:*9*
**outline** 139:*16*
**outside** 6:2 53:*15*
136:*24* 137:3
**outstanding** 26:*25*
27:5
**owe** 121:*16*
122:9 124:*21, 25*
125:4
**owed** 121:22
**Ozark** 57:*16*

**< P >**
**p.m** 75:*20* 112:5
113:*18* 114:22
115:7 127:9
157:*18*

**Pack** 115:*16*
147:22
**Package** 25:*19*
**pads** 120:22
**Page** 3:*1* 101:*18*
104:8 106:*1*
108:*17, 18* 113:*25*
159:6
**paid** 23:*13, 14*
30:*11, 12, 13, 14*
31:5 32:22 34:*13*
35:20 37:*1, 2*
54:22 61:*12* 63:*1*
64:*12, 13, 14, 18*
112:9, *13* 114:*14*
116:*1, 10* 117:*21*
118:*10* 121:*1*
141:*18, 20, 25*
**pain** 128:*12*
**paper** 65:*3, 4*
95:*21* 102:9
111:*15*
**papers** 18:8
35:*17*
**paperwork** 64:*18*
86:6 94:*21, 25*
145:*25* 146:5, *18,
22* 149:8
**par** 22:*11*
**Paragraph** 96:*20*
109:*24* 112:2, *12*
115:*25*
**Park** 8:*13* 9:*19,
23*
**Parker** 48:*13*
57:*10, 11*
**parking** 109:*4*
**parole** 44:*10, 11*
**part** 8:7 11:*15*
13:*10* 14:*10, 11*
155:*13*
**particular** 13:9
22:*1* 76:*12* 110:5
145:*20*
**parties** 160:7
**part-time** 57:6
**pass** 11:*13, 16*
12:*20*
**passed** 12:*21*

**passenger** 39:*24*
70:*11, 12*
**patience** 157:*10*
**patient** 73:*1*
**patrol** 67:*12*
**pay** 28:*12, 15*
31:3 32:5, *14*
33:*16* 34:*12*
36:24 38:*11* 39:8
56:2 61:8, *19*
63:*13, 24* 64:3, *10,
16* 72:*15* 76:7
77:*13, 16* 78:*18*
99:*15* 103:*24*
104:*21* 107:*11*
109:*18* 110:7, *9,
10, 18, 21, 24*
111:2 113:2
114:*12, 21* 115:6,
*22* 116:*6, 25*
117:3, *8* 118:9
119:*13, 15* 120:*11,
17, 20* 121:*10*
122:*21* 123:*13, 23,
24, 25* 125:9
127:*15, 16* 128:*20,
25* 129:2, *5, 6, 9,
10, 12, 17* 153:*16*
154:8
**paycheck** 56:3, *4,
10*
**paying** 29:*3* 30:9,
*17* 99:*18* 116:*15,
17, 21* 120:5
121:*12, 14* 124:6
**payment** 31:*24*
33:*19* 99:*21*
109:*19* 110:*17*
111:6 114:*16*
122:4 125:*24*
**payments** 28:*24*
29:*1* 110:*1*
118:*25* 121:3
123:3, *8* 126:8
**Pederson** 2:6 3:*1*
5:5 9:*4, 18* 10:*15*
15:*11* 18:*16, 18*
41:9, *18, 21, 22*
65:*10, 14* 73:6, *15*

**passenger** (cont'd above) 75:9, *21* 76:*14, 17,
18* 78:*16* 79:*13,
19* 80:3, *5* 81:*16*
82:3, *4* 88:*11, 12*
98:*1, 2* 100:*13*
104:*14* 109:*14, 16*
113:*11, 15, 19*
123:*19, 23* 124:3,
*13, 19* 125:*18*
126:7 127:*1, 23*
130:2, *17* 145:5
157:*16*
**pen** 102:8 112:22
**penitentiary**
10:*25* 39:2 81:*12*
84:9, *10* 90:*23*
96:*17* 99:3
129:22 139:*25*
**people** 5:9 17:*16*
31:23 33:*13*
37:22 70:*14*
**people's** 70:*10*
**Peoria** 70:*21*
**Pepsi** 58:*11, 13,
20* 59:9
**percent** 88:*1, 3*
90:5 150:*10*
151:7, *9*
**percentage** 99:*14,
16*
**percentages** 99:*20*
**perfect** 45:*17*
**period** 129:*18*
**periodic** 97:*12*
**perjury** 102:3
**permits** 12:*23*
**perpetuity** 124:2,
*5*
**person** 10:*11, 14*
24:*15* 33:*14* 38:*4*
44:25 46:*15* 59:9
92:5 94:*3* 111:*1*
**Personnel** 59:*17*
**person's** 27:7
**pertain** 85:*11*
**pertaining** 109:9
**Peterson** 5:6
**phone** 42:*16*
60:*12, 21, 23* 64:3,

5 112:24  117:1
120:7, 9, 12, 20
122:15  128:16
129:5, 6
**physically** 132:2
**picked** 152:5
**Pie** 117:14, 19
**place** 11:12
38:20  116:15
158:11
**places** 18:14
21:18, 20, 21  22:5
55:12  58:8
**Plains** 17:7, 11, 15
18:6  19:16, 20, 23,
25  20:18  21:8
**Plaintiff** 1:2
79:23, 24  93:21
113:20  114:11, 14,
16  128:4  157:8
**PLAINTIFFS**
1:18
**Plaintiff's** 76:14
114:10
**plan** 33:19
110:17  111:6
114:17  120:15
**plans** 31:24
**Plastic** 57:10, 11
**Plastics** 48:14
**playing** 14:18
**plays** 140:24
**Plea** 3:12  80:13
81:1  87:23  90:17,
24  91:21  95:2, 4,
8, 17  97:2, 5, 9
98:3  100:2
103:15  104:7
105:20, 23  107:17
137:25  138:9
140:14  144:3, 5, 9
145:4, 17, 24
148:3, 12, 16
149:9  150:18
155:18  156:3, 9,
12
**plead** 91:3  100:14
**pleading** 95:12
97:6  154:21

