# EXHIBIT 24

IN THE DISTRICT COURT OF WASHINGTON COUNTY
STATE OF OKLAHOMA
FORMAL ARRAIGNMENT/PLEA
(COURT MINUTE)

DISTRICT COURT WASHINGTON CO OK
JILL L. SPITZER, COURT CLERK
FILED
APR 2 9 2015
BY _C. Faulie_ DEPUTY

STATE OF OKLAHOMA vs: Amanda Marie Ackerson     CASE NO: CF-14-528 (3 cts)
DATE: 4/29/15     JUDGE: DeLapp     COURT REPORTER: A. Narvaez
STATE IS PRESENT BY A.D.A.: J. Sigler     OTHERS: _____
DEFT IS PRESENT, IN PERSON, BY/WITH/WITHOUT ATTORNEY: L. Branstetter

___ Deft failed to appear. Bench Warrant/Bond Forfeiture Requested/Authorized/Granted $_____ Bond

X Deft advised of Constitutional Rights.
X Deft waives jury and non-jury trial.  ___ Deft waives preliminary hearing and two Judge requirement.
X Deft acknowledges name is true and correct. ___ Amends name to: _____
X Deft acknowledges receipt of the information. ___ Waives reading. X Information read.
X Court finds the deft competent, knew right from wrong and understands the consequences of a guilty plea.
X Range of Punishment Outlined.
X Deft pleads/blind pleads: X Guilty. ___ Nolo Contendere. ___ Not Guilty. X Plea given freely and voluntarily.
X Factual basis found after: X Deft was sworn and gave testimony. ___ State presented evidence.
___ Pre-Sentence Investigation: ___ Ordered. ___ Waived.
X State amends to: consents to probation
X State Recommends: Cts I-III: ea. ct - 12 yrs w/ 6 yrs DOC, bal. susp, cc w/ CF-14-465, F&C; CFTs, restitution.

X Court accepts plea   X Court finds deft guilty as charged   ___ Court withholds a finding of guilt   ___ Court passes sentencing.
X Follows States Recommendation   X Court sentences/Adds: Ct I: $500.00 fine, $250.00 VCA, $250.00 OIDS, JIF; Ct II: $500.00 fine, $250.00 VCA; Ct III: $500.00 fine, $250.00 VCA.

X Deft advised of Appeal Rights and Court Appointed Attorney.
___ Deft waives 2-day lapse   X Deft waives 10-day delay ___ Deft does NOT waive 10-day delay.
___ Bond to Stand ___ Bond Exonerated ___ Released/Remain on O.R. Bond X Deft remanded to custody of WCSO.
X Deft ordered back within 48 hrs upon release from DOC/WCJ to set up payment plan.
___ Case continued to: _____ For: _____