# EXHIBIT 34

IN THE DISTRICT COURT IN AND FOR WASHINGTON COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, )  Case No. __CF-14-465__
Plaintiff, )
 ) __CF-14-528__
vs. )
 )
__Amanda Marie Ackerson__ )
Defendant. )

### ORDER REMANDING DEFENDANT TO JAIL FOR FAILURE TO PAY FINES AND COSTS

Now this __10th__ day of __May__, 20__18__, this matter comes on pursuant to Title 22, Chapter 18, Appendix, Rule 8.1 through 8.8 of the Rules of the Court of Criminal Appeals. The Defendant appeared in person. The State of Oklahoma was represented by __Brett Mize__.

After having heard testimony and statements from the Defendant, and having reviewed court dockets and records in the above styled case (s), the Court makes the following findings of facts and conclusions of law:

7.6.18 @ 1:30 pm f+c

Therefore the Defendant has willfully refused or neglected to pay the amounts as previously ordered by the Court.

IT IS THEREFORE THE ORDER of the Court that the Defendant is remanded to the custody of the Washington County Sheriff's Office and Jail in the above-styled case (s) to pay the amount of $__330.00__ at the rate of $25.00 per day, commencing this date. The Defendant is to serve the $__330.00__ as "flat time", with no credit for "good time".

_____
Judge of the District Court