# EXHIBIT 39

## RULE 8 NOTICE TO DEFENDANT

IF YOU ARE UNABLE TO PAY YOUR FINES AND COSTS AS ORDERED DUE TO DISABILITY OR POVERTY, EITHER TEMPORARILY OR PERMANENTLY, YOU ARE ENTITLED TO REQUEST A RULE 8 HEARING. IF REQUESTED, THE COURT WILL SET A DATE AND TIME TO CONDUCT THE RULE 8 HEARING AT WHICH YOU WILL HAVE AN OPPORTUNITY TO PRESENT EVIDENCE TO THE JUDGE OF THE REASONS WHY YOU SHOULD BE RELIEVED OF YOUR OBLIGATION TO PAY YOUR FINES AND/OR COSTS OR THAT YOUR OBLIGATION TO PAY SHOULD BE TEMPORARILY SUSPENDED FOR A PERIOD OF TIME.