STATEMENT OF SPECIAL DISTRICT JUDGE JARED SIGLER

1. I, Jared Sigler, am a Special Judge for Washington County, State of Oklahoma.

2. I was appointed as Special Judge in December of 2016. I took the bench in January of 2017.

3. The Washington County District Court implemented a Rule 8 docket sometime after the resignation of former Judge DeLapp in August of 2018. When I stated in my deposition that Rule 8 hearings were first implemented after former Judge DeLapp's resignation, I was referring to the implementation of the Rule 8 docket. I did not intend to suggest that no Rule 8 motion would be heard prior to implementation of the Rule 8 docket. I presided over the Rule 8 hearing of Daniel Arias on December 8, 2017. At that time, I suspended Mr. Arias' fines and costs. The docket entry showing the court minute from that hearing is attached.

4. I have not incarcerated anyone for failure to pay their fines and costs since Judge Thomas took the bench in January of 2019. Even prior to that time, when I entered the form order titled "Order Remanding Defendant to Jail for Failure to Pay Fines and Costs" it was due to the defendant having failed to appear at the costs docket. We no longer use this form because it is not a correct recitation of what is happening. We now use an "Order Setting Bond for Failure to Appear" and a "Bench Warrant for Failure to Appear." Both of those forms were attached to my previous statement submitted in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of March, 2021.

_____
Jared Sigler, Washington County Special Judge

**EXHIBIT 5**