1

```
        IN THE DISTRICT COURT OF WASHINGTON COUNTY

                     STATE OF OKLAHOMA


STATE OF OKLAHOMA,       )
                         )
        Plaintiff,       )
                         )
   v.                    )   Case No. CM-2014-520
                         )
LONNIE COLE FEENSTRA,    )
                         )
        Defendant.       )


              TRANSCRIPT OF PROCEEDING
                   RULE 8 HEARING

              HAD FEBRUARY 25, 2020
       BEFORE THE HONORABLE CARL G. GIBSON
              ASSOCIATE DISTRICT JUDGE
```

*(File stamp: DISTRICT COURT WASHINGTON CO OK, JILL L. SPITZER, COURT CLERK, MAR 3 2020, Shelly Bates, DEPUTY)*

*(Certification: I, Jill L. Spitzer, Court Clerk for Washington County, Oklahoma hereby certify that the foregoing is a true correct and full copy of this instrument herewith set out as appears of record in the Court Clerk's Offices in Washington County, Oklahoma this ___ day of _____, 20__. By_____ Jill Spitzer, COURT CLERK)*

```
              MS. LISA V. WARD
           OFFICIAL COURT REPORTER
          NOWATA COUNTY COURTHOUSE
       229 N. MAPLE STREET, STE. 7
              NOWATA, OK  74048
         DISTRICT COURT OFFICIAL TRANSCRIPT
```


EXHIBIT 7


COPY

```
 1   (The following proceeding was had, to-wit:)
 2              THE COURT:  Ms. Clerk and Ms. Reporter,
 3   this is CM-14-520, State of Oklahoma versus
 4   Lonnie Cole Feenstra, spelled F-E-E-N-S-T-R-A.
 5   The Court's information is that I was assigned or
 6   requested to hear this particular case because
 7   Mr. Feenstra is part of a, I believe either a, I
 8   believe it's a federal lawsuit, having to do with
 9   fines and costs, and all of the judges in
10   Washington County asked to be released of any
11   obligation to hear the case.
12              MR. FEENSTRA:  Okay.
13              THE COURT:  If I could please ask you,
14   sir, raise your right hand.
15   (The Court administered the oath.)
16              MR. FEENSTRA:  I do.
17              THE COURT: Okay.  I'm told, Mr.
18   Feenstra, that your balance is $2,952.80.  That
19   is on a driving with your license having been
20   suspended case.  I am not sure how that cost gets
21   to be that high as it relates to a misdemeanor
22   and that kind of thing.
23              Ms. Clerk, is there some -- you told me
24   before we came in, Ms. Clerk, that he had another
25   case --
```

―――――DISTRICT COURT OFFICIAL TRANSCRIPT―――――



```
 1              THE CLERK:  Yes.  And that one was
 2   dismissed and the costs were -- it was dismissed
 3   without costs.  So the costs were waived on that
 4   one.
 5              THE COURT:  On the -- on the previous
 6   case that was a, do you know, remember what it
 7   was or --
 8              THE CLERK:  No, sir.
 9              THE COURT:  Okay.
10              THE CLERK:  I was rushing.
11              THE COURT:  How do we get from $1143 to
12   $2,952.82.
13              MR. FEENSTRA:  I also did a year in
14   jail.
15              THE COURT:  I see.  So it was --
16   (Ms. Feenstra inaudible.
17   Judges Thomas and Gibson conferred.)
18              THE COURT:  Thank you, Judge.
19        So you spent a year in the Nowata -- in
20   the Washington County jail.
21              MR. FEENSTRA:  Well, I -- I had a -- a
22   criminal case out of Kansas and I -- I filed 180
23   day writ to come down here, and they took care of
24   everything.  Um, and they ran the year county
25   jail time concurrent with my prison time out of
```

