IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA FEENSTRA, *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: 19-cv-234-JFH-CDL |
| JARED SIGLER, *et al.*, | |
| Defendants. | |

## UNOPPOSED MOTION TO EXTEND ALL DEADLINES

Defendants State of Oklahoma *ex rel.* Oklahoma Indigent Defense System ("OIDS"), OIDS Executive Director Charles T. Laughlin,[1] and OIDS Board of Directors (hereinafter referred to as "OIDS Defendants"), pursuant to LCvR7-1(g), respectfully request an extension of all deadlines by sixty (60) days. In support of this motion, OIDS Defendants state:

1. The matter was initially filed in Washington County in March 2019 and removed to this Court on May 3, 2019. [Doc. 3].

2. Former counsel for OIDS Defendants, Jon Williford, left the Office of the Attorney General on June 4, 2021 and therefore this Court granted permission to substitute current counsel, Jacqueline R. (Zamarripa) Clayton, as counsel of record. [Docs. 122, 123]

3. Upon review of the record, the parties have requested several extensions of deadlines, but relevant to this request are two prior joint motions to extend deadlines by sixty (60) days [Docs. 78, 79, 95, 96] and a joint motion to extend summary judgment briefing and reset interim pre-trial deadlines. [Docs. 105, 107].

---

1 As of February 2021, Charles T. Laughlin became the Executive Director of OIDS and will be substituted for Craig Sutter regarding the remaining official capacity claim against him, pursuant to Fed. R. Civ. P. 25.

4. The operative Amended Scheduling Order in this matter was entered on March 9, 2021. [Doc. 108].

5. The current deadlines in this matter are as follows:

| Deadline | Due Date |
| --- | --- |
| Pretrial Disclosures and Exchange of Pre-marked exhibits | 8/9/2021 |
| Pretrial Conference | 8/23/2021 |
| Trial Briefs and Exchange of Demonstrative Exhibits | 9/8/2021 |
| Trial Date | 9/20/2021 |

6. Counsel for OIDS Defendants has conferred with all parties and all parties do not object to an extension of the deadlines as set forth in Amended Scheduling Order, Doc. 108, by sixty (60) days.

7. Pursuant to Fed. R. Civ. P. 16, as good cause underlying this request for extension, OIDS Defendants would show as follows:

   a. OIDS Defendants' former attorney, Jon Williford, withdrew from this case on June 4, 2021, three months before trial, with Mrs. Clayton continuing as OIDS Defendants' counsel. Such withdrawal could not have been foreseen at the time the Amended Scheduling Order in this matter was entered.

   b. While OIDS Defendants' counsel has endeavored to keep the previously-existing scheduling orders, doubling the work load to review this matter has caused delay in settlement discussions. Counsel is optimistic that this matter can be settled with Plaintiffs' counsel.

    c. In the alternative, the requested extension should allow OIDS Defendants' counsel appropriate time to properly prepare this matter for trial. The parties have been assigned to this matter for well over two years, sixty (60) additional days will allow new counsel to determine appropriate trial exhibits, final witness and exhibit lists, and prepare for pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3).

    d. Counsel for OIDS Defendant's office has undergone several staffing changes resulting in increased caseloads, in addition to handling post pandemic discovery and reset hearings on multiple cases.

    e. Counsel for OIDS Defendants will also be out of the country the week before the trial for this matter is currently set. [Doc. 108]. Counsel's honeymoon travel was planned well before reassignment of this case and while counsel has tried to change travel arrangements, counsel is unable to accommodate such change at this time.

8. Should the requested extension be granted, the new deadlines would be as follows:

| Deadline | Due Date |
| --- | --- |
| Pretrial Disclosures and Exchange of Pre-marked exhibits | 10/8/2021 |
| Pretrial Conference | 10/22/2021 |
| Trial Briefs and Exchange of Demonstrative Exhibits | 11/8/2021 |
| Trial Date | 11/19/2021 |

9. This extension request is not being sought for the purpose of delay.

WHEREFORE, OIDS Defendants respectfully request the Court grant the requested extension of all deadlines by sixty (60) days.

Respectfully submitted,

/s/ Jacqueline R. (Zamarripa) Clayton
**JACQUELINE R. (ZAMARRIPA) CLAYTON, OBA#33647**
Assistant Attorney General
Oklahoma Attorney General's Office, Litigation
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: Jackie.Clayton@oag.ok.gov

### CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of July 2021, I electronically transmitted the attached document to the Clerk of the Court and registered users using the ECF Filing System.

J. Spencer Bryan
Steven J. Terrill
Bryan & Terrill Law, PLLC
3015 E. Skelly Dr., Ste. 400
Tulsa, OK 74105
sjterrill@bryanterrill.com
*Attorneys for Plaintiffs*

Leah Watson
Myesha Braden
Lawyers Committee for
Civil Rights Under Law
1500 K Street NW, Ste 900
Washington D.C., 20005
lwatson@lawyerscommittee.org
mbraden@lawyerscommittee.org
*Attorneys for Plaintiffs*

Michael Lacovara
Lilia Vazova
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022
Michael.Lacovara@lw.com
Lilia.Vazova@lw.com
*Attorneys for Plaintiffs*

Devan Pederson
Stefanie Lawson
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Devan.pederson@oag.ok.gov
Stefanie.lawson@oag.ok.gov
*Attorney for Defendant State Judges*

/s/Jacqueline Clayton
Jacqueline Clayton