IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

AMANDA FEENSTRA, et al.,

    Plaintiffs,

v.

    Case No. 19-cv-00234-JFH-CDL

JARED SIGLER, et al.,

    Defendants.

## MINUTE ORDER

At the direction of John F Heil, III, District Judge, it is hereby ordered that:

The Court has a significant number of criminal cases awaiting trial due to the COVID-19 pandemic and the decision of the Supreme Court in *McGirt v. United States*, 140 S. Ct. 2452, 207 L. Ed. 2d 985 (2020). Criminal cases must be tried before civil cases, and civil cases will most likely not be tried before a district judge in the foreseeable future. However, pursuant to Fed. R. Civ. P. 73, the parties in a civil case may consent to a proceeding before a magistrate judge, including a jury or nonjury trial. The AO-85 consent forms are available on the U.S. District Court website. The parties are advised that they are free to withhold consent to proceed before a magistrate judge without any adverse consequences; the parties are reminded of this option only as a possible means of expediting the final resolution of their civil case. The parties are also advised that they may request an additional settlement conference at any time.

In light of the forgoing, the Scheduling Order [Dkt. No. 108] is **STRICKEN** and the Unopposed Motion to Extend All Deadlines [Dkt. No. 126] is **DENIED AS MOOT.**

Dated this 28th day of July, 2021.

                                          Mark. McCartt,
                                        Clerk of Court, United States District Court

                                        */s Pam Lynn*
                                        By: P. Lynn, Deputy Clerk