UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA FEENSTRA and SHARONICA CARTER,<br><br>  Plaintiffs,<br><br>v.<br><br>JARED SIGLER, et al.,<br><br>  Defendants. | No. 4:19-cv-00234-JFH-CDL<br><br>**MOTION TO WITHDRAW MICHAEL LACOVARA AS COUNSEL FOR PLAINTIFFS** |

The undersigned respectfully moves this Court for leave to withdraw the appearance of Michael Lacovara as counsel for Plaintiffs in the above-captioned action, and he be removed from the electronic service list in this case. As grounds for this motion, movant states that:

1. Mr. Lacovara recently passed away;

2. Notice has been given to opposing counsel and the Plaintiffs in this matter;

3. The remaining counsel of record—from Bryan & Terrill, Latham & Watkins LLP, and the Lawyers' Committee for Civil Rights Under Law—will continue to represent the Plaintiffs in this matter; and

4. This withdrawal is not sought for purposes of delay.

Dated: March 29, 2022
      New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Lilia B. Vazova
Lilia B. Vazova (admitted *Pro Hac Vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: lilia.vazova@lw.com

*Attorneys for Plaintiffs Amanda Feenstra and Sharonica Carter*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 29, 2022, a true and correct copy of the foregoing document was served on the following recipients via the U.S. District Court CM/ECF system:

Stefanie E. Lawson, OBA #22422
Devan A. Pederson, OBA #16576
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile: 405.521.4518
Emails: stefanie.lawson@oag.ok.gov
devan.pederson@oag.ok.gov
*Attorneys for Defendants Sigler, Thomas, and Vaclaw*

Jon Williford, OBA #19598
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile: 405.521.4518
Email: jon.williford@oag.ok.gov
*Attorney for Defendants Oklahoma Indigent Defense System, State of Oklahoma ex rel. Oklahoma Indigent Defense System, Craig Sutter, and Oklahoma Indigent Defense System Board of Directors*

| | |
|---|---|
| Dated: March 29, 2022<br>  New York, New York | /s/ Lilia B. Vazova<br>Lilia B. Vazova (admitted *Pro Hac Vice*)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>T: (212) 906-1200<br>F: (212) 751-4864<br>lilia.vazova@lw.com<br><br>*Attorneys for Plaintiffs Amanda Feenstra and Sharonica Carter* |