**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| AMANDA FEENSTRA and SHARONICA CARTER<br><br>        Plaintiffs,<br><br>v.<br><br>JARED SIGLER, Special Judge of the District Court of Washington County, in his official capacity, *et al.*,<br><br>        Defendants. | **Case No.: 19-cv-234-JFH-CDL**<br><br>**(Removed from Washington County Case No. CV-2019-12)** |

### JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND OID DEFENDANTS

Plaintiffs Amanda Feenstra and Sharonica Carter ("Plaintiffs"), and Defendants State of Oklahoma *ex rel.* Oklahoma Indigent Defense System ("OIDS"), OIDS Executive Director Charles T. Laughlin, and OIDS Board of Directors (collectively, the "OIDS Defendants") file this Joint Notice of Settlement and respectfully alert the Court as follows:

1.       On or about July 21, 2022, Plaintiffs and the OIDS Defendants reached a settlement to resolve all claims in the above-referenced litigation (the "Settlement"). The Settlement provides that the parties thereto must take certain actions in satisfaction of the Settlement within one year of its execution. The parties seek that this Court retain jurisdiction until Plaintiffs file a Stipulation of Dismissal with respect to the OIDS Defendants or otherwise seeks to enforce the terms of the Settlement.

2.       On or before July 21, 2023, Plaintiffs shall either move to enforce the terms of Settlement or jointly with the OIDS Defendants file a Stipulation of Dismissal as to the OIDS Defendants in this matter, with prejudice. Should the parties reach any other arrangement impacting this schedule, the parties will jointly file a status update with the Court on July 21,

2023 and every sixty (60) days thereafter until a final resolution is reached or further instruction

is provided by the Court.

        3.      This Joint Notice of Settlement reflects agreement solely between Plaintiffs and

the OIDS Defendants and does not provide a release or other relief for any other defendants in

this matter.

Dated:  August 19, 2022                 Respectfully submitted,

| | |
|---|---|
| s/ Erin M. Moore* | s/ Lilia Vazova (*pro hac vice*) |
| | |
| Erin M. Moore, OBA #20787 | J. Spencer Bryan |
| Assistant Attorneys General | Steven J. Terrill |
| Oklahoma Attorney General's Office, | Bryan & Terrill Law, PLLC |
| Litigation Section | 3015 E. Skelly Dr., #400 |
| 313 NE 21st Street | Tulsa, Oklahoma 74105 |
| Oklahoma City, OK 73105 | T/F: (918) 935-2777 |
| T: (405) 521-3921 | jsbryan@bryanterrill.com |
| F: (405) 521-4518 | sjterrill@bryanterrill.com |
| erin.moore@oag.ok.gov | |
| | Arthur Ago (admitted *pro hac vice*) |
| *Attorney for Defendants Oklahoma Indigent* | Lawyers' Committee for |
| *Defense System, State of Oklahoma ex rel.* | Civil Rights Under Law |
| *Oklahoma Indigent Defense System, Craig* | 1500 K Street NW, Suite 900 |
| *Sutter, and Oklahoma Indigent Defense* | Washington, DC 20005 |
| *System Board of Directors* | T: (202) 662-8600 |
| | F: (202) 783-0857 |
| | AAgo@lawyerscommittee.org |
| | |
| | Lilia Vazova (admitted *pro hac vice*) |
| | Matthew Salerno (*pro hac vice* forthcoming) |
| | LATHAM & WATKINS LLP |
| | 1271 Avenue of the Americas |
| | New York, NY 10020-4864 |
| | T: (212) 906-1200 |
| | F: (212) 751-4864 |
| | lilia.vazova@lw.com |
| | matthew.salerno@lw.com |
| | |
| | *Attorneys for Plaintiffs Amanda Feenstra and* |
| | *Sharonica Carter* |

* Signed by filing attorney with permission from opposing counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, a true and correct copy of the foregoing

document was served on the following recipients via the U.S. District Court CM/ECF system:

Erin M. Moore, OBA #20787
Assistant Attorneys General
Oklahoma Attorney General's Office, Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
T: (405) 521-3921
F: (405) 521-4518
erin.moore@oag.ok.gov

*Attorney for Defendants Oklahoma Indigent Defense System, State of Oklahoma ex rel. Oklahoma Indigent Defense System, Craig Sutter, and Oklahoma Indigent Defense System Board of Directors*

Stefanie E. Lawson, OBA #22422
Devan A. Pederson, OBA #16576
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile: 405.521.4518
Emails: stefanie.lawson@oag.ok.gov
devan.pederson@oag.ok.gov

*Attorneys for Defendants Jared Sigler, Linda Thomas, and Russell Vaclaw*

/s/ Lilia Vazova
Lilia Vazova (admitted *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
T: (212) 906-1200
F: (212) 751-4864
lilia.vazova@lw.com

*Attorneys for Plaintiffs Amanda Feenstra and
Sharonica Carter*