UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Amanda Feenstra, et al., | | |
| Plaintiff, | | Case No.: 19-cv-00234-JAR-CDL |
| v. | | |
| Jared Sigler, et al., | | |
| Defendants. | | **ORDER FOR JOINT STATUS REPORT** |

    The parties are ordered to review any briefs previously filed in this matter to determine if, in view of the passage of time, any amendments are required or recent relevant supplemental authority for their positions exists.  Further, the parties are directed to prepare and file a Joint Status Report on or before **5/4/2023** listing the remaining claims and detailing whether each claim is ready for a ruling on the merits.

    Joint Status Report forms are available in the Court Clerk's office, or can be obtained from our public web site at www.oknd.uscourts.gov.  For the purpose of preparing the Joint Status Report, the parties shall, pursuant to Fed. R. Civ. 16 and 26, confer at least 14 days prior to the date the Joint Status Report is to be filed with the Court.

    IT IS SO ORDERED this 4th day of April, 2023.

/s/ Jane A. Restani
Jane A. Restani, Judge[1]

---

[1] Judge Jane A. Restani, of the United States Court of International Trade, sitting by designation.