UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA FEENSTRA and SHARONICA CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>JARED SIGLER, *et al.*,<br><br>Defendants. | Case No. 19-cv-00234-JAR-CDL |

## UNOPPOSED MOTION BY PLAINTIFFS TO EXTEND JOINT STATUS REPORT DEADLINE

For their Unopposed Motion to Extend Joint Status Report Deadline, Plaintiffs Amanda Feenstra and Sharonica Carter ("Plaintiffs"), by and through their undersigned counsel, respectfully request an extension of the current deadline for a Joint Status Report by twenty-one (21) days, to May 25, 2023.  In support of this motion, Plaintiffs state the following:

1. On April 4, 2023, the Court entered an Order directing the parties to review their previously filed briefs to determine if any amendments are required and to prepare and file a Joint Status Report by May 4, 2023.  (Dkt. No. 141).

2. Plaintiffs, Defendants Jared Sigler, Linda Thomas and Russell Vaclaw (the "Judicial Defendants") and Defendants Oklahoma Indigent Defense System, State of Oklahoma *ex. rel.* Oklahoma Indigent Defense System ("OIDS"), OIDS Executive Director Charles T. Laughlin, and Oklahoma Indigent Defense System Board of Directors (the "OIDS Defendants") have reviewed their pending summary judgment motions and oppositions, and are in the process of meeting and conferring on the requested Joint Status Report.

3. While the parties are continuing to meet and confer in good faith, there are certain items on the Joint Status Report that require further discussion and review. The requested extension would give parties additional time to attempt to resolve any areas of disagreement and propose next steps for the Court's review.

4. Upon review of the record, the parties have previously requested several extensions of prior deadlines via joint or unopposed motions, but none for this particular Joint Status Report or that are otherwise of relevance to this request.

5. Counsel for Plaintiffs has conferred with counsel for all Defendants, and Defendants do not object to the proposed 21-day extension of the date of the Joint Status Report.

6. Plaintiffs do not anticipate that the requested extension will impact future deadlines, as a new case management schedule has not yet been set.

7. This extension is not being sought for the purpose of delay.

WHEREFORE, Plaintiffs respectfully request that the Court extend the deadline for the Joint Status Report to May 25, 2023.

Dated: May 3, 2023                                  Respectfully submitted,

s/ Lilia B. Vazova (*pro hac vice*)

J. Spencer Bryan
Steven J. Terrill
Bryan & Terrill Law, PLLC
3015 E. Skelly Dr., #400
Tulsa, Oklahoma 74105
T/F: (918) 935-2777
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

Arthur Ago (admitted *pro hac vice*)
Lawyers' Committee for
Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
T: (202) 662-8600
F: (202) 783-0857
AAgo@lawyerscommittee.org

Lilia Vazova (admitted *pro hac vice*)
Matthew Salerno (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020-4864
T: (212) 906-1200
F: (212) 751-4864
lilia.vazova@lw.com
matthew.salerno@lw.com

*Attorneys for Plaintiffs Amanda Feenstra and Sharonica Carter*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, a true and correct copy of the foregoing document was served on the following recipients via the U.S. District Court CM/ECF system:

Stefanie E. Lawson, OBA #22422
Devan A. Pederson, OBA #16576
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile: 405.521.4518
Emails: stefanie.lawson@oag.ok.gov
devan.pederson@oag.ok.gov
*Attorneys for Defendants Sigler, Thomas, and Vaclaw*

Erin M. Moore, OBA #20787
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile: 405.521.4518
 Email: erin.moore@oag.ok.gov
*Attorney for Defendants Oklahoma Indigent Defense System, State of Oklahoma ex rel. Oklahoma Indigent Defense System, Charles Laughlin, and Oklahoma Indigent Defense System Board of Directors*

/s/ Lilia B. Vazova
Lilia Vazova (admitted *pro hac vice*)
Matthew Salerno (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
1271 Avenue of the Americas New York, NY 10020-4864
T: (212) 906-1200
F: (212) 751-4864
lilia.vazova@lw.com
matthew.salerno@lw.com
*Attorneys for Plaintiffs Amanda Feenstra and Sharonica Carter*