

**OKLAHOMA**
State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR <u>WASHINGTON COUNTY</u>, OKLAHOMA

**No. YO-2011-00001**
**(Youthful Offender)**

STATE OF OKLAHOMA V. SHARONICA RENEE CARTER

Filed: 04/28/2011

Judge: GUTEN, DAVID A

## PARTIES

CARTER, SHARONICA RENEE, Defendant
BPD, ARRESTING AGENCY
BULLEN, CHRIS, ARRESTING OFFICER
FOUTS, ROB, ARRESTING OFFICER
BIRMINGHAM, STEVE, ARRESTING OFFICER

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| DRAKE, WILL | |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, June 21, 2011 at 8:30AM<br>  JUVENILE DOCKET | | | |
| Thursday, July 7, 2011 at 8:30AM<br>  JUVENILE DOCKET | | | |
| Tuesday, August 2, 2011 at 3:00PM<br>  JUVENILE DOCKET | | | |
| Thursday, August 11, 2011 at 10:00AM<br>  JUVENILE DOCKET | | | |
| Thursday, September 22, 2011 at 10:30AM<br>  JUVENILE DOCKET | | | |
| Monday, September 26, 2011<br>  JUDGMENT AND SENTENCE SUSPENDED | | | |
| Thursday, January 19, 2012 at 10:00AM<br>  JUVENILE DOCKET | | | |
| Thursday, February 2, 2012 at 10:00AM<br>  JUVENILE DOCKET | | | |

**Exhibit 1**

| Event | Party | Docket | Reporter |
|---|---|---|---|

Thursday, April 19, 2012 at 10:00AM
  JUVENILE DOCKET

Thursday, July 26, 2012 at 1:30PM
  JUVENILE DOCKET

Thursday, August 2, 2012 at 1:30PM
  JUVENILE DOCKET

Thursday, January 10, 2013 at 10:00AM
  JUVENILE DOCKET

Thursday, February 7, 2013 at 10:00AM
  JUVENILE DOCKET

Thursday, May 30, 2013 at 10:00AM
  JUVENILE DOCKET

Thursday, October 31, 2013 at 10:00AM
  JUVENILE DOCKET

Thursday, January 9, 2014 at 9:00AM
  JUVENILE DOCKET

Thursday, February 6, 2014 at 9:00AM
  JUVENILE DOCKET

Friday, February 7, 2014
  BENCH WARRANT ISSUED FTA/FTP

Tuesday, April 15, 2014
  WC - CASE SENT TO COLLECTIONS

Tuesday, June 10, 2014
  WARRANT, ISSUED

Monday, August 18, 2014
  WC - CASE RE-SENT TO COLLECTIONS

Wednesday, November 19, 2014
  WC - CASE RE-SENT TO COLLECTIONS

Friday, March 20, 2015
  WC - CASE RE-SENT TO COLLECTIONS

Friday, September 25, 2015
  WC - CASE RE-SENT TO COLLECTIONS

Tuesday, November 17, 2015
  WC - CASE RE-SENT TO COLLECTIONS

Wednesday, February 3, 2016
  WC - CASE RE-SENT TO COLLECTIONS

Tuesday, April 19, 2016 at 1:30PM
  APPLICATION TO REVOKE

Tuesday, May 10, 2016 at 1:30PM
  APPLICATION TO REVOKE

Wednesday, June 1, 2016 at 9:00AM
  APPLICATION TO REVOKE

Wednesday, June 1, 2016
  APPLICATION TO REVOKE

Wednesday, June 1, 2016
  SENTENCED ON APP TO REVOKE

Wednesday, June 22, 2016
  JUDGMENT AND SENTENCE SUSPENDED

Thursday, June 23, 2016
  JUDGMENT AND SENTENCE AFTER REVOCATION

**Exhibit 1**

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, January 5, 2018 at 1:30PM | | | |
| FINES AND COSTS REVIEW | | | |
| Friday, March 2, 2018 at 1:30PM | | | |
| FINES AND COSTS REVIEW | | | |
| Friday, March 2, 2018 | | | |
| FAILED TO APPEAR | | | |
| Friday, June 8, 2018 at 1:30PM | | | |
| FINES AND COSTS REVIEW | | | |
| Friday, July 27, 2018 at 1:30PM | | | |
| FINES AND COSTS REVIEW | | | |
| Friday, September 28, 2018 at 1:30PM | | | |
| FINES AND COSTS REVIEW | | | |
| Friday, November 16, 2018 at 1:30PM | | | |
| FINES AND COSTS REVIEW | | | |
| Friday, February 8, 2019 at 1:30PM | | | |
| FINES AND COSTS REVIEW | | | |
| Friday, May 10, 2019 at 1:30PM | | | |
| FINES AND COSTS REVIEW | | | |
| Friday, June 7, 2019 at 11:30AM | | | |
| FINES AND COSTS REVIEW | | | |
| Friday, June 21, 2019 at 11:30AM | | | |
| FINES AND COSTS REVIEW | | | |
| Friday, June 21, 2019 at 10:30AM | | | |
| FINES AND COSTS REVIEW | | | |
| Monday, June 24, 2019 | | | |
| WARRANT, ISSUED | | | |
| Friday, November 1, 2019 at 11:00AM | | | |
| FINES AND COSTS REVIEW | | | |

## COUNTS

1. ATTEMPTED ROBBERY WITH A WEAPON

## DOCKET

| Date | Code | Description | |
|---|---|---|---|
| 04-28-2011 | [ TEXT ] | | $ 103.0 |
| | | FILE ENTER & RECORD INFORMATION | |
| | | Document Available at Court Clerk's Office | |
| | | (Entry with fee only) | $ 6.0 |
| | | (Entry with fee only) | $ 5.0 |
| | | CLEET | $ 9.0 |
| | | AFIS | $ 5.0 |
| | | FORENSIC | $ 5.0 |
| | | 10% OF CLEET, AFIS AND FORENSIC | $ 1.9 |
| | | MEDICAL EXPENSE LIABILITY FUND | $ 10.0 |
| | | 10% OF MLRF | $ 1.0 |
| | | DA REVOLVING FUND | $ 25.0 |

**Exhibit 1**

| | |
|---|---|
| 10% OF DARF | $ 2. |
| OKLAHOMA COURT INFORMATION SYSTEM ASSESSMENT | $ 25. |
| SHERIFF'S SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT | $ 10. |
| 10% OF COURTHOUSE SECURITY FEE | $ 1. |
| ATTORNEY GENERAL VICTIM SERVICES UNIT | $ 3. |
| 10% OF AG VICTIM SERVICES FEE | $ 0. |
| CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $ 3. |
| 10% OF CAMA FEE | $ 0. |

**04-28-2011  [ TEXT ]**

NOTICE OF YOUTHFUL OFFENDER RIGHTS
Document Available at Court Clerk's Office

**04-28-2011  [ TEXT ]**                                    $ 20.0

ORDER AUTHORIZING DETENTION ISSD
Document Available at Court Clerk's Office

**04-28-2011  [ TEXT ]**

CM: DELAPP-SIGLER-DEFENDANT AND ATTY K SANDERS. INITIAL

APPEARANCE ON YOUTHFUL OFFENDER CASE. COURT SERVED JUV

AND MOTHER W/INFOMATION AND YOUTHFUL OFFENDER RIGHTS.

