IN THE DISTRICT COURT IN AND FOR WASHINGTON COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No: YO-11-1 |
| SHARONICA CARTER, | ) |
| Defendant. | ) |

ORDER OF RULE 8 RELIEF

NOW, on this 19th day of July, 2023, the matter comes before me, undersigned Judge of the District Court, for hearing on Defendant's Motion for Rule 8 Relief. The State was present by video and represented by Mr. Will Drake, the Defendant was present by video and was represented by Mr. Blake Shipley who appeared in open court. Based on the testimony and evidence provided the Court makes the following findings:

1. Defendant is an impoverished person who is unable to pay the fines and costs associated in this case pursuant to OCCA Rule 8.5. All remaining fines, costs and/or assessments in this matter are ordered waived or otherwise discharged.

IT IS THEREFORE ORDERED this 19th day of July, 2023.

_____
DAVID A. GUTEN
District Judge

**Exhibit 2**