UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA FEENSTRA and SHARONICA CARTER, <br><br>    Plaintiffs, <br>v. <br><br>JARED SIGLER, *et al.*, <br><br>    Defendants. | No. 19-cv-00234- JAR-CDL |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Notice of Settlement, dated August 19, 2022 (Dkt. No. 138), Plaintiffs Amanda Feenstra and Sharonica Carter ("Plaintiffs") and Defendants State of Oklahoma *ex rel.* Oklahoma Indigent Defense System ("OIDS"), OIDS Executive Director Charles T. Laughlin[1], and OIDS Board of Directors (hereinafter referred to as "OIDS Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly file this Stipulation of Dismissal with Prejudice and in support thereof, state that all matters in controversy between them in the above-referenced case have been resolved. Plaintiffs and OIDS Defendants shall bear their own attorney's fees and costs.

---

[1] Plaintiffs originally brought this case against OIDS Executive Director Craig Sutter in his official capacity. Charles T. Laughlin, succeeded Craig Sutter as OIDS Executive Director and is therefore the successor party pursuant to Fed. R. Civ. P. 25(d).

Dated:  July 21, 2023

Respectfully submitted,

/s/ Lilia Vazova
Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL
2500 S. Broadway
Suite 122
Edmond, OK 73013
T/F:  (918) 935-2777
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

Arthur Ago (admitted *pro hac vice*)
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
T:  (202) 662-8600
F:  (202) 783-0857
AAgo@lawyerscommittee.org

Lilia Vazova (admitted *pro hac vice*)
Matthew Salerno (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
T:  (212) 906-1200
F:  (212) 751-4864
lilia.vazova@lw.com
matthew.salerno@lw.com

*Counsel for Plaintiffs Amanda Feenstra and Sharonica Carter*

/s/Erin Moore
Erin Moore, OBA #16576
Assistant Attorney General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
T: (405) 521-3921
F: (405) 521-4518
erin.moore@oag.ok.gov

*Counsel for OIDS Defendants*


/s/Stefanie Lawson
Devan Pederson, OBA #16576
Stefanie Lawson, OBA #22422
Assistant Attorney General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
T: (405) 521-3921
F: (405) 521-4518
Devan.pederson@oag.ok.gov
Stefanie.lawson@oag.ok.gov

*Counsel for Defendants Linda Thomas, Russell Vaclaw, and Jared Sigler*