IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Amanda Feenstra, et al., | |
| Plaintiff(s), | |
| vs. | Case No.: 19-cv-234-JAR-CDL |
| Jared Sigler, et al., | **MINUTE ORDER** |
| Defendant(s). | |

    An order having been made remanding the above-numbered case to the Washington County District Court. We are transmitting herewith certified copies of the order and District Court docket sheet in the action.

Mark C. McCartt, Clerk of Court

s/B. Conley
_____
By: Brenda Conley, Case Administrator

Minute Order Transfer/Remand (CV-02c 1/2022)