AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                                                    Date

the Clerk is requested to tax the following as costs:

Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .    _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . .    _____

Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

                                                                                    TOTAL    $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❏    Electronic service                    ❏    First class mail, postage prepaid

❏    Other: _____

s/ Attorney: _____

        Name of Attorney: _____

For: _____        Date: _____
            *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
        *Clerk of Court*                              *Deputy Clerk*                              *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | **TOTAL** | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| DATE | ATTORNEY | COST FOR | AMOUNT |
|---|---|---|---|
| 10/10/2019 | | Copy of Transcript from Motion to Dismiss Hearing before Judge Frizzell | $ 80.10 |
| 10/26/2020 | Devan Pederson | Deposition Transcript of Defendant Jared Sigler paid to Professional Reports | $ 488.57 |
| 11/2/2020 | Devan Pederson | Deposition Transcripts of Plaintiff Sharonica Carter paid to Professional Reporters | $ 1,247.52 |
| 11/6/2020 | Devan Pederson | Deposition Transcript of Defendant Curtis DeLapp paid to Professional Reports | $ 655.54 |
| 11/12/2020 | Devan Pederson | Deposition Transcript of Plaintiff Amanda Feenstra paid to Professional Reporters | $ 1,233.34 |
| 1/12/2021 | Devan Pederson | Deposition Transcript of Plaintiff Haylee Lawrence paid to Professional Reporters | $ 185.21 |
| 1/28/2021 | Devan Pederson | Deposition Transcript of Defendant Linda Thomas paid to Professional Reports | $ 271.54 |
| | | **TOTAL:** | **$ 4,161.82** |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

INVOICE NO: 20190071

**MAKE CHECKS PAYABLE TO:**

Richard N. Mann
Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Phone: (405) 522-2921

Brian Neil Reporting, Inc.
P.O. Box 140011

Broken Arrow, OK 74014

Phone: (918) 699-4876

Tax ID: 73-1607303
brian_neil@oknd.uscourts.gov

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED:   10-11-2019 | DATE DELIVERED:   10-18-2019 |

**Case Style:** 19-CV-234-GKF-FHM, Amanda Feenstra, et al. v Jared Sigler, et al.
One transcript COPY of the motion hearing held on 10/10/2019 before Judge Gregory K. Frizzell in the Northern District of Oklahoma.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 89 | 0.90 | 80.10 | | 0.60 | | 80.10 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 80.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $80.10 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:   *s/ Brian P. Neil* | DATE   10-18-2019 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*



*Leesa Thompson*

## PROFESSIONAL REPORTERS

511 COUCH DR. #100
OKLAHOMA CITY, OK 73102
+1 405-272-1006

174211,174214                              $488.57

---

Subtotal                                   $488.57

Total Taxes                                  $0.00

### Total                 $ 488 57

PAYMENT ID: Q9GDF9R13YWA4
Cashier: Billing Department

Hide Details

Card: Visa 6738
December 08, 2020, 12:40 PM
Method: KEYED
Auth ID: 043040
Reference ID: 034300500198
CVM: SIGNATURE VERIFIED

| DATE | VISA |
|------|------|
| December 08, 2020 12:40 pm | **VISA** 6738 |

View the Privacy Policies for
Clover



# CASE RELATED EVIDENCE FUND EXPENSE REQUEST

| TO: | FINANCE |
|---|---|
| FROM: | Pederson -  Leesa Myers |
| UNIT: | Litigation |
| DATE: | November 19, 2020 |

| PLEASE ISSUE CHECK TO: | **Professional Reporters** | |
|---|---|---|
| IN THE AMOUNT OF: | $488.57 | |
| DESCRIPTION OF EXPENSE: | Copy of Web depo of J. Sigler | |
| FEI OR SOCIAL SECURITY NUMBER OF VENDOR BEING PAID: | 45-3953521 | |
| CASE NAMES AND/OR NUMBER(S) ASSOCIATED WITH THIS COST: | Feenstra v. Sigler | CV-19-234 |
| | ND | FC-19-0039 |

REQUEST WAS PRE-APPROVED BY: *Kindanne C. Jones* _____

☐ CHECK THIS BOX IF YOU WANT THE CHECK RETURNED TO YOU

IF ANOTHER PARTY NEEDS TO BE BILLED PLEASE COMPLETE THE FOLLOWING:

| BILL TO: | |
|---|---|
| AMOUNT TO BE BILLED: | |
| ADDRESS: | |
| CONTACT PERSON: | |

| ADDITIONAL COMMENTS OR NOTES: | Invoice #  174211 & 174214 |
|---|---|

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174211 | 11/10/2020 | 147749 |

| Job Date | Case No. | |
|---|---|---|
| 10/26/2020 | 19-cv-234-JFH-FHM | |

| Case Name |
|---|
| Feenstra & Carter vs. Sigler |

| Payment Terms |
|---|
| Net 30 days |

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Jared Sigler | | | | | |
| | Exhibit - Scanning | 100.00 | Pages @ | 1.95 | 195.00 |
| | Exhibit - Color Scanning | 135.00 | Pages @ | 0.53 | 71.55 |
| | Realtime | 9.00 | Pages @ | 0.78 | 7.02 |
| | | 100.00 | Pages @ | 1.50 | 150.00 |
| | **TOTAL DUE  >>>** | | | | **$423.57** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY PLUS REALTIME SERVICES.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Job No.      : 147749          BU ID        : 1-Oklahoma
Case No.     : 19-cv-234-JFH-FHM
Case Name    : Feenstra & Carter vs. Sigler

Invoice No.  : 174211         Invoice Date : 11/10/2020
**Total Due** : **$423.57**

