## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

AMANDA FEENSTRA and
SHARONICA CARTER

               Plaintiffs,

v.

JARED SIGLER, Special Judge of the
District Court of Washington County, in his
official capacity*, et al.,*

               Defendants.

**Case No.: 19-cv-234-GKF-CDL**

**(Removed from Washington County
Case No. CV-2019-12)**

## JOINT MOTION TO STRIKE BILL OF COSTS AND MOTION FOR COSTS

For their Joint Motion to Strike Defendants' Bill of Costs [Doc. 156] and Motion for Costs [Doc. 155], all parties state the following:

The parties have reached an agreement whereby they will file a Joint Stipulation of Dismissal with Prejudice of this action in state court[1] and will each bear their own fees and costs. In light of this agreement, the parties now request that Defendants' Bill of Costs and Motion for Costs be stricken as moot.

---

[1] Plaintiffs' state law claims were remanded to state court. *See* Order [Doc. 152].

Respectfully submitted,


s/ Steven J. Terrill
(signed by Pederson with permission of Terrill)
**SPENCER BRYAN, OBA#19419**
**STEVEN J. TERRILL, OBA#20869**
Bryant & Terrill
2500 S. Broadway, Ste. 122
Edmond, OK 73013
Telephone: 918.935.2777
Email: jsbryan@bryanterrill.com
        sjterrill@bryanterrill.com


**ARTHUR AGO (*admitted PHV*)**
Lawyers' Committee for Civil Rights Under Law
1500 K. Street NW, Ste. 900
Washington, DC 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857
Email: aago@lawyerscommittee.org


**LILIA VAZOVA (*admitted PHV*)**
**MATTHEW SALERNO (*PHV pending*)**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020-4864
Telephone: 212.906.1200
Facsimile: 212.751.4864
Email: lilia.vazova@lw.com
        matthew.salerno@law.com
*Attorneys for Plaintiffs*

s/Devan Pederson

**STEFANIE E. LAWSON, OBA#22422**
**DEVAN A. PEDERSON, OBA#16576**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK  73105
Telephone:    405.521.3921
Facsimile:      405.521.4518
Email: stefanie.lawson@oag.ok.gov
         devan.pederson@oag.ok.gov
*Attorneys for Defendant State Judges*