**please** 6:12
125:15  141:10
**plus** 103:24
**point** 18:17  33:1
149:14
**pointed** 145:5
**pole** 50:22, 23
**poles** 49:2  53:24
**police** 34:17
39:16, 17  44:1
66:2  67:4  69:12,
16, 25  70:17, 20,
24
**popped** 67:13
117:15, 18
**portion** 109:12
**position** 51:24
52:3  140:25
**possession** 87:7
**possibility** 150:18
**possible** 18:12
35:2  65:1  75:23
106:23  132:14
**possibly** 63:22
89:1  122:10
**potential** 139:17
**potentially** 149:19
**prepared** 109:11
124:12  135:1, 10
140:12
**prepped** 14:6
**prescribed** 85:1
**presence** 136:24
137:3
**present** 76:19
77:8, 20
**presented** 92:17
**pretty** 35:4  51:6
52:23  66:25
71:10  72:14
83:16  84:7  90:20
91:4  93:10
108:13  116:22
127:6  131:3
**previously** 73:10
87:5  114:20
**prior** 14:17
103:7  138:1, 14,
16

**prison** 60:10, 13
72:6  108:13, 14
110:7  140:3
149:20
**prisoner** 15:20
**privilege** 81:20, 24
**probably** 10:17
20:21  29:19  34:7
38:24  45:18
54:20  68:17
**probation** 44:11
**Procedure** 4:6
**proceeding** 106:16
**proceedings** 84:21
85:20  105:17
106:22
**process** 31:23
44:10
**processed** 97:11
**produced** 79:16,
17, 24
**professional** 85:7
**program** 12:14,
17, 18  13:10
15:25  23:23
87:18, 19
**promise** 153:23
**proper** 14:8
123:22
**property** 87:8
**propounded** 5:3
**prosecuted** 102:3
**prosecuting**
136:19  156:5
**prosecutor** 135:9
136:24  154:4
**provide** 13:14
25:23
**public** 141:22
158:16, 20
**pull** 40:15  104:15
**pulled** 38:23
39:25  40:1  44:18
51:1  62:10, 11, 13,
20  65:20, 21  66:1,
3, 19  67:1, 6, 7, 8,
9, 12, 16, 25  69:4,
5, 10, 18  70:5, 8,
14  71:2, 9, 24

72:3, 8, 13, 18
73:10, 19, 22  74:5
113:20
**pulling** 67:2, 11
70:5, 7
**punishment** 89:14
139:17
**pursuant** 4:5
160:7
**put** 16:7  23:7
38:6  40:9  44:24
50:22, 24, 25
53:13, 14  54:14
81:14, 17  82:7
83:12  95:7  96:8
99:21  119:19, 20
147:14  155:12
**putting** 57:13
119:19

**< Q >**
**question** 6:13
18:12  73:3, 16
74:3  78:8  79:8
83:22  90:13
96:23  101:13
114:3  125:12, 19,
20, 21  126:5
127:12  129:15
131:14  136:12
143:21  150:1
152:19, 21, 24
154:15, 25
**questions** 5:3, 18
35:21  81:25
83:18  100:8, 9
102:10  107:23
130:3, 8  131:1
140:20  145:25
146:3  156:17
157:8
**quick** 18:11
91:14  130:7
**quite** 54:24

**< R >**
**ran** 55:17
**range** 89:14

**Professional Reporters**
800.376.1006
www.proreporters.com

read  13:*18*  82:*11*
83:*7, 10*  84:*13, 16*
86:2  90:*7, 8, 12*
95:*25*  96:*6*  97:*23,
24*  98:*24*  106:2,
*13*  107:*23*  114:2
158:*7*
reading  65:*8*
76:*13*  83:*21*
96:*21, 22, 23*
102:*10*  107:*4*
108:*1*  114:*6, 18*
ready  106:*8*
114:*5*
real  54:*17*  91:*14*
really  36:2  56:*5*
138:*18*  147:*20*
reask  143:*20*
reason  26:*6*
43:*14*  70:*13*
71:*24*  77:*12*
131:*16*  132:*16*
recall  10:*24*
12:*11*  13:*10*
17:*11*  21:*16*
23:*11*  26:*12*
34:*25*  35:*1*  55:*5*
61:*16*  76:*20*  81:*6,
9*  86:*10, 11*  90:2
97:*15*  101:*24*
108:*1*  110:*4, 14*
118:*13, 14*  121:*18*
122:*5, 8*  126:*16*
131:*22*  138:*12, 17*
139:*4*  145:*14, 18,
19, 22*
recalled  32:*25*
33:2  78:2
recalls  65:*12*
receipt  64:*19, 25*
65:*4*
receipts  29:*2, 3*
126:*8, 11, 17, 20*
receive  12:*22*
received  86:*1*
receiving  118:*25*
recollection  20:*16*
47:*15*  78:*21*

101:*14*  106:*15*
121:*21*
recommend
155:*25*  156:*6*
recommendations
138:*23*
record  18:*13*
41:*21*  81:*18*  82:2,
*21*  88:*6*  104:*11*
124:*7*  127:*21*
130:*7, 16, 19*
156:*24*  157:*13, 15*
recorded  126:*15*
records  134:*17*
recurring  116:*9*
122:*14*
Red  112:*1*
reddish  92:*11*
Reece  53:*18*
referring  76:*12*
refresh  138:*15*
regard  13:*15*
related  86:*7*
relates  140:*15*
relating  76:*6*
relative  160:*7*
released  18:*5*
43:*15*  44:*9*  60:*10,
13, 24*  72:*5*  103:*7*
relevance  81:*23*
remained  103:*9*
remember  7:*25*
8:*3, 6*  9:*24*  10:*1,
18, 21, 22*  13:*1*
20:*3, 5, 8*  21:*23*
22:*1, 16, 25*  23:*6,
7*  25:*12*  27:*7, 24*
28:*1, 9, 17, 20, 22*
31:*22*  32:*22*  34:*5*
35:*3*  49:*9, 11*
53:*16, 19, 20*  54:*2,
3, 21*  55:*7*  56:*10*
57:*1*  59:*2, 9*
60:*15*  63:*15*
72:*10*  76:*10*
80:*18*  91:*23*  92:*8*
96:*21, 25*  98:*7, 25*
107:*2, 7, 21*
110:*14*  111:*17*