DISTRICT COURT OFFICIAL TRANSCRIPT

```
 1    Kansas.
 2            THE COURT:  Okay.  So you did the county
 3    time in Washington County.
 4            MR. FEENSTRA:  Um, I was in Washington
 5    County for, um, two months I think.
 6            MS. FEENSTRA:  Sixty-four days.
 7            MR. FEENSTRA:  Sixty-four days.
 8            THE COURT:  So that's how the -- the
 9    fines jumped up.
10            MR. FEENSTRA:  I have no idea.
11            THE COURT:  Okay.  I --
12            You've got a helper back here.
13            Come down please, Ms. Helper.
14            MR. FEENSTRA:  The original paperwork
15    that I -- that I got when I was here, um, said
16    that I a $300 fine and the year in jail to run
17    concurrent, um, with my prison sentence in
18    Kansas.  And then I contacted my mother to have
19    her pay, I wanted to have everything paid before
20    I came home so I didn't have to worry about
21    anything.  And when she came down to pay the fine
22    they told her that -- and she had -- had a paper
23    with her saying that it was $300.  But they told
24    her that it was.
25            MRS. FEENSTRA:  Three thousand and
```

```
 1   something.
 2           MS. FEENSTRA:  It was --
 3           MR. FEENSTRA:  Yeah, three thousand
 4   something.
 5           THE COURT:  Okay.  Let me stop.
 6           What is your name?
 7           MS. FEENSTRA:  Amanda Feenstra.
 8           THE COURT:  Raise your right hand
 9   please.
10   (The Court administered the oath.)
11           MS. FEENSTRA:  I do.
12           THE COURT:  Okay.  How are you related
13   to this man?
14           MS. FEENSTRA:  This is my husband.
15           THE COURT:  Okay.
16           MS. FEENSTRA:  Okay.  So the criminal
17   case that he was on, it was a conspiracy and
18   identity theft, um, and I am the one that did
19   that.  I wrote a letter to the Court saying that
20   I'm -- I --
21           THE COURT:  I'm -- I'm --
22           MS. FEENSTRA:  -- did that.
23           THE COURT:  I'm only concerned with --
24           MS. FEENSTRA:  Right.  But that's how
25   the --
```

```
 1              MR. FEENSTRA:  That's how --
 2              MS. FEENSTRA:  This explains --
 3              MR. FEENSTRA:  -- what is [inaudible] --
 4              THE COURT:  One at a time.
 5              MR. FEENSTRA:  Okay.
 6              THE COURT:  Go ahead.
 7              MS. FEENSTRA:  This explains how the --
 8    how it got -- okay.  So they dismissed that case,
 9    the criminal case.  The felony case, they
10    dismissed that.  And then when we come and paid,
11    tried to pay the suspended license fee, they said
12    that the fees from the criminal felony case was
13    transferred to the misdemeanor case.  And that --
14    that's how it went from the 300 and some dollars
15    to the 3,000 some dollars.
16              THE COURT:  Okay.  You do acknowledge
17    and agree that you spent some time in Washington
18    County jail on -- on this case?
19              MR. FEENSTRA:  Um, no, I didn't even get
20    arrested on the driving under suspended.  The
21    officer released me at -- right there.  He --
22    because I was only a mile from my house and he
23    just, uh, told me take your truck home and, uh,
24    park it.
25              THE COURT:  Okay.  Well, I had, Judge
```

```
 1   Thomas, I just visited with her.  And she says
 2   that, uh, indicated to me that you -- she has
 3   information that you're on disability.
 4           MR. FEENSTRA:  Yes, sir.
 5           THE COURT:  And have some --
 6           MR. FEENSTRA:  Fully disabled.
 7           THE COURT:  And have some, uh,
 8   challenges making your payments and that kind of
 9   thing.
10           MR. FEENSTRA:  Well, I've been current
11   on my payments, um.
12           THE COURT:  Okay.
13           MR. FEENSTRA:  But I've been, uh,
14   fighting for my disability for a while and just
15   been -- been approved in December.
16           THE COURT:  Okay.
17           MRS. FEENSTRA:  I've been making his
18   payments and I'm his mother.
19           THE COURT:  All right.  Well, let's do
20   this.
21           Ms. Clerk, let's go ahead and show that
22   the Court waives the, any fine, cost, and
23   assessments in excess of $1143.  That was the
24   initial amount on CM-14-520, eleven forty-three,
25   $1143.  And then show minus any payments that
```

1   he's made on his fine, cost, and assessments.
2   And it may take you a few minutes to compute the
3   balance.  And that will include a one day -- no,
4   let's -- let me not even do that.
5          You say you weren't even put in jail,
6   they didn't arrest you on your DUS.
7          MR. FEENSTRA:  No, they did not.
8          THE COURT:  Okay.  Just gave you a
9   ticket and a day to appear.
10         MR. FEENSTRA:  Correct.
11         THE COURT:  Okay.  All right.
12         Ms. Clerk, can you do that from your
13  station or do you need to go downstairs.
14         THE CLERK:  I will have to actually take
15  it to the fines and costs clerk downstairs in
16  order to do that.
17         THE COURT:  Well, go down there, take it
18  and make the computation.  You understand what I
19  want them to do.
20         THE CLERK:  Yes, sir.
21         THE COURT:  Eleven forty-three minus any
22  fines, costs, payments that have been made to
23  district court.
24         THE CLERK:  Okay.
25         THE COURT:  And I don't know how much