COURT ORDERS CERTIFICATION EVALUATIONS BY OJA AND DR

FISHER. BOND SET AT $100,000. CAN MOVE JUV TO TULSA CO

DETENTION-NO OBJECTION. ALSO PRESENT N JONES OJA; L

CARTER/GMA; L CARTER/SISTER. SET FOR FURTHER HG 6/21/11

AT 8:30AM FOR PRELIMINARY HG WITH JUDGE GERKIN.

**04-28-2011  [ TEXT ]**

CT MINUTE FILED
Document Available at Court Clerk's Office

**05-02-2011  [ TEXT ]**

ORDER APPOINTING COUNSEL FOR CRIMINAL DEFENDANT (KRISTI
Document Available at Court Clerk's Office

SANDERS-COPIES GIVEN TO ATTY)

**05-09-2011  [ TEXT ]**                                    $ 100.0

SUBPOENA, ISSUED (2 NAMES) TO SHF
Document Available at Court Clerk's Office

OKLAHOMA COURT INFORMATION SYSTEM FEE                       $ 25.0

**05-09-2011  [ TEXT ]**                                    $ 100.0

SUBPOENA, ISSUED (2 NAMES) TO SHF
Document Available at Court Clerk's Office

OKLAHOMA COURT INFORMATION SYSTEM FEE                       $ 25.0

**05-09-2011  [ TEXT ]**

MOTION AND ORDER TO ENDORSE ADDITIONAL WITNESS(ES)
Document Available at Court Clerk's Office

**05-10-2011  [ TEXT ]**                                    $ 50.0

SUBPOENA, ISSUED (1 NAME) TO SHF
Document Available at Court Clerk's Office

OKLAHOMA COURT INFORMATION SYSTEM FEE                       $ 25.0

**Exhibit 1**

**05-11-2011** [ TEXT ]

MOTION TO CERTIFY DEFENDANT FROM YOUTHFUL OFFENDER TO

Document Available at Court Clerk's Office

JUVENILE STATUS

**05-12-2011** [ TEXT ]

DISCOVERY REQUEST

Document Available at Court Clerk's Office

**05-13-2011** [ TEXT ]

SUBP RET'D SERVED STEVE BIRMINGHAM BPD; CHRIS BULLEN

Document Available at Court Clerk's Office

BPD BY SERVING PAULA HOUSE 5/11/11

**05-16-2011** [ TEXT ]

SUBP RET'D SERVED DEBORAH BAKER BY SERVING MARGIE

Document Available at Court Clerk's Office

ELDRIDGE 5/12/11

**05-26-2011** [ TEXT ]

SUBP RET'D SERVED ASHLEY COOPER BY SERVING LEE COOPER

Document Available at Court Clerk's Office

5/13/11; ALICIA DAWN MURRAY 5/24/11

**06-13-2011** [ TEXT ]

OFFICE OF JUVENILE AFFAIRS CERTIFICATION STUDY

Document Available at Court Clerk's Office

**06-23-2011** [ TEXT ]

ORDER AUTHORIZING DENTENTION RET'D EXECUTED

Document Available at Court Clerk's Office

**06-24-2011** [ TEXT ]

CM: PHONE MINUTE PER JUDGE GERKIN-SIGLER-PEMBLETON-ATTY

K SANDERS. PRELIMINARY HEARING CONTINUED TO 7-7-11 @

8:30AM. (CSF)

**06-28-2011** [ TEXT ]                                                    $ 50.0

ORDER TO TRANSPORT ISSUED

Document Available at Court Clerk's Office

(Entry with fee only)                                                    $ 25.0

**06-28-2011** [ TEXT ]                                                    $ 20.0

AFFIDAVIT OF WITNESS FEES

Document Available at Court Clerk's Office

**07-07-2011** [ TEXT ]

CM: GERKIN-SIGLER-DEFT W/ ATTY K SANDERS. MATTER PASSED

TO 8-2-11 @ 3:00PM.

**07-07-2011** [ TEXT ]

COURT MINUTE FILED

Document Available at Court Clerk's Office

**07-12-2011** [ TEXT ]

SUBP OUT OF COUNTY ISS, (1 NAME) RET'D TO DA FOR

Document Available at Court Clerk's Office

SERVICE

**Exhibit 1**

**07-12-2011** [ **TEXT** ]

MOTION AND ORDER TO ENDORSE ADDITIONAL WITNESSES
Document Available at Court Clerk's Office

**07-12-2011** [ **TEXT** ]                                                                                    $ 50.(

SUBPOENA, ISSUED (1 NAME TO SHF)
Document Available at Court Clerk's Office

OKLAHOMA COURT INFORMATION SYSTEM FEE                                        $ 25.(

**07-12-2011** [ **TEXT** ]

MOTION AND ORDER TO ENDORSE ADDITIONAL WITNESSES
Document Available at Court Clerk's Office

**07-13-2011** [ **TEXT** ]

SUBP RET'D SERVED BOB WILLIAMS 7/13/11
Document Available at Court Clerk's Office

**07-22-2011** [ **TEXT** ]

SUBP OUT OF COUNTY RET'D SERVED CURTIS GRUNDY 07-12-11
Document Available at Court Clerk's Office

BY DA

**07-22-2011** [ **TEXT** ]

CERTIFICATE OF CERTIFIED MAIL RET'D SIGNED E GRUNDY FOR
Document Available at Court Clerk's Office

CURTIS BRUNDY 07-20-11

**07-29-2011** [ **TEXT** ]

ORDER TO TRANSPORT
Document Available at Court Clerk's Office

**08-02-2011** [ **TEXT** ]

CM: GERKIN-SIGLER-DEFT W/ ATTY K SANDERS-B WILLIAMS OF

OJA-DR GRUNDY. MOTHER OF DEFT DOES NOT APPEAR. MS

SANDERS WITHDRAWS MOTION TO CERTIFY AS JUVENILE AND

REQUESTS COURT TO CERTIFY AS YOUTHFUL OFFENDER. DEFT

STIPULATES TO DR GRUNDY'S REPORT. MS SANDERS ALSO

REQUESTS DEFT BE PLACE W/ OJA FOR PLACEMENT. STATE HAS

NO OBJECTIONS TO PLACEMENT. COURT TO CERTIFY DEFT AS

YOUTHFUL OFFENDER AND WILL HAVE WRITTEN ORDER OF

DETERMINATION BY NEXT COURT DATE. DEFT TO BE PLACE INTO

CUSTODY OF OJA. DEFT ORDERED BACK 8-11-11 @ 10:00AM W/

JUDGE DELAPP. (CSF)

**08-03-2011** [ **TEXT** ]                                                                                    $ 50.0

ORDER TO TRANSPORT ISSUED
Document Available at Court Clerk's Office

(Entry with fee only)                                                                              $ 25.0

**08-04-2011** [ **TEXT** ]

ORDER TO TRANSPORT RET'D EXECUTED 6/28/11
Document Available at Court Clerk's Office

**08-04-2011** [ **TEXT** ]

RECOMMENDATION
Document Available at Court Clerk's Office

**Exhibit 1**

**08-04-2011** **[ TEXT ]**

ORDER TO TRANSPORT RET'D EXECUTED 7/29/11
Document Available at Court Clerk's Office

**08-09-2011** **[ TEXT ]**                                                         $ 450.

AFFIDAVIT OF WITNESS FEES
Document Available at Court Clerk's Office

**08-11-2011** **[ TEXT ]**

CM: DELAPP-HOYT-PEMBLETON-BOB WILLIAMS/OJA-DEFT W/ATTY

K SANDERS. MOTHER FAILS TO APPEAR. JUVENILE ADVISED OF

RIGHTS. JUVENILE WAIVES RIGHTS TO JURY/NON-JURY TRIAL.