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City, OK 73102**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174214 | 11/10/2020 | 147749 |

| Job Date | Case No. | |
|---|---|---|
| 10/26/2020 | 19-cv-234-JFH-FHM | |

| Case Name |
|---|
| Feenstra & Carter vs. Sigler |

| Payment Terms |
|---|
| Net 30 days |

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Jared Sigler

| | | | | | |
|---|---|---|---|---|---|
| Video Sync | 1.00 | Flat Fee | @ | 65.00 | 65.00 |
| | **TOTAL DUE   >>>** | | | | **$65.00** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE VIDEO.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Job No.    : 147749          BU ID       : 1-Oklahoma
Case No.   : 19-cv-234-JFH-FHM
Case Name  : Feenstra & Carter vs. Sigler

Invoice No.  : 174214          Invoice Date  : 11/10/2020
**Total Due**   : **$65.00**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:                    Phone#: | | | |
| Billing Address: | | | |
| Zip:              Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City, OK 73102**

## COPY

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF OKLAHOMA

AMANDA FEENSTRA, et al.,

    Plaintiff,

VS.
                            Case Number
                            19-cv-234-JFH-FHM

JARED SIGLER, et al.,

    Defendants.

**WEB CONFERENCE DEPOSITION OF JARED SIGLER**
TAKEN ON BEHALF OF THE PLAINTIFF
ON OCTOBER 26, 2020, BEGINNING AT 9:06 A.M.
IN EDMOND, OKLAHOMA
(LOCATION OF REPORTER)

**APPEARANCES:**

On behalf of the Plaintiffs:

**MS. SARAH BURACK**       (via Zoom)
**MS. LILIA B. VAZOVA**    (via Zoom)
LATHAM WATKINS
885 Third Avenue
New York, New York  10022
212.906.1605
sarah.burack@lw.com
lilia.vazova@lw.com

On behalf of the Defendant State Judges:

**MR. DEVAN A. PEDERSON**    (via Zoom)
OKLAHOMA ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, OK  73105
405.522.2931
devan.pederson@oag.ok.gov

(Appearances continued on page 2)

Reported by:  Cheryl D. Rylant, CSR, RPR

OKLAHOMA CITY, OK 405.272.1006
TULSA, OK 918.583.8600
PROFESSIONAL REPORTERS
CORPORATE OFFICE: 511 COUCH DRIVE, SUITE 100 · OKLAHOMA CITY, OK
LITTLE ROCK, AR 501.414.0863
FAYETTEVILLE, AR 479.587.1006
(800) 376-1006
www.proreporters.com

```
 1   On behalf of the OIDS Defendants:

 2   MR. JON M. WILLIFORD              (via Zoom)
     OKLAHOMA ATTORNEY GENERAL
 3   313 NE 21st Street
     Oklahoma City, OK  73105
 4   405.522.2944
     jon.williford@oag.ok.gov
 5
     Also appearing:
 6
     MS. STEFANIE LAWSON              (via Zoom)
 7   OKLAHOMA ATTORNEY GENERAL
     313 NE 21st Street
 8   Oklahoma City, OK  73105
     405.522.2944
 9   stefanie.lawsom@oag.ok.gov

10   VIDEO TECHNICIAN:   Sean Shell

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          INDEX

 2                                              PAGE

 3     Direct Examination - Ms. Burack         6

 4                        EXHIBITS

 5     NO.    DESCRIPTION                       PAGE

 6     1     STATE JUDGES 497-499              21

 7     2     Title 22. Criminal Procedure -    27
             Chapter 18 - Appendix, Rules of the
 8           Court of Criminal Appeals - Section
             VIII: Procedures Relating to
 9           District and Municipal Courts
             Relating to Imprisonment for
10           Nonpayment of Fines and Costs

11     3     Motion for Rule 8 Hearing on      42
             Inability to Pay Fines and/or Costs
12
       4     CF-15-01, State of OK vs. Arias,   6
13           Request for Rule 8 Hearing on
             Motion for Relief From Obligation
14           of Fines, Costs and Restitution

15     5     Court Cost Collections - AOC,     59
             Fall 2009
16
       6     CF-2014-528, State of OK vs.      69
17           Ackerson, Docket

18     7     CF-14-465, State of Oklahoma vs.  71
             Ackerson, Order Remanding Defendant
19           to Jail for Failure to Pay Fines
             and Costs
20
       8     YO-2011-1, State of OK vs. Carter, 71
21           Docket

22     9     Bench Warrant Recall's - Judge    80
             Sigler
23
       10    Order Setting Bond for Failure to 87
24           Appear

25
```

# CASE RELATED EVIDENCE FUND
# EXPENSE REQUEST

| TO: | FINANCE |
|---|---|
| FROM: | Pederson - Leesa Myers |
| UNIT: | Litigation |
| DATE: | November 19, 2020 |

| PLEASE ISSUE CHECK TO: | Professional Reporters | |
|---|---|---|
| IN THE AMOUNT OF: | $1,247.52 | |
| DESCRIPTION OF EXPENSE: | AG Web depo of Plt. S. Carter | |
| FEI OR SOCIAL SECURITY NUMBER OF VENDOR BEING PAID: | 45-3953521 | |
| CASE NAMES AND/OR NUMBER(S) ASSOCIATED WITH THIS COST: | Feenstra v. Sigler | CV-19-234 |
| | ND | FC-19-0039 |

REQUEST WAS PRE-APPROVED BY: *Kindanne C. Jones* _____

☐ CHECK THIS BOX IF YOU WANT THE CHECK RETURNED TO YOU

### IF ANOTHER PARTY NEEDS TO BE BILLED PLEASE COMPLETE THE FOLLOWING:

| BILL TO: | |
|---|---|
| AMOUNT TO BE BILLED: | |
| ADDRESS: | |
| CONTACT PERSON: | |

| ADDITIONAL COMMENTS OR NOTES: | Invoice #  174332 & 174264 |
|---|---|

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174264 | 11/10/2020 | 147606 |
| **Job Date** | **Case No.** | |
| 11/2/2020 | 19-cv-234-JFH-FHM | |
| **Case Name** | | |
| Feenstra & Carter vs. Sigler | | |
| **Payment Terms** | | |
| Net 30 days | | |