118:*10*  133:*16*
138:*5*  141:*10, 11,
24*  145:*8, 11, 16,
23*  146:*14*  147:*1*
148:*18, 24*  149:*11,
12*  151:*6*
remembers  78:*24*
Remind  41:*22*
reminder  9:*10*
rendition  109:*12*
renew  13:*4, 6*
rent  118:*24*
119:*11, 13, 15, 20*
120:*4*
renting  119:*12*
repeat  8:*5*
111:*24*  137:*12*
152:*22*  156:*1*
rephrase  131:*17*
reply  5:*3*
REPORTED  1:*25*
159:*1*
Reporter  4:*7*  6:2
9:*2, 6, 11, 13, 16*
10:*10*  15:*3*  82:*22*
83:2  92:*19*  124:*7*
154:*9*  157:*9*
160:*6*
represent  5:*13*
80:2  131:*6*
133:*11*
representation
130:*7*
representing
154:*12, 20*
requesting  97:*13,
14*
required  87:*24*
112:*6*
requirement
129:*12, 17*
Requiring  109:*19*
respect  148:*10*
response  86:*4*
113:*25*  114:*4, 13*
Responses  113:*21*
responsibility
155:*12*

rest  44:*14*  56:*13*
96:*15*  120:*23*
restate  6:*13*
result  12:*22*
resulted  152:*8*
review  63:*3*  65:*17*
reviews  97:*12*
revoked  152:*9*
153:*1, 4, 6*
revoking  150:*18*
rid  129:*16*
ride  27:*21*  28:*13*
29:*10*  30:*4*  47:*1,
6*  119:*5*
rides  47:*12*
right  6:*9*  8:*25*
19:*10*  24:*21*  28:*5,
18*  32:*3, 4, 7*
33:*18*  37:*16*
38:*18*  42:*20*  44:*3*
46:*16*  53:*7*  55:*7*
57:*1*  60:*1, 16*
63:*7*  74:*7, 25*
75:*1*  78:*7*  82:*15*
83:2  86:*5, 6*  89:*8*
91:*22*  92:*22*
95:*16*  96:*19*
98:*15*  102:*17, 22,
25*  104:*9*  105:*10*
106:*25*  107:*3*
112:*23*  115:*18*
117:*7*  120:*7*
122:*23*  124:*22, 25*
125:*5*  126:*23*
127:*1, 2, 3*  128:*7,
23*  130:2  133:*20*
134:*23*  135:*5*
137:*6*  139:*8, 15*
140:*1, 5, 9*  141:*1*
144:*3, 19*  152:*4, 9*
153:*18, 22*  155:*15*
156:*8*
rights  90:*14*  95:*5*
ring  109:*5*  138:*15*
risk  149:*23*
robbery  86:*13, 21*
87:2, *4, 24*
room  10:*14*  107:*9*

**round** 104:*22*
107:*12*
**route** 150:*12*
**RPR** 1:*25* 159:*1*
160:*20*
**Rules** 4:*5*
**run** 14:*6, 7*
**runaround** 117:*1*
**rushing** 142:*4, 23,*
*24*

**< S >**
**safe** 126:*18*
**safety** 13:*20*
**Samsung** 120:*10*
**Sanders** 36:*8, 9*
80:22 81:7 82:*18*
89:*23* 92:*23, 25*
93:*2, 4, 15* 95:*15*
98:*8, 21, 23*
101:*23* 103:22
131:*25* 132:2
133:*24* 136:7, *17*
139:*16* 141:*17*
142:2, *21, 23*
143:*10, 23* 144:*4,*
*21* 145:2 150:*3,*
*16* 151:*11, 12, 13,*
*23* 155:*20*
**saved** 30:*10*
**saw** 36:*10* 67:*19*
98:*12, 18* 104:*8*
152:*18*
**saying** 10:*14*
46:*12* 62:*14* 63:*8*
71:*11* 81:*9, 14*
83:*17, 24* 86:*20*
91:*4, 5* 94:*25*
107:22 108:*5, 6,*
*10* 116:*8* 124:*9*
128:*19* 140:*18*
147:*4* 151:*22*
**says** 5:*2* 65:*15*
67:*17* 76:*5, 12*
80:*21* 81:*1* 84:*19*
85:*18* 86:*8, 15*
87:*7* 88:*5, 10*
89:*13* 95:*3* 97:*1,*
*2, 8, 10* 98:*3*

100:*13, 17* 101:*25*
102:2 108:*20, 24*
109:*1, 2* 112:*3, 11*
113:*1* 114:*8*
115:*24*
**School** 8:*10* 11:*1,*
*2, 7, 8, 17, 19, 20*
12:*3, 4, 5* 15:*1, 9,*
*24* 83:*5* 87:*8*
120:*1, 3* 139:*1*
**science** 16:*18*
**scrape** 34:*11*
**screen** 67:*13*
105:*14* 115:*20*
**screws** 50:*22, 23,*
*25*
**scroll** 80:*12* 114:*5*
**seal** 160:*7*
**search** 68:*11*
**Seasonal** 26:*5, 7*
54:*18* 55:*9*
**second** 37:*21*
59:*7* 62:*24* 65:*11*
88:*25* 91:*11*
112:2 123:*15*
154:2
**secondly** 123:*21*
**Sedrick** 53:*18*
**see** 11:*8, 16* 18:*1*
30:*21, 22, 23* 31:*1*
32:*11* 37:*13* 45:*4*
63:*21, 23* 64:*6*
65:*12* 66:*22* 79:*6*
80:*5, 7, 8, 10, 16*
81:*3* 93:*3* 94:*15*
98:*5, 16* 101:*17,*
*21* 103:*15* 104:*17*
105:*10, 13* 106:*6*
108:*18* 109:*21*
110:*16* 112:*2, 25*
113:*23* 114:*8, 18*
115:*20, 24* 116:*23*
117:*7* 132:*18*
133:*25* 134:*17*
155:*7*
**seeing** 40:*16*
80:*6* 93:*19*
149:*12*

**seen** 45:*9* 67:*2,*
*10* 80:*18* 103:*2*
104:*25* 105:*7*
149:*8*
**selected** 58:*18, 25*
**Seminole** 10:*4*
**send** 139:*24*
**sending** 29:*4*
31:*9* 99:*22*
**sense** 56:*18*
131:*15* 138:*19*
**sent** 30:*5* 59:*12*
79:*11* 126:*13*
133:*19*
**sentence** 19:*21*
87:*25* 97:*13, 14*
99:*9* 107:*24, 25*
108:*4, 7, 9, 11*
140:*15* 149:*15*
152:*9, 25* 155:*24*
156:*6*
**sentenced** 95:*17*
102:*16* 103:*1, 10*
148:*25*
**sentencing** 76:*7,*
*10, 19* 77:*9, 12*
80:*24* 87:*18, 19*
93:*25* 102:*24*
104:*18* 105:*20*
106:22 144:*17*
**September** 19:*4*
80:*15* 105:*17*
114:*8* 115:*4*
117:*9* 145:*7*
**serious** 78:*8*
**serve** 87:*25*
151:*25*
**service** 60:*22*
**services** 58:*15*
**set** 33:*18* 113:22
114:*16* 123:*18*
160:*7*
**setting** 110:*1, 17*
114:*10*
**seven** 20:*21*
**shackles** 91:*17*
**Shannon** 7:*19, 21*
**S-h-a-n-n-o-n** 7:*21*