DISTRICT COURT OFFICIAL TRANSCRIPT

1   that is.  And then we'll have a new balance
2   today.
3           MR. FEENSTRA:  Okay.
4           THE COURT:  Okay.
5           MR. FEENSTRA:  All right.
6           THE COURT:  If you'll take another five
7   or ten minute break, we'll see you back here in
8   about five or ten minutes.
9           MR. FEENSTRA:  All right.  Thank you.
10  (Recess was had.)
11          THE COURT:  Come forward please, Mr.
12  Feenstra.
13          Ms. Clerk and Ms. Reporter, we're back
14  on the record in CM-14-520.  Ms. Clerk has
15  informed me that the balance due, the new balance
16  due after we took the -- I want to get the number
17  right here.  After we took the $1143 which was
18  the original balance that we adjusted, the
19  adjusted original balance is $1143.  The payments
20  that you've made bring the balance now down to --
21          Ms. Clerk, $393.00.
22          THE CLERK:  Yes, sir.
23          THE COURT:  Even.
24          MR. FEENSTRA:  Okay.
25          THE COURT:  Okay.  You have any

```
1    questions about that, Mr. Feenstra?
2             MR. FEENSTRA:  No, sir.
3             THE COURT:  You're satisfied with that
4    number.
5             MR. FEENSTRA:  Yes, sir.
6             THE COURT:  All right.  Well, we'll --
7    uh, I need to know now what amount are you
8    paying.  Are you --
9             MR. FEENSTRA:  Um, I've been, we've been
10   doing $50 a month payments.  Uh, and I kept it to
11   where I've been a month ahead.
12            THE COURT:  Okay.  So you're okay
13   continuing to make those payments.
14            MR. FEENSTRA:  Yes, sir.
15            THE COURT:  And -- and so we'll need to
16   give him a new day back about 60 or 90 days out.
17            Ms. Clerk.
18            THE CLERK:  Yes, sir.
19            THE COURT:  And what you'll do is you'll
20   check in with the clerk on that.  They will call
21   me, if there's an issue, I'll come over and we'll
22   deal with it.
23            MR. FEENSTRA:  Okay.
24            THE COURT:  Any questions?
25            MR. FEENSTRA:  No, sir.
```

DISTRICT COURT OFFICIAL TRANSCRIPT

```
 1            THE COURT:  So you may or may not see me
 2  on that date.  It's going to kind of depend on
 3  how things are going and that kind of thing.
 4            THE CLERK:  So do you want him in front
 5  of Judge Sigler for his fines and costs docket
 6  or -- because I have a May 8th --
 7            THE COURT:  Let's -- let's do that.
 8  Let's do that.  May --
 9            Are you okay with Judge Sigler or are
10  you suing him?
11            MR. FEENSTRA:  I believe he --
12            MS. FEENSTRA:  He is.
13            THE COURT:  If you're suing him, you're
14  probably not okay with it.
15            MR. FEENSTRA:  Yeah, I believe he is on
16  that.
17            THE COURT:  Okay.  Well, let's do that.
18  Keep it in front of me.  Understanding that I'll
19  come over if necessary.
20            MR. FEENSTRA:  Okay.
21            THE COURT:  But you're obligated to
22  reappear in front of -- in front of this lady's
23  office, the court clerk's office.
24            MR. FEENSTRA:  Okay.
25            THE COURT:  Where you make your
```

―――――DISTRICT COURT OFFICIAL TRANSCRIPT―――――

```
 1   payments.
 2           MR. FEENSTRA:  Okay.
 3           THE COURT:  They're authorized to give
 4   you another new day back on that new day.
 5           MR. FEENSTRA:  Yes.
 6           THE COURT:  But we'll make it every 90
 7   days or 60 days, uh, and that kind of thing.
 8           The new return day is, Ms. Clerk.
 9           THE CLERK:  May 8th.
10           THE COURT:  May 8, 2020, at 9.
11           Yes, ma'am.
12           MS. FEENSTRA:  If I pay that off before
13   then would he have to be --
14           THE COURT:  You can pay it off right
15   now.
16           MS. FEENSTRA:  Well, I don't have it to
17   pay off.
18           THE COURT:  Okay.
19           MS. FEENSTRA:  If I pay it off before
20   then does he have to appear then or --
21           THE COURT:  He is not obligated to
22   reappear if he pays the 393.
23           Is that the number, Ms. Clerk?
24           THE CLERK:  Yes, sir.
25           THE COURT:  Any questions?
```

DISTRICT COURT OFFICIAL TRANSCRIPT

```
1            MS. FEENSTRA:  Nope.  That was it.
2            MR. FEENSTRA:  Thank you, sir.
3            THE COURT:  All right.  At this time you
4   folks are excused.
5   (Proceeding concluded.)
```

───────DISTRICT COURT OFFICIAL TRANSCRIPT───────



CERTIFICATE

STATE OF OKLAHOMA )
                  )ss.
COUNTY OF NOWATA  )

      I, Lisa V. Ward, CSR, a Certified Shorthand Reporter in and for the State of Oklahoma, do hereby certify that the foregoing is a full, true, and correct transcript of proceedings transcribed by me.

      I further certify that I am not related to nor attorney for either of said parties nor otherwise interested in said action.

      Dated this 25th day of February, 2020.



LISA V. WARD, CSR, 1667

Lisa Ward
State of Oklahoma
Certified Shorthand Reporter
CSR # 1667
My Certificate Expires 12-31-2020

DISTRICT COURT OFFICIAL TRANSCRIPT