DEFT PLED NO CONTEST AND WILL ENTER BLIND PLEA. DEFT TO

CONTINUE IN DETENTION. IF TREATMENT BED COMES OPEN CAN

BE MOVED THERE BEFORE SENTENCING. OJA TO DO A YOUTHFUL

OFFENDER PRE-SENTENCE INVESTIGATION. ALL PARTIES

ORDERED BACK FOR SENTENCING/PSI 09/22/11 @ 10:30 AM.

(LAH)

**08-11-2011** **[ TEXT ]**

CT MINUTE FILED
Document Available at Court Clerk's Office

**08-11-2011** **[ TEXT ]**

COURT REPORTER FEE - CRIMINAL                                     $ 20.0

OKLAHOMA COURT INFORMATION SYSTEM FEE                  $ 25.0

**08-11-2011** **[ TEXT ]**

SUMMARY OF FACTS
Document Available at Court Clerk's Office

**08-11-2011** **[ TEXT ]**

WAIVER OF JURY AND NON-JURY TRIAL
Document Available at Court Clerk's Office

**08-15-2011** **[ TEXT ]**

ORDER TO CONDUCT YOUTHFUL OFFENDER PRESENTENCE
Document Available at Court Clerk's Office

INVESTIGATION

**08-15-2011** **[ TEXT ]**                                                         $ 50.0

ORDER TO TRANSPORT
Document Available at Court Clerk's Office

(Entry with fee only)                                                             $ 25.0

**08-31-2011** **[ TEXT ]**                                                         $ 50.0

ORDER TO RELEASE AND TRANSPORT; ISSUED
Document Available at Court Clerk's Office

(Entry with fee only)                                                             $ 25.0

**08-31-2011** **[ TEXT ]**

ORDER TO TRANSPORT RET'D EXECUTED; 8/11/11
Document Available at Court Clerk's Office

**08-31-2011** **[ TEXT ]**

ORDER TO TRANSPORT RET'D NOT EXECUTED PER BOB WILLIAMS;
Document Available at Court Clerk's Office

**Exhibit 1**

8/31/11

| | |
|---|---|
| **09-12-2011** [ TEXT ] | |
| PRE-SENTENCE INVESTIGATION | |
| Document Available at Court Clerk's Office | |

| | |
|---|---|
| **09-22-2011** [ TEXT ] | |
| COURT REPORT | |
| Document Available at Court Clerk's Office | |

**09-22-2011** [ TEXT ]

CM: DELAPP-HOYT-PEMBLETON-DEFT W/ ATTY K SANDERS-B

WILLIAMS, OJA-P HANEY, COJC. MATTER COMES ON FOR

SENTENCING. DEFT PREVIOUSLY ENTERED BLIND PLEA. THERE

ARE NOT CORRECTIONS OR CONDITIONS TO REPORT. STATE

OBJECTS TO ANDY DEFERRED SENTENCE. COURT SENTENCES DEFT

TO: 5 YEARS SUSPENDED, $1,000.00 FINE, $250.00 VCA,

PROBATION TO BE WITH OJA, 100 HRS COMMUNITY SERVICE,

WRITTEN TREATMENT PLAN THAT INCLUDES THE PARTICIPATION

OF MOTHER DEMETRA JACKSON, PA & COURT COSTS. DEFT

DEFT ORDERED BACK 1-19-12 @ 10:00AM FOR REVIEW. (CSF)

**09-22-2011** [ TEXT ]

COURT MINUTE FILED

Document Available at Court Clerk's Office

**09-22-2011** [ TEXT ]

| | |
|---|---|
| FINE | $ 1,000.0 |
| VCA | $ 250.0 |
| 10% OF VCA | $ 25.0 |

**09-22-2011** [ TEXT ]

PLEA OF GUILTY SUMMARY OF FACTS

Document Available at Court Clerk's Office

**09-22-2011** [ TEXT ]

ADDITIONAL FINDINGS AT TIME OF SENTENCING

Document Available at Court Clerk's Office

**09-26-2011** [ TEXT ]

JUDGMENT AND SENTENCE, SUSPENDED

Document Available at Court Clerk's Office

**12-01-2011** [ TEXT ]

JSU-5 SUPERVISED COMMUNITY PLACEMENT RULES

Document Available at Court Clerk's Office

**12-05-2011** [ TEXT ]

ORDER TO RELEASE AND TRANSPORT RETD SERVED CRAIG CO DET

Document Available at Court Clerk's Office

9/1/11

**01-11-2012** [ TEXT ]

OJA REPORT TO THE COURT/CASE PLAN

Document Available at Court Clerk's Office

**Exhibit 1**

**01-18-2012** [ **TEXT** ]

MOTION TO REVOKE SUSPENDED SENTENCE, BRIDGE YOUTHFUL
Document Available at Court Clerk's Office

OFFENDER CHARGE TO AN ADULT CONVICTION AND TRANSFER

CUSTODY TO THE OKLAHOMA DEPARTMENT OF CORRECTIONS

**01-19-2012** [ **TEXT** ]

CM: DELAPP-PEMBLETON-ATTY K SANDERS-OJA BY R WILLIAMS.

JUV CONTINUED IN CUSTODY OF OJA. CASE IS PASSED DUE TO

ORDER OF COURT FOR RE-SCHEDULING PURPOSES. COURT IS IN

JURY TRIAL IN NOWATA COUNTY. MAINTAIN STATUS QUO. ALL

PARTIES ORDERED BACK TO NEXT HG 2/2/12 AT 10:00AM FOR

REVIEW.

**01-19-2012** [ **TEXT** ]

CT MINUTE FILED
Document Available at Court Clerk's Office

**02-02-2012** [ **TEXT** ]

COJC COURT REPORT
Document Available at Court Clerk's Office

**02-02-2012** [ **TEXT** ]

CM: DELAPP-PEMBLETON-JUV AND ATTY K SANDERS-MOTHER-OJA

BY R WILLIAMS-OTHERS/A CARTER-SISTER, S HENRY-SISTER.

REPORTS REC'D FROM OJA AND COJC. NO OBJECTIONS OR

CORRECTIONS TO REPORTS. JUV CONTINUED IN CUSTODY OF OJA

AND CURRENTLY PLACED AT COJC. CT FOLLOWS OJA RECS IN

ITS ENTIRETY. IA ON MOTION TO REVOKE SUSPENDED

SENTENCE. WAIVES 20 DAYS-WANTS TO TRY TO GET BACK INTO

COMPLIANCE. RESTITUTION OF $1277.11 UNDER ADVISEMENT.

ALL PARTIES ORDERED BACK TO NEXT HG 4/19/12 AT 10:00AM

FOR HG ON MOTION TO REVOKE.