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sharonica Carter | 160.00 | Pages @ | 3.95 | 632.00 |
| Exhibit | 29.00 | Pages @ | 0.35 | 10.15 |
| Appearance Fee | 1.00 | Flat Fee @ | 45.00 | 45.00 |
| Signature Handling Fee | 1.00 | Flat Fee @ | 25.00 | 25.00 |
| Exhibit - Scanning | 29.00 | Pages @ | 0.53 | 15.37 |
| Rough Disk | 160.00 | Pages @ | 1.25 | 200.00 |
| | | **TOTAL DUE   >>>** | | **$927.52** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN ORIGINAL AND ONE COPY PLUS A ROUGH DRAFT.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

| | | | |
|---|---|---|---|
| Job No. | : 147606 | BU ID | : 1-Oklahoma |
| Case No. | : 19-cv-234-JFH-FHM | | |
| Case Name | : Feenstra & Carter vs. Sigler | | |
| Invoice No. | : 174264 | Invoice Date | : 11/10/2020 |
| **Total Due** | **: $927.52** | | |

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City, OK 73102**

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174332 | 11/10/2020 | 147606 |
| **Job Date** | **Case No.** | |
| 11/2/2020 | 19-cv-234-JFH-FHM | |
| **Case Name** | | |
| Feenstra & Carter vs. Sigler | | |
| **Payment Terms** | | |
| Net 30 days | | |

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Sharonica Carter

| | | | | |
|---|---|---|---|---|
| Web Conference-First hour with Equipment | 1.00 | @ | 95.00 | 95.00 |
| Web Conference-Hourly | 4.50 | @ | 50.00 | 225.00 |
| | **TOTAL DUE   >>>** | | | **$320.00** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF A WEB CONFERENCE.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Job No.    : 147606          BU ID        : 1-Oklahoma
Case No.   : 19-cv-234-JFH-FHM
Case Name  : Feenstra & Carter vs. Sigler

Invoice No.  : 174332          Invoice Date : 11/10/2020
**Total Due**  : **$320.00**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:                    Phone#: | | | |
| Billing Address: | | | |
| Zip:            Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City, OK 73102**

# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF OKLAHOMA

AMANDA FEENSTRA, et al.,

    Plaintiff,

vs.                        Case No. 19-cv-234-JFH-FHM

JARED SIGLER, et al.,

    Defendants.

### DEPOSITION OF SHARONICA CARTER
TAKEN ON BEHALF OF THE DEFENDANTS
ON NOVEMBER 2, 2020, BEGINNING AT 10:44 A.M.
(via Zoom)

### APPEARANCES

On behalf of the PLAINTIFFS:

**Michael Lacovara**
**Alysha Naik**
LATHAM WATKINS
885 Third Avenue
New York, New York  10022
212.906.1605
michael.lacovara@lw.com
alysha.naik@lw.com
lilia.vazova@lw.com

REPORTED BY:  Karen Dauphin Albert, CSR, RPR

OKLAHOMA CITY, OK
405.272.1006
TULSA, OK
918.583.8600

PROFESSIONAL REPORTERS

CORPORATE OFFICE:   511 COUCH DRIVE, SUITE 100 • OKLAHOMA CITY, OK

LITTLE ROCK, AR
501.414.0863
FAYETTEVILLE, AR
479.587.1006

```
 1    APPEARANCES (continued)

 2
      On behalf of the OIDS DEFENDANTS:
 3
      Jon M. Williford
 4    OKLAHOMA ATTORNEY GENERAL
      313 NE 21st Street
 5    Oklahoma City, OK  73105
      405.522.2944
 6    jon.williford@oag.ok.gov

 7
      On behalf of the DEFENDANT STATE JUDGES:
 8
      Devan A. Pederson
 9    OKLAHOMA ATTORNEY GENERAL
      313 NE 21st Street
10    Oklahoma City, OK  73105
      405.522.2931
11    devan.pederson@oag.ok.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1

2
                            INDEX
3
                                              Page
4
        Direct Examination by Mr. Pederson      5
5
        Cross Examination by Mr. Williford     130
6

7

8
                           EXHIBITS
9

10
        Exhibit                               Page
11
12      1    Plea agreeement                   105

13      2    Transcript of hearing            105

14      3    Order                            109

15

16

17

18

19

20

21

22

23

24

25
```

# CASE RELATED EVIDENCE FUND EXPENSE REQUEST

| TO: | FINANCE |
|---|---|
| FROM: | Pederson -  Leesa Myers |
| UNIT: | Litigation |
| DATE: | November 19, 2020 |

| PLEASE ISSUE CHECK TO: | Professional Reporters |
|---|---|
| IN THE AMOUNT OF: | $1,247.52 |
| DESCRIPTION OF EXPENSE: | AG Web depo of Plt. S. Carter |
| FEI OR SOCIAL SECURITY NUMBER OF VENDOR BEING PAID: | 45-3953521 |
| ==CASE NAMES AND/OR NUMBER(S) ASSOCIATED WITH THIS COST:== | Feenstra v. Sigler          CV-19-234<br><br>ND                          FC-19-0039 |