**SHARONICA** 1:*9*
4:*4* 5:*1* 9:*9*
10:*16* 41:*12*
75:*13* 78:*14*
82:*12* 100:*7*
108:*24* 109:*2*
113:*20* 123:*15*
124:*19* 125:*15, 18*
126:*4* 127:*5, 10*
136:*11* 148:*2*
152:*13, 20* 155:*4*
157:*1, 3* 158:*6, 13*
159:*1*
**Sharonica's** 18:*13*
**sheet** 13:*18, 20,*
*21* 159:*1*
**sheriff** 31:*14*
32:*8* 105:*1*
**sheriffs** 105:*2*
**sheriff's** 69:*14*
**shifts** 49:*25* 50:*3,*
*16* 55:*2*
**shipped** 18:*23*
19:*19, 20* 132:*22*
**shoe** 34:*20*
**shoes** 135:*21*
**shop** 12:*16* 13:*12,*
*15*
**short** 35:*24*
111:*19* 113:*9*
147:*23*
**Shorthand** 4:*7*
160:*6, 7*
**show** 62:*25* 65:*9,*
*11* 79:*5* 104:*2*
113:*3*
**showed** 14:*10*
**showing** 109:*16*
**shows** 88:*7*
**siblings** 8:*19, 20*
20:*12* 118:22
119:*24*
**sic** 17:*25* 36:*20*
**side** 8:*9, 11* 32:*8*
44:*19* 70:*21*
73:*23* 94:*22*
**sidetracked**
155:*17*

**SIGLER** 1:8
5:14 77:15 78:17
114:9, 11, 13, 21
115:10 128:6
**sign** 44:13
101:10 111:15
**signature** 98:9, 10
102:5
**signed** 18:7
45:15 89:9, 11
95:20 114:9
**simple** 73:16
**sir** 5:12, 16, 22, 25
6:3, 6, 10, 15 7:24
8:2, 15 9:1, 21
12:6, 12, 21 13:11
14:14, 18 15:15,
18, 23 16:22, 25
19:11 21:3, 11, 22,
25 22:4, 9, 17, 24
24:6 25:9, 11
26:11, 17 27:6, 9,
12 28:6, 10, 25
29:8 30:1, 5
32:21 33:7, 22
34:17 35:5 36:8,
18 38:2, 8, 14, 17
39:24 40:2, 24
41:1, 5 42:21, 22,
25 43:2 44:7
45:14 46:4, 17, 19
47:3 48:10, 23
49:10, 17 50:17
52:20 55:17
56:25 58:7 59:18
61:1, 13, 22 62:15,
23 63:5, 8 65:3,
19 66:6, 14 67:5
68:22 70:17 71:7,
15 73:22 74:8, 12
76:4, 22, 24 77:3,
5, 10, 13, 18, 21
78:3, 19, 22 80:11,
17, 20, 25 81:4, 8
82:8, 20, 25 83:3,
6, 10, 16 88:20, 23
89:3, 6, 9, 12, 17,
25 92:17 93:2, 18
94:4 95:19 97:16

98:9, 13, 17, 22
99:13 100:4, 20
101:16 102:7, 14,
18, 20 103:8, 17
104:19 107:3, 19
108:2, 19, 25
109:22 110:19, 21
111:22 112:18
114:19, 23 115:2,
5, 13, 23 116:7, 14
117:6, 22 118:2, 6,
16, 18 120:6, 8, 16,
25 121:15, 18
122:12 126:10
127:14 128:2, 8,
15, 24 129:1, 9, 20
130:1, 23 131:2,
13, 19 132:6, 9
133:7 134:19, 22,
24 135:7, 15
136:8, 20 137:4, 7,
16 139:19 142:1,
6 145:10 146:24
147:9, 14, 20
148:23 149:21, 24
152:7 154:14
156:15, 22
**sister** 40:14
47:13, 18, 22 59:5
76:3
**sit** 37:23 91:17
126:2 153:10
156:9
**sitting** 32:8
40:21 94:21
**situation** 22:22
**six** 17:12 20:21
38:24 55:4 122:6
129:18
**Sixth** 10:2
**skill** 13:9
**skills** 13:9
**sleep** 15:12
**slowly** 9:10
152:18
**small** 7:1 68:1
96:6, 8
**smaller** 106:5

**Smith** 42:4, 5
43:11
**smoking** 45:22
**smoothly** 123:10
**snappy** 147:23
**social** 16:18
**somebody** 27:4
67:2, 11, 12 91:12
120:15 135:4, 6
150:17 155:14
**soon** 35:12
**sorry** 8:5 15:3
16:4 17:2 21:19
48:16 56:16
70:19 100:12
105:22 111:24
130:18, 24 147:25
152:12
**sort** 104:12
131:23 142:3
148:22 150:2
**sought** 22:2
**sound** 63:7 94:24
143:22
**Sounds** 41:16
107:4 143:10
**source** 119:22
**Southern** 17:7, 10,
15 18:6 19:16, 20,
23, 24 20:18 21:8
**spar** 72:25
**speak** 6:14 9:10
36:2 130:13
148:19
**speaking** 33:15
**specifically** 135:2
**specifics** 84:12
**specify** 22:14
**speculate** 123:18
**spell** 25:4 54:9
66:11 103:20
**spellings** 9:3, 14
157:11, 14
**spend** 81:11 84:9
90:22 96:15
108:13 119:4
144:13
**split** 91:10

**spoke** 130:11
**spot** 13:25 155:12
**SS** 158:3 160:3
**stacked** 99:13
129:21
**stamp** 80:14
**stamped** 109:20
117:9
**stand** 147:15
**standing** 99:21
**start** 6:19 111:10
122:25 131:10
**started** 21:17
25:9, 15 26:20
31:25 62:4 83:18
91:25 93:19
134:3
**starts** 114:2
**STATE** 2:6 86:8
97:13 154:13, 20
155:24 156:5
158:3, 6, 16 160:1,
6
**stated** 91:24
**statement** 92:21
94:2 100:6
**statements** 102:4
**STATES** 1:1
**stay** 15:11 20:13
24:16 44:14
45:10 46:24 48:6
127:5
**stayed** 19:13
45:20 47:23
57:25 70:17, 18,
20
**staying** 19:12
20:15
**Steel** 48:10, 15, 19,
22 50:12
**step** 37:17
**Steven** 42:4, 5
43:10, 15
**Stigler** 36:20
**stipulate** 109:11,
15 140:13
**stipulated** 4:3
**STIPULATIONS**
4:2 160:7