**02-02-2012** [ **TEXT** ]

CT MINUTE FILED
Document Available at Court Clerk's Office

**04-13-2012** [ **TEXT** ]

REPORT TO THE COURT/CASE PLAN OFFICE OF JUVENILE
Document Available at Court Clerk's Office

AFFAIRS (SB)

**04-19-2012** [ **TEXT** ]

COURT REPORT (SB)
Document Available at Court Clerk's Office

**04-19-2012** [ **TEXT** ]

CM: DELAPP-PEMBLETON-JUV W/ ATTY K SANDERS-MOTHER-R

WILLIAMS FOR OJA-OTHERS: J CARTER & A CARTER (BROTHER &

SISTER). REPORTS FROM OJA AND COJC. JUV CONTINUED IN

CUSTODY OF OJA. JUV CURRENTLY PLACED WITH COJC. COURT

FOLLOWS OJA RECOMMENDATION IN ITS ENTIRETY. HAS

**Exhibit 1**

CONFIRMED TO ACT OUT. CASE TO BE SET FOR HEARING ON

MOTION. ALL PARTIES ORDERED BACK 7/26/12 @ 1:30PM FOR

HEARING ON MOTION TO REVOKE. (MEL)

**04-19-2012  [ TEXT ]**

COURT MINUTE FILED (MEL)
Document Available at Court Clerk's Office

**04-24-2012  [ TEXT ]**

NOTICE & ORDER OF ENDORSEMENT OF ADDITIONAL WITNESS(ES)
Document Available at Court Clerk's Office

(SB)

**04-24-2012  [ TEXT ]**

SUBP OUT OF COUNTY ISSUED BY DA (SB)
Document Available at Court Clerk's Office

**04-24-2012  [ TEXT ]**

SUBP DUCES TECUM OUT OF COUNTY ISSUED BY DA (SB)
Document Available at Court Clerk's Office

**04-25-2012  [ TEXT ]**                                                                                $ 10.0

CERTIFIED MAIL SENT TO PAULA HANEY BY DA (SB)

**04-25-2012  [ TEXT ]**                                                                                $ 10.0

CERTIFIED MAIL SENT TO SHARON JENKINS BY DA (SB)

**04-25-2012  [ TEXT ]**                                                                                $ 10.0

CERTIFIED MAIL SENT TO JERRY FRY BY DA (SB)

**05-02-2012  [ TEXT ]**

SUBP DUCES TECUM OUT OF COUNTY RET'D SERVED COJC
Document Available at Court Clerk's Office

BY CERTIFIED MAIL 04-30-12 BY DA (MLJ)

**05-02-2012  [ TEXT ]**

SUBP OUT OF COUNTY RET'D SERVED BY CERTIFIED MAIL
Document Available at Court Clerk's Office

PAULA HANEY, 04-27-12; SHARON JENKINS 04-30-12 (MLJ)

**05-31-2012  [ TEXT ]**

REQUEST & ORDER RESETTING HEARING (AUGUST 2, 2012 @1:30
Document Available at Court Clerk's Office

PM)

**06-04-2012  [ TEXT ]**

ALIAS SUBPOENA OUT OF COUNTY ISSUED; BY DA (SB)
Document Available at Court Clerk's Office

**06-08-2012  [ TEXT ]**

ALIAS SUBP OUT OF COUNTY RET'D SERVED PAULA HANEY;
Document Available at Court Clerk's Office

SHARON JENKINS; 6/8/12 BY DA (SB)

**06-08-2012  [ TEXT ]**

CERT OF CERTIFIED MAIL RET'D SIGNED CHRIS LAITHLEY FOR
Document Available at Court Clerk's Office

PAULA HANEY; 6/7/12 (SB)

**Exhibit 1**

**06-08-2012** [ **TEXT** ]

CERT OF CERTIFIED MAIL RET'D SIGNED SARAH DENT FOR
Document Available at Court Clerk's Office

SARON JENKINS; 6/6/12 (SB)

**06-19-2012** [ **TEXT** ]

CERT OF CERTIFIED MAIL RE'TD SIGNED JEREMY WALKER FOR
Document Available at Court Clerk's Office

SHARON JENKINS; 4/26/12 (SB)

**06-19-2012** [ **TEXT** ]

CERT OF CERTIFIED MAIL RET'D SIGNED JEREMY WALKER FOR
Document Available at Court Clerk's Office

COJC; 4/26/12 (SB)

**06-19-2012** [ **TEXT** ]

CERT OF CERTIFIED MAIL RET'D SIGNED JEREMY WALKER FOR
Document Available at Court Clerk's Office

PAULA HANEY; 4/26/12 (SB)

**07-02-2012** [ **TEXT** ]

LETTER TO JUDGE DELAPP FROM DEFENDANT (SB)
Document Available at Court Clerk's Office

**07-24-2012** [ **TEXT** ]

JSU REPORT TO THE COURT/CASE PLAN (JRH)
Document Available at Court Clerk's Office

**08-01-2012** [ **TEXT** ]

OJA COURT REPORT (JRH)
Document Available at Court Clerk's Office

**08-02-2012** [ **TEXT** ]

CM: DELAPP-L HOYT-PEMBLETON-DEFT AND ATTY K

SANDERS-MOTHER-OJA BY B WILLIAMS-COJC BY P HANEY. DEFT

STIPULATES TO MOTION TO REVOKE, BRIDGE YO CHANRGE TO

ADULT CONVICTION & TRANSFER CUSTODY TO DOC. WAIVES ANY

FRAME RESTRICTIONS. COURT ACCEPTS STIPULATION HOLDS

SENTENCING UNDER ADVISEMENT TO SEE IF CAN COMPLETE

COJC. PARTIES ORDERED BACK FOR REVIEW 1/10/13 @

10:00AM. (JRH)

**08-02-2012** [ **TEXT** ]

COURT MINUTE FILED (JRH)
Document Available at Court Clerk's Office

**08-02-2012** [ **TEXT** ]                                                      $ 20.0

COURT REPORTER FEE - CRIMINAL

OKLAHOMA COURT INFORMATION SYSTEM FEE                    $ 25.0

**01-04-2013** [ **TEXT** ]

REPORT TO THE COURT/CASE PLAN OFFICE OF JUVENILE
Document Available at Court Clerk's Office

AFFAIRS (JRH)

**01-16-2013** [ **TEXT** ]

CM: PER JUDGE DELAPP. COURT IN JURY TRIAL ON 1-10-13.

**Exhibit 1**

CASE RESCHEDULED 2-7-13 @ 10:00AM FOR REVIEW. TO

CONTINUE TO COMPLETE COJC PROGRAM. (CSF)

**01-16-2013** [ **TEXT** ]

CRIMINAL COURT MINUTE FILED (CSF)
Document Available at Court Clerk's Office

**02-01-2013** [ **TEXT** ]

REPORT TO THE COURT/CASE PLAN OFFICE OF JUVENILE
Document Available at Court Clerk's Office

AFFAIRS (JRH)

**02-07-2013** [ **TEXT** ]

CM: DELAPP-MATTER COMES ON FOR RESCHEDULING. WASHINGTON

COUNTY DISTRICT COURT CLOSED FOR MEMORIAL SERVICE.