REQUEST WAS PRE-APPROVED BY: *Kindanne C. Jones* _____

☐ CHECK THIS BOX IF YOU WANT THE CHECK RETURNED TO YOU

IF ANOTHER PARTY NEEDS TO BE BILLED PLEASE COMPLETE THE FOLLOWING:

| BILL TO: | |
|---|---|
| AMOUNT TO BE BILLED: | |
| ADDRESS: | |
| CONTACT PERSON: | |

| ADDITIONAL COMMENTS OR NOTES: | Invoice #  174332 & 174264 |
|---|---|



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174669 | 11/24/2020 | 147826 |

| Job Date | Case No. | |
|---|---|---|
| 11/6/2020 | 19-cv-234-JFH-FHM | |

| Case Name | | |
|---|---|---|
| Feenstra & Carter vs. Sigler | | |

| Payment Terms | | |
|---|---|---|
| Net 30 days | | |

Jon Williford
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Curtis DeLapp | | 266.00 | Pages | @ 1.95 | 518.70 |
| | Condensed Transcript | 1.00 | Flat Fee | @ 35.00 | 35.00 |
| | Index | 40.00 | Pages | @ 1.25 | 50.00 |
| | Exhibit - Scanning | 36.00 | Pages | @ 0.53 | 19.08 |
| | Exhibit - Color Scanning | 42.00 | Pages | @ 0.78 | 32.76 |
| | | **TOTAL DUE  >>>** | | | **$655.54** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Jon Williford
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Job No.    : 147826        BU ID       : 1-Oklahoma
Case No.    : 19-cv-234-JFH-FHM
Case Name  : Feenstra & Carter vs. Sigler

Invoice No.  : 174669        Invoice Date : 11/24/2020
**Total Due**  : **$655.54**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:                     Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City, OK 73102**

```
1              IN THE UNITED STATES DISTRICT COURT FOR THE
                     NORTHERN DISTRICT OF OKLAHOMA
2

3   AMANDA FEENSTRA, et al.,)
                            )
4        Plaintiffs,        )
                            )
5   vs.                     ) Case No. 10-CV-234-JFH-FHM
                            )
6   JARED SIGLER, et al.,   )
                            )
7                           )
         Defendants.        )
8

9

10

11       VIDEO-TAPED AND ZOOM DEPOSITION OF CURTIS DELAPP

12             TAKEN ON BEHALF OF THE PLAINTIFFS

13       ON NOVEMBER 6, 2020, BEGINNING AT 8:14 A.M.

14              FROM OKLAHOMA CITY, OKLAHOMA

15

16

17   APPEARANCES:

18
     On behalf of the PLAINTIFFS AMANDA FEENSTRA and
19   SHARONICA CARTER:

20   John Fowler
     Arthur Aago
21   LAWYERS COMMITTEE FOR CIVIL RIGHTS
     1500 K Street N.W., Suite 900
22   Washington, DC 20005
     Phone:  888-299-5227
23   Emails:  jflowler@lawyerscommittee.org
              aago@lawyerscommittee.org
24

25   REPORTED BY:  SUSAN E. BOUDIN, CSR
```

```
 1    APPEARANCES (CONTINUED):

 2
      On behalf of the DEFENDANTS OIDS INDIGENT DEFENSE
 3    SYSTEM and CRAIG SUTTER:

 4    Jon M. Williford
      OKLAHOMA ATTORNEY GENERAL
 5    313 N.E. 21st Street
      Oklahoma City, OK 73105
 6    Phone:  (405) 522-2944
      Email:  jon.williford@oag.ok.gov

 7

 8    On behalf of the DEFENDANT STATE JUDGES THOMAS,
      VACLAW, and SIGLER:
 9
      Devan A. Pederson
10    OKLAHOMA ATTORNEY GENERAL
      313 N.E. 21st Street
11    Oklahoma City, OK 73105
      Phone:  (405) 522-2931
12    Email:  devan.pederson@oag.ok.gov

13
      On behalf of the WITNESS:
14
      Rick Esser
15    THE LAW CENTER OF AKERS & ESSER
      401 S.E. Dewey, Suite 214
16    Bartlesville, OK 74003
      Phone:  (918) 338-0888
17    Email:  akersesserlawcenter@aol.com

18
      ALSO PRESENT:
19
      Kaleb Pianalto, Videographer
20

21

22

23

24

25
```

```
 1                T A B L E   O F   C O N T E N T S

 2                                                        PAGE
```

```
 3   STIPULATIONS . . . . . . . . . . . . . . . . .      7

 4   DIRECT EXAMINATION BY MR. FOWLER . . . . . . .      9

 5   CROSS-EXAMINATION BY MR. PEDERSON. . . . . . .    241

 6   CROSS-EXAMINATION MR. WILLIFORD. . . . . . . .    243

 7   REDIRECT EXAMINATION BY MR. FOWLER . . . . . .    250
```

```
 8

 9          DOCUMENTS AND INFORMATION REQUESTED

10                                           Page Line

11   REQUEST NO. 1 (Citation)................. 236    2

12        Q.   (By Mr. Fowler)  Mr. DeLapp, I'm going to

13   ask that you or Mr. Esser follow up with a citation

14   to a statute that you believe gives you that

15   privilege or authority.  Okay?

16        A.   No.

17

18            P R E V I O U S L Y   M A R K E D

19                  E X H I B I T S

20                                           REFERENCED
                                             ON PAGE
21
     Exhibit A. . . . . . . .37, 41, 57, 99, 128, 219, 221
22   (Ex. A - 22 Ok. St. 983a Authority to waive
      fines costs and fees.pdf)
23

24

25
```



*Leesa Thompson*

## PROFESSIONAL REPORTERS

511 COUCH DR. #100
OKLAHOMA CITY, OK 73102
+1 405-272-1006

174594,174603                    $1,233.34

Subtotal                         $1,233.34
Total Taxes                          $0.00