**stood**  23:*1*  33:*20*
92:*23*
**stop**  67:*16*  68:*4*,
*16*, *18*, *21*, *24*
70:*16*
**stopped**  39:*13*, *18*
**storm**  33:*10*
**story**  56:*1*
**straight**  19:*9*
**strange**  150:*1*
**Street**  2:*4*, *9*
109:*3*
**streets**  24:*13*
103:*14*
**stretch**  113:*10*
**strike**  46:*6*
**strings**  34:*21*
**strip**  49:*3*
**stripped**  34:*20*
**studies**  16:*18*
**study**  16:*1*
**stuff**  26:*21*  39:*20*
53:*8*, *24*  67:*14*
102:*8*  119:*4*, *21*
135:*21*  136:*4*
148:*22*
**subject**  87:*17*
**subpoenas**  79:*23*
**Subscribed**  158:*15*
**substances**  84:*20*
**suffering**  128:*12*
**suicidal**  17:*16*
**Summary**  80:*13*
90:*20*
**supported**  81:*21*
**supposed**  35:*9*
43:*20*  44:*6*, *15*, *20*
45:*10*, *13*  56:*9*
**Sure**  18:*16*  30:*5*,
*6*  35:*4*  54:*24*
123:*22*  124:*17*
140:*19*  145:*15*
152:*13*, *19*  156:*3*
**suspend**  129:*11*
**suspended**  108:*3*,
*4*, *11*  149:*10*, *15*
152:*9*, *25*
**Sutter**  131:*7*, *21*

**switched**  12:*3*
52:*13*  84:*2*
**sworn**  5:*2*
158:*15*  160:*7*
**system**  97:*11*
99:*1*, *2*, *12*  116:*13*
121:*7*  131:*7*

< T >
**Taco**  48:*13*
56:*20*, *21*  57:*8*
58:*3*, *5*, *9*, *10*  59:*3*
61:*21*, *25*
**take**  6:*16*, *17*
9:*11*  11:*14*, *15*, *25*
13:*22*  16:*15*  21:*1*
24:*5*  28:*16*  33:*23*
34:*20*  35:*16*
38:*20*  41:*10*, *11*,
*17*  59:*15*  66:*18*
72:*19*  75:*9*  81:*10*
84:*8*  90:*22*  92:*20*
94:*2*  96:*12*, *13*, *20*
99:*16*  109:*23*
113:*9*, *15*  117:*16*
118:*7*  127:*2*
139:*23*  140:*4*
142:*22*  144:*13*, *25*
149:*5*  155:*12*
156:*23*
**TAKEN**  1:*13*  4:*4*
73:*20*  74:*4*  159:*1*
160:*7*
**talk**  5:*19*  15:*7*
30:*2*  31:*21*  63:*14*,
*16*  68:*1*  98:*21*, *23*
103:*21*  128:*1*
135:*5*, *6*  147:*21*
**talked**  16:*1*
27:*24*  28:*7*  42:*10*,
*15*  55:*12*  77:*22*
78:*20*  107:*20*
108:*23*, *25*  140:*23*
146:*15*
**talking**  10:*11*
31:*20*, *23*, *24*  32:*7*
36:*4*  70:*2*  85:*13*
91:*25*  98:*7*  107:*6*,
*23*  108:*7*  114:*25*

124:*8*  132:*25*
133:*22*  134:*4*
137:*14*  140:*6*
141:*2*
**talks**  87:*25*
103:*18*
**Tallulah**  6:*25*
7:*6*  62:*8*  118:*16*
**tampons**  120:*22*
**taught**  13:*18*
**teaching**  16:*23*
**tech**  11:*6*, *7*  12:*8*,
*9*, *13*  16:*2*
**technology**  11:*7*,
*15*, *16*, *17*
**tell**  6:*8*  13:*6*
45:*6*  48:*16*  50:*13*
54:*1*  58:*18*, *24*
66:*7*  78:*23*  84:*14*
89:*23*  90:*9*  91:*7*
92:*25*  93:*15*  94:*8*
95:*25*  111:*8*
139:*12*, *20*  140:*2*
141:*10*  142:*2*
146:*7*, *11*  147:*16*
148:*13*, *14*  154:*16*
157:*3*
**telling**  32:*12*
64:*8*  71:*11*  93:*10*
94:*22*  95:*12*, *14*,
*15*  100:*22*  108:*12*
**temp**  48:*14*
54:*17*  57:*9*
**temperature**  50:*10*
**temporary**  49:*20*
**Tenth**  11:*4*, *5*, *9*
16:*12*, *16*
**terminology**  138:*8*
**terms**  84:*17*
138:*8*  140:*20*
144:*16*
**test**  11:*14*
**testified**  157:*4*
**testify**  76:*6*  160:*7*
**testimony**  6:*1*
73:*2*  81:*23*  138:*5*
158:*10*
**tests**  12:*19*

**Thank**  74:*9*  82:*3*
130:*3*, *4*, *17*, *24*
133:*9*  156:*21*, *22*
157:*9*
**Thanks**  9:*7*, *16*
76:*16*  155:*4*
157:*17*
**theirself**  17:*25*
**thin**  69:*22*  70:*3*
**thing**  32:*3*  49:*21*
94:*9*  98:*24*
100:*21*, *24*  101:*10*
102:*7*  116:*9*
144:*15*  147:*4*
155:*5*
**things**  10:*18*
12:*13*, *16*, *19*
13:*19*, *23*  14:*1*, *8*
15:*7*, *9*  16:*19*
17:*24*  21:*14*
35:*25*  42:*14*
44:*22*  47:*9*  49:*3*,
*4*  51:*4*  55:*18*
57:*14*  72:*2*  73:*11*
82:*5*  83:*24*  93:*14*
107:*22*, *25*  115:*16*
119:*18*  127:*19*
142:*25*  147:*22*
**thingy**  150:*21*
**think**  7:*9*  11:*22*,
*23*  13:*17*  17:*8*
21:*5*  22:*5*  25:*14*
26:*4*, *14*  32:*24*
33:*9*  34:*2*, *14*
36:*19*  37:*3*, *5*, *7*,
*10*  45:*2*, *11*  47:*16*
50:*6*  54:*23*  59:*4*
60:*3*, *14*  61:*9*
62:*16*  64:*11*, *13*,
*14*  70:*13*  71:*24*
73:*4*, *24*  79:*21*
85:*13*  86:*20*
92:*10*  93:*8*  94:*11*,
*19*  99:*4*, *6*  101:*12*
103:*4*  106:*17*
108:*17*  121:*22*
122:*6*  123:*11*, *24*
124:*16*, *17*  127:*6*
138:*3*  140:*24*