COURT POSTS SIGNS TO NOTIFY PARTIES OF NEW DATE. CASE

IS CONTINUED DUE TO RESCHEDULING BY THE COURT CLOSING

THE WASHINGTON COUNTY DISTRICT COURT BECAUSE OF

MEMORIAL SERVICE. OJA TO NOTIFY ALL PARTIES OF NEW

DATE. ALL PARTIES ORDERED BACK TO NEXT HEARING FOR

HEARING 2/21/13 @ 10:00AM. (JRH)

**02-07-2013** [ **TEXT** ]

COURT MINUTE FILED (JRH)
Document Available at Court Clerk's Office

**02-21-2013** [ **TEXT** ]

COURT REPORT (JRH)
Document Available at Court Clerk's Office

**02-21-2013** [ **TEXT** ]

CM: DELAPP-PEMBLETON-JUV AND ATTY K SANDERS-MOTHER BY

PHONE-OHJ BY R WILLIAMS. REPORTS RECEIVED FROM OJA. NO

OBJECTIONS OR CORRECTIONS TO THE REPORT. BENCH WARRANT

UNDER ADVISEMENT FOR MOTHER. JUV CONTINUED IN THE

CUSTODY OF OJA. PARTIES ORDERED BACK FOR REVIEW 5/30/13

@ 10:00AM. (JRH)

**02-21-2013** [ **TEXT** ]

COURT MINUTE FILED (JRH)
Document Available at Court Clerk's Office

**05-23-2013** [ **TEXT** ]

REPORT TO THE COURT (JRA)
Document Available at Court Clerk's Office

**05-28-2013** [ **TEXT** ]

REPORT TO THE COURT (JRA)
Document Available at Court Clerk's Office

**05-30-2013** [ **TEXT** ]

CM: DELAPP-PEMBLETON-JUVE W/ ATTY K SANDERS-MOTHER-OJA

BY R WILLIAMS. MATTER COMES ON FOR REVIEW. REPORTS

RECEIVED FROM OJA. NO OBJECTIONS OR CORRECTIONS TO

REPORTS. JUVE CONTINUED IN CUSTODY OF OJA. JUVE

CURRENTLY PLACED AT COJC. COURT FOLLOWS OJA

**Exhibit 1**

RECOMMENDATIONS IN ITS ENTIRETY. CUSTODY EXTENDED TO

18.5.TO COMPLETE AS MUCH OF COJC AS CAN. OJA TO ADDRESS

SAFETY ISSUES W/ COJC. ALL PARTIES ORDERED BACK

10-31-13 @ 10:00AM FOR REVIEW. (CSF)

---

**05-30-2013** [ TEXT ]

COURT MINUTE FILED (CSF)
Document Available at Court Clerk's Office

---

**10-24-2013** [ TEXT ]

REPORT TO THE COURT/CASE PLAN OFFICE OF JUVENILE
Document Available at Court Clerk's Office

AFFAIRS (JRA)

---

**10-28-2013** [ TEXT ]

COURT REPORT (JRA)
Document Available at Court Clerk's Office

---

**10-31-2013** [ TEXT ]

CM: DELAPP-PEMBLETON-JUVE W/ ATTY K SANDERS-MOTHER-OJA

BY R WILLIAMS. MATTER COMES ON FOR REVIEW. REPORTS

RECEIVED FROM OJA AND SOUTHERN PLAINS. NO OBJECTIONS OR

CORRECTIONS TO REPORTS. COURT ORDERS YOUTH RELEASED. TO

BE SUPERVISED BY DOC - PROBATION & PAROLE. CASE CLOSED

TO OJA SUPERVISION. COURT COSTS ASSESSED TO JUVE.

PAYMENT PLAN TO BE SET UP. ALL PARTIES ORDERED BACK

1-9-14 @ 9:00AM FOR FINES/COSTS REVIEW. (CSF)

---

**10-31-2013** [ TEXT ]

JOURNAL ENTRY MINUTE ORDER FILED (CSF)
Document Available at Court Clerk's Office

---

**10-31-2013** [ TEXT ]

RULES AND CONDITIONS OF PROBATION - SUPERVISED BY DOC
Document Available at Court Clerk's Office

(CSF)

---

**10-31-2013** [ TEXT ]

ORDER TO RELEASE FROM PLACEMENT AND PUT ON DEPARTMENT
Document Available at Court Clerk's Office

OF CORRECTIONS SUPERVISION (JRA)

---

**11-20-2013** [ TEXT ]

ORDER TO PAY FINES AND COSTS. TO PAY $75.00 PER MONTH
Document Available at Court Clerk's Office

BEGINNING 11-29-13. (DF)

---

**01-09-2014** [ TEXT ]

CM: DELAPP-PEMBLETON-DEFT APPEARS LATE. DEFT HAS NOT

MADE ANY PAYMENTS SINCE PAYMENT PLAN. COURT REMANDS

DEFT TO THE CUSTODY OF THE WASH CO SHERIFF $25.00 PER

DAY OR UNTIL $150.00 IS PAID TO F&C. DEFT ORDERED BACK

2-6-14 @ 9:00AM FOR F&C REVIEW. (CSF)

**Exhibit 1**

**01-09-2014  [ TEXT ]**

ORDER REMANDING DEFENDANT TO JAIL FOR FAILURE TO PAY
Document Available at Court Clerk's Office

FINES AND COSTS, ISSUED (CSF)

**02-06-2014  [ TEXT ]**

CM: DELAPP-PEMBLETON-DEFT FAILS TO APPEAR FOR FINES &

COSTS REVIEW. BENCH WARRANT AUTHORIZED. (CSF)

**02-06-2014  [ TEXT ]**

JUVENILE COURT MINUTE FILED (CSF)
Document Available at Court Clerk's Office

**02-07-2014  [ TEXT ]**                                                                 $ 50.0

BENCH WARRANT, ISSUED (CRIMINAL)

OKLAHOMA COURT INFORMATION SYSTEM FEE                                    $ 25.0

**02-07-2014  [ TEXT ]**

ORDER REMANDING DEFT TO JAIL FOR FAILURE TO PAY FINES &
Document Available at Court Clerk's Office

COSTS, RETD SENTENCED (CDR)

**04-15-2014  [ TEXT ]**                                                                 $ 817.8

WC COLLECTIONS FEE

**04-15-2014  [ TEXT ]**                                                                 $ -5.0

REDUCTION IN BENCH WARRANT FEE

**04-15-2014  [ TEXT ]**                                                                 $ 5.0

ADDITION FOR WARRANT COLLECTION

**06-10-2014  [ TEXT ]**

MOTION TO REVOKE SUSPENDED SENTENCE (SB)
Document Available at Court Clerk's Office

**06-10-2014  [ TEXT ]**                                                                 $ 50.0

WARRANT, ISSUED

OKLAHOMA COURT INFORMATION SYSTEM FEE                                    $ 25.0

**06-10-2014  [ TEXT ]**                                                                 $ 22.5

WC COLLECTIONS FEE

**07-02-2014  [ TEXT ]**

LETTER FROM SHARONICA CARTER (PUT COPY IN DA'S BOX)
Document Available at Court Clerk's Office

(SB)

**04-15-2016  [ TEXT ]**

WARRANT RET'D EXECUTED 4-14-16 (DF)
Document Available at Court Clerk's Office

**04-15-2016  [ TEXT ]**

WARRANT RET'D EXECUTED 4-14-16 (DF)
Document Available at Court Clerk's Office

**04-15-2016  [ TEXT ]**

CM:GERKIN-DRAKE-DEFT WITHOUT ATTY. DEFT ADVISED OF

RIGHTS AND CT APPT ATTY. COPY OF NAME AND INFO CORRECT

ON APPLICATION TO REVOKE. BOND IS SET IN THE AMOUNT OF

$100,000.00. DEFT IS ORDERED BACK FOR APPL TO REVOKE

**Exhibit 1**

AND FINES AND COST REVIEW WITH JUDGE DELAPP 04/19/16 AT

1:30 PM. DEFT HAS AN ADDITIONAL BOND OF $2,651.00 CASH

ONLY FOR FINES AND COSTS.