**Total** $ **1,233** 34

PAYMENT ID: N76ZYXMQZXTDR
Cashier: Billing Department

Hide Details

Card: Visa 6738
February 23, 2021, 3:09 PM
Method: KEYED
Auth ID: 014501
Reference ID: 105400500968
CVM: SIGNATURE VERIFIED

| DATE | VISA |
|------|------|
| February 23, 2021 3:09 pm | VISA 6738 |

View the Privacy Policies for
Clover



# CASE RELATED EVIDENCE FUND
# EXPENSE REQUEST

| | |
|---|---|
| **TO:** | FINANCE |
| **FROM:** | Williford - Leesa Myers |
| **UNIT:** | Litigation |
| **DATE:** | February 23, 2021 |

| | | |
|---|---|---|
| **PLEASE ISSUE CHECK TO:** | Professional Reports | |
| **IN THE AMOUNT OF:** | $1,233.34 | |
| **DESCRIPTION OF EXPENSE:** | AG depo of Plt. A. Feenstra | |
| **FEI OR SOCIAL SECURITY NUMBER OF VENDOR BEING PAID:** | | |
| **CASE NAMES AND/OR NUMBER(S) ASSOCIATED WITH THIS COST:** | Feenstra v. Carter | CV-19-234 |
| | ND | FC-19-0040 |

**REQUEST WAS PRE-APPROVED BY:** *Kindanne C. Jones* _____

☐ CHECK THIS BOX IF <u>YOU</u> WANT THE CHECK RETURNED TO YOU

**IF ANOTHER PARTY NEEDS TO BE BILLED PLEASE COMPLETE THE FOLLOWING:**

| | |
|---|---|
| **BILL TO:** | |
| **AMOUNT TO BE BILLED:** | |
| **ADDRESS:** | |
| **CONTACT PERSON:** | |

| | |
|---|---|
| **ADDITIONAL COMMENTS OR NOTES:** | Invoice #  174594 + 174603 |



# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174594 | 11/20/2020 | 147980 |

| Job Date | Case No. |
|---|---|
| 11/12/2020 | 19-cv-234-JFH-FHM |

| Case Name |
|---|
| Feenstra & Carter vs. Sigler |

| Payment Terms |
|---|
| Net 30 days |

Jon Williford
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Amanda Feenstra | 168.00 | Pages | @ | 3.950 | 663.60 |
| Exhibit | 56.00 | Pages | @ | 0.350 | 19.60 |
| Appearance Fee | 1.00 | Flat Fee | @ | 45.000 | 45.00 |
| Condensed Transcript | 1.00 | Flat Fee | @ | 35.000 | 35.00 |
| Signature Handling Fee | 1.00 | Flat Fee | @ | 25.000 | 25.00 |
| Index | 25.00 | Pages | @ | 1.250 | 31.25 |
| Exhibit - Scanning | 56.00 | Pages | @ | 0.530 | 29.68 |
| Exhibit - Color Scanning | 7.00 | Pages | @ | 0.780 | 5.46 |
| Exhibit - Color Copies | 7.00 | Pages | @ | 1.250 | 8.75 |

**TOTAL DUE   >>>**                                    **$863.34**

---

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Jon Williford
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Job No.     : 147980          BU ID        : 1-Oklahoma
Case No.    : 19-cv-234-JFH-FHM
Case Name  : Feenstra & Carter vs. Sigler

Invoice No.  : 174594          Invoice Date : 11/20/2020
**Total Due**  : **$863.34**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Professional Reporters**
           **511 Couch Drive**
           **Suite 100**
           **Oklahoma City, OK 73102**

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174594 | 11/20/2020 | 147980 |

| Job Date | Case No. |
|---|---|
| 11/12/2020 | 19-cv-234-JFH-FHM |

| Case Name |
|---|
| Feenstra & Carter vs. Sigler |

| Payment Terms |
|---|
| Net 30 days |

Jon Williford
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN ORIGINAL AND ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$863.34** |

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Jon Williford
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Job No.     : 147980          BU ID        : 1-Oklahoma
Case No.    : 19-cv-234-JFH-FHM
Case Name   : Feenstra & Carter vs. Sigler

Invoice No. : 174594          Invoice Date : 11/20/2020
**Total Due** : **$863.34**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Professional Reporters**
            **511 Couch Drive**
            **Suite 100**
            **Oklahoma City, OK 73102**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174603 | 11/20/2020 | 147980 |

| Job Date | Case No. |
|---|---|
| 11/12/2020 | 19-cv-234-JFH-FHM |

| Case Name |
|---|
| Feenstra & Carter vs. Sigler |

| Payment Terms |
|---|
| Net 30 days |

Jon Williford
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Amanda Feenstra

| | | | | |
|---|---|---|---|---|
| Web Conference-First hour with Equipment | 1.00 | @ | 95.000 | 95.00 |
| Web Conference-Hourly | 5.50 | @ | 50.000 | 275.00 |
| | **TOTAL DUE  >>>** | | | **$370.00** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF A WEB CONFERENCE.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$370.00** |

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Jon Williford
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Job No.     : 147980          BU ID        : 1-Oklahoma
Case No.    : 19-cv-234-JFH-FHM
Case Name  : Feenstra & Carter vs. Sigler

Invoice No.  : 174603          Invoice Date : 11/20/2020
**Total Due**  : **$370.00**

Remit To:  **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City, OK 73102**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE

 2                   NORTHERN DISTRICT OF OKLAHOMA

 3      AMANDA FEENSTRA and
        SHARONICA CARTER, et al.,
 4
                Plaintiffs,
 5                                          Case Number
        VS.                                 19-cv-234-JFH-FHM
 6
        JARED SIGLER, et al.,
 7
                Defendants.
 8