147:*14*  148:2
149:*8*  152:*23*
156:*16*  157:*1, 7,*
*12*

**thinking**  45:*13*

**Third**  1:*20*  37:*21*
112:*12*  115:*24*

**third-party**  79:*23*

**Thomas**  5:*13*
63:*4*  113:22
128:6

**thought**  73:7, *9*
79:*19*  97:6, *16*
105:*21*  127:*11*
151:7  153:*4, 7*

**three**  43:*11*
50:*14, 15*  72:5
103:5  121:5, *9*
128:5

**tied**  143:*12, 23*

**tightens**  51:*3*

**time**  7:*14*  8:4, *21*
14:*15, 17*  20:*1*
21:7, *8*  22:3, *13*
23:2, *8*  24:*13*
26:16  27:12
28:23  29:*1, 2*
31:*10*  34:23  35:2
36:*4, 15*  38:8, *16*
39:*11*  42:3, *10, 20,*
*21*  44:*14*  45:9, *16*
47:5  48:8  50:*13*
56:*15*  57:8  61:*17*
62:*10*  64:*10, 11,*
*14*  65:2  66:22
67:*1, 10, 12*  69:7,
*8, 14*  71:2  72:*13*
73:25  76:*10*  77:8,
*15, 17*  80:23
81:*11*  84:9  86:25
91:9  94:*17, 20, 21*
96:*18*  97:5  99:*20*
102:16, *19*  103:*10,*
*23*  104:7, *18*
107:*20*  109:*18*
111:*1*  114:*20*
115:8, *11, 13, 22*
117:8  122:*3*
124:8  129:6, *10*

130:*25*  134:*8, 13,*
*14*  137:*9*  139:*2,*
*23*  141:*16*  144:*11*
145:*23*  146:9, *15*
147:*1*  151:*25*
152:*4*  154:*7*
155:6  156:*20*
158:*11*

**timeline**  131:*24*

**times**  38:*21, 24*
41:2  69:*5, 11*
70:*8, 15*  71:*10*
72:*18*  73:*18, 21*
74:*5*  83:*11*  121:*9*
133:*23*  134:*10*
145:*19*  151:*5*
157:*4*

**tired**  113:7  141:*3*
157:*1*

**titled**  117:*8*

**today**  5:*18, 21, 24*
79:*11*  105:*8*
124:*3*  126:*2*
128:*4, 10*  131:*1*
132:*15*  133:*1*
156:8, *9, 11*

**told**  11:*14*  12:*10*
22:9, *25*  23:*22*
26:*25*  27:*17*  28:*3,*
*10*  29:22  30:*20,*
*23, 25*  32:*10*  33:7
35:22  36:*20, 24*
37:*14*  38:8, *24*
40:*14, 18*  44:*11,*
*18*  46:*24*  47:2
51:*16*  58:*21*
59:*10, 23*  60:*4, 5*
61:*18*  63:*16, 20,*
*23*  64:5  70:4
72:*1*  73:25  74:*22,*
*23*  75:2  77:*16, 20*
79:*1*  83:*10*  84:5
85:*22, 23, 24*
86:*17*  88:2  90:*3,*
*4*  91:*1, 6*  92:*15*
93:*1, 2, 4*  94:9
95:7  97:*21*  99:*25*
100:*5, 18, 19*
101:*5, 7*  103:*23*

104:*19, 23*  106:*21*
107:*14, 17*  110:*7,*
*18*  111:*3, 4, 6, 11*
114:*11, 13, 20, 25*
115:6  116:*24*
117:*15*  118:8
135:*19*  136:2
138:*3*  140:*4, 5*
141:*19*  142:*11, 20*
144:7, *23*  146:*12,*
*15, 20*  150:*3, 9*
151:5, *9, 12, 23*
155:*20*  156:*13*

**Tommy**  53:*18*

**toothbrush**
115:*16*  147:22

**toothpaste**  120:22

**total**  125:7

**tough**  35:*23, 25*
111:*13*  157:5

**town**  7:*1*  8:7

**traffic**  67:*16*
68:*4, 21, 24*  70:*16*

**training**  12:*8*
13:*14, 17*  16:*1*
23:25  49:*14, 16*
52:*13*

**transcribed**  160:7

**Transcript**  3:*13*
105:*16, 25*  106:*13,*
*21*  108:5  138:*14*

**transcription**
106:*4*  158:*10*

**transferred**  95:*23*

**Tread**  69:22
70:*3*  71:*3, 12*
72:*1*

**treated**  85:6

**treatment**  85:*14*

**trial**  93:7  96:*12,*
*13*  102:*13, 14*
140:*4*  144:5
149:*17, 19*

**trials**  142:*8, 9*

**tribal**  55:6

**trick**  139:*11*

**tried**  10:*16*  23:*12*
36:5  51:25  53:*14*
58:*10, 13, 14*

74:*21*  75:7  121:*6,*
*9*

**trouble**  6:*11*
45:*16, 20*  72:*4, 5,*
*6*

**true**  82:*11*  83:*20*
101:*25*  138:*4*
158:9

**truth**  160:7

**try**  10:*13*  31:*18*
48:*17*  52:*4, 9*
58:*20*  64:*3*  72:25
73:*16*  75:*12*
83:*14*  96:6  114:*1*
119:5  124:*20*
125:*20*  131:*17*
137:*13*  141:*14*
143:*20*  152:*23*
153:*11*

**trying**  17:*23, 24*
21:*11*  23:*12, 14*
26:23  28:*21*
42:*13*  44:*21*  45:2
53:2, *3*  79:5  93:6,
*11*  133:*3*  136:*15*
138:*19*  139:*11*
142:*10, 18*  143:9
153:*20*

**Tulsa**  7:7, *8, 10,*
*14*  8:*1, 4, 7, 11, 14*
10:6  12:5  20:2,
*25*  21:*1, 7*  23:*16*
24:*10*  26:*21*
27:*13, 22*  29:*4, 6,*
*9*  30:*9, 13*  38:23
39:*14, 15, 16, 17*
47:*13, 14*  48:8
55:*13*  58:*4*  60:*18*
62:9  66:2  69:*1, 6,*
*12, 14, 15, 25*
70:22  73:*19, 24,*
*25*  74:6  87:8
105:*1*  121:*12, 14,*
*16, 20*  122:*4, 10*
124:*21, 25*  125:8,
*23*  152:5  153:*2,*
*15*  155:*11*