---

**04-15-2016  [ TEXT ]**

CT MINUTE FILED (GS)
Document Available (#CC16041800000206) ☐TIFF    ☒PDF

---

**04-19-2016  [ TEXT ]**                                                                                                          $ 40.0

APPLICATION FOR COURT APPOINTED ATTORNEY (SB)
Document Available at Court Clerk's Office

---

**04-19-2016  [ TEXT ]**                                                                                                          $ 12.0

WC COLLECTIONS FEE

---

**04-19-2016  [ TEXT ]**

CM: DELAPP-SIGLER-DEFT W/OUT ATTY. DEFT APPEARS IN

CUSTODY FOR APP TO REVOKE. DEFT HAS APPLIED FOR COURT

APPT ATTY. COURT TO RE-APPT KRISTI SANDERS. DEFT WAIVES

20 DAYS AND IS ORDERED BACK 5-10-16 @ 1:30PM. (CSF)

---

**04-19-2016  [ TEXT ]**

WAIVER OF TWENTY DAY REQUIREMENT (CSF)
Document Available (#CC16041900000523) ☐TIFF    ☒PDF

---

**04-20-2016  [ TEXT ]**

ORDER APPT ATTY FOR DEF (KRISTI SANDERS)(JAD)
Document Available (#CC16042000000175) ☐TIFF    ☒PDF

---

**05-10-2016  [ TEXT ]**

CM: DELAPP-SIGLER-DEFT IN CUSTODY W/ ATTY K SANDERS.

DEFT ADVISED OF RIGHTS AND STIPULATES TO PROBATION

VIOLATIONS. STATE RECOMMENDS TO REVOKE W/ CFTS. THIS IS

AN 85% CRIME. COURT ACCEPTS STIPULATION AND PASSES

SENTENCING. DEFT ORDERED BACK 6-1-16 @ 9:00AM FOR

SENTENCING ON APP TO REVOKE. (CSF)

---

**05-10-2016  [ TEXT ]**

COURT MINUTE FILED (CSF)
Document Available (#CC16051200000403) ☐TIFF    ☒PDF

---

**05-10-2016  [ TEXT ]**                                                                                                          $ 20.0

COURT REPORTER FEE - CRIMINAL

OKLAHOMA COURT INFORMATION SYSTEM FEE                                                                $ 25.0

---

**05-10-2016  [ TEXT ]**                                                                                                          $ 13.5

WC COLLECTIONS FEE

---

**06-01-2016  [ TEXT ]**

CM: DELAPP-NARVAEZ-SIGLER-DEFT W/ ATTY K SANDERS. DEFT

ADVISED OF RIGHTS AND STIPULATES TO PROBATION

VIOLATIONS. DEFT IS INFORMED THIS IS AN 85% CRIME.

COURT REVOKES DEFT TO: 5 YRS DOC TO RUN CONCURRENT W/

TULSA CO CF-14-1902 AND IS TO GET CREDIT FOR TIME

SERVED FROM 7-2-14. COURT ALSO ASSESSES A $250.00 OIDS

FEE. DEFT ADVISED OF APPEAL RIGHTS AND COURT APPT ATTY.

**Exhibit 1**

DEFT WAIVES 10-DAY DELAY AND IS REMANDED TO THE CUSTODY

OF THE WASH CO SHERIFF. DEFT ORDERED BACK WITHIN 48 HRS

UPON RELEASE FROM DOC TO SET UP PAYMENT PLAN. ATTY

ALLOWED TO WITHDRAW. (CSF)

**06-01-2016  [ TEXT ]**

COURT MINUTE FILED (CSF)

Document Available (#CC16062300000064) ☐TIFF   ☐PDF

**06-01-2016  [ TEXT ]**                                                        $ 20.(

COURT REPORTER FEE - CRIMINAL

OKLAHOMA COURT INFORMATION SYSTEM FEE                    $ 25.(

**06-01-2016  [ TEXT ]**                                                        $ 13.5

WC COLLECTIONS FEE

**06-01-2016  [ TEXT ]**                                                        $ 250.(

OIDS FEE

10% OF OIDS                                                              $ 25.(

**06-01-2016  [ TEXT ]**                                                        $ 82.5

WC COLLECTIONS FEE

**06-01-2016  [ TEXT ]**

STIPULATION TO VIOLATION OF PROBATION (CSF)

Document Available (#CC16062300000065) ☐TIFF   ☐PDF

**06-01-2016  [ TEXT ]**

ORDER (CSF)

Document Available (#CC16062300000067) ☐TIFF   ☐PDF

**06-01-2016  [ TEXT ]**

NOTICE OF JUDGMENT AND SENTENCE (CSF) (COPY SENT TO

Document Available at Court Clerk's Office

SHERIFF)

**06-22-2016  [ TEXT ]**

AMENDED JUDGMENT AND SENTENCE (CSF)

Document Available at Court Clerk's Office

**06-23-2016  [ TEXT ]**                                                        $ 50.0

JUDGMENT AND SENTENCE AFTER REVOCATION PROCEEDINGS, ISSU

Document Available at Court Clerk's Office

(CSF)

OKLAHOMA COURT INFORMATION SYSTEM FEE                    $ 25.0

**06-23-2016  [ TEXT ]**                                                        $ 22.5

WC COLLECTIONS FEE

**07-25-2016  [ TEXT ]**

STATEMENT OF JAIL ON REVOCATION, ISSUED (SB)

Document Available (#CC16072500000175) ☐TIFF   ☐PDF

**07-25-2016  [ TEXT ]**

JUDGMENT AND SENTENCE AFTER REVOCATION PROCEEDINGS

RET'D EXECUTED 7-15-16 (JAD)

Document Available (#CC16080100000106) ☐TIFF   ☐PDF

**Exhibit 1**

**07-29-2016** [ **TEXT** ]

ATTACHMENT B AND ORDER(JAD)
Document Available (#CC16072900000049) ⬜TIFF   ⬜PDF

SHF INCARCERATION FEES (48 X $38.00) TOTAL=$1824.00

| | |
|---|---|
| 90% OF FEES TO WASHINGTON COUNTY SHERIFF | $ 1,641.( |
| 10% OF FEES TO COURT CLERK REVOLVING FUND | $ 182.4 |
| 10% OF FEES TO WASHINGTON COUNTY DISTRICT ATTORNEY | $ 182.4 |

**08-02-2016** [ **TEXT** ]

STATEMENT OF JAIL TIME, ISSUED
Document Available (#CC16080200000405) ⬜TIFF   ⬜PDF

**08-10-2016** [ **TEXT** ]

STATEMENT OF JAIL TIME(JAD)
Document Available (#CC16081000000194) ⬜TIFF   ⬜PDF

**10-17-2017** [ **TEXT** ]

ORDER TO PAY FINES AND COSTS. TO PAY $75.00 PER MONTH
Document Available at Court Clerk's Office

BEGINNING 11-17-17. (ORIG) (DF)

**10-25-2017** [ **TEXT** ]

NOTICE OF COURT HEARING FOR PAYMENT OF FINES AND COSTS
Document Available (#CC17102500000231) ⬜TIFF   ⬜PDF

(DF)

**01-03-2018** [ **TEXT** ]

CM: SIGLER-DEFENDANT CONTACTED THE COURT CLERK

REGARDING FINES AND COSTS REVIEW SET FOR 1-5-18.