 9        WEB CONFERENCE DEPOSITION OF AMANDA FEENSTRA
               TAKEN ON BEHALF OF THE DEFENDANTS
10       ON NOVEMBER 12, 2020, BEGINNING AT 9:03 A.M.
                     IN EDMOND, OKLAHOMA
11                (LOCATION OF REPORTER)

12                         APPEARANCES:

13      On behalf of the Plaintiffs:

14      MR. STEVEN J. TERRILL            (via Zoom)
        BRYAN AND TERRILL LAW, PLLC
15      3015 East Skelly Drive, Suite 400
        Tulsa, OK  74105
16      918.935.2777
        sjterrill@bryanterrill.com
17
        MS. LILIA VAZOVA                 (via Zoom)
18      LATHAM WATKINS
        885 Third Avenue
19      New York, New York  10022
        212.906.1605
20      lilia.vazova@lw.com

21

22

23

24           (Appearances continued on page 2)

25        Reported by:  Cheryl D. Rylant, CSR, RPR
```

Page 2

On behalf of the OIDS Defendants:

MR. JON M. WILLIFORD        (via Zoom)
OKLAHOMA ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, OK  73105
405.522.2944
jon.williford@oag.ok.gov

On behalf of the Defendant State Judges:

MR. DEVAN A. PEDERSON        (via Zoom)
MS. STEFANIE LAWSON          (via Zoom)
OKLAHOMA ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, OK  73105
405.522.2931
devan.pederson@oag.ok.gov
stefanie.lawsom@oag.ok.gov

ALSO PRESENT:   Jared Sigler   (via Zoom)
                Lonnie Feenstra (via Zoom)

---

Page 4

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 14 | Application for Drug Court | 128 |
| 15 | Waiver of Preliminary Hearing | 138 |
| 16 | 4/1/15 Transcript of Plea Proceedings | 147 |

---

Page 3

INDEX
                                PAGE

Direct Examination - Mr. Pederson        6
Cross Examination - Mr. Williford        120
Cross Examination - Mr. Terrell          156

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | 2014-11-12 Application For Appointed Counsel | 12 |
| 2 | Plea of Guilty Summary of Facts | 20 |
| 3 | Woodward County CF-2010-8 Docket Sheet | 20 |
| 4 | 2017-01-20 Notice of Court Hearing for Payment of Fines and Costs | 41 |
| 5 | 2017-02-02 Order Granting Time to Pay Fines and Costs | 43 |
| 6 | 2017-7-25 Order Granting Time to Pay Fines and Costs | 51 |
| 7 | 2017-10-31 Courtesy Letter | 63 |
| 8 | 2018-1-3 Court Minute | 64 |
| 9 | 2018-2-26 Court Minute | 65 |
| 10 | Docket Sheet | 67 |
| 11 | 2020-01-23, Motion For Rule 8 Hearing | 87 |
| 12 | 2020-02-25, Lonnie Feenstra Rule 8 Hearing Transcript | 92 |
| 13 | Defendant's Attestation Regarding Failure to Pay Pursuant to a Rule 8 | 104 |

---

Page 5

STIPULATIONS

It is hereby stipulated and agreed by and between the parties hereto, through their respective attorneys, that the oral & web conference deposition of Amanda Feenstra may be taken on behalf of the Defendants, on November 12, 2020, in Edmond, Oklahoma, by Cheryl D. Rylant, Certified Shorthand Reporter, within and for the state of Oklahoma, taken pursuant to Notice and the Federal Rules of Civil Procedure.

* * * * *



*Leesa Thompson*

## PROFESSIONAL REPORTERS

511 COUCH DR. #100
OKLAHOMA CITY, OK 73102
+1 405-272-1006

175518                              $70.73

Subtotal                            $70.73
Total Taxes                          $0.00

**Total**          $ **70** 73

PAYMENT ID: 9VTCEWYNX2424
Cashier: Billing Department

Hide Details

Card: Visa 6738
February 23, 2021, 3:15 PM
Method: KEYED
Auth ID: 065733
Reference ID: 105400500988
CVM: SIGNATURE VERIFIED

| DATE | VISA |
|---|---|
| February 23, 2021 3:15 pm | VISA 6738 |

View the Privacy Policies for
Clover



# CASE RELATED EVIDENCE FUND
# EXPENSE REQUEST

| TO: | FINANCE |
|---|---|
| FROM: | Pederson -  Leesa Myers |
| UNIT: | Litigation |
| DATE: | February 22, 2021 |

| PLEASE ISSUE CHECK TO: | Professional Reporters | |
|---|---|---|
| IN THE AMOUNT OF: | $70.73 | |
| DESCRIPTION OF EXPENSE: | Copy of Plt. depo of H. Lawrence | |
| FEI OR SOCIAL SECURITY NUMBER OF VENDOR BEING PAID: | | |
| CASE NAMES AND/OR NUMBER(S) ASSOCIATED WITH THIS COST: | Feenstra v. Carter | CV-19-234 |
| | ND | FC-19-0039 |

REQUEST WAS PRE-APPROVED BY: *Kindanne C. Jones* _____

☐  CHECK THIS BOX IF YOU WANT THE CHECK RETURNED TO YOU

### IF ANOTHER PARTY NEEDS TO BE BILLED PLEASE COMPLETE THE FOLLOWING:

| BILL TO: | |
|---|---|
| AMOUNT TO BE BILLED: | |
| ADDRESS: | |
| CONTACT PERSON: | |

| ADDITIONAL COMMENTS OR NOTES: | Invoice #  175518 |
|---|---|

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 175518 | 1/18/2021 | 148730 |
| **Job Date** | **Case No.** | |
| 1/12/2021 | 19-cv-234-JFH-FHM | |
| **Case Name** | | |
| Feenstra & Carter vs. Sigler | | |
| **Payment Terms** | | |
| Net 30 days | | |

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Halee Lawrence | 36.00 | Pages | @ | 1.950 | 70.20 |
| Exhibit - Scanning | 1.00 | Pages | @ | 0.530 | 0.53 |
| | **TOTAL DUE   >>>** | | | | **$70.73** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

| | | | |
|---|---|---|---|
| Job No. | : 148730 | BU ID | : 1-Oklahoma |
| Case No. | : 19-cv-234-JFH-FHM | | |
| Case Name | : Feenstra & Carter vs. Sigler | | |
| Invoice No. | : 175518 | Invoice Date | : 1/18/2021 |
| **Total Due** | **: $70.73** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters
511 Couch Drive
Suite 100
Oklahoma City, OK 73102**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF OKLAHOMA

 3   AMANDA FEENSTRA and
     SHARONICA CARTER, et al.,
 4        Plaintiff,

 5   vs.                            No. 19-CV-JFH-FHM

 6   JARED SIGLER, et al.,
          Defendants.

 7

 8        VIDEOTAPED DEPOSITION OF HALEE LAWRENCE
            TAKEN ON BEHALF OF THE PLAINTIFFS
 9     ON JANUARY 12, 2021, BEGINNING AT 10:02 A.M. CST
                      VIA ZOOM

10

11                    APPEARANCES:

12   Appearing on behalf of the PLAINTIFF:

13   Lilia Vazova (Via Zoom)
     Sid Nadkarni (Via Zoom)
14   LATHAM WATKINS
     885 Third Avenue
15   New York, New York 10022
     (212) 906-1605
16   lilia.vazova@lw.com
     sid.nadkarni@lw.com

17

18   Appearing on behalf of the OIDS DEFENDANTS:

19
     Jon Williford (Via Zoom)
20   OKLAHOMA ATTORNEY GENERAL
     313 Northeast 21st Street
21   Oklahoma City, Oklahoma 73105
     (405) 522-2944
22   jon.williford@aog.ok.gov

23      (Appearances continued on the following page.)

24   VIDEOTAPED BY:  Stesha Snow

25   REPORTED BY:  Lacy Antle, CSR, RPR
```