**turn**  27:*19*  28:*11*
64:*16*

turned  19:22
45:6  146:25
twice  24:11  67:9
145:17
twist  50:20
twisting  49:1
50:18  51:6
two  9:25  29:20
33:13  36:19
45:19  49:8  57:23
58:2  60:24  61:4
74:21  77:25
103:5  120:1, 2, 3
123:1  127:2
145:6, 8
type  14:13  71:20

< U >
Uh-huh  55:14
82:16  104:4, 10
105:12  138:2
155:19
ultimate  125:14
ultimately  24:22
unable  114:12
116:6
underneath  98:14
undersigned
158:16
understand  5:15
6:12  7:3  14:2
26:9  83:7, 11, 13,
14  84:4, 6, 14, 17,
18, 21  85:18, 24
86:12, 25  87:17,
22  89:13, 19, 21,
22, 24  90:14, 17,
19  95:3, 6  96:3
97:4  101:20
102:2  116:5, 12
117:2, 5  128:4
129:14  131:15, 24
133:4  134:7, 8
140:5, 23, 25
141:5, 6, 8, 11
143:18  144:6, 11,
16, 18  145:15
146:3, 10  147:19
149:18  150:21

151:14  152:15, 21
153:3, 5, 6, 7, 18
155:22  156:8, 11,
13
understanding
17:4, 19, 21  45:12
49:20  97:1, 9
105:5  137:20
149:13, 16
understood  89:20
95:16  144:15
146:5  149:21
152:19
Unemployed
113:1
UNITED  1:1
units  54:13
universe  79:10
unusual  46:5, 7
UPS  25:9, 13, 18
26:3, 13, 16, 18
30:10  46:22
upstairs  37:19, 21
up-to-date  60:8, 9
use  79:11
usually  68:19

< V >
Vaclaw  5:13
128:6
various  18:14
VCA  98:15
103:19  107:6
vehicle  68:4  70:9,
15
vehicles  70:10
verge  38:19
versus  107:5
Vicksburg  6:22
victims  103:24
104:21  107:11
Vinita  132:11
visitors  46:8, 16
vocational  16:20
vs  1:2

< W >
wait  28:15  33:9,

11  37:23
waiting  43:18
waive  81:19  83:1
walk  31:17, 25
34:15  69:22
walked  24:21
35:12  92:23
want  5:9  41:11
46:10  56:1  65:12
75:10, 11, 22  78:4,
9  79:3  81:17
83:1  113:9  130:6,
15  136:1  140:2, 8
148:13, 20  153:22
154:1
wanted  52:21, 23
82:1, 6  100:5
102:12, 14  139:8
144:5  149:16
wanting  128:9
warehouse  12:15
14:3, 5
warehousing  14:9
warrant  26:25
27:5, 17, 19  28:4,
10, 16  30:19  31:2
33:1  36:16  37:11,
14  38:22, 25
40:11  41:3  58:21,
22  60:1, 2  61:15,
16  63:2, 10, 25
68:20  71:3  72:12
74:23, 24, 25  75:5
117:4, 15, 16, 17,
24  118:1, 4, 8, 13
warrants  21:13
22:12, 19  23:1, 10
26:20, 22  30:3, 15,
16  32:11  33:5
59:1, 2, 11, 15, 16,
23  62:18, 20  70:6
72:15  74:1
118:11, 12
Washington
22:22  24:20  27:1,
17, 25  28:23  29:7,
8  30:15  32:1
33:5  35:6  39:4, 5,
6  41:3  44:16, 17

45:3  58:23  59:24
60:2, 19  61:6, 12
69:19  71:6, 14, 16
72:9, 14, 19  74:24,
25  75:6  76:8, 20
79:24  121:4
122:11  124:22
125:5, 8, 23
129:12  131:25
132:5  133:6, 21
137:9, 15  138:10,
24  139:2  152:1, 8,
25  153:17, 25
watched  104:13
watching  71:12
Water  57:16
WATKINS  1:20
way  14:8  23:2
45:10  73:5  83:13
93:12  99:1, 2
108:21  113:2
130:12  142:18
weapon  86:14, 22
87:2
wear  111:20
wearing  5:7
week  25:21
30:11  49:23  50:4,
14, 15  54:25  55:3
57:4  74:16
120:24  141:7
weekend  28:14
weeks  57:10, 23
58:2  103:5  123:1
weight  92:11
welcome  130:4
well  16:11  19:23
24:11  28:12  29:2,
20  33:14, 20
35:23  38:3, 23
42:5, 19  43:25
44:12, 18  47:16
51:23  56:12
57:25  59:22, 25
66:19  71:16  73:6,
13, 14  96:10  99:2
107:8  111:3
112:24  128:22

Professional Reporters
800.376.1006
www.proreporters.com

129:7  135:22
146:*21*  150:*23*
**went**  14:*15*  15:*24*
16:*12*  17:*8*  18:*7*,
*8, 9, 19*  19:*9, 16,*
*25*  23:*3*  33:*23*
34:*17*  35:6  37:*19*,
*20, 21, 24*  38:*4*
44:*10*  45:5  47:*5,*
*7*  52:*14, 15*  53:*4*
54:6  57:*9*  58:*19*
61:*7, 8, 11*  63:*13*
64:*17*  85:*12*  87:*1*
94:*18*  99:*3*  103:*4,*
*11*  104:*9*  112:*22*
129:*22*  132:*13*
134:*13*  137:*1*
138:*21*  139:*19, 21*
145:*19*  146:*17*
148:*4*  149:*18*
150:*12*  153:*24*
154:*23*  155:6
**we're**  5:*20, 24*
11:*25*  40:*13*
44:*23*  50:*11*
66:*21, 23*  67:*18*
81:*23*  91:*22*
100:*2*  101:*18*
108:*17*  109:*11*
127:*6, 23*  128:*3,*
*10*  133:*21*  137:*14*
138:*7*  140:*12*
141:*2*  142:*9*
**We've**  41:*7*  73:*1*
81:*10*  103:*2*
113:*5*  132:*25*
140:*17*  149:*8*
**WHEREOF**  160:*7*
**Whew**  23:*20*
152:*3*
**Whichever**  41:*15*
**Williford**  2:*1*  3:*1*
130:*21*  136:*14*
140:*18, 22*  141:*5,*
*9*  143:*19*  148:*5,*
*11*  152:*14, 20*
155:*10*  156:*16*
**window**  63:*19*