DEFENDANT IS CURRENT ON HER FINES AND COSTS PER G.

POWELL OF THE COURT CLERK'S OFFICE. DEFENDANT GIVEN NEW

REVIEW DATE OF 3-2-18 AT 1:30 P.M. (GP)

**01-03-2018** [ **TEXT** ]

COURT MINUTE FILED (GP)
Document Available (#CC18010400000076) ⬜TIFF   ⬜PDF

**03-02-2018** [ **TEXT** ]

CM:SIGLER-DEFT FAILED TO APPEAR FOR F&C REVIEW. BENCH

WARRANT AUTHORIZED WITH BOND SET IN THE AMOUNT OF

$250.00. (GS)

**03-07-2018** [ **TEXT** ]                                              $ 50.0

CST: ISSUE BENCH WARRANT (GP)
Document Available at Court Clerk's Office

| | |
|---|---|
| (Entry with fee only) | $ 5.0 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE | $ 25.0 |

**03-19-2018** [ **TEXT** ]

WARRANT RECALL ISSUED, COPY TO SHERIFF'S OFFICE
Document Available at Court Clerk's Office

**03-21-2018** [ **TEXT** ]

WARRANT RET'D RECALLED WITH ORIG RECALL NOTICE;
Document Available at Court Clerk's Office

3/21/18 (SB)

**Exhibit 1**

**04-06-2018** [ TEXT ]

    CM:SIGLER-DEFT CONTACTED THE COURT CLERK REGARDING

    BENCH WARRANT. BENCH WARRANT HAS BEEN ISSUED ON 3/7/18.

    DEFENDANT FAILED TO APPEAR ON HER COURT DATE OF 3/2/18.

    DEFENDANT GIVEN NEW DATE OF 6/8/18 AT 1:30PM. BENCH

    WARRANT IS RECALLED THIS DATE. DEFENDANT MUST BE IN

    COURT ON NEW DATE. (JS)

**04-06-2018** [ TEXT ]

    COURT MINUTE FILED

    Document Available (#CC18041100000588) 🗔TIFF  🗎PDF

**05-29-2018** [ TEXT ]

    ADJUSTING ENTRY MADE IN CCA-18-00005 - CARD ALLOCATION

**05-30-2018** [ TEXT ]                                                    $ -1.4

    AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

    AJE: COST DUE TO CARD ALLOCATION FEE                     $ 1.4

**06-04-2018** [ TEXT ]

    CM:SIGLER-DEFENDANT CONTACTED THE COURT CLERK

    REGARDING FINES AND COSTS REVIEW SET FOR 6/8/18.

    DEFENDANT IS CURRENT ON HER FINES AND COSTS PER H

    LAWRENCE OF THE COURT CLERK'S OFFICE. DEFENDANT GIVEN

    NEW REVIEW DATE OF 7/27/18 AT 1:30PM.

**06-04-2018** [ TEXT ]

    COURT MINUTE FILED

    Document Available (#CC18061300000177) 🗔TIFF  🗎PDF

**07-27-2018** [ TEXT ]

    CM:SIGLER-DEFT APPEARS FOR F&C REVIEW AND IS ORDERED

    BACK 9-28-18 AT 1:30 P.M. (GP)

**09-28-2018** [ TEXT ]

    CM:SIGLER-DEFT APPEARS FOR F&C REVIEW AND IS ADVISED

    SHE WILL NEED TO MAKE A $50.00 PAYMENT BY 3:30 TODAY.

    DEFT APPEARS WITH PAYMENT AS ORDERED. DEFT IS ORDERED

    BACK 11-16-18 AT 1:30 P.M. DEFT ORDERED TO SET UP NEW

    PAYMENT PLAN (GP)

**09-28-2018** [ TEXT ]

    ORDER TO PAY FINES AND COSTS. TO PAY $75.00 PER MONTH

    Document Available (#CC18100400000235) 🗔TIFF  🗎PDF

    BEGINNING 10-29-18 (GP)

**11-02-2018** [ TEXT ]

    ADJUSTING ENTRY MADE IN CCA-18-00011 - CARD ALLOCATION

**11-05-2018** [ TEXT ]                                                    $ -1.9

    AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

    AJE: COST DUE TO CARD ALLOCATION FEE                     $ 1.9

**11-14-2018** [ TEXT ]

    CM:SIGLER-DEFENDANT CONTACTED THE COURT CLERK REGARDING

    FINES AND COSTS REVIEW SET FOR 11/16/18. DEFENDANT IS

**Exhibit 1**

CURRENT ON FINES AND COSTS PER H LAWRENCE OF THE COURT

CLERK'S OFFICE. DEFENDANT GIVEN NEW REVIEW DATE OF

2/8/19 @ 1:30PM. (HDL)

**11-14-2018** **[ TEXT ]**

COURT MINUTE FILED (GP)
Document Available (#CC18111500000257) 🗎TIFF   🗎PDF

**11-26-2018** **[ TEXT ]**

ADJUSTING ENTRY MADE IN CCA-18-00011 - CARD ALLOCATION

**11-27-2018** **[ TEXT ]**                                                          $ -0.9

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

AJE: COST DUE TO CARD ALLOCATION FEE                                  $ 0.9

**12-28-2018** **[ TEXT ]**

ADJUSTING ENTRY MADE IN CCA-18-00012 - CARD ALLOCATION

**12-31-2018** **[ TEXT ]**                                                          $ -1.1

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

AJE: COST DUE TO CARD ALLOCATION FEE                                  $ 1.1

**01-14-2019** **[ TEXT ]**

ADJUSTING ENTRY MADE IN CCA-19-00001 - CARD ALLOCATION

**01-15-2019** **[ TEXT ]**                                                          $ -1.5

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

AJE: COST DUE TO CARD ALLOCATION FEE                                  $ 1.5

**02-06-2019** **[ TEXT ]**

CM:SIGLER-DEFENDANT CONTACTED THE COURT CLERK REGARDING

FINES AND COSTS REVIEW SET FOR 2/08/19. DEFENDANT IS

CURRENT ON FINES AND COSTS PER G. POWELL OF THE COURT

CLERK'S OFFICE. DEFEENDANT GIVEN NEW REVIEW DATE OF

5-10-19 @ 1:30 P.M.(GP)

**02-06-2019** **[ TEXT ]**

COURT MINUTE FILED (GP)
Document Available (#CC19020700000058) 🗎TIFF   🗎PDF

**05-09-2019** **[ TEXT ]**

ORDER OF ASSIGNEMENT (JUDGE THOMAS) (SB)
Document Available at Court Clerk's Office