*Leesa Thompson*

**PROFESSIONAL REPORTERS**

511 COUCH DR. #100
OKLAHOMA CITY, OK 73102
+1 405-272-1006

| | |
|---|---|
| 175519 | $114.48 |

| | |
|---|---|
| Subtotal | $114.48 |
| Total Taxes | $0.00 |
| Order total | $114.48 |

# Total paid $ 114 48

April 13, 2021 1:51 pm
Payment ID: 12MKTPY6CP5QR
Order ID: 4NX7G8N3Z3JGP
Order Employee: Billing Department

**Payment**

| VISA | VISA 6738 | $114.48 |
|---|---|---|
| | Order amount | $114.48 |
| | Cashier: Billing Department | |

Show Details

**PAYMENT ID: 12MKTPY6CP5QR**
**Cashier: Billing Department**

View the Privacy Policies for
Clover



# CASE RELATED EVIDENCE FUND EXPENSE REQUEST

| | |
|---|---|
| **TO:** | FINANCE |
| **FROM:** | Williford - Leesa Myers |
| **UNIT:** | Litigation |
| **DATE:** | April 9, 2021 |

| | |
|---|---|
| **PLEASE ISSUE CHECK TO:** | Professional Reporters |
| **IN THE AMOUNT OF:** | $114.48 |
| **DESCRIPTION OF EXPENSE:** | Copy of Plt. depo of H. Lawrence |
| **FEI OR SOCIAL SECURITY NUMBER OF VENDOR BEING PAID:** | |
| **CASE NAMES AND/OR NUMBER(S) ASSOCIATED WITH THIS COST:** | Feenstra v. Sigler            CV-19-234<br><br>ND                              FC-19-0040 |

**REQUEST WAS PRE-APPROVED BY:** *Kindanne C. Jones* _____

☐ CHECK THIS BOX IF YOU WANT THE CHECK RETURNED TO YOU

**IF ANOTHER PARTY NEEDS TO BE BILLED PLEASE COMPLETE THE FOLLOWING:**

| | |
|---|---|
| **BILL TO:** | |
| **AMOUNT TO BE BILLED:** | |
| **ADDRESS:** | |
| **CONTACT PERSON:** | |

| | |
|---|---|
| **ADDITIONAL COMMENTS OR NOTES:** | Invoice #  175519 |

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 175519 | 1/18/2021 | 148730 |

| Job Date | Case No. |
|---|---|
| 1/12/2021 | 19-cv-234-JFH-FHM |

| Case Name |
|---|
| Feenstra & Carter vs. Sigler |

| Payment Terms |
|---|
| Net 30 days |

Jon Williford
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Halee Lawrence | 36.00 Pages | @ | 1.950 | 70.20 |
| Condensed Transcript | 1.00 Flat Fee | @ | 35.000 | 35.00 |
| Index | 7.00 Pages | @ | 1.250 | 8.75 |
| Exhibit - Scanning | 1.00 Pages | @ | 0.530 | 0.53 |
| | **TOTAL DUE   >>>** | | | **$114.48** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 1.72 |
| **(=) New Balance:** | **$116.20** |

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Jon Williford
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Job No.     : 148730         BU ID        : 1-Oklahoma
Case No.    : 19-cv-234-JFH-FHM
Case Name   : Feenstra & Carter vs. Sigler