**wire**  51:6  53:*25*
54:*12*
**wired**  54:*14*
**wires**  49:*1, 5*
50:*18, 19, 20, 24,*
*25*  54:*12*
**wish**  82:*21*
**WITNESS**  9:*5, 8,*
*12, 17*  15:*4*  41:*14*
73:*13*  75:*15, 19*
100:*12*  104:*10*
125:*17*  126:6
127:*8, 14*  130:*4,*
*13*  136:*13*  141:*3*
143:*17*  148:*8*
155:*1, 6*  156:*22*
157:*5, 6*  158:*17*
160:*7*
**witnesses**  75:*23*
**wondering**  42:*19*
**wood**  12:*16*
13:*12, 15, 22*
**words**  82:*7*
84:*17*  96:6, *8*
**work**  14:*17*
23:*22*  25:*20*  26:*2,*
*18*  41:*12*  43:6
49:*7, 23*  50:*11, 14*
52:*1, 8, 16*  53:*14,*
*21*  54:*16, 19*
55:*19*  56:*21*  57:*4*
74:*16*  110:8
119:*5*  122:*15*
**worked**  26:*16*
29:*14*  48:*11, 12,*
*13*  53:*17*  57:8
58:*1, 9, 10*  59:*3*
74:*11*  83:*23*
94:*11*  101:6
116:*13*
**working**  25:*9*
48:*10*  49:*25*  50:*3*
55:*1, 20*  58:*3*
61:*20*  62:2  92:*7*
119:*25*  128:*22*
**works**  75:*13, 16*
79:6  119:*23*
120:*3*

**worst**  157:*5*
**wrap**  75:*12*
**write**  10:*13*
13:*25*  48:*18*
126:*12*
**write-ups**  45:*19,*
*22*
**writing**  98:*14*
**written**  96:*24*
98:2  114:*24*
**wrong**  108:6
140:*2*
**wrote**  56:*12*

**< Y >**
**Y011/1**  80:*14*
**yard**  11:*18*  16:*3,*
*5, 6*  17:*22*  29:*14*
41:*25*  44:*24*  45:*4,*
*18, 22*  99:*19*
**yeah**  10:8  14:*5*
16:*5, 11, 13*  18:*16*
19:*21*  20:*7*  21:*5*
24:*3, 18*  26:*11*
32:*5*  33:2  37:8
38:*12*  39:*5*  40:*5*
41:*9, 18*  46:*1*
50:*1, 3*  52:*10, 23*
53:*3*  56:*4*  57:*21*
58:*19*  59:*21*
61:*18*  64:*13, 14,*
*24*  65:*10*  66:*20,*
*23*  67:*7, 21*  72:*23*
75:*19*  76:*17*  80:*3*
83:*25*  84:*16*
86:*19*  96:*25*
101:*12*  108:*24*
111:*14, 19*  120:*2*
127:*4*  130:*13*
135:*12*  137:*13*
147:*2, 5*  149:*4, 12*
150:*25*  152:*10*
153:*19*  157:*16*
**year**  9:*25*  12:*18*
34:*4, 5*  37:*3*
141:*7*
**years**  10:*8, 23*
20:*20*  36:*19*  61:*4*
72:*5*  89:*14, 20*

90:*23*  96:*16*
97:*17, 18*  107:*5, 6*
108:*2, 3*  139:*25*
140:*3, 9*  141:*3*
144:*13*
**Yeses**  101:2, *4*
**YO**  15:*2, 5, 9*
76:*20*  77:*9*  93:*25*
106:*23*
**York**  1:*21*
**young**  7:*4*  22:*10,*
*15, 18*  87:*18*
**youthful**  15:*1, 4, 5*
22:*23*  97:*12*
132:*24*  137:*8, 15*
144:*1*  149:*1*
150:*5*  152:*1*

**< Z >**
**zero**  89:*15, 22*
**Zoom**  1:*14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

RECEIVED

DEC 1 1 2020

PROFESSIONAL REPORTERS

AMANDA FEESTRA and
SHARONICA CARTER,

        Plaintiffs,

v.

JARED SIGLER, Special Judge of the District
Court of Washington County, in his official
capacity; LINDA THOMAS, District Judge of the
District Court of Washington County, in her
official capacity; RUSSELL VACLAW,
Associate District Judge of the District Court of
Washington County, in his official capacity;
OKLAHOMA INDIGENT DEFENSE SYSTEM,
an Oklahoma state agency; STATE OF
OKLAHOMA, ex rel. OKLAHOMA INDIGENT
DEFENSE SYSTEM; CRAIG SUTTER,
Executive Director of the OKLAHOMA
INDIGENT DEFENSE SYSTEM; and
OKLAHOMA INDIGENT DEFENSE SYSTEM
BOARD OF DIRECTORS,

        Defendants

Case No. 19-cv-00234-JFH-CDL

**ERRATA SHEET – NOVEMBER 2, 2020 DEPOSITION OF SHARONICA CARTER**

| Page:Line | From | To | Reason |
|-----------|------|-----|--------|
| 6:16 | if you need | If you need | Transcription error |
| 6:20 | about of your background | about your background | Transcription error |
| 6:21 | Where were born? | Where were you born? | Transcription error |
| 8:22 | Cater | Carter | Transcription error |
| 10:25 | then, I was | that, I was in | Transcription error |

| Page:Line | From | To | Reason |
|---|---|---|---|
| 29:12-13 | Gilridge | Gilreath | Transcription error |
| 29:23 | Gilridge | Gilreath | Transcription error |
| 30:2 | Gilridge | Gilreath | Transcription error |
| 32:9 | detecter | detector | Transcription error |
| 33:18-19 | set up you a | set you up with | Transcription error |
| 41:15 | clever | better | Transcription error |
| 41:23 | Gilridge | Gilreath | Transcription error |
| 42:2-3 | Gilridge | Gilreath | Transcription error |
| 42:6 | Gilridge | Gilreath | Transcription error |
| 42:11 | Gilridge | Gilreath | Transcription error |
| 43:11 | Gilridge | Gilreath | Transcription error |
| 46:22 | Gilridge | Gilreath | Transcription error |
| 47:6 | Gilridge | Gilreath | Transcription error |
| 64:8 | need my | need to pay my | Transcription error |
| 65:7 | Kevin | Devan | Transcription error |
| 68:14 | "They ain't find no guns. You're | They ain't find no guns. "You're | Transcription error |
| 74:18 | $25.  $25 to $30 | 25.  25 to 30 | Transcription error |
| 83:4 | You | Your | Transcription error |
| 109:10 | Kevin | Devan | Transcription error |
| 142:15 | Jude | Judge | Transcription error |

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.



Sharonica Carter

December 10, 2020
Tallulah, Louisiana