**05-14-2019** **[ TEXT ]**

CM:THOMAS. DEFT FAILED TO APPEAR FOR FINES & COSTS

REVIEW AND IS NOT CURRENT ON PAYMENTS. CRT REQUESTS A

ONE-TIME LETTER BE SENT TO DEFT REGARDING MISSED COURT

DATE. IF NO RESPONSE IN 10 DAYS A BENCH WARRANT WILL BE

ISSUED WITH BOND SET IN THE AMOUNT OF $50.00. (HDL)

**05-14-2019** **[ TEXT ]**

FINES AND COSTS LETTER MAILED TO DEFT THIS DATE
Document Available at Court Clerk's Office

(W/ATTACHMENTS)(GP)

**Exhibit 1**

**05-20-2019** [ **TEXT** ]

ORDER OF ASSIGNMENT WITH PINK SLIP FOR NEW COURT DATE
Document Available at Court Clerk's Office

RETD VACANT/UNABLE TO FORWARD (GP)

**05-20-2019** [ **TEXT** ]

FINES AND COSTS LETTER W ATTACHMENTS RETD VACANT/UNABLE
Document Available at Court Clerk's Office

TO FOWARD (GP)

**06-07-2019** [ **TEXT** ]

CM:THOMAS-DEFT APPEARS NOT FOR FINES AND COSTS REVIEW.

CRT FINDS A FINES AND COSTS LETTER WAS MAILED TO DEFT

ON 5/14/19 BUT WAS RETURNED UNABLE TO FORWARD. CRT

FINDS DEFT IS TO KEEP COST ADMINISTRATOR APPRISED OF

ADDRESS CHANGES. CLERK TO ATTEMPT TO CONTACT DEFT BY

PHONE. CRT TAKES BENCH WARRANT UNDER ADVISEMENT UNTIL

6/21/19 @ 10:30AM. (HDL)

**06-21-2019** [ **TEXT** ]

CM:THOMAS-DEFT FAILS TO APPEAR FOR FINES AND COSTS

REVIEW. CLERK ATTEMPTED TO CONTACT DEFT BY PHONE AND

LEFT A VOICEMAIL. NO RETURN CALL. BENCH WARRANT

AUTHORIZED IN THE AMOUNT OF $50.00 CASH. (HDL)

**06-24-2019** [ **TEXT** ]                                                          $ 50.0

WARRANT, ISSUED
Document Available at Court Clerk's Office

OKLAHOMA COURT INFORMATION SYSTEM FEE                              $ 25.0

**06-24-2019** [ **TEXT** ]                                                          $ 22.5

WC COLLECTIONS FEE

**10-21-2019** [ **TEXT** ]

CM:THOMAS-DEFT IN OFFICE, PAID BOND ON WARRANT AND IS

ORDERED BACK FOR FINES AND COST REVIEW WITH JUDGE

THOMAS 11/01/19 AT 9:00 AM. WARRANT RECALLED. (GS)

**10-21-2019** [ **TEXT** ]

WARRANT RECALL ISSUED, COPY TO SHERIFF'S OFFICE (GS)
Document Available at Court Clerk's Office

**10-24-2019** [ **TEXT** ]

WARRANT RET'D RECALLED WITH ORIG RECALL NOTICE;
Document Available at Court Clerk's Office

**11-01-2019** [ **TEXT** ]

ADJUSTING ENTRY MADE IN CCA-19-00011 - CARD ALLOCATION

**11-01-2019** [ **TEXT** ]

CM:THOMAS-DEFT FAILS TO APPEAR FOR FINES AND COSTS

REVIEW. CRT FINDS DEFT'S PAYMENT PLAN BEGAN ON 11/17/17

FOR $75/MONTH. SINCE THAT TIME DEFT HAS FAILE TO APPEAR

NO LESS THAN 5 TIMES. DEFT CAME IN ON 10/21/19, PAID

$50.00 AND WARRANT WAS RECALLED. DEFT WAS INSTRUCTED TO

**Exhibit 1**

APPEAR ON 11/1/19 @ 11:00AM. DEFT CONTACTED THE COURT

CLERK'S OFFICE THIS MORNING AND ADVISED THAT SHE WOULD

NOT BE AT COURT TODAY. BENCH WARRANT AUTHORIZED IN THE

AMOUNT OF $50.00. DO NOT RECALL ANY MORE WARRANTS.

(HDL)

---

**11-04-2019** [ TEXT ]                                                     $ -0.

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

AJE: COST DUE TO CARD ALLOCATION FEE                          $ 0.

---

**11-05-2019** [ TEXT ]                                                     $ 50.

CST: ISSUE BENCH WARRANT (HDL)
Document Available at Court Clerk's Office

(Entry with fee only)                                                       $ 5.

OKLAHOMA COURT INFORMATION SYSTEM FEE              $ 25.

---

**08-27-2020** [ TEXT ]

NOTICE OF FILING (JS)
Document Available at Court Clerk's Office

---

**08-27-2020** [ TEXT ]

TRANSCRIPT OF PROCEEDINGS HELD ON AUGUST 11, 2011

BEFORE THE HONORABLE CURTIS L DELAPP, DISTRICT JUDGE (1

ORIG AND 2 COPIES)

---

**08-27-2020** [ TEXT ]

TRANSCRIPT OF PROCEEDINGS HELD ON SEPTEMBER 22, 2011

BEFORE THE HONORABLE CURTIS L DELAPP, DISTRICT JUDGE (1

ORIG AND 2 COPIES)

---

**08-27-2020** [ TEXT ]

TRANSCRIPT OF PROCEEDINGS HELD ON AUGUST 2, 2012

BEFORE THE HONORABLE CURTIS L DELAPP, DISTRICT JUDGE (1

ORIG AND 2 COPIES)

---

**05-17-2023** [ TEXT ]

MOTION TO RECALL WARRANT AND FOR RULE 8 RELIEF(JAD)
Document Available at Court Clerk's Office

---

**05-17-2023** [ TEXT ]                                                     $ 40.0

APPLICATION FOR COURT APPOINTED ATTORNEY (JAD)
Document Available at Court Clerk's Office

---

**05-22-2023** [ TEXT ]

MOTION FOR HEARING (SB)
Document Available at Court Clerk's Office

---

**05-26-2023** [ TEXT ]

RECUSAL AND REQUEST FOR REASSIGNMENT(JAD)
Document Available at Court Clerk's Office

---

**06-06-2023** [ TEXT ]

SUPREME COURT ORDER (ASSIGNMENT OF HONORABLE DAVID
Document Available at Court Clerk's Office

GUTEN, TULSA COUNTY DISTRICT JUDGE) (JS)

**Exhibit 1**

**06-22-2023**  **[ TEXT ]**

    COURT MINUTE ORDER (SB) (SENT TO SHF FOR RECALL)

    Document Available at Court Clerk's Office

**06-22-2023**  **[ TEXT ]**

    ORDER SETTING HEARING (JULY 19, 2023 @ 2:00 PM) (SB)

    Document Available at Court Clerk's Office

    (HEARING TO BE HELD IN TULSA COUNTY)

**06-22-2023**  **[ TEXT ]**

    CERTIFICATE OF DELIVERY (SB)

    Document Available at Court Clerk's Office

**07-05-2023**  **[ TEXT ]**

    COURT MINUTE RTD (RECALL RTD BY SHF)(JAD)

    Document Available at Court Clerk's Office

**Exhibit 1**