Invoice No.  : 175519         Invoice Date  : 1/18/2021
**Total Due**   : **$116.20**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:              Phone#: | | | |
| Billing Address: | | | |
| Zip:         Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City, OK 73102**

```
 1            IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF OKLAHOMA

 3   AMANDA FEENSTRA and
     SHARONICA CARTER, et al.,
 4        Plaintiff,

 5   vs.                          No. 19-CV-JFH-FHM

 6   JARED SIGLER, et al.,
          Defendants.
 7

 8         VIDEOTAPED DEPOSITION OF HALEE LAWRENCE
             TAKEN ON BEHALF OF THE PLAINTIFFS
 9    ON JANUARY 12, 2021, BEGINNING AT 10:02 A.M. CST
                        VIA ZOOM
10

11                      APPEARANCES:

12   Appearing on behalf of the PLAINTIFF:

13   Lilia Vazova (Via Zoom)
     Sid Nadkarni (Via Zoom)
14   LATHAM WATKINS
     885 Third Avenue
15   New York, New York 10022
     (212) 906-1605
16   lilia.vazova@lw.com
     sid.nadkarni@lw.com
17

18   Appearing on behalf of the OIDS DEFENDANTS:

19
     Jon Williford (Via Zoom)
20   OKLAHOMA ATTORNEY GENERAL
     313 Northeast 21st Street
21   Oklahoma City, Oklahoma 73105
     (405) 522-2944
22   jon.williford@aog.ok.gov

23     (Appearances continued on the following page.)

24   VIDEOTAPED BY:  Stesha Snow

25   REPORTED BY:  Lacy Antle, CSR, RPR
```

Page 2

1   Appearances continued:

2   Appearing on behalf of the DEFENDANT STATE JUDGES:

3   Devan Pederson  (Via Zoom)
    Stefanie Lawson  (Via Zoom)
4   OKLAHOMA ATTORNEY GENERAL
    313 Northeast 21st Street
5   Oklahoma City, Oklahoma 73105
    (405) 522-2931
6   devan.pederson@aog.ok.gov

7   Appearing on behalf of WASHINGTON COUNTY and the
    WITNESS:
8
    Ashley Kane     (Via Zoom)
9   DISTRICT ATTORNEY'S OFFICE
    WASHINGTON COUNTY JUDICIAL DISTRICT 1
10  420 S. Johnstone Ave., Ste. 201
    Bartlesville, Oklahoma 74003
11  (918) 440-9991
    ashley.kane@dac.state.ok.us
12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1              CONTENTS

2                      PAGE

3   Direct Examination by Mr. Nadkarni      5

4   Cross-Examination by Mr. Pederson       32

5

6

7

8              EXHIBITS

9   Exhibit                        Page

10  1 Court Clerk Employee List 2011 to Present     11

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1              STIPULATIONS

2

3        It is hereby stipulated and agreed by and

4   between the parties hereto, through their respective

5   attorneys, that the deposition of HALEE LAWRENCE may

6   be taken pursuant to notice and in accordance with

7   the Federal Rules of Civil Procedure on JANUARY 12,

8   2021, via Zoom, before Lacy Antle, CSR, RPR.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1        THE VIDEOGRAPHER:  This is the videotaped

2   deposition of Halee Lawrence taken in the matter of

3   Feenstra, et al. versus Sigler, et al. filed in the

4   United States District for the Northern District of

5   Oklahoma, Case Number 19-CV-234-JFH-FHM.

6        This deposition is being held on

7   January 12th, 2021, and we are on the record at

8   10:02 a.m.

9        Will counsel please state their

10  appearances for the record.

11       MR. NADKARNI:  Hi, this is Sid Nadkarni, I

12  am with Latham and Watkins, LLP representing

13  plaintiffs Amanda Feenstra and Sharonica Carter and

14  I'm joined by my colleague, Lilia Vazova.

15       MR. PEDERSON:  Devan Pederson -- oops.

16  Sorry about that.

17       MS. LAWSON:  Stefanie Lawson also for the

18  defendant state judges.

19       MS. KANE:  Ashley Kane for Washington

20  County and Halee Lawrence.

21       MR. WILLIFORD:  And Jon Williford for the

22  Oklahoma Indigent Defense System and Craig Sutter

23  and the OIDS board.

24  WHEREUPON,

25       HALEE LAWRENCE,

Professional Reporters
800.376.1006
www.proreporters.com

# STATEMENT

1 of 1



| Account No. | Date |
|---|---|
| C16892 | 3/30/2021 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $271.54 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $579.10 | **$850.64** |

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 11/24/2020 | 174668 | 579.10 | 147826 | 11/6/2020 | Curtis DeLapp | Feenstra & Carter vs. Sigler |
| 2/5/2021 | 176177 | 271.54 | 149139 | 1/28/2021 | Linda Thomas | Feenstra & Carter vs. Sigler |

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Account No. : C16892
Date         : 3/30/2021

**Total Due** : **$850.64**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City, OK 73102**



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 176177 | 2/5/2021 | 149139 |

| Job Date | Case No. |
|---|---|
| 1/28/2021 | 19-cv-234-JFH-FHM |

| Case Name |
|---|
| Feenstra & Carter vs. Sigler |

| Payment Terms |
|---|
| Net 30 days |

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Linda Thomas | 109.00 | Pages | @ | 1.950 | 212.55 |
| Exhibit - Scanning | 101.00 | Pages | @ | 0.530 | 53.53 |
| Exhibit - Color Scanning | 7.00 | Pages | @ | 0.780 | 5.46 |
| **TOTAL DUE   >>>** | | | | | **$271.54** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

| **( - ) Payments/Credits:** | 0.00 |
|---|---|
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$271.54** |

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Devan Pederson
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105

Job No.     : 149139          BU ID       : 1-Oklahoma
Case No.    : 19-cv-234-JFH-FHM
Case Name : Feenstra & Carter vs. Sigler

Invoice No.  : 176177          Invoice Date : 2/5/2021
**Total Due  : $271.54**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City, OK 73102**